**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

1. **Debtor's name**

   Three Arrows Capital, Ltd

2. **Debtor's unique identifier**

   **For non-individual debtors:**

   ☐ Federal Employer Identification Number (EIN)  ___ ___ – ___ ___ ___ ___ ___ ___

   ☑ Other  Registration number is 1710531.  Describe identifier  BVI Company ID.

   **For individual debtors:**

   ☐ Social Security number:   xxx – xx– ____ ____ ____ ____

   ☐ Individual Taxpayer Identification number (ITIN):  9 xx – xx – ____ ____ ____ ____

   ☐ Other _____.  Describe identifier _____.

3. **Name of foreign representative(s)**

   Russell Crumpler and Christopher Farmer

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**

   Insolvency proceedings pending before the Eastern Caribbean Supreme Court in the High Court of Justice Virgin Islands, Commercial Division, under sections 159(1) and 162(1)(a) and (b) of the Insolvency Act 2003, Case No. BVIHCOM2022/0117

5. **Nature of the foreign proceeding**

   *Check one:*

   ☐ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

   _____
   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

   ☑ Yes

| Debtor | Three Arrows Capital, Ltd | Case number *(if known)* |
|---|---|---|
| | Name | |

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

British Virgin Islands

**Debtor's registered office:**

ABM Chambers
Number    Street

P.O. Box 2283
P.O. Box

Road Town, Tortola, VG-1110
City    State/Province/Region    ZIP/Postal Code

British Virgin Islands
Country

**Individual debtor's habitual residence:**

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

c/o Teneo (BVI) Limited, 3rd Floor, Banco Popular Building
Number    Street

_____
P.O. Box

Road Town, Tortola, VG-1110
City    State/Province/Region    ZIP/Postal Code

British Virgin Islands
Country

**10. Debtor's website** (URL)

https://www.threearrowscap.com

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

  ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☐ Other. Specify: _____

☐ Individual

Debtor __Three Arrows Capital, Ltd__                            Case number (if known)_____
       Name

| 12. | **Why is venue proper in *this* district?** | Check one: |
|---|---|---|
| | | ☑ Debtor's principal place of business or principal assets in the United States are in this district. |
| | | ☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: _____. |
| | | ☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: _____. |

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ __/s/ Russell Crumpler__                    __Russell Crumpler__
 Signature of foreign representative            Printed name

Executed on  __07/01/2022__
             MM / DD / YYYY

✗ __/s/ Christopher Farmer__                  __Christopher Farmer__
 Signature of foreign representative            Printed name

Executed on  __07/01/2022__
             MM / DD / YYYY

**14. Signature of attorney**

✗ __/s/ Adam J. Goldberg__                    Date  __07/01/2022__
 Signature of Attorney for foreign representative        MM / DD / YYYY

__Adam J. Goldberg__
Printed name
__Latham and Watkins LLP__
Firm name
__1271 Avenue of the Americas__
Number       Street
__New York__                                __NY__        __10020__
City                                        State        ZIP Code

__(212) 906-1200__                          __adam.goldberg@lw.com__
Contact phone                               Email address

__4510871__                                 __NY__
Bar number                                  State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3