**<u>Attachment 2</u>**

**Item 7: Statement Identifying Foreign Proceedings**

Adam J. Goldberg
Brett M. Neve (*pro hac vice* pending)
Nacif Taousse
Brian S. Rosen (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  adam.goldberg@lw.com
         brett.neve@lw.com
         nacif.taousse@lw.com
         brian.rosen@lw.com

Daniel Scott Schecter (*pro hac vice* pending)
Nima H. Mohebbi (*pro hac vice* pending)
Caitlin J. Campbell (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:  daniel.schecter@lw.com
         nima.mohebbi@lw.com
         caitlin.campbell@lw.com

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Three Arrows Capital, Ltd,[1]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-_____  (    ) |

### DECLARATION OF FOREIGN REPRESENTATIVES
### PURSUANT TO SECTION 1515(c) OF THE BANKRUPTCY CODE

I/We, Russell Crumpler and Christopher Farmer, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America, as follows:

1.      I/We are the duly authorized foreign representatives of Three Arrows Capital, Ltd (the "Debtor").  The Debtor is the subject of insolvency proceedings (the "BVI Proceeding") currently pending in the British Virgin Islands ("BVI") before the Eastern Caribbean Supreme

---

[1]  The last four digits of the Debtor's British Virgin Islands company registration number are 0531.  The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

Court in the High Court of Justice Virgin Islands (Commercial Division) (the "BVI Court") and

captioned as *In re Three Arrows Capital Limited*, Case No. BVIHCOM2022/0119 (June 27, 2022).

      2.      I/We respectfully submit this statement, as required by section 1515(c) of title 11

of the United States Code (the "Bankruptcy Code"), in support of the verified petition filed

herewith seeking recognition by this Court of the BVI Proceeding as a foreign main proceeding.

      3.      Pursuant to the requirements of section 1515(c) of the Bankruptcy Code, to the best

of my knowledge, the BVI Proceeding is the only known pending "foreign proceeding" with

respect to the Debtor as that term is defined in section 101(23) of the Bankruptcy Code.


*[Remainder of Page Intentionally Left Blank]*

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: July 1, 2022                         */s/ Russell Crumpler*
                                            Russell Crumpler

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: July 1, 2022                           */s/ Christopher Farmer*
                                              Christopher Farmer