**Attachment 3**

**Item 8: Disclosure Pursuant to Rule
1007(a)(4) of the Federal Rules of Bankruptcy Procedure**

| | |
|---|---|
| Adam J. Goldberg | Daniel Scott Schecter (*pro hac vice* pending) |
| Brett M. Neve (*pro hac vice* pending) | Nima H. Mohebbi (*pro hac vice* pending) |
| Nacif Taousse | Caitlin J. Campbell (*pro hac vice* pending) |
| Brian S. Rosen (*pro hac vice* pending) | **LATHAM & WATKINS LLP** |
| **LATHAM & WATKINS LLP** | 355 South Grand Avenue, Suite 100 |
| 1271 Avenue of the Americas | Los Angeles, CA 90071 |
| New York, NY 10020 | Telephone: (213) 485-1234 |
| Telephone: (212) 906-1200 | Facsimile: (213) 891-8763 |
| Facsimile: (212) 751-4864 | Email:  daniel.schecter@lw.com |
| Email:  adam.goldberg@lw.com |           nima.mohebbi@lw.com |
|           brett.neve@lw.com |           caitlin.campbell@lw.com |
|           nacif.taousse@lw.com | |
|           brian.rosen@lw.com | |

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital, Ltd,[1] | Case No. 22-_____ (   ) |
| Debtor in a Foreign Proceeding. | |

### DISCLOSURE PURSUANT TO RULE 1007(a)(4) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives (the "Foreign Representatives")[2] of Three Arrows Capital, Ltd (the "Debtor"),[3] hereby file this disclosure pursuant to rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure and respectfully set forth as follows:

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

[2] Capitalized terms shall have the same meanings ascribed to them in the verified petition.

[3] The Debtor is the subject of insolvency proceedings (the "BVI Proceeding") currently pending in the British Virgin Islands ("BVI") before the Eastern Caribbean Supreme Court in the High Court of Justice Virgin Islands (Commercial Division) (the "BVI Court") and captioned as *In re Three Arrows Capital Limited*, Case No. BVIHCOM2022/0119 (June 27, 2022).

A. **Administrators in Foreign Proceeding Concerning the Debtor**

1. Russell Crumpler and Christopher Farmer are the duly authorized joint foreign representatives of the Debtor in the BVI Proceeding. The Foreign Representatives' address is: c/o Teneo (BVI) Limited, 3rd Floor, Banco Popular Building, Road Town, Tortola, VG 1110, BVI.

B. **Entities Against Whom Provisional Relief is Sought Pursuant to 11 U.S.C. § 1519**

2. The Foreign Representatives are not seeking provisional relief against any parties at this time. The Foreign Representatives reserve the right to seek provisional relief as deemed necessary to protect the Debtor's assets located within the territorial jurisdiction of the United States or to the BVI Proceedings by virtue of actions in the United States.

C. **All Parties to Litigation Pending in the United States in which the Debtor is a Party at the Time of Filing of the Petition**

3. To the best of my knowledge, information, and belief, the parties to litigation pending in the United States in which the Debtor is a party at the time of the filing of the Debtor's chapter 15 petition for recognition of a foreign main proceeding are:

| Proceeding | Contact Information |
|---|---|
|  | |

*[Remainder of Page Intentionally Left Blank]*

2

| | |
|---|---|
| Dated: July 1, 2022<br>      New York, New York | Respectfully submitted,<br><br>/s/ *Adam J. Goldberg*<br>Adam J. Goldberg<br>Brett M. Neve (*pro hac vice* pending)<br>Nacif Taousse<br>Brian S. Rosen (*pro hac vice* pending)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email:  adam.goldberg@lw.com<br>         brett.neve@lw.com<br>         nacif.taousse@lw.com<br>         brian.rosen@lw.com<br><br>– and –<br><br>Daniel Scott Schecter (*pro hac vice* pending)<br>Nima H. Mohebbi (*pro hac vice* pending)<br>Caitlin J. Campbell (*pro hac vice* pending)<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email:  daniel.schecter@lw.com<br>         nima.mohebbi@lw.com<br>         caitlin.campbell@lw.com<br><br>*Counsel to the Foreign Representatives* |