**Attachment 4**

**Item 11: Corporate Ownership Statement**

| | |
|---|---|
| Adam J. Goldberg | Daniel Scott Schecter (*pro hac vice* pending) |
| Brett M. Neve (*pro hac vice* pending) | Nima H. Mohebbi (*pro hac vice* pending) |
| Nacif Taousse | Caitlin J. Campbell (*pro hac vice* pending) |
| Brian S. Rosen (*pro hac vice* pending) | **LATHAM & WATKINS LLP** |
| **LATHAM & WATKINS LLP** | 355 South Grand Avenue, Suite 100 |
| 1271 Avenue of the Americas | Los Angeles, CA 90071 |
| New York, NY 10020 | Telephone: (213) 485-1234 |
| Telephone: (212) 906-1200 | Facsimile: (213) 891-8763 |
| Facsimile: (212) 751-4864 | Email:  daniel.schecter@lw.com |
| Email:  adam.goldberg@lw.com |           nima.mohebbi@lw.com |
|           brett.neve@lw.com |           caitlin.campbell@lw.com |
|           nacif.taousse@lw.com | |
|           brian.rosen@lw.com | |

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Three Arrows Capital, Ltd,[1]<br><br>    Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-_____ (   ) |

**CORPORATE OWNERSHIP STATEMENT**
**OF THREE ARROWS CAPITAL, LTD PURSUANT TO**
**BANKRUPTCY RULES 1007(a)(4) AND 7007.1 AND LOCAL RULE 1007-3**

Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives (the "Foreign Representatives") of Three Arrows Capital, Ltd (the "Debtor"), which is the subject of insolvency proceedings (the "BVI Proceeding") currently pending in the British Virgin Islands ("BVI") before the Eastern Caribbean Supreme Court in the High Court of Justice Virgin Islands (Commercial Division) (the "BVI Court") and captioned as *In re Three Arrows Capital Limited*, Case No. BVIHCOM2022/0119 (June 27, 2022), hereby file

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

the corporate ownership information required by Rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Bankruptcy Rules for the Southern District of New York.

After conducting a good-faith inquiry, the Foreign Representatives are aware of the following corporations, other than governmental units, that directly or indirectly own ten percent (10%) or more of any class of the Debtor's equity interests and the Foreign Representatives have not received any notification otherwise that would lead them to believe that the same is not true as of the date of this schedule except as specifically described herein: Three Arrows Capital Pte. Ltd. is the registered holder of 100 management shares of the Debtor's equity interest, representing one-hundred percent (100%) of the voting equity.[2]

[*Remainder of Page Intentionally Left Blank*]

---

[2] The Foreign Representatives are aware that the Debtor also has several classes of non-voting equity interests. The Foreign Representatives are not aware of any corporation that directly or indirectly owns ten percent (10%) or more of any of the non-voting classes of the Debtor's equity interests.

| | |
|---|---|
| Dated: July 1, 2022<br>New York, New York | Respectfully submitted,<br><br>/s/ *Adam J. Goldberg*<br>Adam J. Goldberg<br>Brett M. Neve (*pro hac vice* pending)<br>Nacif Taousse<br>Brian S. Rosen (*pro hac vice* pending)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email:  adam.goldberg@lw.com<br>            brett.neve@lw.com<br>            nacif.taousse@lw.com<br>            brian.rosen@lw.com<br><br>– and –<br><br>Daniel Scott Schecter (*pro hac vice* pending)<br>Nima H. Mohebbi (*pro hac vice* pending)<br>Caitlin J. Campbell (*pro hac vice* pending)<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email:  daniel.schecter@lw.com<br>            nima.mohebbi@lw.com<br>            caitlin.campbell@lw.com<br><br>*Counsel to the Foreign Representatives* |

3