# Exhibit 4

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/crypto-hedge-fund-three-arrows-defaulted-on-loan-says-broker-voyager-digital-11656336534

MARKETSFINANCE

# Crypto Hedge Fund Three Arrows Defaulted on Loan, Says Broker Voyager Digital

Three Arrows, which has suffered heavy losses, owes Voyager Digital equivalent to $675 million in cryptocurrencies



*By Caitlin Ostroff*

Updated June 27, 2022 9:50 am ET

Crypto broker Voyager Digital Ltd. VOYG **-14.29%** ▼ said that hedge fund Three Arrows Capital Ltd. had defaulted, failing to make loan payments tied to large bets in the digital-currency realm.

Three Arrows had borrowed $675 million from Voyager Digital in the form of 15,250 bitcoin and $350 million in USD Coin, a stablecoin whose value is pegged to the dollar. Voyager had previously said it would issue a notice of default if the crypto hedge fund didn't repay the loan by Monday.

Three Arrows Capital hired legal and financial advisers after suffering heavy losses from a broad market selloff in digital assets. Its troubles and those of other crypto firms have reverberated widely through the digital-assets ecosystem, revealing the interconnectedness of its largest players.

The firm had invested in Luna, a cryptocurrency that has eroded nearly all of its value, and "Lido Staked ether" tokens, a derivative of ether that has also suffered losses. The hedge fund is exploring options including asset sales and a rescue by another firm, The Journal previously reported.

A lawyer for Three Arrows didn't immediately respond to a request for comment.

Voyager Digital said it intends to recover its assets and is discussing legal remedies with its advisers. The crypto broker said it had $137 million of cash and crypto assets on hand as of Friday and is still processing user orders and withdrawals, adding that it has engaged Moelis & Co. as financial advisers.

A Moelis spokesperson declined to comment.

Voyager Digital said Monday it had used $75 million from a line of credit it took out last week to facilitate customer orders and withdrawals and may use more. The crypto broker said last week it secured a loan that includes $200 million in cash and USD Coin and 15,000 bitcoin from crypto-trading firm Alameda Research to meet customer liquidity needs. The two lines of credit expire at the end of 2024 and carry an annual interest rate of 5% payable on maturity.

Other crypto firms have been hurt by sharp falls in crypto's value. Celsius Network LLC has hired restructuring consultants from advisory firm Alvarez & Marsal to advise on a possible bankruptcy filing, The Wall Street Journal reported. The major crypto lending platform has suspended withdrawals for the past two weeks.

Crypto exchange FTX is also in talks to acquire a stake in crypto lender BlockFi, The Journal has reported.

Write to Caitlin Ostroff at caitlin.ostroff@wsj.com

---

## Cryptocurrency Markets

Related coverage, selected by the editors

**SIGN UP FOR CRYPTO FIELD GUIDE, LAUNCHING SOON.**

The Crypto Party Is Over

Where Does Crypto Go From Here?

**Behind Celsius Sales Pitch Was a Lender Built on Risk**

**Crypto Hedge Fund Three Arrows Ordered to Liquidate**

**Man Behind TerraUSD Has a New Coin for You**

**Hedge Funds Are Betting Against Tether**

**The Stablecoin Price Crash Explained**

**Bitcoin: What to Know Before Investing**

*Appeared in the June 28, 2022, print edition as 'Crypto Hedge Fund Defaults On Loan'.*