Adam J. Goldberg
Brett M. Neve (*pro hac vice* pending)
Nacif Taousse
Brian S. Rosen (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: adam.goldberg@lw.com
       brett.neve@lw.com
       nacif.taousse@lw.com
       brian.rosen@lw.com

Daniel Scott Schecter (*pro hac vice* pending)
Nima H. Mohebbi (*pro hac vice* pending)
Caitlin J. Campbell (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: daniel.schecter@lw.com
       nima.mohebbi@lw.com
       caitlin.campbell@lw.com

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Three Arrows Capital, Ltd,[1]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-10920 (   ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Brian S. Rosen, request admission, *pro hac vice*, before the Honorable United States Bankruptcy Judge, to represent Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives (the "Foreign Representatives"), in the above-referenced case.

I certify that I am a member in good standing of the bar of the State of New York.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

Dated: July 1, 2022  
New York, NY

Respectfully submitted,

**LATHAM & WATKINS LLP**
By: /s/ *Brian S. Rosen*
LATHAM & WATKINS LLP
Brian S. Rosen
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: brian.rosen@lw.com

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital, Ltd,[1] | Case No. 22-10920 (   ) |
| Debtor in a Foreign Proceeding. | |

**ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF BRIAN S. ROSEN**

UPON the motion of Brian S. Rosen, to be admitted, *pro hac vice*, to represent Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives (the "Foreign Representatives"), in the above-referenced case and upon the movant's certification that the movant is a member in good standing of the bar of the State of New York, it is hereby

ORDERED, that Brian S. Rosen, is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Foreign Representatives, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2022
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.