| | |
|---|---|
| Adam J. Goldberg | Daniel Scott Schecter (*pro hac vice* pending) |
| Brett M. Neve (*pro hac vice* pending) | Nima H. Mohebbi (*pro hac vice* pending) |
| Nacif Taousse | Caitlin J. Campbell (*pro hac vice* pending) |
| Brian S. Rosen (*pro hac vice* pending) | **LATHAM & WATKINS LLP** |
| **LATHAM & WATKINS LLP** | 355 South Grand Avenue, Suite 100 |
| 1271 Avenue of the Americas | Los Angeles, CA 90071 |
| New York, NY 10020 | Telephone: (213) 485-1234 |
| Telephone: (212) 906-1200 | Facsimile: (213) 891-8763 |
| Facsimile: (212) 751-4864 | Email:  daniel.schecter@lw.com |
| Email:  adam.goldberg@lw.com |            nima.mohebbi@lw.com |
|            brett.neve@lw.com |            caitlin.campbell@lw.com |
|            nacif.taousse@lw.com | |
|            brian.rosen@lw.com | |

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital, Ltd,[1] | Case No. 22-10920 (    ) |
| Debtor in a Foreign Proceeding. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Caitlin J. Campbell, request admission, *pro hac vice*, before the Honorable United States Bankruptcy Judge, to represent Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives (the "Foreign Representatives"), in the above-referenced case.

I certify that I am a member in good standing of the bar of the State of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

Dated: July 1, 2022  
Los Angeles, CA

Respectfully submitted,

**LATHAM & WATKINS LLP**
By: /s/ *Caitlin J. Campbell*
LATHAM & WATKINS LLP
Caitlin J. Campbell
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: caitlin.campbell@lw.com

*Counsel to the Foreign Representatives*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital, Ltd,[1] | Case No. 22-10920 (   ) |
| Debtor in a Foreign Proceeding. | |

**ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF CAITLIN J. CAMPBELL**

UPON the motion of Caitlin J. Campbell, to be admitted, *pro hac vice*, to represent Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives (the "Foreign Representatives"), in the above-referenced case and upon the movant's certification that the movant is a member in good standing of the bar of the State of California, it is hereby

ORDERED, that Caitlin J. Campbell, is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Foreign Representatives, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2022
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.