Adam J. Goldberg
Brett M. Neve (admitted *pro hac vice*)
Nacif Taousse
Brian S. Rosen (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  adam.goldberg@lw.com
         brett.neve@lw.com
         nacif.taousse@lw.com
         brian.rosen@lw.com

Daniel Scott Schecter (admitted *pro hac vice*)
Nima H. Mohebbi (admitted *pro hac vice*)
Caitlin J. Campbell (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:  daniel.schecter@lw.com
         nima.mohebbi@lw.com
         caitlin.campbell@lw.com

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Three Arrows Capital Ltd,[1]<br><br>    Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-10920 (MG) |

## CERTIFICATE OF SERVICE

I, Christopher M. Tarrant, certify that:

1. I am employed by the law firm Latham & Watkins LLP at 1271 Avenue of the Americas, New York, New York 10020, attorneys for Russell Crumpler and Christopher Farmer as Foreign Representatives.

2. On July 1, 2022, my colleagues and I caused true and correct copies of the following documents to be served in the manner indicated in the service list attached hereto as **Exhibit A**:

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

- *Chapter 15 Petition for Recognition of Foreign Proceeding* [Docket No. 1];

- *Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* [Docket No. 2];

- *Declaration of Russell Crumpler in Support of Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* [Docket No. 3];

- *Declaration of Grant Carroll in Support of Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* [Docket No. 4];

- *Motion for Entry of an Order Scheduling a Hearing on Chapter 15 Petition for Recognition and Related Relief and Specifying Form and Manner of Service of Notice* [Docket No. 5]; and

- *Motion for Authorization to File Unredacted Petition Under Seal* [Docket No. 6];

3. On July 5, 2022, my colleagues and I caused true and correct copies of the following documents to be served in the manner indicated in the service list attached hereto as **Exhibit B:**

- *Chapter 15 Petition for Recognition of Foreign Proceeding* [Docket No. 1];

- *Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* [Docket No. 2];

- *Declaration of Russell Crumpler in Support of Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* [Docket No. 3];

- *Declaration of Grant Carroll in Support of Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* [Docket No. 4];

- *Motion for Entry of an Order Scheduling a Hearing on Chapter 15 Petition for Recognition and Related Relief and Specifying Form and Manner of Service of Notice* [Docket No. 5]; and

- *Motion for Authorization to File Unredacted Petition Under Seal* [Docket No. 6].

Dated: July 6, 2022  　　　　　　　　　　　　 */s/ Christopher M. Tarrant*
　　　　New York, NY  　　　　　　　　　　　　 Christopher M. Tarrant

2

**Exhibit A**

**Served via Email:**

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10004
Attn: Linda Riffkin
Attn: Brian Masumoto
Email: Linda.riffkin@usdoj.gov
　　　　Brian.Masumoto@usdoj.gov

## Exhibit B

**Served via Hand-Delivery:**

Office of the United States Trustee
Attn: Andy Velez-Rivera, Tara Tiantian
     And Linda Riffkin
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY   10014

**Served via Email:**

Bedell Cristin
Mandar House, Johnson's Ghut
PO Box 2283, Road Town
Tortola, British Virgin Islands
Attn: Lisa Walmisley
    lisa.walmisley@bedellcristin.com
    caroline.oliver@bedellcristin.com
    edmond.fung@bedellcristin.com


Roger Landsman
Attorney
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
    landsmanr@SEC.GOV
    GootE@SEC.GOV

2