**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 15 |
| THREE ARROWS CAPITAL, LTD, *et al.*,[1] | ) ) ) | Case No. 22-10920 (MG) |
| Debtor in Foreign Proceeding. | ) ) | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Allyson B. Smith, hereby request admission *pro hac vice* in the above-referenced chapter 15 case to represent Voyager Digital Holdings, Inc. I certify that I am a member in good standing of the bar of the State of New York. I have submitted the filing fee of $200 with this motion for *pro hac vice* admissions.

Dated: July 7, 2022                  */s/ Allyson B. Smith*
      New York, New York         Allyson B. Smith
                                 **KIRKLAND & ELLIS LLP**
                                 **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                 601 Lexington Avenue
                                 New York, New York
                                 Telephone:    (212) 446-4800
                                 Facsimile:    (212) 446-4900
                                 Email:        allyson.smith@kirkland.com

                                 *Counsel to Voyager Digital Holdings, Inc.*

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

KE 88071223

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| THREE ARROWS CAPITAL, LTD, *et al.*,[1] | ) | Case No. 22-10920 (MG) |
| | ) | |
| Debtor in Foreign Proceeding. | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Allyson B. Smith, to be admitted *pro hac vice* to represent the Voyager Digital Holdings, Inc. in the above-referenced chapter 15 case, and upon the movant's certification that she is a member in good standing of the bar of the State of New York, it is hereby:

**ORDERED** that Allyson B. Smith, is admitted to practice *pro hac vice* in the above-captioned cases to represent Voyager Digital Holdings, Inc. in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

New York, New York
Dated: _____, 2022

_____
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

KE 88071223