**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) ) Chapter 15 |
| THREE ARROWS CAPITAL, LTD, *et al.*,[1] | ) ) Case No. 22-10920 (MG) |
| Debtor in Foreign Proceeding. | ) ) ) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

      Upon the motion of Allyson B. Smith, to be admitted *pro hac vice* to represent the Voyager Digital Holdings, Inc. in the above-referenced chapter 15 case, and upon the movant's certification that she is a member in good standing of the bar of the State of New York, it is hereby:

      **ORDERED** that Allyson B. Smith, is admitted to practice *pro hac vice* in the above-captioned cases to represent Voyager Digital Holdings, Inc. in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

New York, New York
Dated: July 8, 2022

                                                          **/s/Martin Glenn**
                                                        THE HONORABLE MARTIN GLENN
                                                        CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.