| | |
|---|---|
| Adam J. Goldberg | Daniel Scott Schecter (admitted *pro hac vice*) |
| Brett M. Neve (admitted *pro hac vice*) | Nima H. Mohebbi (admitted *pro hac vice*) |
| Nacif Taousse | Caitlin J. Campbell (admitted *pro hac vice*) |
| Brian S. Rosen (admitted *pro hac vice*) | **LATHAM & WATKINS LLP** |
| **LATHAM & WATKINS LLP** | 355 South Grand Avenue, Suite 100 |
| 1271 Avenue of the Americas | Los Angeles, CA 90071 |
| New York, NY 10020 | Telephone: (213) 485-1234 |
| Telephone: (212) 906-1200 | Facsimile: (213) 891-8763 |
| Facsimile: (212) 751-4864 | Email:  daniel.schecter@lw.com |
| Email:  adam.goldberg@lw.com |           nima.mohebbi@lw.com |
|           brett.neve@lw.com |           caitlin.campbell@lw.com |
|           nacif.taousse@lw.com | |
|           brian.rosen@lw.com | |

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital Ltd,[1] | Case No. 22-10920 (MG) |
| Debtor in a Foreign Proceeding. | |

## CERTIFICATE OF SERVICE

I, Christopher M. Tarrant, certify that:

1.  I am employed by the law firm Latham & Watkins LLP at 1271 Avenue of the Americas, New York, New York 10020, attorneys for Russell Crumpler and Christopher Farmer as Foreign Representatives.

2.  On July 6, 2022, my colleagues and I caused true and correct copies of the following documents to be served in the manner indicated in the service list attached hereto as **Exhibit A**:

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

- *Chapter 15 Petition for Recognition of Foreign Proceeding* [Docket No. 1];

- *Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* [Docket No. 2];

- *Declaration of Russell Crumpler in Support of Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* [Docket No. 3];

- *Declaration of Grant Carroll in Support of Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* [Docket No. 4];

- *Motion for Entry of an Order Scheduling a Hearing on Chapter 15 Petition for Recognition and Related Relief and Specifying Form and Manner of Service of Notice* [Docket No. 5]; and

- *Motion for Authorization to File Unredacted Petition Under Seal* [Docket No. 6];

3. On July 6, 2022, my colleagues and I caused true and correct copies of the following documents to be served in the manner indicated in the service list attached hereto as **Exhibit B:**

- *Chapter 15 Petition for Recognition of Foreign Proceeding* [Docket No. 1];

- *Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* [Docket No. 2];

- *Declaration of Russell Crumpler in Support of Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* [Docket No. 3];

- *Declaration of Grant Carroll in Support of Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* [Docket No. 4];

- *Motion for Entry of an Order Scheduling a Hearing on Chapter 15 Petition for Recognition and Related Relief and Specifying Form and Manner of Service of Notice* [Docket No. 5]; and

- *Motion for Authorization to File Unredacted Petition Under Seal* [Docket No. 6].

4. On July 7, 2022, my colleagues and I caused true and correct copies of the following documents to be served in the manner indicated in the service list attached hereto as **Exhibit C:**

- *Order Scheduling Hearing on Chapter 15 Petition and Related Relief and Specifying Form and Manner of Service of Notice* [Docket No. 18].

5.  On July 7, 2022, my colleagues and I caused true and correct copies of the following documents to be served in the manner indicated in the service list attached hereto as **Exhibit D:**

- *Order Scheduling Hearing on Chapter 15 Petition and Related Relief and Specifying Form and Manner of Service of Notice* [Docket No. 18].

Dated: July 11, 2022             /s/ Christopher M. Tarrant
       New York, NY              Christopher M. Tarrant

**Exhibit A**

**Served via Email:**

sehrlich@investvoyager.com
jsussberg@kirkland.com

cmarcus@kirkland.com

management@threearrowscap.com
su.zhu@threearrowscap.com

press@genesistrading.com

mathijs@deribit.com
jos@deribit.com
ir@deribit.com
info@deribit.com

jgottlieb@morrisoncohen.com
jmoldovan@morrisoncohen.com

## Exhibit B

**Served via First-Class Mail:**

Voyager Digital LLC
33 Irving Place
New York, NY 10003

Voyager Digital LLC
c/o KIRKLAND & ELLIS, LLP
601 Lexington Avenue
New York, NY 10022
Attn: Joshua A. Sussberg, P.C.

[redacted]

Genesis Global Trading
5th Floor, 250 Park Ave S
New York, NY 10003

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Deribit B.V.
Stationsstraat 2 B, 3851 NH, Ermelo, The Netherlands

DRB Panama Inc (Deribit)
Via Espana, Delta Bank Building
6th Floor, Suite 604D
Panama City
Panama PA-8

Bedell Cristin
Legal Practitioners for DRB Panama Inc.
Mandar House, Johnson's Ghut,
PO Box 2283, Road Town,
Tortola, British Virgin Islands

Genesis Asia Pacific PTE. LTD.
c/o Morrison Cohen LLP
909 Third Avenue, 27th Floor
New York, NY 10022

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

2



Three Arrows Fund, Ltd
582 Market Street, Suite 606
San Francisco, CA 94104

Three Arrows Fund, LP
582 Market Street, Suite 606
San Francisco, CA 94104

Three Arrows Capital Pte. Ltd.
7 Temasek Boulevard
#21-04
Suntec Tower One
Singapore 038987

3

**Exhibit C**

**Served via E-Mail:**

Andy.Velez-Rivera@usdoj.gov
sehrlich@investvoyager.com
jsussberg@kirkland.com
Tara.Tiantian@usdoj.gov

caroline.oliver@bedellcristin.com
edmond.fung@bedellcristin.com

landsmanr@SEC.GOV
GootE@SEC.GOV
cmarcus@kirkland.com

press@genesistrading.com

mathijs@deribit.com
jos@deribit.com
ir@deribit.com
info@deribit.com

management@threearrowscap.com
su.zhu@threearrowscap.com

4

▮▮▮▮▮▮▮▮▮▮

jgottlieb@morrisoncohen.com
jmoldovan@morrisoncohen.com

▮▮▮▮▮▮▮▮▮▮

allyson.smith@kirkland.com

2

**Exhibit D**

**Served via First-Class Mail:**

Voyager Digital LLC
33 Irving Place
New York, NY 10003

Voyager Digital LLC
c/o KIRKLAND & ELLIS, LLP
601 Lexington Avenue
New York, NY 10022
Attn: Joshua A. Sussberg, P.C.

Genesis Global Trading
5th Floor, 250 Park Ave S
New York, NY 10003

Deribit B.V.
Stationsstraat 2 B, 3851 NH, Ermelo, The Netherlands

DRB Panama Inc (Deribit)
Via Espana, Delta Bank Building
6th Floor, Suite 604D
Panama City
Panama PA-8

Bedell Cristin
Legal Practitioners for DRB Panama Inc.
Mandar House, Johnson's Ghut,
PO Box 2283, Road Town,
Tortola, British Virgin Islands

Genesis Asia Pacific PTE. LTD.
c/o Morrison Cohen LLP
909 Third Avenue, 27th Floor
New York, NY 10022

2

Roger Landsman
Attorney
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10004
Attn: Andy Velez-Rivera, Tara Tiantian
 And Linda Riffkin

Bedell Cristin
Mandar House, Johnson's Ghut
PO Box 2283, Road Town
Tortola, British Virgin Islands
Attn: Lisa Walmisley

3