| | |
|---|---|
| Adam J. Goldberg | Daniel Scott Schecter (admitted *pro hac vice*) |
| Brett M. Neve (admitted *pro hac vice*) | Nima H. Mohebbi (admitted *pro hac vice*) |
| Nacif Taousse | Caitlin J. Campbell (admitted *pro hac vice*) |
| Brian S. Rosen (admitted *pro hac vice*) | **LATHAM & WATKINS LLP** |
| **LATHAM & WATKINS LLP** | 355 South Grand Avenue, Suite 100 |
| 1271 Avenue of the Americas | Los Angeles, CA 90071 |
| New York, NY 10020 | Telephone: (213) 485-1234 |
| Telephone: (212) 906-1200 | Facsimile: (213) 891-8763 |
| Facsimile: (212) 751-4864 | Email: daniel.schecter@lw.com |
| Email: adam.goldberg@lw.com | nima.mohebbi@lw.com |
| brett.neve@lw.com | caitlin.campbell@lw.com |
| nacif.taousse@lw.com | |
| brian.rosen@lw.com | |

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital Ltd,[1] | Case No. 22-10920 (MG) |
| Debtor in a Foreign Proceeding. | |

## CERTIFICATE OF SERVICE

I, Christopher M. Tarrant, certify that:

1. I am employed by the law firm Latham & Watkins LLP at 1271 Avenue of the Americas, New York, New York 10020, attorneys for Russell Crumpler and Christopher Farmer as Foreign Representatives.

2. On July 8, 2022, my colleagues and I caused true and correct copies of the following documents to be served in the manner indicated in the service list attached hereto as **Exhibit A**:

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

US-DOCS\133102039.3

- *Emergency Motion for Provisional Relief* [Docket No. 22];

- *Declaration of Russell Crumpler in Support of Emergency Motion for Provisional Relief* [Docket No. 23];

- *Declaration of Christopher Farmer in Support of Emergency Motion for Provisional* [Docket No. 24];

- *Declaration of Grant Carroll in Support of Emergency Motion for Provisional Relief* [Docket No. 25]; and

- *Order Granting Request for Emergency Hearing* [Docket No. 26];

3. On July 8, 2022, my colleagues and I caused true and correct copies of the following documents to be served in the manner indicated in the service list attached hereto as **Exhibit B:**

- *Emergency Motion for Provisional Relief* [Docket No. 22];

- *Declaration of Russell Crumpler in Support of Emergency Motion for Provisional Relief* [Docket No. 23];

- *Declaration of Christopher Farmer in Support of Emergency Motion for Provisional* [Docket No. 24];

- *Declaration of Grant Carroll in Support of Emergency Motion for Provisional Relief* [Docket No. 25]; and

- *Order Granting Request for Emergency Hearing* [Docket No. 26];

4. On July 8, 2022, my colleagues and I caused true and correct copies of the following documents to be served in the manner indicated in the service list attached hereto as **Exhibit C:**

- *Emergency Motion for Provisional Relief* [Docket No. 22];

- *Declaration of Russell Crumpler in Support of Emergency Motion for Provisional Relief* [Docket No. 23];

- *Declaration of Christopher Farmer in Support of Emergency Motion for Provisional* [Docket No. 25];

- *Declaration of Grant Carroll in Support of Emergency Motion for Provisional Relief* [Docket No. 24]; and

- *Order Granting Request for Emergency Hearing* [Docket No. 26];

Dated: July 11, 2022              */s/ Christopher M. Tarrant*
       New York, NY               Christopher M. Tarrant

**Exhibit A**

**Served via Federal Express:**

Office of the United States Trustee
Attn: Andy Velez-Rivera, Tara Tiantian
 And Linda Riffkin
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY   10014

Roger Landsman
Attorney
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549

**Exhibit B**

**Served via E-Mail:**

allyson.smith@kirkland.com

Andy.Velez-Rivera@usdoj.gov

caroline.oliver@bedellcristin.com

edmond.fung@bedellcristin.com

GootE@SEC.gov

ir@deribit.com
info@deribit.com

jos@deribit.com
jsussberg@kirkland.com

landsmanr@SEC.gov

lisa.walmisley@bedellcristin.com

management@threearrowscap.com
mathijs@deribit.com

press@genesistrading.com

su.zhu@threearrowscap.com

Tara.Tiantian@usdoj.gov

2

jgottlieb@morrisoncohen.com
jmoldovan@morrisoncohen.com

2

**Exhibit C**

**Served via First-Class Mail:**

Voyager Digital LLC
33 Irving Place
New York, NY 10003

Voyager Digital LLC
c/o KIRKLAND & ELLIS, LLP
601 Lexington Avenue
New York, NY 10022
Attn: Joshua A. Sussberg, P.C.

Genesis Global Trading
5th Floor, 250 Park Ave S
New York, NY 10003

Deribit B.V.
Stationsstraat 2 B, 3851 NH, Ermelo, The Netherlands

DRB Panama Inc (Deribit)
Via Espana, Delta Bank Building
6th Floor, Suite 604D
Panama City
Panama PA-8

Bedell Cristin
Legal Practitioners for DRB Panama Inc.
Mandar House, Johnson's Ghut,
PO Box 2283, Road Town,
Tortola, British Virgin Islands

Genesis Asia Pacific PTE. LTD.
c/o Morrison Cohen LLP
909 Third Avenue, 27th Floor
New York, NY 10022

2



Three Arrows Fund, Ltd
582 Market Street, Suite 606
San Francisco, CA 94104

Three Arrows Fund, LP
582 Market Street, Suite 606
San Francisco, CA 94104

Three Arrows Capital Pte. Ltd.
7 Temasek Boulevard
#21-04
Suntec Tower One
Singapore 038987

3