| | |
|---|---|
| Adam J. Goldberg | Daniel Scott Schecter (admitted *pro hac vice*) |
| Brett M. Neve (admitted *pro hac vice*) | Nima H. Mohebbi (admitted *pro hac vice*) |
| Nacif Taousse | Caitlin J. Campbell (admitted *pro hac vice*) |
| Brian S. Rosen (admitted *pro hac vice*) | **LATHAM & WATKINS LLP** |
| **LATHAM & WATKINS LLP** | 355 South Grand Avenue, Suite 100 |
| 1271 Avenue of the Americas | Los Angeles, CA 90071 |
| New York, NY 10020 | Telephone: (213) 485-1234 |
| Telephone: (212) 906-1200 | Facsimile: (213) 891-8763 |
| Facsimile: (212) 751-4864 | Email:  daniel.schecter@lw.com |
| Email:  adam.goldberg@lw.com |          nima.mohebbi@lw.com |
|         brett.neve@lw.com |          caitlin.campbell@lw.com |
|         nacif.taousse@lw.com | |
|         brian.rosen@lw.com | |

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital, Ltd,[1] | Case No. 22-10920 (MG) |
| Debtor in a Foreign Proceeding. | Docket Ref. No. 22 |

### NOTICE OF FILING OF REVISED PROPOSED ORDER REGARDING PROVISIONAL RELIEF PURSUANT TO CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on July 8, 2022, Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives (the "Foreign Representatives") of Three Arrows Capital, Ltd (the "Debtor") filed the *Emergency Motion for Provisional Relief* [Docket No. 22] (the "Motion")[2] pursuant to chapter 15 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a hearing (the "Hearing") to consider the relief requested in the Motion for **9:00 a.m (prevailing Eastern Time)**

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

[2] Capitalized terms shall have the same meanings ascribed to them in the Motion.

**on July 12, 2022** before the Honorable Martin Glenn of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised proposed order in relation to the Motion, which reflects certain revisions informally requested by a party in interest. A blackline showing the changes from the initial version of the proposed order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that copies of the revised proposed order may be obtained from (a) the Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document), or (b) upon written request to the Foreign Representatives' counsel (including by facsimile or e-mail) addressed to:

>Adam J. Goldberg
>Brett M. Neve (admitted *pro hac vice*)
>Nacif Taousse
>Brian S. Rosen (admitted *pro hac vice*)
>LATHAM & WATKINS LLP
>1271 Avenue of the Americas
>New York, NY 10020
>Telephone: (212) 906-1200
>Facsimile: (212) 751-4864
>Email: adam.goldberg@lw.com
>       brett.neve@lw.com
>       nacif.taousse@lw.com
>       brian.rosen@lw.com
>
>Daniel Scott Schecter (admitted *pro hac vice*)
>Nima H. Mohebbi (admitted *pro hac vice*)
>Caitlin J. Campbell (admitted *pro hac vice*)
>LATHAM & WATKINS LLP
>355 South Grand Avenue, Suite 100
>Los Angeles, CA 90071
>Telephone: (213) 485-1234
>Facsimile: (213) 891-8763
>Email: daniel.schecter@lw.com
>       nima.mohebbi@lw.com
>       caitlin.campbell@lw.com

A copy of select pleadings filed in the chapter 15 case are available for review, free-of-charge, on the website maintained by the Foreign Representatives: https://3acliquidation.com/.

[*Remainder of Page Intentionally Left Blank*]

|  |  |
|---|---|
| Dated: July 12, 2022<br>New York, New York | Respectfully submitted,<br><br>/s/ *Adam J. Goldberg*<br>Adam J. Goldberg<br>Brett M. Neve (admitted *pro hac vice*)<br>Nacif Taousse<br>Brian S. Rosen (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email:  adam.goldberg@lw.com<br>          brett.neve@lw.com<br>          nacif.taousse@lw.com<br>          brian.rosen@lw.com<br><br>– and –<br><br>Daniel Scott Schecter (admitted *pro hac vice*)<br>Nima H. Mohebbi (admitted *pro hac vice*)<br>Caitlin J. Campbell (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email:  daniel.schecter@lw.com<br>          nima.mohebbi@lw.com<br>          caitlin.campbell@lw.com<br><br>*Counsel to the Foreign Representatives* |