| | |
|---|---|
| Alyson M. Fiedler<br>**ICE MILLER LLP**<br>1500 Broadway, Suite 2900<br>New York, NY 10036<br>Telephone: (212) 835-6315<br>Facsimile: (212) 835-6316<br>Email: Alyson.Fiedler@icemiller.com | Jeffrey A. Hokanson<br>**ICE MILLER LLP**<br>One American Square, Suite 2900<br>Indianapolis, IN 46282-0200<br>Telephone: (317) 236-2100<br>Facsimile: (317) 592-4809<br>Email: Jeff.Hokanson@icemiller.com |

*Counsel to Equities First Holdings LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Three Arrows Capital, Ltd,[1]<br><br>             Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-10920 (MG) |

## NOTICE OF WITHDRAWAL

TO THE CLERK:

    Kindly withdraw my appearance on behalf of Equities First Holdings LLC (the "Creditor")

in the above-captioned matter.

Dated: July 12, 2022

                                    ICE MILLER LLP

                                    By:   */s/ Alyson M. Fiedler*
                                          Alyson M. Fiedler
                                          1500 Broadway, Suite 2900
                                          New York, NY 10036
                                          Telephone: (212) 835-6315
                                          Facsimile: (212) 835-6316
                                          Email: Alyson.Fiedler@icemiller.com

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

1

## **CERTIFICATE OF SERVICE**

    I, Alyson M. Fiedler, an attorney, hereby certify that on July 12, 2022, a copy of the foregoing Notice of Withdrawal was duly served to all registered parties through the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York.

*/s/ Alyson M. Fiedler*
Alyson M. Fiedler
