Adam J. Goldberg
Brett M. Neve (admitted *pro hac vice*)
Nacif Taousse
Brian S. Rosen (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  adam.goldberg@lw.com
         brett.neve@lw.com
         nacif.taousse@lw.com
         brian.rosen@lw.com

Daniel Scott Schecter (admitted *pro hac vice*)
Nima H. Mohebbi (admitted *pro hac vice*)
Caitlin J. Campbell (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:  daniel.schecter@lw.com
         nima.mohebbi@lw.com
         caitlin.campbell@lw.com

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital Ltd,[1] | Case No. 22-10920 (MG) |
| Debtor in a Foreign Proceeding. | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Christopher M. Tarrant, certify that:

1.      I am employed by the law firm Latham & Watkins LLP at 1271 Avenue of the Americas, New York, New York 10020, attorneys for Russell Crumpler and Christopher Farmer as Foreign Representatives.

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

2.      On July 11, 2022, my colleagues and I caused true and correct copies of the

following documents to be served in the manner indicated in the service list attached hereto as

**Exhibit A**:

- *Chapter 15 Petition for Recognition of Foreign Proceeding* (ECF. No. 1), filed on July 1, 2022;
- *Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* (ECF. No. 2), filed on July 1, 2022;
- *Declaration of Russell Crumpler in Support of Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* (ECF. No. 3), filed on July 1, 2022;
- *Declaration of Grant Carroll in Support of Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* (ECF. No. 4), filed on July 1, 2022;
- *Motion for Entry of an Order Scheduling a Hearing on Chapter 15 Petition for Recognition and Related Relief and Specifying Form and Manner of Service of Notice* (ECF. No. 5), filed on July 1, 2022;
- *Motion for Authorization to File Unredacted Petition Under Seal* (ECF. No. 6), filed on July 1, 2022;
- *Order Scheduling Hearing on Chapter 15 Petition and Related Relief and Specifying Form and Manner of Service of Notice* (ECF. No. 18), entered on July 7, 2022;
- *Emergency Motion for Provisional Relief* (ECF. No. 22), filed on July 8, 2022;
- *Declaration of Russell Crumpler in Support of Emergency Motion for Provisional Relief* (ECF. No. 23), filed on July 8, 2022;
- *Declaration of Christopher Farmer in Support of Emergency Motion for Provisional Relief* (ECF. No. 24), filed on July 8, 2022;
- *Declaration of Grant Carroll in Support of Emergency Motion for Provisional Relief* (ECF. No. 25), filed on July 8, 2022; and
- *Order Granting Request for Emergency Hearing* (ECF. No. 26), entered on July 8, 2022.

3.      On July 12, 2022, my colleagues and I caused true and correct copies of the

following documents to be served in the manner indicated in the service list attached hereto as

**Exhibit B:**

- *Chapter 15 Petition for Recognition of Foreign Proceeding* (ECF. No. 1), filed on July 1, 2022;

- *Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* (ECF. No. 2), filed on July 1, 2022;

- *Declaration of Russell Crumpler in Support of Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* (ECF. No. 3), filed on July 1, 2022;

- *Declaration of Grant Carroll in Support of Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* (ECF. No. 4), filed on July 1, 2022;

- *Motion for Entry of an Order Scheduling a Hearing on Chapter 15 Petition for Recognition and Related Relief and Specifying Form and Manner of Service of Notice* (ECF. No. 5), filed on July 1, 2022;

- *Motion for Authorization to File Unredacted Petition Under Seal* (ECF. No. 6), filed on July 1, 2022;

- *Order Scheduling Hearing on Chapter 15 Petition and Related Relief and Specifying Form and Manner of Service of Notice* (ECF. No. 18), entered on July 7, 2022;

- *Emergency Motion for Provisional Relief* (ECF. No. 22), filed on July 8, 2022;

- *Declaration of Russell Crumpler in Support of Emergency Motion for Provisional Relief* (ECF. No. 23), filed on July 8, 2022;

- *Declaration of Christopher Farmer in Support of Emergency Motion for Provisional Relief* (ECF. No. 24), filed on July 8, 2022;

- *Declaration of Grant Carroll in Support of Emergency Motion for Provisional Relief* (ECF. No. 25), filed on July 8, 2022; and

- *Order Granting Request for Emergency Hearing* (ECF. No. 26), entered on July 8, 2022.

4.      On July 12, 2022, my colleagues and I caused true and correct copies of the

following documents to be served in the manner indicated in the service list attached hereto as

**Exhibit C:**

- *Order Granting Provisional Relief* (ECF. No. 32), entered on July 12, 2022;

5.      On July 12, 2022, my colleagues and I caused true and correct copies of the

following documents to be served in the manner indicated in the service list attached hereto as

**Exhibit D:**

- *Order Granting Provisional Relief* (ECF. No. 32), entered on July 12, 2022;

Dated: July 12, 2022                          /s/ Christopher M. Tarrant
      New York, NY                          Christopher M. Tarrant

**Exhibit A**

**Served via E-Mail:**



## Exhibit B

**Served via First-Class Mail:**



Advocatus Law LLP
Attn: Christopher Anand Daniel
08-01, 25 North Bridge
25 North Bridge Road
Singapore 179104
*Also sent via email on July 12, 2022 to:*
*christopher@advocatus.sg*
*harjean@advocatus.sg*

**Exhibit C**

**Served via E-Mail:**



allyson.smith@kirkland.com

Alyson.Fiedler@icemiller.com

Andy.Velez-Rivera@usdoj.gov

caroline.oliver@bedellcristin.com

christopher@advocatus.sg

cmarcus@kirkland.com

edmond.fung@bedellcristin.com

GootE@SEC.gov

harjean@advocatus.sg

info@deribit.com

ir@deribit.com

Jeff.Hokanson@icemiller.com

Jeffrey.Saferstein@weil.com

jgottlieb@morrisoncohen.com

jmoldovan@morrisoncohen.com

jos@deribit.com

jsussberg@kirkland.com

landsmanr@SEC.gov

lisa.walmisley@bedellcristin.com

management@threearrowscap.com

mathijs@deribit.com

mmix@morrisoncohen.com

press@genesistrading.com

richard.smikle@icemiller.com



sehrlich@investvoyager.com

su.zhu@threearrowscap.com

Tara.Tiantian@usdoj.gov

nicholyeo@solitairellp.com
Ronit.Berkovich@weil.com

**Exhibit D**

**Served via First-Class Mail:**

Voyager Digital LLC
33 Irving Place
New York, NY 10003

Voyager Digital LLC
c/o KIRKLAND & ELLIS, LLP
601 Lexington Avenue
New York, NY 10022
Attn: Joshua A. Sussberg, P.C.

Genesis Global Trading
5th Floor, 250 Park Ave S
New York, NY 10003

Deribit B.V.
Stationsstraat 2 B, 3851 NH, Ermelo, The
Netherlands

DRB Panama Inc (Deribit)
Via Espana, Delta Bank Building
6th Floor, Suite 604D
Panama City
Panama PA-8

Bedell Cristin
Legal Practitioners for DRB Panama Inc.
Mandar House, Johnson's Ghut,
PO Box 2283, Road Town,
Tortola, British Virgin Islands

Genesis Asia Pacific PTE. LTD.
c/o Morrison Cohen LLP
909 Third Avenue, 27th Floor
New York, NY 10022

Three Arrows Fund, Ltd
582 Market Street, Suite 606
San Francisco, CA 94104

Three Arrows Fund, LP
582 Market Street, Suite 606
San Francisco, CA 94104

Three Arrows Capital Pte. Ltd.
7 Temasek Boulevard
#21-04
Suntec Tower One
Singapore 038987

Office of the United States Trustee
Attn: Andy Velez-Rivera, Tara Tiantian
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY   10014

Roger Landsman
Attorney
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549

Advocatus Law LLP
Attn: Christopher Anand Daniel
08-01, 25 North Bridge
25 North Bridge Road
Singapore 179104

Solitaire LLP
Attn: Nichol Yeo
11 Beach Road #05-02
Singapore 189675