Warren E. Gluck, Esq.
**HOLLAND & KNIGHT LLP**
31 West 52nd Street, 12th Floor
New York, NY  10019
Tel: 212.513.3200
Email: warren.gluck@hklaw.com

*Counsel to the Joint Liquidators of Three Arrows Capital, Ltd.*

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                                    :
In re:                                              :      Chapter 15
                                                    :
THREE ARROWS CAPITAL, LTD,[1]                       :      Case No. 22-10920 (mg)
                                                    :
              Debtor in a Foreign                   :
              Proceeding.                           :
                                                    :
-----------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Holland & Knight LLP appears in the above-captioned case as Counsel to Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives of Three Arrows Capital, Ltd, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in these cases be delivered to and be served at the following address and further requests to be added to the master service list:

**HOLLAND & KNIGHT LLP**
31 West 52nd Street, 12th Floor
New York, NY  10019

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

Telephone: 212.513.3200
Facsimile: 212.385.9010
Email: warren.gluck@hklaw.com
Attn: Warren E. Gluck, Esq.

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

Dated:  July 15, 2022
New York, New York

                        /s/ Warren E. Gluck, Esq.

**HOLLAND & KNIGHT LLP**
31 West 52nd Street, 12th Floor
New York, NY  10019
Telephone: 212.513.3200
Facsimile: 212.385.9010
Email: warren.gluck@hklaw.com

*Counsel to the Joint Liquidators of Three Arrows Capital, Ltd.*

2

#175990062_v1