# **EXHIBIT A**

## **ORGANIZATIONAL CHART**




# Organizational Structure Chart
*As of 7/19/22*