Adam J. Goldberg
Brett M. Neve
Nacif Taousse
Brian S. Rosen
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  adam.goldberg@lw.com
         brett.neve@lw.com
         nacif.taousse@lw.com
         brian.rosen@lw.com

Daniel Scott Schecter (admitted *pro hac vice*)
Nima H. Mohebbi (admitted *pro hac vice*)
Caitlin J. Campbell (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:  daniel.schecter@lw.com
         nima.mohebbi@lw.com
         caitlin.campbell@lw.com

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital Ltd,[1] | Case No. 22-10920 (MG) |
| Debtor in a Foreign Proceeding. | |

## NOTICE OF WITHDRAWAL OF MOTION FOR AUTHORIZATION TO FILE UNREDACTED PETITION UNDER SEAL

Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives (the "Foreign Representatives") of Three Arrows Capital, Ltd (the "Debtor"), by and through undersigned counsel, hereby withdraw their *Motion for Authorization to File Unredacted Petition Under Seal* [Docket No. 6].

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531.  The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

Dated: July 25, 2022       Respectfully submitted,
      New York, New York

*/s/ Adam J. Goldberg*
Adam J. Goldberg
Brett M. Neve
Nacif Taousse
Brian S. Rosen
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:   adam.goldberg@lw.com
       brett.neve@lw.com
       nacif.taousse@lw.com
       brian.rosen@lw.com

– and –

Daniel Scott Schecter (admitted *pro hac vice*)
Nima H. Mohebbi (admitted *pro hac vice*)
Caitlin Campbell (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:   daniel.schecter@lw.com
       nima.mohebbi@lw.com
       caitlin.campbell@lw.com

**CERTIFICATE OF SERVICE**

I, Adam J. Goldberg, hereby certify that on July 25, 2022, I did cause the *Notice of Withdrawal of Motion for Authorization to File Unredacted Petition Under Seal [Docket No. 6]* to be filed via CM/ECF and served on the following parties in the manner indicated below:

**VIA E-MAIL & HAND- DELIVERY**
Chambers of the Honorable Martin Glenn
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY 10004
mg.chambers@nysb.uscourts.gov

**VIA E-MAIL & HAND- DELIVERY**
Office of the United States Trustee
Attn: Andy Velez-Rivera, Tara Tiantian
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY   10014
Andy.Velez-Rivera@usdoj.gov
Tara.Tiantian@usdoj.gov

**VIA E-MAIL DELIVERY**
Voyager Digital LLC
c/o KIRKLAND & ELLIS, LLP
601 Lexington Avenue
New York, NY 10022
Attn: Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith
Email: jsussberg@kirkland.com
          cmarcus@kirkland.com
          christine.okike@kirkland.com
          allyson.smith@kirkland.com

**VIA E-MAIL DELIVERY**
Roger Landsman
Attorney
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
landsmanr@SEC.gov
GootE@SEC.gov

**LATHAM & WATKINS LLP**

*/s/ Adam J. Goldberg*
    Adam J. Goldberg