| | |
|---|---|
| Adam J. Goldberg | Daniel Scott Schecter (admitted *pro hac vice*) |
| Brett M. Neve | Nima H. Mohebbi (admitted *pro hac vice*) |
| Nacif Taousse | Caitlin J. Campbell (admitted *pro hac vice*) |
| Brian S. Rosen | **LATHAM & WATKINS LLP** |
| **LATHAM & WATKINS LLP** | 355 South Grand Avenue, Suite 100 |
| 1271 Avenue of the Americas | Los Angeles, CA 90071 |
| New York, NY 10020 | Telephone: (213) 485-1234 |
| Telephone: (212) 906-1200 | Facsimile: (213) 891-8763 |
| Facsimile: (212) 751-4864 | Email:  daniel.schecter@lw.com |
| Email:  adam.goldberg@lw.com |         nima.mohebbi@lw.com |
|         brett.neve@lw.com |         caitlin.campbell@lw.com |
|         nacif.taousse@lw.com | |
|         brian.rosen@lw.com | |

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital Ltd,[1] | Case No. 22-10920 (MG) |
| Debtor in a Foreign Proceeding. | |

### NOTICE OF WITHDRAWAL OF MOTION FOR AUTHORIZATION TO FILE UNREDACTED CERTIFICATES OF SERVICE UNDER SEAL

Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives (the "Foreign Representatives") of Three Arrows Capital, Ltd (the "Debtor"), by and through undersigned counsel, hereby withdraw their *Motion for Authorization to File Unredacted Certificates of Service Under Seal* [Docket No. 29].

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

Dated: July 26, 2022
      New York, New York

Respectfully submitted,

*/s/ Adam J. Goldberg*
Adam J. Goldberg
Brett M. Neve
Nacif Taousse
Brian S. Rosen
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  adam.goldberg@lw.com
           brett.neve@lw.com
           nacif.taousse@lw.com
           brian.rosen@lw.com

– and –

Daniel Scott Schecter (admitted *pro hac vice*)
Nima H. Mohebbi (admitted *pro hac vice*)
Caitlin Campbell (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:  daniel.schecter@lw.com
           nima.mohebbi@lw.com
           caitlin.campbell@lw.com

# CERTIFICATE OF SERVICE

I, Adam J. Goldberg, hereby certify that on July 26, 2022, I did cause the *Notice of Withdrawal of Motion for Authorization to File Unredacted Certificates of Service Under Seal [Docket No. 26]* to be filed via CM/ECF and served on the following parties in the manner indicated below:

**VIA E-MAIL & HAND- DELIVERY**
Chambers of the Honorable Martin Glenn
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY 10004
mg.chambers@nysb.uscourts.gov

**VIA E-MAIL & HAND- DELIVERY**
Office of the United States Trustee
Attn: Andy Velez-Rivera, Tara Tiantian
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY   10014
Andy.Velez-Rivera@usdoj.gov
Tara.Tiantian@usdoj.gov

**VIA E-MAIL DELIVERY**
Voyager Digital LLC
c/o KIRKLAND & ELLIS, LLP
601 Lexington Avenue
New York, NY 10022
Attn: Joshua A. Sussberg, P.C.
Christopher Marcus, P.C.
Christine A. Okike, P.C.
Allyson B. Smith
Email: jsussberg@kirkland.com
cmarcus@kirkland.com
christine.okike@kirkland.com
allyson.smith@kirkland.com

**VIA E-MAIL DELIVERY**
Roger Landsman
Attorney
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
landsmanr@SEC.gov
GootE@SEC.gov

**LATHAM & WATKINS LLP**

*/s/ Adam J. Goldberg*
    Adam J. Goldberg