| | |
|---|---|
| Adam J. Goldberg | Daniel Scott Schecter (admitted *pro hac vice*) |
| Brett M. Neve | Nima H. Mohebbi (admitted *pro hac vice*) |
| Nacif Taousse | Caitlin J. Campbell (admitted *pro hac vice*) |
| Brian S. Rosen | **LATHAM & WATKINS LLP** |
| **LATHAM & WATKINS LLP** | 355 South Grand Avenue, Suite 100 |
| 1271 Avenue of the Americas | Los Angeles, CA 90071 |
| New York, NY 10020 | Telephone: (213) 485-1234 |
| Telephone: (212) 906-1200 | Facsimile: (213) 891-8763 |
| Facsimile: (212) 751-4864 | Email: daniel.schecter@lw.com |
| Email: adam.goldberg@lw.com | nima.mohebbi@lw.com |
| brett.neve@lw.com | caitlin.campbell@lw.com |
| nacif.taousse@lw.com | |
| brian.rosen@lw.com | |

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital Ltd,[1] | Case No. 22-10920 (MG) |
| Debtor in a Foreign Proceeding. | |

## CERTIFICATE OF SERVICE

I, Christopher M. Tarrant, certify that:

1. I am employed by the law firm Latham & Watkins LLP at 1271 Avenue of the Americas, New York, New York 10020, attorneys for Russell Crumpler and Christopher Farmer as Foreign Representatives.

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

2. On July 20, 2022, my colleagues and I caused true and correct copies of the following document to be served in the manner indicated in the service list attached hereto as **Exhibit A**:

- *Supplemental Declaration of Russell Crumpler in Support of Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief (ECF No. 37), filed on July 20, 2022.*

3. On July 21, 2022, my colleagues and I caused true and correct copies of the following document to be served in the manner indicated in the service list attached hereto as **Exhibit B:**

- *Supplemental Declaration of Russell Crumpler in Support of Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief (ECF No. 37), filed on July 20, 2022.*

4. On July 26, 2022, my colleagues and I caused true and correct copies of the following document to be served in the manner indicated in the service list attached hereto as **Exhibit C:**

- *Notice of Filing of Revised Proposed Order Regarding Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief (ECF No. 40), filed on July 26, 2022.*

5. On July 26, 2022, my colleagues and I caused true and correct copies of the following document to be served in the manner indicated in the service list attached hereto as **Exhibit D:**

- *Notice of Filing of Revised Proposed Order Regarding Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief (ECF No. 40), filed on July 26, 2022.*

Dated: July 27, 2022                       */s/ Christopher M. Tarrant*
        New York, NY                      Christopher M. Tarrant

<u>Exhibit A</u>

**Served via E-Mail:**

aaron@moonbeam.foundation
albertsworld@gmail.com
allyson.smith@kirkland.com
Alyson.Fiedler@icemiller.com
amar.singh@oncustodian.com
Andrew.Pflug@wongpartnership.com
Andy.Velez-Rivera@usdoj.gov
blossom.hing@drewnapier.com
boon2106@gmail.com
brian.gordon@squirepb.com
calvin.tan@jwsasialaw.com.sg
calvin@ascentfunds.sg
carla@coinlist.co
caroline.oliver@bedellcristin.com
carson@sbicrypto.com
CH@sterlington.net
chiaming.lee@nortonrosefulbright.com
chris.swart@squirepb.com
christopher@advocatus.sg
claire.neoh@drewnapier.com
clement.lin@squirepb.com
cmarcus@kirkland.com
cmcneil@sterlington.net
compliance@falconx.io
contact@algorand.foundation
daniel.chia@morganlewis.com
daniel.ng@mishcon.com
danielle@coinlist.com
debby.lim@dentons.com
derek@purestake.com
drothschild@colefrieman.com
dugan.bliss@blockfi.com
edmond.fung@bedellcristin.com
elena@abra.com
garon.larry@gmail.com
gavin.margetson@mishcon.com
geoff@compound.finance
gerry.ifill@hashkey.com
GootE@SEC.gov
greg.metzmacher@dacm.io
harjean@advocatus.sg
helen.wang@careyolsen.com
Henry.w@eastlinklanker.com
hon.ng@binance.com
huifeidexie@gmail.com
iain.clayton@bitmex.com
Iain.Tucker@walkersglobal.com

info@8blocks.capital
info@deribit.com
info@hdrglobaltradingltd.com
info@nexo.io
institutions@blockfi.com
ir@deribit.com
jacqueline.to@hashkey.com
james.farrell@ascendex.com
james.noble@careyolsen.com
Jared.Dermont@moelis.com
jeanette.wong@morganlewis.com
Jeff.Hokanson@icemiller.com
Jeffrey.Saferstein@weil.com
jfrank@sbigroup.co.jp
jgottlieb@morrisoncohen.com
jmchristovich@gmail.com
jmoldovan@morrisoncohen.com
joel.chng@wongpartnership.com
jos@deribit.com
joseph.magoon@squirepb.com
joshua.chin@drewnapier.com
jotanemori@sbigroup.co.jp
jruggiero@colefrieman.com
jsussberg@kirkland.com
jtully@fbtlaw.com
justin.kwek@jwsasialaw.com.sg
justin@abra.com
karl@colefrieman.com
kei-jin.chew@nortonrosefulbright.com
kellychenkaili@gmail.com
kenrick@lunex.vc
ktoth@fasken.com
lakshanthi.fernando@cms-cmno.com
landsmanr@SEC.gov
lauren.tang@shlegalworld.com
legal@hashkey.com
lindsey@blockchain.com
lionel.leo@wongpartnership.com
lisa.walmisley@bedellcristin.com
Loiluu@kyber.network
management@threearrowscap.com
mark@mmxx.capital
mathijs@deribit.com
michel.triana@supermean.com
mmix@morrisoncohen.com
mu.dai@morganlewis.com

MuhammedIsmail.KONoordin@wongpartnership.com
Myra@kyber.network
natalia.b@eastlinklanker.com
nicholyeo@solitairellp.com
nicolas@binance.com
ning.zhang@morganlewis.com
olivia@purestake.com
patrick.nash@kirkland.com
peter.vanrooijen@sg.abnamroclearing.com
peter.wilkinson@bitmex.com
pr@nexo.io
press@genesistrading.com
privateclientinfo@blockfi.com
Renell.Benjamin@walkersglobal.com
Richard.galivn@dacm.io
richard.kanowitz@haynesboone.com
richard.smikle@icemiller.com
robert.sim@sg.abnamroclearing.com
robert@coinlist.co
rodney.keong@dentons.com
Ronit.Berkovich@weil.com
ross.kwasteniet@kirkland.com
ryanlai@oakfield.sg
sam@geometricenergy.ca
samantha.andrews@stonehagefleming.com
scott@coinlist.co
sean.abed@dacm.io
sebastian@coinlist.co
security@compound.finance
sehrlich@investvoyager.com
shamilton@colefrieman.com
siyu.hu@morganlewis.com
smitha.menon@wongpartnership.com
spyros@kyber.network
Stefan@purestake.com
stephenzautke2019@u.northwestern.edu
su.zhu@threearrowscap.com
support@finbloxapp.com
szautke@zanbarcapital.com
Tara.Tiantian@usdoj.gov
timothy@abra.com
trading@hashkey.com
tyne.lam@nortonrosefulbright.com
tywarren.chau@gmail.com
victor@kyber.network
vivek.nittala@bitmex.com
warren.gluck@hklaw.com
weiming.tan@cms-holbornasia.com
wow@aave.com
yan.zeng@morganlewis.com
yilei.tan@shlegalworld.com
ZhaoXiang.Liu@wongpartnership.com
ZhengYi.Yu@wongpartnership.com

**Exhibit B**

**Served via First-Class Mail:**

| | | |
|---|---|---|
| Algorand Foundation, Ltd<br>c/o WongPartnership LLP<br>12 Marina Boulevard Level 28<br>Marina Bay Financial Centre Tower 3<br>Singapore 018982 | Voyager Digital LLC<br>c/o KIRKLAND & ELLIS, LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn: Joshua A. Sussberg, P.C. | BlockFi<br>201 Montgomery St, Suite 263<br>Jersey City, NJ 07302 |
| Genesis Global Trading<br>5th Floor, 250 Park Ave S<br>New York, NY 10003 | Celsius Lending LLC<br>c/o KIRKLAND & ELLIS, LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn: Joshua A. Sussberg, P.C. | Aave<br>41 Corsham Street<br>London, 6DR<br>United Kingdom |
| Compound Labs Inc<br>99 Shotwell Street<br>San Francisco, CA 94103 | Kyber Network<br>1 Upper Circular Road<br>Suite 05-01<br>Singapore, 058400 | ABN AMRO Clearing Bank N.V<br>Level 23, 182 Cecil Street<br>Frasers Tower,<br>Singapore 069547 |
| JP Morgan Securities Plc<br>25 Bank Street, Canary Wharf,<br>London E14 5JP | Merrill Lynch International<br>2 King Edward Street LONDON,<br>EC1A 1HQ United Kingdom | DeFiance Capital<br>c/o A Registered Agent, Inc<br>8 The Green, STE A,<br>Kent, DE 19901 |
| Deribit B.V.<br>Stationsstraat 2 B, 3851 NH, Ermelo, The Netherlands | DRB Panama Inc (Deribit)<br>Via Espana, Delta Bank Building<br>6th Floor, Suite 604D<br>Panama City<br>Panama PA-8 | Bedell Cristin<br>Legal Practitioners for DRB Panama Inc.<br>Mandar House, Johnson's Ghut,<br>PO Box 2283, Road Town,<br>Tortola, British Virgin Islands |
| Coinlist Services, LLC<br>Coinlist Markets, LLC<br>850 Montgomery Street, Suite 350<br>San Francisco, CA 94133 | Coinlist LLC<br>c/o The Company Corporation as Registered Agent<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Genesis Asia Pacific PTE. LTD.<br>c/o Morrison Cohen LLP<br>909 Third Avenue, 27th Floor<br>New York, NY 10022 |
| Chen Kaili Kelly<br>13 Ocean Way #06-39<br>Singapore 098373 | Arrakis Capital Limited<br>71 Fort Street, PO Box 500<br>George Town, Grand Cayman<br>Cayman Islands Ky1-1106 | 210k Capital, LP<br>c/o Frost Brown Todd<br>500 Virginia Street, East<br>Suite 1100<br>Charleston, WV 25301 |
| Singapore Bitget Pte Ltd<br>11 Collyer Quay #14-01&02, The Arcade<br>Singapore<br>049317<br>Singapore | Equities First Holdings LLC<br>c/o Ice Miller<br>One American Square<br>Suite 2900<br>Indianapolis, IN 46282-0200 | Banton Overseas Limited<br>c/o Squire Patton Boggs<br>1 Marina Boulevard<br>#21-01 One Marina Boulevard<br>Singapore 018989 |
| Moonbeam Foundation Ltd<br>343 Preston St<br>11th Floor<br>Ottawa, ON<br>Canada K1S 1N4 | PureStake Ltd<br>1500 District Avenue<br>Burlington, MA 01803 | Onchain Custodian<br>20 Collyer Quay #11-04<br>Singapore 049319 |

| | | |
|---|---|---|
| FalconX Limited<br>Level G (Office 1/1191), Quantum House, 75, Abate Rigord Street, Ta' Xbiex XBX 1120, Malta | CVC Capital Partners Limited<br>712 Fifth Ave, 42 Floor<br>New York, NY 10019 | CVC Capital Partners Limited<br>1 Waverly Place<br>Union Street<br>St Helier Y9 JE1 1SG |
| Cole-Frieman & Mallon LLP<br>201 California Street, Suite 350<br>San Francisco, CA 94111 | Three Arrows Fund, Ltd<br>582 Market Street, Suite 606<br>San Francisco, CA 94104 | Three Arrows Fund, LP<br>582 Market Street, Suite 606<br>San Francisco, CA 94104 |
| Three Arrows Capital Pte. Ltd.<br>7 Temasek Boulevard<br>#21-04<br>Suntec Tower One<br>Singapore 038987<br><br>FAO Jos van Griensven (Head of Legal and Compliance) and<br>Mathijs van Basten Batenburg (Counsel)<br>Via Espana, Delta Bank Building<br>6th Floor, Suite 604D<br>Panama City<br>Panama PA-8 | Office of the United States Trustee<br>Attn: Andy Velez-Rivera, Tara Tiantian<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY   10014<br><br>BlockFi<br>33 Irving Place<br>New York, NY 10003<br><br>NG Tian Boon Jason<br>1 Rhu Cross<br>#08-01<br>S437431, Singapore | Roger Landsman<br>Attorney<br>Division of Enforcement<br>U.S. Securities and Exchange Commission<br>100 F Street, NE<br>Washington, D.C. 20549<br><br>Albert Lam / Lam King<br>1 Rhu Cross<br>#08-01<br>S437431, Singapore<br><br>Tyler Evans<br>1810 B<br>7th Ave N<br>Nashville, TN 37208 |
| Oakfield<br>545 Orchard Road #15-07<br>Far East Shopping Centre<br>Singapore 238882 | John Michael Christovich<br>9 - 11 Calle Malaga, Urb. Torrimar<br>Guaynabo, Puerto Rico<br>00966-3131 | DACM Liquid Venture Fund Inc<br>Digital Asset Capital Management Inc<br>Suite 804 Level 8<br>25 Bligh Street<br>Sydney NSW 2000 Australia |
| Advocatus Law LLP<br>Attn: Christopher Anand Daniel<br>08-01, 25 North Bridge<br>25 North Bridge Road<br>Singapore 179104 | Solitaire LLP<br>Attn: Nichol Yeo<br>11 Beach Road #05-02<br>Singapore 189675 | dYdX<br>300 Broadway, Suite 29<br>San Francisco, CA 94133 |
| Ashla International, LTD<br>c/o Rodney Keong<br>Dentons Rodyk & Davidson LLP<br>80 Raffles Place<br>#33-00 UOB Plaza 1<br>Singapore 048624 | WongPartnership LLP<br>12 Marina Boulevard Level 28<br>Marina Bay Financial Centre Tower 3<br>Singapore 018982<br>Attn: Lionel LEO and Muhammed Ismail NOORDIN | |

**EXHIBIT C**

**Served via E-Mail:**

aaron@moonbeam.foundation
albertsworld@gmail.com
allyson.smith@kirkland.com
Alyson.Fiedler@icemiller.com
amar.singh@oncustodian.com
Andrew.Pflug@wongpartnership.com
Andy.Velez-Rivera@usdoj.gov
blossom.hing@drewnapier.com
boon2106@gmail.com
brian.gordon@squirepb.com
calvin.tan@jwsasialaw.com.sg
calvin@ascentfunds.sg
carla@coinlist.co
caroline.oliver@bedellcristin.com
carson@sbicrypto.com
CH@sterlington.net
chiaming.lee@nortonrosefulbright.com
chris.swart@squirepb.com
christopher@advocatus.sg
claire.neoh@drewnapier.com
clement.lin@squirepb.com
cmarcus@kirkland.com
cmcneil@sterlington.net
compliance@falconx.io
contact@algorand.foundation
daniel.chia@morganlewis.com
daniel.ng@mishcon.com
danielle@coinlist.com
debby.lim@dentons.com
derek@purestake.com
drothschild@colefrieman.com
dugan.bliss@blockfi.com
edmond.fung@bedellcristin.com
elena@abra.com
garon.larry@gmail.com
gavin.margetson@mishcon.com
geoff@compound.finance
gerry.ifill@hashkey.com
GootE@SEC.gov
greg.metzmacher@dacm.io
harjean@advocatus.sg
helen.wang@careyolsen.com
Henry.w@eastlinklanker.com
hon.ng@binance.com
huifeidexie@gmail.com
iain.clayton@bitmex.com
Iain.Tucker@walkersglobal.com

info@8blocks.capital
info@deribit.com
info@hdrglobaltradingltd.com
info@nexo.io
institutions@blockfi.com
ir@deribit.com
jacqueline.to@hashkey.com
james.farrell@ascendex.com
james.noble@careyolsen.com
Jared.Dermont@moelis.com
jeanette.wong@morganlewis.com
Jeff.Hokanson@icemiller.com
Jeffrey.Saferstein@weil.com
jfrank@sbigroup.co.jp
jgottlieb@morrisoncohen.com
jmchristovich@gmail.com
jmoldovan@morrisoncohen.com
joel.chng@wongpartnership.com
jos@deribit.com
joseph.magoon@squirepb.com
joshua.chin@drewnapier.com
jotanemori@sbigroup.co.jp
jruggiero@colefrieman.com
jsussberg@kirkland.com
jtully@fbtlaw.com
justin.kwek@jwsasialaw.com.sg
justin@abra.com
karl@colefrieman.com
kei-jin.chew@nortonrosefulbright.com
kellychenkaili@gmail.com
kenrick@lunex.vc
ktoth@fasken.com
lakshanthi.fernando@cms-cmno.com
landsmanr@SEC.gov
lauren.tang@shlegalworld.com
legal@hashkey.com
lindsey@blockchain.com
lionel.leo@wongpartnership.com
lisa.walmisley@bedellcristin.com
Loiluu@kyber.network
management@threearrowscap.com
mark@mmxx.capital
mathijs@deribit.com
michel.triana@supermean.com
mmix@morrisoncohen.com
mu.dai@morganlewis.com

4

MuhammedIsmail.KONoordin@wongpartnership.com
Myra@kyber.network
natalia.b@eastlinklanker.com
nicholyeo@solitairellp.com
nicolas@binance.com
ning.zhang@morganlewis.com
olivia@purestake.com
patrick.nash@kirkland.com
peter.vanrooijen@sg.abnamroclearing.com
peter.wilkinson@bitmex.com
pr@nexo.io
press@genesistrading.com
privateclientinfo@blockfi.com
Renell.Benjamin@walkersglobal.com
Richard.galivn@dacm.io
richard.kanowitz@haynesboone.com
richard.smikle@icemiller.com
robert.sim@sg.abnamroclearing.com
robert@coinlist.co
rodney.keong@dentons.com
Ronit.Berkovich@weil.com
ross.kwasteniet@kirkland.com
ryanlai@oakfield.sg
sam@geometricenergy.ca
samantha.andrews@stonehagefleming.com
scott@coinlist.co
sean.abed@dacm.io
sebastian@coinlist.co
security@compound.finance
sehrlich@investvoyager.com
shamilton@colefrieman.com
siyu.hu@morganlewis.com
smitha.menon@wongpartnership.com
spyros@kyber.network
Stefan@purestake.com
stephenzautke2019@u.northwestern.edu
su.zhu@threearrowscap.com
support@finbloxapp.com
szautke@zanbarcapital.com
Tara.Tiantian@usdoj.gov
timothy@abra.com
trading@hashkey.com
tyne.lam@nortonrosefulbright.com
tywarren.chau@gmail.com
victor@kyber.network
vivek.nittala@bitmex.com
warren.gluck@hklaw.com
weiming.tan@cms-holbornasia.com
wow@aave.com
yan.zeng@morganlewis.com
yilei.tan@shlegalworld.com
ZhaoXiang.Liu@wongpartnership.com
ZhengYi.Yu@wongpartnership.com

## EXHIBIT D

**Served via First-Class Mail:**

| | | |
|---|---|---|
| Algorand Foundation, Ltd<br>c/o WongPartnership LLP<br>12 Marina Boulevard Level 28<br>Marina Bay Financial Centre Tower 3<br>Singapore 018982 | Voyager Digital LLC<br>c/o KIRKLAND & ELLIS, LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn: Joshua A. Sussberg, P.C. | BlockFi<br>201 Montgomery St, Suite 263<br>Jersey City, NJ 07302 |
| Genesis Global Trading<br>5th Floor, 250 Park Ave S<br>New York, NY 10003 | Celsius Lending LLC<br>c/o KIRKLAND & ELLIS, LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn: Joshua A. Sussberg, P.C. | Aave<br>41 Corsham Street<br>London, 6DR<br>United Kingdom |
| Compound Labs Inc<br>99 Shotwell Street<br>San Francisco, CA 94103 | Kyber Network<br>1 Upper Circular Road<br>Suite 05-01<br>Singapore, 058400 | ABN AMRO Clearing Bank N.V<br>Level 23, 182 Cecil Street<br>Frasers Tower,<br>Singapore 069547 |
| JP Morgan Securities Plc<br>25 Bank Street, Canary Wharf,<br>London E14 5JP | Merrill Lynch International<br>2 King Edward Street LONDON,<br>EC1A 1HQ United Kingdom | DeFiance Capital<br>c/o A Registered Agent, Inc<br>8 The Green, STE A,<br>Kent, DE 19901 |
| Deribit B.V.<br>Stationsstraat 2 B, 3851 NH, Ermelo, The Netherlands | DRB Panama Inc (Deribit)<br>Via Espana, Delta Bank Building<br>6th Floor, Suite 604D<br>Panama City<br>Panama PA-8 | Bedell Cristin<br>Legal Practitioners for DRB Panama Inc.<br>Mandar House, Johnson's Ghut,<br>PO Box 2283, Road Town,<br>Tortola, British Virgin Islands |
| Coinlist Services, LLC<br>Coinlist Markets, LLC<br>850 Montgomery Street, Suite 350<br>San Francisco, CA 94133 | Coinlist LLC<br>c/o The Company Corporation as Registered Agent<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Genesis Asia Pacific PTE. LTD.<br>c/o Morrison Cohen LLP<br>909 Third Avenue, 27th Floor<br>New York, NY 10022 |
| Chen Kaili Kelly<br>13 Ocean Way #06-39<br>Singapore 098373 | Arrakis Capital Limited<br>71 Fort Street, PO Box 500<br>George Town, Grand Cayman<br>Cayman Islands Ky1-1106 | 210k Capital, LP<br>c/o Frost Brown Todd<br>500 Virginia Street, East<br>Suite 1100<br>Charleston, WV 25301 |
| Singapore Bitget Pte Ltd<br>11 Collyer Quay #14-01&02, The Arcade<br>Singapore<br>049317<br>Singapore | Equities First Holdings LLC<br>c/o Ice Miller<br>One American Square<br>Suite 2900<br>Indianapolis, IN 46282-0200 | Banton Overseas Limited<br>c/o Squire Patton Boggs<br>1 Marina Boulevard<br>#21-01 One Marina Boulevard<br>Singapore 018989 |

Moonbeam Foundation Ltd
343 Preston St
11th Floor
Ottawa, ON
Canada K1S 1N4

PureStake Ltd
1500 District Avenue
Burlington, MA 01803

Onchain Custodian
20 Collyer Quay #11-04
Singapore 049319

FalconX Limited
Level G (Office 1/1191), Quantum House,
75, Abate Rigord Street, Ta' Xbiex XBX
1120, Malta

CVC Capital Partners Limited
712 Fifth Ave, 42 Floor
New York, NY 10019

CVC Capital Partners Limited
1 Waverly Place
Union Street
St Helier Y9 JE1 1SG

Cole-Frieman & Mallon LLP
201 California Street, Suite 350
San Francisco, CA 94111

Three Arrows Fund, Ltd
582 Market Street, Suite 606
San Francisco, CA 94104

Three Arrows Fund, LP
582 Market Street, Suite 606
San Francisco, CA 94104

Three Arrows Capital Pte. Ltd.
7 Temasek Boulevard
#21-04
Suntec Tower One
Singapore 038987

FAO Jos van Griensven (Head of Legal and Compliance) and
Mathijs van Basten Batenburg (Counsel)
Via Espana, Delta Bank Building
6th Floor, Suite 604D
Panama City
Panama PA-8

Office of the United States Trustee
Attn: Andy Velez-Rivera, Tara Tiantian
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY   10014

BlockFi
33 Irving Place
New York, NY 10003

NG Tian Boon Jason
1 Rhu Cross
#08-01
S437431, Singapore

Roger Landsman
Attorney
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549

Albert Lam / Lam King
1 Rhu Cross
#08-01
S437431, Singapore

Tyler Evans
1810 B
7th Ave N
Nashville, TN 37208

Oakfield
545 Orchard Road #15-07
Far East Shopping Centre
Singapore 238882

John Michael Christovich
9 - 11 Calle Malaga, Urb. Torrimar
Guaynabo, Puerto Rico
00966-3131

DACM Liquid Venture Fund Inc
Digital Asset Capital Management Inc
Suite 804 Level 8
25 Bligh Street
Sydney NSW 2000 Australia

Advocatus Law LLP
Attn: Christopher Anand Daniel
08-01, 25 North Bridge
25 North Bridge Road
Singapore 179104

Solitaire LLP
Attn: Nichol Yeo
11 Beach Road #05-02
Singapore 189675

dYdX
300 Broadway, Suite 29
San Francisco, CA 94133

Ashla International, LTD
c/o Rodney Keong
Dentons Rodyk & Davidson LLP
80 Raffles Place
#33-00 UOB Plaza 1
Singapore 048624

WongPartnership LLP
12 Marina Boulevard Level 28
Marina Bay Financial Centre Tower 3
Singapore 018982
Attn: Lionel LEO and Muhammed Ismail NOORDIN