| | |
|---|---|
| Adam J. Goldberg | Daniel Scott Schecter (admitted *pro hac vice*) |
| Brett M. Neve (admitted *pro hac vice*) | Nima H. Mohebbi (admitted *pro hac vice*) |
| Nacif Taousse | Caitlin J. Campbell (admitted *pro hac vice*) |
| Brian S. Rosen (admitted *pro hac vice*) | **LATHAM & WATKINS LLP** |
| **LATHAM & WATKINS LLP** | 355 South Grand Avenue, Suite 100 |
| 1271 Avenue of the Americas | Los Angeles, CA 90071 |
| New York, NY 10020 | Telephone: (213) 485-1234 |
| Telephone: (212) 906-1200 | Facsimile: (213) 891-8763 |
| Facsimile: (212) 751-4864 | Email:  daniel.schecter@lw.com |
| Email:  adam.goldberg@lw.com |           nima.mohebbi@lw.com |
|           brett.neve@lw.com |           caitlin.campbell@lw.com |
|           nacif.taousse@lw.com | |
|           brian.rosen@lw.com | |

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital Ltd,[1] | Case No. 22-10920 (MG) |
| Debtor in a Foreign Proceeding. | |

**CERTIFICATE OF SERVICE**

I, Christopher M. Tarrant, certify that:

1.  I am employed by the law firm Latham & Watkins LLP at 1271 Avenue of the Americas, New York, New York 10020, attorneys for Russell Crumpler and Christopher Farmer as Foreign Representatives.

2.  On July 6, 2022, my colleagues and I caused true and correct copies of the following documents to be served in the manner indicated in the service list attached hereto as **Exhibit A**:

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531.  The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

- *Chapter 15 Petition for Recognition of Foreign Proceeding* [Docket No. 1];

- *Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* [Docket No. 2];

- *Declaration of Russell Crumpler in Support of Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* [Docket No. 3];

- *Declaration of Grant Carroll in Support of Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* [Docket No. 4];

- *Motion for Entry of an Order Scheduling a Hearing on Chapter 15 Petition for Recognition and Related Relief and Specifying Form and Manner of Service of Notice* [Docket No. 5]; and

- *Motion for Authorization to File Unredacted Petition Under Seal* [Docket No. 6];

3. On July 6, 2022, my colleagues and I caused true and correct copies of the following documents to be served in the manner indicated in the service list attached hereto as **Exhibit B:**

- *Chapter 15 Petition for Recognition of Foreign Proceeding* [Docket No. 1];

- *Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* [Docket No. 2];

- *Declaration of Russell Crumpler in Support of Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* [Docket No. 3];

- *Declaration of Grant Carroll in Support of Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* [Docket No. 4];

- *Motion for Entry of an Order Scheduling a Hearing on Chapter 15 Petition for Recognition and Related Relief and Specifying Form and Manner of Service of Notice* [Docket No. 5]; and

- *Motion for Authorization to File Unredacted Petition Under Seal* [Docket No. 6].

4. On July 7, 2022, my colleagues and I caused true and correct copies of the following documents to be served in the manner indicated in the service list attached hereto as **Exhibit C:**

- *Order Scheduling Hearing on Chapter 15 Petition and Related Relief and Specifying Form and Manner of Service of Notice* [Docket No. 18].

5. On July 7, 2022, my colleagues and I caused true and correct copies of the following documents to be served in the manner indicated in the service list attached hereto as **Exhibit D:**

- *Order Scheduling Hearing on Chapter 15 Petition and Related Relief and Specifying Form and Manner of Service of Notice* [Docket No. 18].

Dated: July 11, 2022       */s/ Christopher M. Tarrant*
New York, NY      Christopher M. Tarrant

3

**Exhibit A**

**Served via Email:**

sehrlich@investvoyager.com
jsussberg@kirkland.com
ktoth@fasken.com
cmarcus@kirkland.com
Jared.Dermont@moelis.com
privateclientinfo@blockfi.com
Iain.Tucker@walkersglobal.com
Renell.Benjamin@walkersglobal.com
press@genesistrading.com
info@nexo.io
pr@nexo.io
corporate@celsius.network
legal@celsius.network
wow@aave.com
security@compound.finance
geoff@compound.finance
info@hdrglobaltradingltd.com
info@8blocks.capital
Loiluu@kyber.network
Myra@kyber.network
spyros@kyber.network
victor@kyber.network
robert.sim@sg.abnamroclearing.com
peter.vanrooijen@sg.abnamroclearing.com
blossom.hing@drewnapier.com
gavin.margetson@mishcon.com
kei-jin.chew@nortonrosefulbright.com
chiaming.lee@nortonrosefulbright.com
tyne.lam@nortonrosefulbright.com
mathijs@deribit.com
jos@deribit.com
ir@deribit.com
info@deribit.com
robert@coinlist.co
scott@coinlist.co
robert@coinlist.co
scott@coinlist.co
calvin.tan@jwsasialaw.com.s
 justin.kwek@jwsasialaw.com.sg
michel.triana@supermean.com

jgottlieb@morrisoncohen.com
mmix@morrisoncohen.com
jmoldovan@morrisoncohen.com
kellychenkaili@gmail.com
management@threearrowscap.com
su.zhu@threearrowscap.com
helen.wang@careyolsen.com
james.noble@careyolsen.com
timothy@abra.com
elena@abra.com
justin@abra.com
jtully@fbtlaw.com
trading@hashkey.com
jacqueline.to@hashkey.com
gerry.ifill@hashkey.com
smitha.menon@wongpartnership.com
joel.chng@wongpartnership.com
daniel.chia@morganlewis.com
richard.smikle@icemiller.com
james.farrell@ascendex.com
Loiluu@kyber.network
Myra@kyber.network
spyros@kyber.network
victor@kyber.network
stephenzautke2019@u.northwestern.edu
szautke@zanbarcapital.com
lakshanthi.fernando@cms-cmno.com
lakshanthi.fernando@cms-cmno.com
weiming.tan@cms-holbornasia.com
kenrick@lunex.vc
chris.swart@squirepb.com
aaron@moonbeam.foundation
Stefan@purestake.com
derek@purestake.com
olivia@purestake.com
lauren.tang@shlegalworld.com
yilei.tan@shlegalworld.com
amar.singh@oncustodian.com
compliance@falconx.io
lindsey@blockchain.com

**Exhibit B**

**Served via First-Class Mail:**

| | | |
|---|---|---|
| Voyager Digital LLC<br>33 Irving Place<br>New York, NY 10003 | Voyager Digital LLC<br>c/o KIRKLAND & ELLIS, LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn: Joshua A. Sussberg, P.C. | BlockFi<br>201 Montgomery St, Suite 263<br>Jersey City, NJ 07302 |
| Genesis Global Trading<br>5th Floor, 250 Park Ave S<br>New York, NY 10003 | Celsius Lending LLC<br>121 River Street, PH05<br>Hoboken, NJ 07030 | Aave<br>41 Corsham Street<br>London, 6DR<br>United Kingdom |
| Compound Labs Inc<br>99 Shotwell Street<br>San Francisco, CA 94103 | Kyber Network<br>1 Upper Circular Road<br>Suite 05-01<br>Singapore, 058400 | ABN AMRO Clearing Bank N.V<br>Level 23, 182 Cecil Street<br>Frasers Tower,<br>Singapore 069547 |
| JP Morgan Securities Plc<br>25 Bank Street, Canary Wharf,<br>London E14 5JP | Merrill Lynch International<br>2 King Edward Street LONDON,<br>EC1A 1HQ United Kingdom | DeFiance Capital<br>c/o A Registered Agent, Inc<br>8 The Green, STE A,<br>Kent, DE 19901 |
| Deribit B.V.<br>Stationsstraat 2 B, 3851 NH, Ermelo, The Netherlands | DRB Panama Inc (Deribit)<br>Via Espana, Delta Bank Building<br>6th Floor, Suite 604D<br>Panama City<br>Panama PA-8 | Bedell Cristin<br>Legal Practitioners for DRB Panama Inc.<br>Mandar House, Johnson's Ghut,<br>PO Box 2283, Road Town,<br>Tortola, British Virgin Islands |
| Coinlist Services, LLC<br>Coinlist Markets, LLC<br>850 Montgomery Street, Suite 350<br>San Francisco, CA 94133 | Coinlist LLC<br>c/o The Company Corporation as Registered Agent<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Genesis Asia Pacific PTE. LTD.<br>c/o Morrison Cohen LLP<br>909 Third Avenue, 27th Floor<br>New York, NY 10022 |
| Chen Kaili Kelly<br>13 Ocean Way #06-39<br>Singapore 098373 | Arrakis Capital Limited<br>71 Fort Street, PO Box 500<br>George Town, Grand Cayman<br>Cayman Islands Ky1-1106 | 210k Capital, LP<br>c/o Frost Brown Todd<br>500 Virginia Street, East<br>Suite 1100<br>Charleston, WV 25301 |
| Singapore Bitget Pte Ltd<br>11 Collyer Quay #14-01&02, The Arcade<br>Singapore<br>049317<br>Singapore | Equities First Holdings LLC<br>c/o Ice Miller<br>One American Square<br>Suite 2900<br>Indianapolis, IN 46282-0200 | Banton Overseas Limited<br>c/o Squire Patton Boggs<br>1 Marina Boulevard<br>#21-01 One Marina Boulevard<br>Singapore 018989 |

| | | |
|---|---|---|
| Moonbeam Foundation Ltd<br>343 Preston St<br>11th Floor<br>Ottawa, ON<br>Canada K1S 1N4 | PureStake Ltd<br>1500 District Avenue<br>Burlington, MA 01803 | Onchain Custodian<br>20 Collyer Quay #11-04<br>Singapore 049319 |
| FalconX Limited<br>Level G (Office 1/1191), Quantum House,<br>75, Abate Rigord Street, Ta' Xbiex XBX<br>1120, Malta | CVC Capital Partners Limited<br>712 Fifth Ave, 42 Floor<br>New York, NY 10019 | CVC Capital Partners Limited<br>1 Waverly Place<br>Union Street<br>St Helier Y9 JE1 1SG |
| Cole Frieman<br>201 California Street, Suite 350<br>San Francisco, CA 94111 | Three Arrows Fund, Ltd<br>582 Market Street, Suite 606<br>San Francisco, CA 94104 | Three Arrows Fund, LP<br>582 Market Street, Suite 606<br>San Francisco, CA 94104 |
| Three Arrows Capital Pte. Ltd.<br>7 Temasek Boulevard<br>#21-04<br>Suntec Tower One<br>Singapore 038987 | | |

3

**Exhibit C**

**Served via E-Mail:**

Andy.Velez-Rivera@usdoj.gov
sehrlich@investvoyager.com
jsussberg@kirkland.com
Tara.Tiantian@usdoj.gov
ktoth@fasken.com
caroline.oliver@bedellcristin.com
edmond.fung@bedellcristin.com
lisa.walmisley@bedellcristin.com
shiran.kleiderman@celsius.network
jessie.gonzalez@celsius.network
yarden.noy@celsius.network
landsmanr@SEC.GOV
GootE@SEC.GOV
cmarcus@kirkland.com
Jared.Dermont@moelis.com
privateclientinfo@blockfi.com
institutions@blockfi.com
Iain.Tucker@walkersglobal.com
Renell.Benjamin@walkersglobal.com
press@genesistrading.com
info@nexo.io
pr@nexo.io
wow@aave.com
security@compound.finance
geoff@compound.finance
info@hdrglobaltradingltd.com
info@8blocks.capital
Loiluu@kyber.network
Myra@kyber.network
spyros@kyber.network
victor@kyber.network
robert.sim@sg.abnamroclearing.com
peter.vanrooijen@sg.abnamroclearing.com
blossom.hing@drewnapier.com
gavin.margetson@mishcon.com
kei-jin.chew@nortonrosefulbright.com
chiaming.lee@nortonrosefulbright.com
tyne.lam@nortonrosefulbright.com
mathijs@deribit.com
jos@deribit.com
ir@deribit.com
info@deribit.com
carla@coinlist.co
danielle@coinlist.com
sebastian@coinlist.co
robert@coinlist.co
scott@coinlist.co

robert@coinlist.co
scott@coinlist.co
calvin.tan@jwsasialaw.com.sg
justin.kwek@jwsasialaw.com.sg
michel.triana@supermean.com
jgottlieb@morrisoncohen.com
mmix@morrisoncohen.com
jmoldovan@morrisoncohen.com
kellychenkaili@gmail.com
management@threearrowscap.com
su.zhu@threearrowscap.com
helen.wang@careyolsen.com
james.noble@careyolsen.com
timothy@abra.com
elena@abra.com
justin@abra.com
jtully@fbtlaw.com
trading@hashkey.com
jacqueline.to@hashkey.com
gerry.ifill@hashkey.com
Andrew.Pflug@wongpartnership.com
joel.chng@wongpartnership.com
daniel.chia@morganlewis.com
jeanette.wong@morganlewis.com
siyu.hu@morganlewis.com
ning.zhang@morganlewis.com
mu.dai@morganlewis.com
yan.zeng@morganlewis.com
richard.smikle@icemiller.com
james.farrell@ascendex.com
Loiluu@kyber.network
Myra@kyber.network
spyros@kyber.network
victor@kyber.network
stephenzautke2019@u.northwestern.edu
szautke@zanbarcapital.com
lakshanthi.fernando@cms-cmno.com
lakshanthi.fernando@cms-cmno.com
weiming.tan@cms-holbornasia.com
kenrick@lunex.vc
chris.swart@squirepb.com
aaron@moonbeam.foundation
Stefan@purestake.com
derek@purestake.com
olivia@purestake.com
lauren.tang@shlegalworld.com
yilei.tan@shlegalworld.com

4

amar.singh@oncustodian.com
compliance@falconx.io

lindsey@blockchain.com
allyson.smith@kirkland.com

**Exhibit D**

**Served via First-Class Mail:**

| | | |
|---|---|---|
| Voyager Digital LLC<br>33 Irving Place<br>New York, NY 10003 | Voyager Digital LLC<br>c/o KIRKLAND & ELLIS, LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn: Joshua A. Sussberg, P.C. | BlockFi<br>201 Montgomery St, Suite 263<br>Jersey City, NJ 07302 |
| Genesis Global Trading<br>5th Floor, 250 Park Ave S<br>New York, NY 10003 | Celsius Lending LLC<br>121 River Street, PH05<br>Hoboken, NJ 07030 | Aave<br>41 Corsham Street<br>London, 6DR<br>United Kingdom |
| Compound Labs Inc<br>99 Shotwell Street<br>San Francisco, CA 94103 | Kyber Network<br>1 Upper Circular Road<br>Suite 05-01<br>Singapore, 058400 | ABN AMRO Clearing Bank N.V<br>Level 23, 182 Cecil Street<br>Frasers Tower,<br>Singapore 069547 |
| JP Morgan Securities Plc<br>25 Bank Street, Canary Wharf,<br>London E14 5JP | Merrill Lynch International<br>2 King Edward Street LONDON,<br>EC1A 1HQ United Kingdom | DeFiance Capital<br>c/o A Registered Agent, Inc<br>8 The Green, STE A,<br>Kent, DE 19901 |
| Deribit B.V.<br>Stationsstraat 2 B, 3851 NH, Ermelo, The Netherlands | DRB Panama Inc (Deribit)<br>Via Espana, Delta Bank Building<br>6th Floor, Suite 604D<br>Panama City<br>Panama PA-8 | Bedell Cristin<br>Legal Practitioners for DRB Panama Inc.<br>Mandar House, Johnson's Ghut,<br>PO Box 2283, Road Town,<br>Tortola, British Virgin Islands |
| Coinlist Services, LLC<br>Coinlist Markets, LLC<br>850 Montgomery Street, Suite 350<br>San Francisco, CA 94133 | Coinlist LLC<br>c/o The Company Corporation as Registered Agent<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Genesis Asia Pacific PTE. LTD.<br>c/o Morrison Cohen LLP<br>909 Third Avenue, 27th Floor<br>New York, NY 10022 |
| Chen Kaili Kelly<br>13 Ocean Way #06-39<br>Singapore 098373 | Arrakis Capital Limited<br>71 Fort Street, PO Box 500<br>George Town, Grand Cayman<br>Cayman Islands Ky1-1106 | 210k Capital, LP<br>c/o Frost Brown Todd<br>500 Virginia Street, East<br>Suite 1100<br>Charleston, WV 25301 |
| Singapore Bitget Pte Ltd<br>11 Collyer Quay #14-01&02, The Arcade<br>Singapore<br>049317<br>Singapore | Equities First Holdings LLC<br>c/o Ice Miller<br>One American Square<br>Suite 2900<br>Indianapolis, IN 46282-0200 | Banton Overseas Limited<br>c/o Squire Patton Boggs<br>1 Marina Boulevard<br>#21-01 One Marina Boulevard<br>Singapore 018989 |
| Moonbeam Foundation Ltd<br>343 Preston St<br>11th Floor<br>Ottawa, ON<br>Canada K1S 1N4 | PureStake Ltd<br>1500 District Avenue<br>Burlington, MA 01803 | Onchain Custodian<br>20 Collyer Quay #11-04<br>Singapore 049319 |

| | | |
|---|---|---|
| FalconX Limited<br>Level G (Office 1/1191), Quantum House,<br>75, Abate Rigord Street, Ta' Xbiex XBX<br>1120, Malta | CVC Capital Partners Limited<br>712 Fifth Ave, 42 Floor<br>New York, NY 10019 | CVC Capital Partners Limited<br>1 Waverly Place<br>Union Street<br>St Helier Y9 JE1 1SG |
| Cole Frieman<br>201 California Street, Suite 350<br>San Francisco, CA 94111 | Three Arrows Fund, Ltd<br>582 Market Street, Suite 606<br>San Francisco, CA 94104 | Three Arrows Fund, LP<br>582 Market Street, Suite 606<br>San Francisco, CA 94104 |
| Three Arrows Capital Pte. Ltd.<br>7 Temasek Boulevard<br>#21-04<br>Suntec Tower One<br>Singapore 038987 | Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, New York 10004<br>Attn: Andy Velez-Rivera, Tara Tiantian<br> And Linda Riffkin | Bedell Cristin<br>Mandar House, Johnson's Ghut<br>PO Box 2283, Road Town<br>Tortola, British Virgin Islands<br>Attn: Lisa Walmisley |
| Roger Landsman<br>Attorney<br>Division of Enforcement<br>U.S. Securities and Exchange Commission<br>100 F Street, NE<br>Washington, D.C. 20549 | | |