| | |
|---|---|
| Adam J. Goldberg | Daniel Scott Schecter (admitted *pro hac vice*) |
| Brett M. Neve (admitted *pro hac vice*) | Nima H. Mohebbi (admitted *pro hac vice*) |
| Nacif Taousse | Caitlin J. Campbell (admitted *pro hac vice*) |
| Brian S. Rosen (admitted *pro hac vice*) | **LATHAM & WATKINS LLP** |
| **LATHAM & WATKINS LLP** | 355 South Grand Avenue, Suite 100 |
| 1271 Avenue of the Americas | Los Angeles, CA 90071 |
| New York, NY 10020 | Telephone: (213) 485-1234 |
| Telephone: (212) 906-1200 | Facsimile: (213) 891-8763 |
| Facsimile: (212) 751-4864 | Email: daniel.schecter@lw.com |
| Email: adam.goldberg@lw.com | nima.mohebbi@lw.com |
| brett.neve@lw.com | caitlin.campbell@lw.com |
| nacif.taousse@lw.com | |
| brian.rosen@lw.com | |

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital Ltd,[1] | Case No. 22-10920 (MG) |
| Debtor in a Foreign Proceeding. | |

## CERTIFICATE OF SERVICE

I, Christopher M. Tarrant, certify that:

1. I am employed by the law firm Latham & Watkins LLP at 1271 Avenue of the Americas, New York, New York 10020, attorneys for Russell Crumpler and Christopher Farmer as Foreign Representatives.

2. On July 8, 2022, my colleagues and I caused true and correct copies of the following documents to be served in the manner indicated in the service list attached hereto as **Exhibit A**:

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

US-DOCS\133102039.3


- *Emergency Motion for Provisional Relief* [Docket No. 22];

- *Declaration of Russell Crumpler in Support of Emergency Motion for Provisional Relief* [Docket No. 23];

- *Declaration of Christopher Farmer in Support of Emergency Motion for Provisional* [Docket No. 24];

- *Declaration of Grant Carroll in Support of Emergency Motion for Provisional Relief* [Docket No. 25]; and

- *Order Granting Request for Emergency Hearing* [Docket No. 26];

3.    On July 8, 2022, my colleagues and I caused true and correct copies of the following documents to be served in the manner indicated in the service list attached hereto as **Exhibit B:**

- *Emergency Motion for Provisional Relief* [Docket No. 22];

- *Declaration of Russell Crumpler in Support of Emergency Motion for Provisional Relief* [Docket No. 23];

- *Declaration of Christopher Farmer in Support of Emergency Motion for Provisional* [Docket No. 24];

- *Declaration of Grant Carroll in Support of Emergency Motion for Provisional Relief* [Docket No. 25]; and

- *Order Granting Request for Emergency Hearing* [Docket No. 26];

4.    On July 8, 2022, my colleagues and I caused true and correct copies of the following documents to be served in the manner indicated in the service list attached hereto as **Exhibit C:**

- *Emergency Motion for Provisional Relief* [Docket No. 22];

- *Declaration of Russell Crumpler in Support of Emergency Motion for Provisional Relief* [Docket No. 23];

- *Declaration of Christopher Farmer in Support of Emergency Motion for Provisional* [Docket No. 25];

- *Declaration of Grant Carroll in Support of Emergency Motion for Provisional Relief* [Docket No. 24]; and

- *Order Granting Request for Emergency Hearing* [Docket No. 26];

Dated: July 11, 2022                  */s/ Christopher M. Tarrant*
       New York, NY                  Christopher M. Tarrant

**Exhibit A**

**Served via Federal Express:**

Office of the United States Trustee
Attn: Andy Velez-Rivera, Tara Tiantian
    And Linda Riffkin
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY   10014

Roger Landsman
Attorney
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549

## Exhibit B

**Served via E-Mail:**

aaron@moonbeam.foundation
allyson.smith@kirkland.com
amar.singh@oncustodian.com
Andrew.Pflug@wongpartnership.com
Andy.Velez-Rivera@usdoj.gov
blossom.hing@drewnapier.com
calvin.tan@jwsasialaw.com.sg
carla@coinlist.co
caroline.oliver@bedellcristin.com
chiaming.lee@nortonrosefulbright.com
chris.swart@squirepb.com
cmarcus@kirkland.com
compliance@falconx.io
corporate@celsius.network
daniel.chia@morganlewis.com
daniel.ng@mishcon.com
danielle@coinlist.com
derek@purestake.com
dugan.bliss@blockfi.com
edmond.fung@bedellcristin.com
elena@abra.com
gavin.margetson@mishcon.com
geoff@compound.finance
gerry.ifill@hashkey.com
GootE@SEC.gov
helen.wang@careyolsen.com
info@8blocks.capital
info@hdrglobaltradingltd.com
info@nexo.io
ir@deribit.com
info@deribit.com
jacqueline.to@hashkey.com
james.farrell@ascendex.com
james.noble@careyolsen.com
Jared.Dermont@moelis.com
jeanette.wong@morganlewis.com
jessie.gonzalez@celsius.network
jgottlieb@morrisoncohen.com
jmoldovan@morrisoncohen.com
joel.chng@wongpartnership.com
jos@deribit.com
jsussberg@kirkland.com
jtully@fbtlaw.com
justin.kwek@jwsasialaw.com.sg
justin@abra.com

kei-jin.chew@nortonrosefulbright.com
kellychenkaili@gmail.com
kenrick@lunex.vc
ktoth@fasken.com
lakshanthi.fernando@cms-cmno.com
landsmanr@SEC.gov
lauren.tang@shlegalworld.com
legal@celsius.network
lindsey@blockchain.com
lisa.walmisley@bedellcristin.com
Loiluu@kyber.network
management@threearrowscap.com
mathijs@deribit.com
michel.triana@supermean.com
mmix@morrisoncohen.com
mu.dai@morganlewis.com
Myra@kyber.network
ning.zhang@morganlewis.com
olivia@purestake.com
peter.vanrooijen@sg.abnamroclearing.com
pr@nexo.io
press@genesistrading.com
richard.kanowitz@haynesboone.com
richard.smikle@icemiller.com
robert.sim@sg.abnamroclearing.com
robert@coinlist.co
scott@coinlist.co
sebastian@coinlist.co
security@compound.finance
sehrlich@investvoyager.com
shiran.kleiderman@celsius.network
siyu.hu@morganlewis.com
spyros@kyber.network
Stefan@purestake.com
stephenzautke2019@u.northwestern.edu
su.zhu@threearrowscap.com
szautke@zanbarcapital.com
Tara.Tiantian@usdoj.gov
timothy@abra.com
trading@hashkey.com
tyne.lam@nortonrosefulbright.com
victor@kyber.network
weiming.tan@cms-holbornasia.com
wow@aave.com
yan.zeng@morganlewis.com

2

yarden.noy@celsius.network                    yilei.tan@shlegalworld.com

**Exhibit C**

**Served via First-Class Mail:**

| | | |
|---|---|---|
| Voyager Digital LLC<br>33 Irving Place<br>New York, NY 10003 | Voyager Digital LLC<br>c/o KIRKLAND & ELLIS, LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn: Joshua A. Sussberg, P.C. | BlockFi<br>201 Montgomery St, Suite 263<br>Jersey City, NJ 07302 |
| Genesis Global Trading<br>5th Floor, 250 Park Ave S<br>New York, NY 10003 | Celsius Lending LLC<br>121 River Street, PH05<br>Hoboken, NJ 07030 | Aave<br>41 Corsham Street<br>London, 6DR<br>United Kingdom |
| Compound Labs Inc<br>99 Shotwell Street<br>San Francisco, CA 94103 | Kyber Network<br>1 Upper Circular Road<br>Suite 05-01<br>Singapore, 058400 | ABN AMRO Clearing Bank N.V<br>Level 23, 182 Cecil Street<br>Frasers Tower,<br>Singapore 069547 |
| JP Morgan Securities Plc<br>25 Bank Street, Canary Wharf,<br>London E14 5JP | Merrill Lynch International<br>2 King Edward Street LONDON,<br>EC1A 1HQ United Kingdom | DeFiance Capital<br>c/o A Registered Agent, Inc<br>8 The Green, STE A,<br>Kent, DE 19901 |
| Deribit B.V.<br>Stationsstraat 2 B, 3851 NH, Ermelo, The Netherlands | DRB Panama Inc (Deribit)<br>Via Espana, Delta Bank Building<br>6th Floor, Suite 604D<br>Panama City<br>Panama PA-8 | Bedell Cristin<br>Legal Practitioners for DRB Panama Inc.<br>Mandar House, Johnson's Ghut,<br>PO Box 2283, Road Town,<br>Tortola, British Virgin Islands |
| Coinlist Services, LLC<br>Coinlist Markets, LLC<br>850 Montgomery Street, Suite 350<br>San Francisco, CA 94133 | Coinlist LLC<br>c/o The Company Corporation as Registered Agent<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Genesis Asia Pacific PTE. LTD.<br>c/o Morrison Cohen LLP<br>909 Third Avenue, 27th Floor<br>New York, NY 10022 |
| Chen Kaili Kelly<br>13 Ocean Way #06-39<br>Singapore 098373 | Arrakis Capital Limited<br>71 Fort Street, PO Box 500<br>George Town, Grand Cayman<br>Cayman Islands Ky1-1106 | 210k Capital, LP<br>c/o Frost Brown Todd<br>500 Virginia Street, East<br>Suite 1100<br>Charleston, WV 25301 |
| Singapore Bitget Pte Ltd<br>11 Collyer Quay #14-01&02, The Arcade<br>Singapore<br>049317<br>Singapore | Equities First Holdings LLC<br>c/o Ice Miller<br>One American Square<br>Suite 2900<br>Indianapolis, IN 46282-0200 | Banton Overseas Limited<br>c/o Squire Patton Boggs<br>1 Marina Boulevard<br>#21-01 One Marina Boulevard<br>Singapore 018989 |

| | | |
|---|---|---|
| Moonbeam Foundation Ltd<br>343 Preston St<br>11th Floor<br>Ottawa, ON<br>Canada K1S 1N4 | PureStake Ltd<br>1500 District Avenue<br>Burlington, MA 01803 | Onchain Custodian<br>20 Collyer Quay #11-04<br>Singapore 049319 |
| FalconX Limited<br>Level G (Office 1/1191), Quantum House,<br>75, Abate Rigord Street, Ta' Xbiex XBX<br>1120, Malta | CVC Capital Partners Limited<br>712 Fifth Ave, 42 Floor<br>New York, NY 10019 | CVC Capital Partners Limited<br>1 Waverly Place<br>Union Street<br>St Helier Y9 JE1 1SG |
| Cole Frieman<br>201 California Street, Suite 350<br>San Francisco, CA 94111 | Three Arrows Fund, Ltd<br>582 Market Street, Suite 606<br>San Francisco, CA 94104 | Three Arrows Fund, LP<br>582 Market Street, Suite 606<br>San Francisco, CA 94104 |
| Three Arrows Capital Pte. Ltd.<br>7 Temasek Boulevard<br>#21-04<br>Suntec Tower One<br>Singapore 038987 | | |