| | |
|---|---|
| Adam J. Goldberg | Daniel Scott Schecter (admitted *pro hac vice*) |
| Brett M. Neve | Nima H. Mohebbi (admitted *pro hac vice*) |
| Nacif Taousse | Caitlin J. Campbell (admitted *pro hac vice*) |
| Brian S. Rosen | **LATHAM & WATKINS LLP** |
| **LATHAM & WATKINS LLP** | 355 South Grand Avenue, Suite 100 |
| 1271 Avenue of the Americas | Los Angeles, CA 90071 |
| New York, NY 10020 | Telephone: (213) 485-1234 |
| Telephone: (212) 906-1200 | Facsimile: (213) 891-8763 |
| Facsimile: (212) 751-4864 | Email:  daniel.schecter@lw.com |
| Email:  adam.goldberg@lw.com |             nima.mohebbi@lw.com |
|             brett.neve@lw.com |             caitlin.campbell@lw.com |
|             nacif.taousse@lw.com | |
|             brian.rosen@lw.com | |

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital Ltd,[1] | Case No. 22-10920 (MG) |
| Debtor in a Foreign Proceeding. | |

# CERTIFICATE OF SERVICE

I, Christopher M. Tarrant, certify that:

1.  I am employed by the law firm Latham & Watkins LLP at 1271 Avenue of the Americas, New York, New York 10020, attorneys for Russell Crumpler and Christopher Farmer as Foreign Representatives.

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

2. On August 1, 2022, my colleagues and I caused true and correct copies of the following document to be served in the manner indicated in the service list attached hereto as **Exhibit A**:

- *Order Granting Recognition of Foreign Main Proceeding and Related Relief* (ECF No. 47), entered on July 28, 2022.

3. On August 1, 2022, my colleagues and I caused true and correct copies of the following document to be served in the manner indicated in the service list attached hereto as **Exhibit B:**

- *Order Granting Recognition of Foreign Main Proceeding and Related Relief* (ECF No. 47), entered on July 28, 2022.

Dated: August 2, 2022  　　　　　　　　　　　*/s/ Christopher M. Tarrant*
      New York, NY　　　　　　　　　　　　　Christopher M. Tarrant

## Exhibit A

**Served via E-Mail:**

aaron@moonbeam.foundation
admin@nacteon.com
albertsworld@gmail.com
allyson.smith@kirkland.com
Alyson.Fiedler@icemiller.com
amar.singh@oncustodian.com
amelia.tan@careyolsen.com
Andrew.Pflug@wongpartnership.com
Andy.Velez-Rivera@usdoj.gov
antony@bitsonblocks.net
Arabella.diiorio@agonbvi.com
arilitan@gmail.com
arnaud.grunthaler@fieldfisher.com
b.d.h.floyd@gmail.com
blossom.hing@drewnapier.com
boon2106@gmail.com
brian.gordon@squirepb.com
brian.lohan@arnoldporter.com
brian8703@gmail.com
calvin.tan@jwsasialaw.com.sg
calvin@ascentfunds.sg
carla@coinlist.co
caroline.oliver@bedellcristin.com
carson@sbicrypto.com
CH@sterlington.net
chiaming.lee@nortonrosefulbright.com
chris.swart@squirepb.com
christopher@advocatus.sg
claire.neoh@drewnapier.com
clement.lin@squirepb.com
cmarcus@kirkland.com
cmcneil@sterlington.net
cole@linkpad.vc
compliance@falconx.io
contact@algorand.foundation
cwedoff@jenner.com
Damien.Vanderwilt@galaxydigital.io
daniel.burke11@gmail.com
daniel.chia@morganlewis.com
daniel.ng@mishcon.com
danielle@coinlist.com
danielrolandruiz@icloud.com
danny.yuan@8blocks.capital
david@sanctor.com
david@seascape.network
debby.lim@dentons.com

derek@purestake.com
drothschild@colefrieman.com
dugan.bliss@blockfi.com
edmond.fung@bedellcristin.com
elena.veragten@fieldfisher.com
elena@abra.com
eric@impiro.com
Frank.Falco@galaxydigital.io
garon.larry@gmail.com
gavin.margetson@mishcon.com
geoff@compound.finance
gerry.ifill@hashkey.com
gilles.fedak@iex.ec
GootE@SEC.gov
greg.metzmacher@dacm.io
guilherme@cherman.com.br
haiwu.he@iex.ec
han@sanctor.com
harjean@advocatus.sg
helen.wang@careyolsen.com
Henry.w@eastlinklanker.com
hon.ng@binance.com
huifeidexie@gmail.com
iain.clayton@bitmex.com
Iain.Tucker@walkersglobal.com
ian@nacteon.com
ilya@sanctor.com
info@8blocks.capital
info@deribit.com
info@hdrglobaltradingltd.com
info@nexo.io
institutions@blockfi.com
ir@deribit.com
jacqueline.to@hashkey.com
james.farrell@ascendex.com
james.noble@careyolsen.com
Jared.Dermont@moelis.com
jave@jscapitalgesit.com
jay@sanctor.com
jeanette.wong@morganlewis.com
Jeff.Hokanson@icemiller.com
Jeffrey.Saferstein@weil.com
jfrank@sbigroup.co.jp
jgottlieb@morrisoncohen.com
jmchristovich@gmail.com
jmoldovan@morrisoncohen.com

1

joel.chng@wongpartnership.com
joel.shamash@googlemail.com
jos@deribit.com
joseph.magoon@squirepb.com
joshua.chin@drewnapier.com
jotanemori@sbigroup.co.jp
jruggiero@colefrieman.com
jsussberg@kirkland.com
jtully@fbtlaw.com
justin.kwek@jwsasialaw.com.sg
justin@abra.com
justtheapril@gmail.com
karl@colefrieman.com
kei-jin.chew@nortonrosefulbright.com
kellychenkaili@gmail.com
kenrick@lunex.vc
ktoth@fasken.com
lakshanthi.fernando@cms-cmno.com
landsmanr@SEC.gov
lauren.tang@shlegalworld.com
legal@hashkey.com
lindsey@blockchain.com
lionel.leo@wongpartnership.com
lisa.walmisley@bedellcristin.com
Loiluu@kyber.network
lraiford@jenner.com
management@threearrowscap.com
mark@mmxx.capital
mathijs@deribit.com
matt@galati.law
Matthew.Freeman@maples.com
me@kayvon.ch
michael.popkin@mourant.com
michel.triana@supermean.com
mike@compound.vc
mmix@morrisoncohen.com
mu.dai@morganlewis.com
MuhammedIsmail.KONoordin@wongpartnership.com
Myra@kyber.network
natalia.b@eastlinklanker.com
nicholyeo@solitairellp.com
nicolas@binance.com
ning.zhang@morganlewis.com
nsafford@gmail.com
olivia@purestake.com
patrick.nash@kirkland.com
pavelbains@icloud.com
peter.vanrooijen@sg.abnamroclearing.com
peter.wilkinson@bitmex.com
pr@nexo.io
press@genesistrading.com
privateclientinfo@blockfi.com
ratna@bikago.com
Renell.Benjamin@walkersglobal.com
Richard.galivn@dacm.io
richard.kanowitz@haynesboone.com
richard.smikle@icemiller.com
robert.sim@sg.abnamroclearing.com
robert@coinlist.co
rodney.keong@dentons.com
Ronit.Berkovich@weil.com
ross.kwasteniet@kirkland.com
ryanlai@oakfield.sg
sam@geometricenergy.ca
samantha.andrews@stonehagefleming.com
scott@coinlist.co
sean.abed@dacm.io
sebastian@coinlist.co
security@compound.finance
sehrlich@investvoyager.com
shamilton@colefrieman.com
simpson@maicoin.com
siyu.hu@morganlewis.com
smitha.menon@wongpartnership.com
spyros@kyber.network
Stefan@purestake.com
stephenzautke2019@u.northwestern.edu
su.zhu@threearrowscap.com
support@finbloxapp.com
szautke@zanbarcapital.com
Tara.Tiantian@usdoj.gov
tim.boeckmann@gmail.com
timothy@abra.com
trading@hashkey.com
tuyetlantrinh@outlook.com
tyne.lam@nortonrosefulbright.com
tywarren.chau@gmail.com
victor.bonhomme@iex.ec
victor@kyber.network
vivek.nittala@bitmex.com
warren.gluck@hklaw.com
weiming.tan@cms-holbornasia.com
wow@aave.com
yan.zeng@morganlewis.com
yilei.tan@shlegalworld.com
ZhaoXiang.Liu@wongpartnership.com
ZhengYi.Yu@wongpartnership.com

2

**Exhibit B**

**Served via First-Class Mail:**

| | | |
|---|---|---|
| Algorand Foundation, Ltd<br>c/o WongPartnership LLP<br>12 Marina Boulevard Level 28<br>Marina Bay Financial Centre Tower 3<br>Singapore 018982 | Voyager Digital LLC<br>c/o KIRKLAND & ELLIS, LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn: Joshua A. Sussberg, P.C. | BlockFi<br>201 Montgomery St, Suite 263<br>Jersey City, NJ 07302 |
| Genesis Global Trading<br>5th Floor, 250 Park Ave S<br>New York, NY 10003 | Celsius Lending LLC<br>c/o KIRKLAND & ELLIS, LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn: Joshua A. Sussberg, P.C. | Aave<br>41 Corsham Street<br>London, 6DR<br>United Kingdom |
| Compound Labs Inc<br>99 Shotwell Street<br>San Francisco, CA 94103 | Kyber Network<br>1 Upper Circular Road<br>Suite 05-01<br>Singapore, 058400 | ABN AMRO Clearing Bank N.V<br>Level 23, 182 Cecil Street<br>Frasers Tower,<br>Singapore 069547 |
| JP Morgan Securities Plc<br>25 Bank Street, Canary Wharf,<br>London E14 5JP | Merrill Lynch International<br>2 King Edward Street LONDON,<br>EC1A 1HQ United Kingdom | DeFiance Capital<br>c/o A Registered Agent, Inc<br>8 The Green, STE A,<br>Kent, DE 19901 |
| Deribit B.V.<br>Stationsstraat 2 B, 3851 NH, Ermelo, The Netherlands | DRB Panama Inc (Deribit)<br>Via Espana, Delta Bank Building<br>6th Floor, Suite 604D<br>Panama City<br>Panama PA-8 | Victoria Asset Management LLC<br>466 Green Bay Road<br>Winnetka IL 60093 |
| Coinlist Services, LLC<br>Coinlist Markets, LLC<br>850 Montgomery Street, Suite 350<br>San Francisco, CA 94133 | Coinlist LLC<br>c/o The Company Corporation as Registered Agent<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Genesis Asia Pacific PTE. LTD.<br>c/o Morrison Cohen LLP<br>909 Third Avenue, 27th Floor<br>New York, NY 10022 |
| Chen Kaili Kelly<br>13 Ocean Way #06-39<br>Singapore 098373 | Arrakis Capital Limited<br>71 Fort Street, PO Box 500<br>George Town, Grand Cayman<br>Cayman Islands Ky1-1106 | 210k Capital, LP<br>c/o Frost Brown Todd<br>500 Virginia Street, East<br>Suite 1100<br>Charleston, WV 25301 |
| Singapore Bitget Pte Ltd<br>11 Collyer Quay #14-01&02, The Arcade<br>Singapore<br>049317<br>Singapore | Equities First Holdings LLC<br>c/o Ice Miller<br>One American Square<br>Suite 2900<br>Indianapolis, IN 46282-0200 | Banton Overseas Limited<br>c/o Squire Patton Boggs<br>1 Marina Boulevard<br>#21-01 One Marina Boulevard<br>Singapore 018989 |

Moonbeam Foundation Ltd
343 Preston St
11th Floor
Ottawa, ON
Canada K1S 1N4

PureStake Ltd
1500 District Avenue
Burlington, MA 01803

Onchain Custodian
20 Collyer Quay #11-04
Singapore 049319

FalconX Limited
Level G (Office 1/1191), Quantum House,
75, Abate Rigord Street, Ta' Xbiex XBX
1120, Malta

Zhu Shijia
8 Digital Way
Unit 8126
Maynard, MA 01754

KR1 Plc
First Names House
Victoria Road
Douglas
IM2 4DF Isle of Man

Cole-Frieman & Mallon LLP
201 California Street, Suite 350
San Francisco, CA 94111

Three Arrows Fund, Ltd
582 Market Street, Suite 606
San Francisco, CA 94104

Three Arrows Fund, LP
582 Market Street, Suite 606
San Francisco, CA 94104

Three Arrows Capital Pte. Ltd.
7 Temasek Boulevard
#21-04
Suntec Tower One
Singapore 038987

Office of the United States Trustee
Attn: Andy Velez-Rivera, Tara Tiantian
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY  10014

Roger Landsman
Attorney
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549

FAO Jos van Griensven (Head of Legal and Compliance) and
Mathijs van Basten Batenburg (Counsel)
Via Espana, Delta Bank Building
6th Floor, Suite 604D
Panama City
Panama PA-8

BlockFi
33 Irving Place
New York, NY 10003

Albert Lam / Lam King
1 Rhu Cross
#08-01
S437431, Singapore

Gerstenbrot Capital Limited
2nd Florr, Ellen L Skelton Building
Fishers Land
Road Town, Tortola
Bristish Virgin Islands

NG Tian Boon Jason
1 Rhu Cross
#08-01
S437431, Singapore

Tyler Evans
1810 B
7th Ave N
Nashville, TN 37208

Oakfield
545 Orchard Road #15-07
Far East Shopping Centre
Singapore 238882

John Michael Christovich
9 - 11 Calle Malaga, Urb. Torrimar
Guaynabo, Puerto Rico
00966-3131

DACM Liquid Venture Fund Inc
Digital Asset Capital Management Inc
Suite 804 Level 8
25 Bligh Street
Sydney NSW 2000 Australia

Advocatus Law LLP
Attn: Christopher Anand Daniel
08-01, 25 North Bridge
25 North Bridge Road
Singapore 179104

Solitaire LLP
Attn: Nichol Yeo
11 Beach Road #05-02
Singapore 189675

Jesse Leimgruber
495 Brickell Ave
Miami FL, 33131

Ashla International, LTD
c/o Rodney Keong
Dentons Rodyk & Davidson LLP
80 Raffles Place
#33-00 UOB Plaza 1
Singapore 048624

WongPartnership LLP
12 Marina Boulevard Level 28
Marina Bay Financial Centre Tower 3
Singapore 018982
Attm: Lionel LEO and Muhammed Ismail NOORDIN

iExec Blockchain Tech
25 Rue jules Valensaut
69008 Lyon
France

2

| | | |
|---|---|---|
| Warbler<br>c/o Maples and Calder<br>5th Floor, Ritter House<br>Road Town, Tortola<br>BVI | Galaxy Digital LLC<br>300 Vesey Street, 13th Floor,<br>New York, NY 10282 | Anne C. Davies<br>1241 Adams St<br>Apt F112<br>Boston, MA 02124 |
| Tang Peng Hock<br>13 Ocean Way<br>#06-39<br>Singapore 098373 | SpaceWhale Capital LP<br>382 NE 191st St. PMB 76894<br>Miami, FL 33179 | GBV Legal<br>67 Fort Street, Artemis House,<br>Grand Cayman, KY1-1111,<br>Cayman Islands |
| James Chen<br>303/25 BARANGAROO AVE,<br>BARANGAROO NSW 2000 AUSTRALIA | Kor Hanwei Philip<br>28 Fernhill Crescent<br>Singapore 259182 | Vibhas Pahuja<br>#10-05, 376 THOMSON ROAD<br>SINGAPORE- 298130 |