1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -x

In the Matter of:

THREE ARROWS CAPITAL, LTD AND RUSSELL       Main Case No.

CRUMPLER,                                   22-10920-mg

        Debtors.

- - - - - - - - - - - - - - - - - - - -x

                United States Bankruptcy Court

                One Bowling Green

                New York, New York

                July 28, 2022

                10:02 AM

B E F O R E:

HON. MARTIN GLENN

CHIEF U.S. BANKRUPTCY JUDGE

ECRO:  AMANDA

1

2   Hearing Using Zoom for Government RE: Recognition Hearing. (Doc

3   ## 1 to 5, 18, 32, 37, 39, 40)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20   Transcribed by:  Hana Copperman

21   eScribers, LLC

22   7227 North 16th Street, Suite #207

23   Phoenix, AZ 85020

24   (302)263-0885

25   operations@escribers.net

1

2  A P P E A R A N C E S (All present by video or telephone):

3  LATHAM & WATKINS LLP

4          Attorneys for Debtor/Foreign Representative

5          1271 Avenue of the Americas

6          New York, NY 10020

7

8  BY:   ADAM J. GOLDBERG, ESQ.

9          BRIAN SANDLOW ROSEN, ESQ.

10

11

12  LATHAM & WATKINS LLP

13          Attorneys for Blockchain.com

14          1271 Avenue of the Americas

15          New York, NY 10020

16

17  BY:   SUZZANNE UHLAND, ESQ.

18

19

20

21

22

23

24

25

```
 1
 2   LATHAM & WATKINS LLP
 3        Attorneys for Debtor/Foreign Representative
 4        355 South Grand Avenue
 5        Suite 100
 6        Los Angeles, CA 90071
 7
 8   BY:   NIMA H. MOHEBBI, ESQ.
 9        DANIEL S. SCHECTER, ESQ.
10
11
12   DEPARTMENT OF JUSTICE
13        Office of the United States Trustee
14        201 Varick Street
15        Suite 1006
16        New York, NY 10014
17
18   BY:   ANDREW D. VELEZ-RIVERA, ESQ.
19        TARA TIANTIAN, ESQ.
20        ANNIE WELLS, ESQ.
21
22
23
24
25
```

1

2   KIRKLAND & ELLIS LLP

3        Attorneys for Voyager Digital Holdings, Inc.

4        601 Lexington Avenue

5        New York, NY 10022

6

7   BY:   CHRISTOPHER MARCUS, P.C.

8        CHRISTINE A. OKIKE, ESQ.

9        JOSHUA A. SUSSBERG, ESQ.

10        ALLYSON B. SMITH, ESQ.

11

12

13   WEIL, GOTSHAL MANGES LLP

14        Attorneys for

15        767 5th Avenue

16        New York, NY 10153

17

18   BY:   JEFFREY SAFERSTEIN, ESQ.

19

20

21

22

23

24

25

1

2  OGIER

3        Attorneys for Foreign Representatives

4        Ritter House

5        Wickhams Cay II

6        PO Box 3170

7        Road Town, Tortola

8        British Virgin Islands VG1110

9

10  BY:   GRANT CARROLL, ESQ.

11

12

13  MORRISON COHEN LLP

14        Attorneys for

15        909 Third Avenue

16        New York, NY 10022

17

18  BY:   DAVID KOZLOWSKI, ESQ.

19

20

21  ALSO PRESENT:

22        RUSSELL CRUMPLER, Foreign Representative, Teneo(BVI)Ltd

23        CHRISTOPHER FARMER, Foreign Representative, Teneo(BVI)Ltd

24        GAIL REISER, Latham & Watkins, Technology Consultant

25

1                    P R O C E E D I N G S

2          THE COURT:  Good morning, everyone.  This is Judge

3  Glenn.  We're here for the recognition hearing for Three Arrows

4  Capital, 22-10920.

5          Mr. Goldberg, are you going to be making the

6  presentation?

7          MR. GOLDBERG:  Yes.  Good morning, Your Honor.  For

8  the record, Adam Goldberg of Latham & Watkins.

9          THE COURT:  Good morning.  Go ahead.

10          MR. GOLDBERG:  Good morning.  Thank you, Your Honor.

11  Thank you for the opportunity to be heard this morning.  I'm

12  joined by my colleague on the screen, Nima Mohebbi, to cover

13  any evidentiary or witness issues that may arise.  We're also

14  joined on the Zoom this morning by the foreign representatives

15  Russell Crumpler and Christopher Farmer, and counsel to the

16  liquidators in the BVI, Grant Carroll of Ogier, who have all

17  submitted declarations in support of the petition today.

18          The purpose of this hearing, Your Honor, is to hear

19  our petition for recognition of the BVI liquidation of Three

20  Arrows Capital Ltd as a foreign main proceeding.  Before I get

21  into that matter, I would like to give the Court a very brief

22  update that we have withdrawn our motions to seal certain

23  aspects of the petition and the certificates of service.  Those

24  documents are all now available publicly on the docket.

25          THE COURT:  I saw that.  Thank you very much, Mr.

1  Goldberg.

2        MR. GOLDBERG:  Thank you, Your Honor.

3        If Your Honor would permit, we have a presentation

4  that we'd like to share on the screen to provide an overview of

5  the debtor, its pending BVI proceeding, and our petition for

6  recognition.  That presentation is filed on the docket.  It

7  covers both the initial presentation that I largely delivered

8  to the Court at our hearing about two weeks ago as well as

9  updates, and for the purposes of saving time for everyone, I

10 will focus on the updates this morning.

11       THE COURT:  That's fine.  The presentation materials

12 were filed as ECF docket number 46.  And additionally, I have

13 it open on a separate screen in front of me, so you can go

14 ahead.

15       MR. GOLDBERG:  Very good.  Thank you.  And I'd ask

16 that Gail Reiser be given permission to present.  She's raising

17 her hand.

18       THE CLERK:  Yes.  I made her a cohost.

19       MR. GOLDBERG:  Thank you.

20       Just let me know when the slides are up.

21       We're just bringing the slides up now, Your Honor.

22 There we go.

23       THE COURT:  Yes.  To be sure that I didn't have to

24 look at a tiny little bird on the screen, I do have it open on

25 a separate screen in front of me, so I can see it easily.

1          MR. GOLDBERG:  Thank you, Your Honor.

2          Okay.  If you'd go to the next slide, please.

3          So just to cover very briefly, this is mostly things

4   that we covered at our hearing two weeks ago.  Three Arrows was

5   well known in the crypto industry as a proprietary trading

6   fund.  As of December 2021 it reportedly had over six billion

7   dollars in assets under management.  It was funded, in part,

8   through substantial loans of digital assets, including

9   cryptocurrency like Bitcoin, as well as fiat currency from

10  multiple lenders.

11         The business effectively collapsed between May and

12  June of this year in the wake of the extreme market movements

13  in the cryptocurrencies, particularly the collapse of the luna

14  coin, in which Three Arrows was heavily invested.

15         This next slide here, Your Honor, provides an

16  organizational chart for the debtor and certain of its

17  affiliates.  It has also been filed on the docket under the

18  supplemental declaration of Mr. Crumpler.

19         There is one debtor in this Chapter 15 case.  That is

20  the green entity, Three Arrows Capital Ltd, at the bottom

21  middle of the screen, and two other entities on that row are

22  feeder funds that put the money into Three Arrows Capital for

23  its investments.

24         The direct equity owner of the debtor is Three Arrows

25  Capital Pte Ltd, which is a Singapore entity and previously was

1  the investment manager for the debtor.  We understand that

2  investment management arrangement was terminated on or about

3  August 20th, 2021, and the new investment manager is 3AC Ltd,

4  which is a BVI entity also shown to the left on the screen

5  there.  This organizational chart also shows how the founders

6  and one of their spouses hold and control both of the

7  investment managers.

8          On June 24th a creditor initiated involuntary

9  proceedings in the BVI seeking appointment of the joint

10  liquidators.  Shortly thereafter, on June 27th, the debtor

11  initiated voluntary proceedings for liquidation in the BVI, and

12  that same day the BVI court entered an order commencing the

13  liquidation process and appointing Russell Crumpler and

14  Christopher Farmer as joint liquidators in the BVI.  That order

15  expressly authorized the joint liquidators to file this Chapter

16  15 case, and under BVI law the liquidators are fiduciaries and

17  officers of the BVI court and are essentially empowered to

18  control the debtors' assets, control the debtor, realize its

19  assets, including causes of action, all for the benefit of

20  creditors.

21          This case was commenced on July 1st by the filing of

22  the Chapter 15 petition.  This case is initially intended to

23  preserve the status quo for the benefit of all parties-in-

24  interest, to assist the liquidators in obtaining discovery and

25  control of the debtors' assets in the United States, and to

1  provide a forum to seek relief from the courts of the United

2  States as the liquidation continues.

3            In addition to this Chapter 15 case, on July 9th the

4  liquidators also commenced a proceeding for recognition of the

5  BVI proceedings in Singapore.  On July 15th the Singapore court

6  entered an order granting provisional relief, which, in large

7  part, is consistent with the provisional relief that this Court

8  granted towards staying execution against the debtors' assets

9  in Singapore and assisting the liquidators in obtaining

10  discovery of the debtors' assets.  A hearing on recognition of

11  the BVI proceedings in Singapore is now scheduled before the

12  courts of Singapore for August 22nd.

13            THE COURT:  Ask who that is pending before?

14            MR. GOLDBERG:  Your Honor, let me check on the name of

15  the judge in Singapore.

16            THE COURT:  Thank you.

17            MR. GOLDBERG:  Thank you.  And I'll come back to you

18  on that in a moment.

19            THE COURT:  Yeah, go ahead.

20            MR. GOLDBERG:  Thank you.  Since the liquidators were

21  appointed, the foreign representatives have been pursuing their

22  investigation with urgency and by all lawful means, and I

23  described that in some detail at our hearing about two weeks

24  ago.  Those efforts have been continuing, as set out on this

25  slide here.

1          I would provide a key update that as part of the

2     liquidation process creditors have begun to file their claims

3     with the liquidators in BVI, and at present the liquidators

4     have received claims totaling in excess of 2.8 billion dollars.

5     We expect that number to increase significantly as the process

6     continues.

7          Both prior to and following the provisional relief

8     granted by this Court, the liquidators have sought information

9     from dozens of financial institutions and other parties with

10    information on the debtors' assets through both formal and

11    informal means.

12         And now I'd like to be clear about our position on the

13    founders.  We have served them with a subpoena, or attempted to

14    serve them with a subpoena through their counsel, following

15    this Court's order at the provisional relief hearing.  The

16    founders' counsel in Singapore refused to accept that service.

17         To date, the founders have provided the liquidators

18    with what we regard as rather selective and piecemeal

19    disclosures of the debtors' assets.  The founders have not made

20    themselves available for any discussions or interviews with the

21    liquidators, whether formal or informal.  Although we would

22    note that the founders did make themselves available for an

23    interview by Bloomberg, which was reported through an article

24    in the last week, they do continue to conceal their

25    whereabouts.

1          The liquidators would prefer to work cooperatively

2     with the founders to continue to develop information on the

3     debtors' assets and realize those for the benefit of all

4     creditors, so as to maximize value.  And we continue to seek

5     their voluntary engagement and availability for interviews,

6     whether formal or informal.

7          I should note, as I did at the outset, that the

8     liquidators are under fiduciary duties that require them to

9     ascertain the debtors' assets as quickly as possible.  And

10    however much we may wish for the founders' voluntary

11    cooperation, in the absence of that cooperation, the

12    liquidators will be seeking to compel the founders' delivery of

13    information through all available means.  And given the current

14    status of engagement, or lack thereof, with the founders, we do

15    expect to be before this Court again to seek further assistance

16    in the coming days and weeks.

17          THE COURT:  May I ask you this, Mr. Goldberg?

18          MR. GOLDBERG:  Yes.

19          THE COURT:  In some countries, and actually in some

20    states within the United States, the board members, members or

21    incorporators, by statute, in a jurisdiction, have, when they

22    apply for registration, they submit to the jurisdiction of

23    those courts.  And my question is, in the BVI -- I think I

24    asked this question the last time, you told me that the

25    founders here had signed papers in the BVI -- whether BVI law

THREE ARROWS CAPITAL, LTD AND RUSSELL CRUMPLER          14

1  provides that they've submitted to the jurisdiction of the BVI

2  courts by doing so?

3           MR. GOLDBERG:  Your Honor, I, of course, would defer

4  to our counsel, Mr. Carroll, in the BVI on exactly the nature

5  of their submission to jurisdiction in the BVI.  Our position,

6  no doubt, is that the founders are subject to compulsory

7  disclosures through process in the BVI.  And I think Your Honor

8  should be aware, we are actively working to seek appropriate

9  applications in the BVI, potentially in Singapore or elsewhere,

10  to obtain information from the founders.  Those have not yet

11  been put on file, but may be coming soon.

12          THE COURT:  Thank you, Mr. Goldberg.

13          MR. GOLDBERG:  Thank you, Your Honor.  And I can

14  answer your question on the judge in Singapore, and apologies

15  to the court there if I mispronounce his name.  It is the

16  Honorable Justice Vinodh --

17          THE COURT:  It's Vi --

18          MR. GOLDBERG:  Coomaraswamy.

19          THE COURT:  It's Vinodh Coomaraswamy.  Yes.

20          MR. GOLDBERG:  Yes.

21          THE COURT:  He and I have taught together, in fact.

22          MR. GOLDBERG:  Very good, Your Honor.  Thank you.  I'm

23  glad.  And thank you for that assistance on his pronunciation.

24          THE COURT:  Go ahead.

25          MR. GOLDBERG:  Moving along.  Another key update, Your

1  Honor, since our last hearing has been the initial meeting of

2  creditors under BVI law.  On July 18th the liquidators held the

3  initial meeting out of the BVI.  The creditors voted to

4  maintain the appointment of the joint liquidators and establish

5  a creditors' committee.  The committee is comprised of five

6  unsecured creditors.  Its role is to assist the liquidators

7  through regular consultations and discussions of the

8  liquidators' efforts to obtain and realize assets and pursue

9  any causes of action.

10          And so that, Your Honor, completes my update and

11  overview.  Unless Your Honor has any other questions, I would

12  next proceed to the admission of evidence through the

13  declarations that have been filed.

14          THE COURT:  Please go ahead.

15          MR. GOLDBERG:  Thank you, Your Honor.  The

16  declarations that are relevant to the motions today, Your

17  Honor, are from Mr. Crumpler, one of the joint liquidators and

18  foreign representative, and those are filed at docket ECF

19  numbers 3, 23 and 37.  In addition, we have declarations from

20  Mr. Grant Carroll, BVI counsel to the liquidators and foreign

21  representatives, and those are at docket ECF numbers 4 and 25.

22  Each of the declarants is present in this virtual courtroom via

23  Zoom and available for cross-examination.

24          In Mr. Crumpler's declarations at docket numbers 3, 23

25  and 37 he testifies, among other things, that the debtor was

1    incorporated in the BVI.  The debtor is regulated by the BVI

2    Financial Services Commission, including subjecting itself to

3    potential audit and enforcement actions in the BVI.  The debtor

4    has property in the United States, including interest in a

5    retainer held in the New York office of Dan Tan Law.  That's a

6    law firm here in New York, which represents the debtor in an

7    arbitration proceeding being conducted in New York.  And in

8    addition, the debtor holds rights under New York law loan

9    agreements, including those that are subject to that

10   arbitration.

11          THE COURT:  Before you go on, Mr. Goldberg, let me

12   ask.  Does anybody have any objections to the Court admitting

13   in evidence the Crumpler declarations, ECF 3, 23 and 37?

14          All right.  Hearing no objection, those three

15   declarations are admitted in evidence.

16      (Mr. Crumpler's three declarations were hereby received

17   into evidence as Debtors' Exhibits, as of this date.)

18          And then with respect to the Carroll declaration --

19   declarations, plural -- which are ECF 4 and 25, does anyone

20   have any objections to those declarations being admitted in

21   evidence?

22          Hearing no objection, those declarations are in

23   evidence as well.

24          Go ahead, Mr. Goldberg.

25      (Mr. Carroll's two declarations were hereby received into

1  evidence as Debtors' Exhibits, as of this date.)

2         MR. GOLDBERG:  Thank you, Your Honor.  With those

3  submissions, and I'm sure the Court has reviewed those

4  declarations, we would next turn to the merits of our petition

5  for recognition.

6         THE COURT:  Please go ahead.

7         MR. GOLDBERG:  Thank you, Your Honor.  And I should

8  note at the outset that we have conducted service of those

9  Chapter 15 filings and petition in accordance with the relevant

10 local rules and the scheduling and notice order that Your Honor

11 entered on July 7th.  The certificates of service, which are

12 now public on the docket, are at ECF numbers 42, 43, 44, and

13 45.

14        And so if you could put that slide up.

15        Your Honor, we're here today to seek an order

16 recognizing the BVI proceeding as a foreign main proceeding and

17 seeking relief under Sections 1517, 1520 and 1521, including

18 the stay of enforcement actions and creditor actions in the

19 United States, granting comity to the liquidation orders

20 entered in the BVI, and entrusting the debtors' assets in the

21 United States to the foreign representatives.

22        Your Honor, we submit that the petition satisfies all

23 of the requirements for recognition as a foreign main

24 proceeding.  Our motion and this presentation lay out all of

25 the details on satisfying those requirements, which Your Honor

1  is extremely familiar with.  Given that familiarity, I am happy

2  to conclude here, in the interest of time, or if the Court

3  would prefer to walk through each of the elements of how our

4  petition satisfies the requirements for recognition.

5          THE COURT:  Well, let me say, I've read all of the

6  papers.  And let me see whether there is any other counsel who

7  wishes to be heard with respect to the issue of recognition of

8  the BVI proceeding as a foreign main proceeding.  All right.

9  Hearing no one, I'm prepared to go ahead and rule.

10         At the time of the initial hearing, when I granted

11  provisional relief, I spoke very briefly about the issue of

12  COMI.  While the debtor is registered in the BVI, it certainly

13  appears that prior to the commencement of the BVI liquidation

14  proceeding its COMI was in Singapore, where its offices were

15  located and the founders managed the business.  However, as I

16  said during that initial hearing on provisional relief,

17  applying the Second Circuit's test in Fairfield Sentry, the

18  appropriate time to determine COMI is as of the filing of the

19  Chapter 15 petition.

20         By that time, and really, once the BVI liquidation

21  proceeding was commenced, certainly under the Second Circuit's

22  Fairfield Sentry case and other authority in the Second

23  Circuit, the COMI had shifted to the BVI.  The BVI entity, the

24  foreign debtor, is in the control of the joint liquidators, who

25  are in BVI.  As the evidence submitted shows, they've opened a

1   bank account, and all activity in terms of recovering the

2   assets of the entity, all of that is being done from the BVI.

3   The liquidation proceeding is subject to the supervision and

4   control of the BVI court.

5         So I certainly find -- I won't go through all of the

6   rest of the recitations, but the evidence clearly establishes

7   that as of the filing of the Chapter 15 petition, the COMI of

8   this foreign debtor is in the British Virgin Islands.  The

9   evidence that's been submitted shows that all of the other

10  requirements for recognition of the BVI proceeding as a foreign

11  main proceeding, of the joint liquidators as the foreign

12  representatives in this case, all of that has been satisfied.

13        And so I'm pleased to be able to recognize the BVI

14  proceeding as a foreign main proceeding.

15        So let's go on and talk briefly about the relief that

16  you're seeking.

17        MR. GOLDBERG:  Thank you very much.

18        THE COURT:  So upon recognition as a foreign main

19  proceeding, under Section 1520 of the Bankruptcy Code certain

20  relief follows automatically from it, but you sought additional

21  relief, which is discretionary relief under Section 1521.

22        MR. GOLDBERG:  Yes.  Thank you, Your Honor.  I think

23  here what we're looking for is described in more detail and in

24  language that has been worked out with certain of our

25  creditors, who provided comments to the proposed order, which

1   I'm happy to work through, walk through each paragraph or focus

2   on the changes, if Your Honor would prefer.

3          THE COURT:  You can just focus on the changes.  Let me

4   raise one other issue.  I think there -- I haven't seen whether

5   this has been added to your order, but I think what you

6   submitted needs should be amended to provide specifically

7   what's provided in Section 1521(a)(6).  (a)(6) provides, as one

8   of the forms of discretionary relief, extending the relief

9   granted under Section 1519(a).  So the relief granted under

10  1519(a) was the provisional relief that I previously extended,

11  and I think the order should include -- I assume that you want

12  that provisional relief extended and picked up in the

13  recognition order as well.

14         MR. GOLDBERG:  Thank you, Your Honor.  Yes.  We do

15  seek to continue that provisional relief and the ongoing

16  discovery process that we have been administering through that

17  order.  And so we would add a simple sentence as an additional

18  paragraph to the order that makes clear that the order entered

19  under 1519 on a provisional basis would continue pursuant to

20  1520(a)(6), as Your Honor suggests and very helpfully comments.

21         The changes to the order, I think, are really designed

22  to address two points.  One was a comment we received from a

23  particular creditor and another in an effort to address some of

24  the questions that we received from Your Honor at the last

25  hearing.  Those changes to the order are all really comprised

1  in paragraph 4, and the redline for that is at docket number

2  ECF 40.  And the second exhibit to that filing includes a

3  redline, and it includes a proviso, an exception from the

4  general stay that applies by virtue of Section 1520 and

5  sections in Section 362 of the Bankruptcy Code.

6          And consistent with the concept that the BVI

7  proceeding does not stay the enforcement of a valid and

8  perfected security interest, we have agreed that the

9  enforceable and perfected security interest held by Digital

10  Currency Group Inc. and its affiliates would not be subject to

11  the stay, subject to a requirement that DCG, as we call them,

12  would provide at least five calendar days' notice to the

13  foreign representatives of any foreclosure action, and also

14  subject to a reservation of rights for all parties as to the

15  validity, enforcement, perfection, and priority of any

16  purported security interest.  So that is the first change that

17  we made to the order, essentially in settlement of comments

18  that we received from DCG.

19          Second, Your Honor, we included a sentence, for the

20  avoidance of doubt, that the entirety of Section 362 applies to

21  the debtor and his property in the United States, and that is

22  simply to provide comfort to the Court and all parties-in-

23  interest that all of Section 362 does apply, including the

24  ability to seek relief from the stay and the various safe

25  harbor provisions of that section, to the extent they are

THREE ARROWS CAPITAL, LTD AND RUSSELL CRUMPLER          22

1  applicable to any derivatives contracts of the debtor.  We

2  don't have a position today, Your Honor, on whether there are

3  derivatives that are subject to the safe harbor provisions.  No

4  one has raised that issue with us, to our knowledge, but it is

5  an issue Your Honor flagged, and we're conscious of it.

6          THE COURT:  Thank you.

7          MR. GOLDBERG:  And then, in addition to that, that

8  substantive edit, we made conforming changes in paragraphs 6

9  and 7, just to be clear that those provisions of the order that

10  enjoin parties from disposing of assets of the debtors or

11  commencing suits are subject to the exceptions that were agreed

12  in paragraph 4.

13          THE COURT:  Okay.

14          MR. GOLDBERG:  And those are the changes to the order,

15  Your Honor.

16          THE COURT:  All right.  Does anybody else wish to be

17  heard?

18          All right, Mr. Goldberg.  The Court approves all of

19  the discretionary relief that the foreign representative has

20  sought under Section 1521.  And the changes that you've

21  described in the order are certainly acceptable to the Court,

22  seem appropriate in the circumstances.  So if you submit the

23  order in Word format, it'll be promptly entered.

24          MR. GOLDBERG:  Thank you very much, Your Honor.  And

25  if I may take just a moment, I would inform the Court of

1   upcoming expected filings in this case.

2          We, in addition to additional relief that we may be

3   seeking in the near term on discovery matters, as I alluded to

4   earlier, we do expect also to file a motion for approval of

5   protocols for judicial coordination among the various courts in

6   the United States, BVI and Singapore, consistent with the JIN

7   protocol that has been approved in this Court before Your

8   Honor.

9          THE COURT:  I'm certainly happy to do that.  And if

10  and when it's appropriate, I'm certainly open to court to court

11  communications with both Justice Coomaraswamy in Singapore.

12  And remind me of the name of the judge in BVI who has the case.

13         MR. GOLDBERG:  Well, right now, I think, Your Honor,

14  as I understand it from recent discussions, there is a bit of a

15  rotation during the summer period in BVI, and we can provide

16  some further detail on the judges that are assigned as part of

17  the upcoming motion.

18         THE COURT:  As you know, I mean, I think -- well, I

19  know that Singapore has adopted the JIN guidelines.  I'm not

20  certain on BVI.  But I'm certainly, as I have done in other

21  Chapter 15 cases, had court to court communications, when

22  appropriate, with judges in the other countries in which

23  matters are pending.  So if and when that's appropriate, you

24  can raise that in an appropriate pleading, and I'm happy to do

25  that.  And I've also, in a number of cases, approved protocols,

1  written protocols, to be sure that -- here it would be all

2  three courts are advised of what's happening in the other

3  courts as well.  Okay?.

4            MR. GOLDBERG:  Thank you, Your Honor.

5            THE COURT:  All right.  Does anybody else wish to be

6  heard with respect to Three Arrows?

7            All right.  I appreciate all of your work.

8            And at this stage I take it we don't have any

9  hearings, additional hearings scheduled; is that correct?

10            MR. GOLDBERG:  Not yet, Your Honor.

11            THE COURT:  Okay.  All right.  And the procedure for

12  if you need a hearing date is to contact my courtroom deputy,

13  Deanna Anderson, and we'll be happy to provide you with hearing

14  dates.  Okay?

15            MR. GOLDBERG:  Thank you.  We will do so.

16            THE COURT:  All right.  Thank you very much.  And we

17  are adjourned.

18            MR. GOLDBERG:  Thank you, Your Honor.

19        (Whereupon these proceedings were concluded at 10:29 AM)

20

21

22

23

24

25

```
 1
 2                          I N D E X
 3                       E X H I B I T S
 4  DEBTORS'        DESCRIPTION           MARKED  ADMITTED
 5                  Mr. Crumpler's three           16
 6                  declarations
 7                  Mr. Carroll's two              17
 8                  Declarations
 9
10  RULINGS:                              PAGE   LINE
11  BVI proceeding is recognized as a     19     13
12  foreign main proceeding
13  Discretionary relief that the foreign 22     19
14  representative has sought is approved
15
16
17
18
19
20
21
22
23
24
25
```

1

2                        C E R T I F I C A T I O N

3

4    I, Hana Copperman, certify that the foregoing transcript is a

5    true and accurate record of the proceedings.

6

7

8    *Hana Copperman*

9    _____

10   Hana Copperman (CET-487)

11   AAERT Certified Electronic Transcriber

12

13   eScribers

14   352 Seventh Ave., Suite #604

15   New York, NY 10001

16

17   Date:  July 29, 2022

18

19

20

21

22

23

24

25

**A**

a6 (1)
20:7
ability (1)
21:24
able (1)
19:13
absence (1)
13:11
accept (1)
12:16
acceptable (1)
22:21
accordance (1)
17:9
account (1)
19:1
action (3)
10:19;15:9;21:13
actions (3)
16:3;17:18,18
actively (1)
14:8
activity (1)
19:1
actually (1)
13:19
Adam (1)
7:8
add (1)
20:17
added (1)
20:5
addition (5)
11:3;15:19;16:8;
22:7;23:2
additional (4)
19:20;20:17;23:2;
24:9
additionally (1)
8:12
address (2)
20:22,23
adjourned (1)
24:17
administering (1)
20:16
admission (1)
15:12
admitted (2)
16:15,20
admitting (1)
16:12
adopted (1)
23:19
advised (1)
24:2
affiliates (2)
9:17;21:10
again (1)
13:15

against (1)
11:8
ago (3)
8:8;9:4;11:24
agreed (2)
21:8;22:11
agreements (1)
16:9
ahead (8)
7:9;8:14;11:19;
14:24;15:14;16:24;
17:6;18:9
alluded (1)
23:3
ALLYSON (1)
5:10
along (1)
14:25
Although (1)
12:21
amended (1)
20:6
among (2)
15:25;23:5
Anderson (1)
24:13
ANDREW (1)
4:18
Angeles (1)
4:6
ANNIE (1)
4:20
apologies (1)
14:14
appears (1)
18:13
applicable (1)
22:1
applications (1)
14:9
applies (2)
21:4,20
apply (2)
13:22;21:23
applying (1)
18:17
appointed (1)
11:21
appointing (1)
10:13
appointment (2)
10:9;15:4
appreciate (1)
24:7
appropriate (7)
14:8;18:18;22:22;
23:10,22,23,24
approval (1)
23:4
approved (2)
23:7,25
approves (1)
22:18

arbitration (2)
16:7,10
arise (1)
7:13
arrangement (1)
10:2
Arrows (8)
7:3,20;9:4,14,20,
22,24;24:6
article (1)
12:23
ascertain (1)
13:9
aspects (1)
7:23
assets (15)
9:7,8;10:18,19,25;
11:8,10;12:10,19;
13:3,9;15:8;17:20;
19:2;22:10
assigned (1)
23:16
assist (2)
10:24;15:6
assistance (2)
13:15;14:23
assisting (1)
11:9
assume (1)
20:11
attempted (1)
12:13
Attorneys (5)
4:3;5:3,14;6:3,14
audit (1)
16:3
August (2)
10:3;11:12
authority (1)
18:22
authorized (1)
10:15
automatically (1)
19:20
availability (1)
13:5
available (5)
7:24;12:20,22;
13:13;15:23
Avenue (4)
4:4;5:4,15;6:15
avoidance (1)
21:20
aware (1)
14:8

**B**

back (1)
11:17
bank (1)
19:1
Bankruptcy (2)

**19:19;21:5**
basis (1)
20:19
begun (1)
12:2
benefit (3)
10:19,23;13:3
billion (2)
9:6;12:4
bird (1)
8:24
bit (1)
23:14
Bitcoin (1)
9:9
Bloomberg (1)
12:23
board (1)
13:20
both (5)
8:7;10:6;12:7,10;
23:11
bottom (1)
9:20
Box (1)
6:6
brief (1)
7:21
briefly (3)
9:3;18:11;19:15
bringing (1)
8:21
British (2)
6:8;19:8
business (2)
9:11;18:15
BVI (45)
7:16,19;8:5;10:4,
9,11,12,14,16,17;
11:5,11;12:3;13:23,
25,25;14:1,4,5,7,9;
15:2,3,20;16:1,1,3;
17:16,20;18:8,12,13,
20,23,23,25;19:2,4,
10,13;21:6;23:6,12,
15,20

**C**

CA (1)
4:6
calendar (1)
21:12
call (1)
21:11
can (6)
8:13,25;14:13;
20:3;23:15,24
Capital (5)
7:4,20;9:20,22,25
CARROLL (5)
6:10;7:16;14:4;
15:20;16:18

Carroll's (1)
16:25
case (9)
9:19;10:16,21,22;
11:3;18:22;19:12;
23:1,12
cases (2)
23:21,25
causes (2)
10:19;15:9
Cay (1)
6:5
certain (5)
7:22;9:16;19:19,
24;23:20
certainly (7)
18:12,21;19:5;
22:21;23:9,10,20
certificates (2)
7:23;17:11
change (1)
21:16
changes (7)
20:2,3,21,25;22:8,
14,20
Chapter (8)
9:19;10:15,22;
11:3;17:9;18:19;
19:7;23:21
chart (2)
9:16;10:5
check (1)
11:14
CHRISTINE (1)
5:8
CHRISTOPHER (4)
5:7;6:23;7:15;
10:14
Circuit (1)
18:23
Circuit's (2)
18:17,21
circumstances (1)
22:22
claims (2)
12:2,4
clear (3)
12:12;20:18;22:9
clearly (1)
19:6
CLERK (1)
8:18
Code (2)
19:19;21:5
COHEN (1)
6:13
cohost (1)
8:18
coin (1)
9:14
collapse (1)
9:13
collapsed (1)

9:11
**colleague (1)**
    7:12
**comfort (1)**
    21:22
**COMI (5)**
    18:12,14,18,23;
    19:7
**coming (2)**
    13:16;14:11
**comity (1)**
    17:19
**commenced (3)**
    10:21;11:4;18:21
**commencement (1)**
    18:13
**commencing (2)**
    10:12;22:11
**comment (1)**
    20:22
**comments (3)**
    19:25;20:20;21:17
**Commission (1)**
    16:2
**committee (2)**
    15:5,5
**communications (2)**
    23:11,21
**compel (1)**
    13:12
**completes (1)**
    15:10
**comprised (2)**
    15:5;20:25
**compulsory (1)**
    14:6
**conceal (1)**
    12:24
**concept (1)**
    21:6
**conclude (1)**
    18:2
**concluded (1)**
    24:19
**conducted (2)**
    16:7;17:8
**conforming (1)**
    22:8
**conscious (1)**
    22:5
**consistent (3)**
    11:7;21:6;23:6
**Consultant (1)**
    6:24
**consultations (1)**
    15:7
**contact (1)**
    24:12
**continue (5)**
    12:24;13:2,4;
    20:15,19
**continues (2)**
    11:2;12:6

**continuing (1)**
    11:24
**contracts (1)**
    22:1
**control (6)**
    10:6,18,18,25;
    18:24;19:4
**Coomaraswamy (3)**
    14:18,19;23:11
**cooperation (2)**
    13:11,11
**cooperatively (1)**
    13:1
**coordination (1)**
    23:5
**counsel (6)**
    7:15;12:14,16;
    14:4;15:20;18:6
**countries (2)**
    13:19;23:22
**course (1)**
    14:3
**COURT (51)**
    7:2,9,21,25;8:8,11,
    23;10:12,17;11:5,7,
    13,16,19;12:8;13:15,
    17,19;14:12,15,17,
    19,21,24;15:14;
    16:11,12;17:3,6;
    18:2,5;19:4,18;20:3;
    21:22;22:6,13,16,18,
    21,25;23:7,9,10,10,
    18,21,21;24:5,11,16
**courtroom (2)**
    15:22;24:12
**courts (7)**
    11:1,12;13:23;
    14:2;23:5;24:2,3
**Court's (1)**
    12:15
**cover (2)**
    7:12;9:3
**covered (1)**
    9:4
**covers (1)**
    8:7
**creditor (3)**
    10:8;17:18;20:23
**creditors (7)**
    10:20;12:2;13:4;
    15:2,3,6;19:25
**creditors' (1)**
    15:5
**cross-examination (1)**
    15:23
**CRUMPLER (6)**
    6:22;7:15;9:18;
    10:13;15:17;16:13
**Crumpler's (2)**
    15:24;16:16
**crypto (1)**
    9:5
**cryptocurrencies (1)**

9:13
**cryptocurrency (1)**
    9:9
**currency (2)**
    9:9;21:10
**current (1)**
    13:13

**D**

**Dan (1)**
    16:5
**DANIEL (1)**
    4:9
**date (4)**
    12:17;16:17;17:1;
    24:12
**dates (1)**
    24:14
**DAVID (1)**
    6:18
**day (1)**
    10:12
**days (1)**
    13:16
**days' (1)**
    21:12
**DCG (2)**
    21:11,18
**Deanna (1)**
    24:13
**debtor (17)**
    8:5;9:16,19,24;
    10:1,10,18;15:25;
    16:1,3,6,8;18:12,24;
    19:8;21:21;22:1
**Debtor/Foreign (1)**
    4:3
**debtors (1)**
    22:10
**debtors' (11)**
    10:18,25;11:8,10;
    12:10,19;13:3,9;
    16:17;17:1,20
**December (1)**
    9:6
**declarants (1)**
    15:22
**declaration (2)**
    9:18;16:18
**declarations (13)**
    7:17;15:13,16,19,
    24;16:13,15,16,19,
    20,22,25;17:4
**defer (1)**
    14:3
**delivered (1)**
    8:7
**delivery (1)**
    13:12
**DEPARTMENT (1)**
    4:12
**deputy (1)**

24:12
**derivatives (2)**
    22:1,3
**described (3)**
    11:23;19:23;22:21
**designed (1)**
    20:21
**detail (3)**
    11:23;19:23;23:16
**details (1)**
    17:25
**determine (1)**
    18:18
**develop (1)**
    13:2
**Digital (3)**
    5:3;9:8;21:9
**direct (1)**
    9:24
**disclosures (2)**
    12:19;14:7
**discovery (4)**
    10:24;11:10;
    20:16;23:3
**discretionary (3)**
    19:21;20:8;22:19
**discussions (3)**
    12:20;15:7;23:14
**disposing (1)**
    22:10
**docket (9)**
    7:24;8:6,12;9:17;
    15:18,21,24;17:12;
    21:1
**documents (1)**
    7:24
**dollars (2)**
    9:7;12:4
**done (2)**
    19:2;23:20
**doubt (2)**
    14:6;21:20
**dozens (1)**
    12:9
**during (2)**
    18:16;23:15
**duties (1)**
    13:8

**E**

**earlier (1)**
    23:4
**easily (1)**
    8:25
**ECF (7)**
    8:12;15:18,21;
    16:13,19;17:12;21:2
**edit (1)**
    22:8
**effectively (1)**
    9:11
**effort (1)**

20:23
**efforts (2)**
    11:24;15:8
**elements (1)**
    18:3
**ELLIS (1)**
    5:2
**else (2)**
    22:16;24:5
**elsewhere (1)**
    14:9
**empowered (1)**
    10:17
**enforceable (1)**
    21:9
**enforcement (4)**
    16:3;17:18;21:7,
    15
**engagement (2)**
    13:5,14
**enjoin (1)**
    22:10
**entered (6)**
    10:12;11:6;17:11,
    20;20:18;22:23
**entirety (1)**
    21:20
**entities (1)**
    9:21
**entity (5)**
    9:20,25;10:4;
    18:23;19:2
**entrusting (1)**
    17:20
**equity (1)**
    9:24
**ESQ (11)**
    4:8,9,18,19,20;5:8,
    9,10,18;6:10,18
**essentially (2)**
    10:17;21:17
**establish (1)**
    15:4
**establishes (1)**
    19:6
**everyone (2)**
    7:2;8:9
**evidence (10)**
    15:12;16:13,15,17,
    21,23;17:1;18:25;
    19:6,9
**evidentiary (1)**
    7:13
**exactly (1)**
    14:4
**exception (1)**
    21:3
**exceptions (1)**
    22:11
**excess (1)**
    12:4
**execution (1)**
    11:8

**exhibit (1)**
21:2
**Exhibits (2)**
16:17;17:1
**expect (3)**
12:5;13:15;23:4
**expected (1)**
23:1
**expressly (1)**
10:15
**extended (2)**
20:10,12
**extending (1)**
20:8
**extent (1)**
21:25
**extreme (1)**
9:12
**extremely (1)**
18:1

**F**

**fact (1)**
14:21
**Fairfield (2)**
18:17,22
**familiar (1)**
18:1
**familiarity (1)**
18:1
**FARMER (3)**
6:23;7:15;10:14
**feeder (1)**
9:22
**fiat (1)**
9:9
**fiduciaries (1)**
10:16
**fiduciary (1)**
13:8
**file (4)**
10:15;12:2;14:11;
23:4
**filed (5)**
8:6,12;9:17;15:13,
18
**filing (4)**
10:21;18:18;19:7;
21:2
**filings (2)**
17:9;23:1
**financial (2)**
12:9;16:2
**find (1)**
19:5
**fine (1)**
8:11
**firm (1)**
16:6
**first (1)**
21:16
**five (2)**

15:5;21:12
**flagged (1)**
22:5
**focus (3)**
8:10;20:1,3
**following (2)**
12:7,14
**follows (1)**
19:20
**foreclosure (1)**
21:13
**Foreign (20)**
6:3,22,23;7:14,20;
11:21;15:18,20;
17:16,21,23;18:8,24;
19:8,10,11,14,18;
21:13;22:19
**formal (3)**
12:10,21;13:6
**format (1)**
22:23
**forms (1)**
20:8
**forum (1)**
11:1
**founders (11)**
10:5;12:13,17,19,
22;13:2,14,25;14:6,
10;18:15
**founders' (3)**
12:16;13:10,12
**front (2)**
8:13,25
**fund (1)**
9:6
**funded (1)**
9:7
**funds (1)**
9:22
**further (2)**
13:15;23:16

**G**

**GAIL (2)**
6:24;8:16
**general (1)**
21:4
**given (3)**
8:16;13:13;18:1
**glad (1)**
14:23
**Glenn (1)**
7:3
**Goldberg (38)**
7:5,7,8,10;8:1,2,
15,19;9:1;11:14,17,
20;13:17,18;14:3,12,
13,18,20,22,25;
15:15;16:11,24;17:2,
7;19:17,22;20:14;
22:7,14,18,24;23:13;
24:4,10,15,18

**Good (6)**
7:2,7,9,10;8:15;
14:22
**GOTSHAL (1)**
5:13
**Grand (1)**
4:4
**GRANT (1)**
6:10;7:16;15:20
**granted (5)**
11:8;12:8;18:10;
20:9,9
**granting (2)**
11:6;17:19
**green (1)**
9:20
**Group (1)**
21:10
**guidelines (1)**
23:19

**H**

**hand (1)**
8:17
**happening (1)**
24:2
**happy (5)**
18:1;20:1;23:9,24;
24:13
**harbor (2)**
21:25;22:3
**hear (1)**
7:18
**heard (4)**
7:11;18:7;22:17;
24:6
**hearing (16)**
7:3,18;8:8;9:4;
11:10,23;12:15;
15:1;16:14,22;18:9,
10,16;20:25;24:12,
13
**hearings (2)**
24:9,9
**heavily (1)**
9:14
**held (3)**
15:2;16:5;21:9
**helpfully (1)**
20:20
**hereby (2)**
16:16,25
**hold (1)**
10:6
**Holdings (1)**
5:3
**holds (1)**
16:8
**Honor (39)**
7:7,10,18;8:2,3,21;
9:1,15;11:14;14:3,7,
13,22;15:1,10,11,15,

17;17:2,7,10,15,22,
25;19:22;20:2,14,20,
24;21:19;22:2,5,15,
24;23:8,13;24:4,10,
18
**Honorable (1)**
14:16
**House (1)**
6:4

**I**

**II (1)**
6:5
**Inc (2)**
5:3;21:10
**include (1)**
20:11
**included (1)**
21:19
**includes (2)**
21:2,3
**including (7)**
9:8;10:19;16:2,4,
9;17:17;21:23
**incorporated (1)**
16:1
**incorporators (1)**
13:21
**increase (1)**
12:5
**industry (1)**
9:5
**inform (1)**
22:25
**informal (3)**
12:11,21;13:6
**information (5)**
12:8,10;13:2,13;
14:10
**initial (5)**
8:7;15:1,3;18:10,
16
**initially (1)**
10:22
**initiated (2)**
10:8,11
**institutions (1)**
12:9
**intended (1)**
10:22
**interest (7)**
10:24;16:4;18:2;
21:8,9,16,23
**interview (1)**
12:23
**interviews (2)**
12:20;13:5
**into (2)**
7:21;9:22;16:17,
25
**invested (1)**
9:14

**investigation (1)**
11:22
**investment (4)**
10:1,2,3,7
**investments (1)**
9:23
**involuntary (1)**
10:8
**Islands (2)**
6:8;19:8
**issue (3)**
18:7,11;20:4;22:4,
5
**issues (1)**
7:13

**J**

**JEFFREY (1)**
5:18
**JIN (2)**
23:6,19
**joined (2)**
7:12,14
**joint (7)**
10:9,14,15;15:4,
17;18:24;19:11
**JOSHUA (1)**
5:9
**Judge (4)**
7:2;11:15;14:14;
23:12
**judges (2)**
23:16,22
**judicial (1)**
23:5
**July (5)**
10:21;11:3,5;15:2;
17:11
**June (3)**
9:12;10:8,10
**jurisdiction (4)**
13:21,22;14:1,5
**JUSTICE (3)**
4:12;14:16;23:11

**K**

**key (2)**
12:1;14:25
**KIRKLAND (1)**
5:2
**knowledge (1)**
22:4
**known (1)**
9:5
**KOZLOWSKI (1)**
6:18

**L**

**lack (1)**
13:14

**language (1)**
19:24
**large (1)**
11:6
**largely (1)**
8:7
**last (4)**
12:24;13:24;15:1;
20:24
**LATHAM (3)**
4:2;6:24;7:8
**law (6)**
10:16;13:25;15:2;
16:5,6,8
**lawful (1)**
11:22
**lay (1)**
17:24
**least (1)**
21:12
**left (1)**
10:4
**lenders (1)**
9:10
**Lexington (1)**
5:4
**liquidation (9)**
7:19;10:11,13;
11:2;12:2;17:19;
18:13,20;19:3
**liquidators (24)**
7:16;10:10,14,15,
16,24;11:4,9,20;
12:3,3,8,17,21;13:1,
8,12;15:2,4,6,17,20;
18:24;19:11
**liquidators' (1)**
15:8
**little (1)**
8:24
**LLP (4)**
4:2;5:2,13;6:13
**loan (1)**
16:8
**loans (1)**
9:8
**local (1)**
17:10
**located (1)**
18:15
**look (1)**
8:24
**looking (1)**
19:23
**Los (1)**
4:6
**Ltd (4)**
7:20;9:20,25;10:3
**luna (1)**
9:13

**M**

**main (7)**
7:20;17:16,23;
18:8;19:11,14,18
**maintain (1)**
15:4
**makes (1)**
20:18
**making (1)**
7:5
**managed (1)**
18:15
**management (2)**
9:7;10:2
**manager (2)**
10:1,3
**managers (1)**
10:7
**MANGES (1)**
5:13
**MARCUS (1)**
5:7
**market (1)**
9:12
**materials (1)**
8:11
**matter (1)**
7:21
**matters (2)**
23:3,23
**maximize (1)**
13:4
**may (7)**
7:13;9:11;13:10,
17;14:11;22:25;23:2
**mean (1)**
23:18
**means (3)**
11:22;12:11;13:13
**meeting (2)**
15:1,3
**members (2)**
13:20,20
**merits (1)**
17:4
**middle (1)**
9:21
**mispronounce (1)**
14:15
**MOHEBBI (2)**
4:8;7:12
**moment (2)**
11:18;22:25
**money (1)**
9:22
**more (1)**
19:23
**morning (7)**
7:2,7,9,10,11,14;
8:10
**MORRISON (1)**
6:13
**mostly (1)**
9:3

**motion (3)**
17:24;23:4,17
**motions (2)**
7:22;15:16
**movements (1)**
9:12
**Moving (1)**
14:25
**much (5)**
7:25;13:10;19:17;
22:24;24:16
**multiple (1)**
9:10

**N**

**name (3)**
11:14;14:15;23:12
**nature (1)**
14:4
**near (1)**
23:3
**need (1)**
24:12
**needs (1)**
20:6
**New (9)**
4:16;5:5,16;6:16;
10:3;16:5,6,7,8
**next (4)**
9:2,15;15:12;17:4
**NIMA (2)**
4:8;7:12
**note (3)**
12:22;13:7;17:8
**notice (2)**
17:10;21:12
**number (4)**
8:12;12:5;21:1;
23:25
**numbers (2)**
15:19,21,24;17:12
**NY (4)**
4:16;5:5,16;6:16

**O**

**objection (2)**
16:14,22
**objections (2)**
16:12,20
**obtain (2)**
14:10;15:8
**obtaining (2)**
10:24;11:9
**Office (2)**
4:13;16:5
**officers (1)**
10:17
**offices (1)**
18:14
**OGIER (2)**
6:2;7:16

**OKIKE (1)**
5:8
**once (1)**
18:20
**one (8)**
9:19;10:6;15:17;
18:9;20:4,7,22;22:4
**ongoing (1)**
20:15
**open (3)**
8:13,24;23:10
**opened (1)**
18:25
**opportunity (1)**
7:11
**order (20)**
10:12,14;11:6;
12:15;17:10,15;
19:25;20:5,11,13,17,
18,18,21,25;21:17;
22:9,14,21,23
**orders (1)**
17:19
**organizational (2)**
9:16;10:5
**out (4)**
11:24;15:3;17:24;
19:24
**outset (2)**
13:7;17:8
**over (1)**
9:6
**overview (2)**
8:4;15:11
**owner (1)**
9:24

**P**

**papers (2)**
13:25;18:6
**paragraph (4)**
20:1,18;21:1;
22:12
**paragraphs (1)**
22:8
**part (4)**
9:7;11:7;12:1;
23:16
**particular (1)**
20:23
**particularly (1)**
9:13
**parties (3)**
12:9;21:14;22:10
**parties-in- (2)**
10:23;21:22
**PC (1)**
5:7
**pending (3)**
8:5;11:13;23:23
**perfected (2)**
21:8,9

**perfection (1)**
21:15
**period (1)**
23:15
**permission (1)**
8:16
**permit (1)**
8:3
**petition (11)**
7:17,19,23;8:5;
10:22;17:4,9,22;
18:4,19;19:7
**picked (1)**
20:12
**piecemeal (1)**
12:18
**pleading (1)**
23:24
**please (3)**
9:2;15:14;17:6
**pleased (1)**
19:13
**plural (1)**
16:19
**PO (1)**
6:6
**points (1)**
20:22
**position (3)**
12:12;14:5;22:2
**possible (1)**
13:9
**potential (1)**
16:3
**potentially (1)**
14:9
**prefer (3)**
13:1;18:3;20:2
**prepared (1)**
18:9
**PRESENT (4)**
6:21;8:16;12:3;
15:22
**presentation (6)**
7:6;8:3,6,7,11;
17:24
**preserve (1)**
10:23
**previously (2)**
9:25;20:10
**prior (2)**
12:7;18:13
**priority (1)**
21:15
**procedure (1)**
24:11
**proceed (1)**
15:12
**proceeding (18)**
7:20;8:5;11:4;
16:7;17:16,16,24;
18:8,8,14,21;19:3,
10,11,14,14,19;21:7

Three Arrows Capital, LTD, and Russell Crumpler
Main Case No. 22-10920-mg

July 28, 2022

**proceedings (5)**
10:9,11;11:5,11;
24:19
**process (5)**
10:13;12:2,5;14:7;
20:16
**promptly (1)**
22:23
**pronunciation (1)**
14:23
**property (2)**
16:4;21:21
**proposed (1)**
19:25
**proprietary (1)**
9:5
**protocol (1)**
23:7
**protocols (3)**
23:5,25;24:1
**provide (8)**
8:4;11:1;12:1;
20:6;21:12,22;
23:15;24:13
**provided (3)**
12:17;19:25;20:7
**provides (3)**
9:15;14:1;20:7
**provisional (10)**
11:6,7;12:7,15;
18:11,16;20:10,12,
15,19
**provisions (3)**
21:25;22:3,9
**proviso (1)**
21:3
**Pte (1)**
9:25
**public (1)**
17:12
**publicly (1)**
7:24
**purported (1)**
21:16
**purpose (1)**
7:18
**purposes (1)**
8:9
**pursuant (1)**
20:19
**pursue (1)**
15:8
**pursuing (1)**
11:21
**put (3)**
9:22;14:11;17:14

**Q**

**quickly (1)**
13:9
**quo (1)**
10:23

**R**

**raise (2)**
20:4;23:24
**raised (1)**
22:4
**raising (1)**
8:16
**rather (1)**
12:18
**read (1)**
18:5
**realize (3)**
10:18;13:3;15:8
**really (3)**
18:20;20:21,25
**received (6)**
12:4;16:16,25;
20:22,24;21:18
**recent (1)**
23:14
**recitations (1)**
19:6
**recognition (12)**
7:3,19;8:6;11:4,
10;17:5,23;18:4,7;
19:10,18;20:13
**recognize (1)**
19:13
**recognizing (1)**
17:16
**record (1)**
7:8
**recovering (1)**
19:1
**redline (2)**
21:1,3
**refused (1)**
12:16
**regard (1)**
12:18
**registered (1)**
18:12
**registration (1)**
13:22
**regular (1)**
15:7
**regulated (1)**
16:1
**REISER (2)**
6:24;8:16
**relevant (2)**
15:16;17:9
**relief (21)**
11:1,6,7;12:7,15;
17:17;18:11,16;
19:15,20,21,21;20:8,
8,9,10,12,15;21:24;
22:19;23:2
**remind (1)**
23:12
**reported (1)**

12:23
**reportedly (1)**
9:6
**Representative (5)**
4:3;6:22,23;15:18;
22:19
**Representatives (7)**
6:3;7:14;11:21;
15:21;17:21;19:12;
21:13
**represents (1)**
16:6
**require (1)**
13:8
**requirement (1)**
21:11
**requirements (4)**
17:23,25;18:4;
19:10
**reservation (1)**
21:14
**respect (3)**
16:18;18:7;24:6
**rest (1)**
19:6
**retainer (1)**
16:5
**reviewed (1)**
17:3
**right (9)**
16:14;18:8;22:16,
18;23:13;24:5,7,11,
16
**rights (2)**
16:8;21:14
**Ritter (1)**
6:4
**Road (1)**
6:7
**role (1)**
15:6
**rotation (1)**
23:15
**row (1)**
9:21
**rule (1)**
18:9
**rules (1)**
17:10
**RUSSELL (3)**
6:22;7:15;10:13

**S**

**safe (2)**
21:24;22:3
**SAFERSTEIN (1)**
5:18
**same (1)**
10:12
**satisfied (1)**
19:12
**satisfies (2)**

17:22;18:4
**satisfying (1)**
17:25
**saving (1)**
8:9
**saw (1)**
7:25
**SCHECTER (1)**
4:9
**scheduled (2)**
11:11;24:9
**scheduling (1)**
17:10
**screen (7)**
7:12;8:4,13,24,25;
9:21;10:4
**seal (1)**
7:22
**Second (5)**
18:17,21,22;21:2,
19
**Section (10)**
19:19,21;20:7,9;
21:4,5,20,23,25;
22:20
**Sections (2)**
17:17;21:5
**security (3)**
21:8,9,16
**seek (7)**
11:1;13:4,15;14:8;
17:15;20:15;21:24
**seeking (5)**
10:9;13:12;17:17;
19:16;23:3
**seem (1)**
22:22
**selective (1)**
12:18
**sentence (2)**
20:17;21:19
**Sentry (2)**
18:17,22
**separate (2)**
8:13,25
**serve (1)**
12:14
**served (1)**
12:13
**service (4)**
7:23;12:16;17:8,
11
**Services (1)**
16:2
**set (1)**
11:24
**settlement (1)**
21:17
**share (1)**
8:4
**shifted (1)**
18:23
**Shortly (1)**

17:22;18:4
**satisfying (1)**

10:10
**shown (1)**
10:4
**shows (3)**
10:5;18:25;19:9
**signed (1)**
13:25
**significantly (1)**
12:5
**simple (1)**
20:17
**simply (1)**
21:22
**Singapore (14)**
9:25;11:5,5,9,11,
12,15;12:16;14:9,14;
18:14;23:6,11,19
**six (1)**
9:6
**slide (4)**
9:2,15;11:25;
17:14
**slides (2)**
8:20,21
**SMITH (1)**
5:10
**soon (1)**
14:11
**sought (3)**
12:8;19:20;22:20
**South (1)**
4:4
**specifically (1)**
20:6
**spoke (1)**
18:11
**spouses (1)**
10:6
**stage (1)**
24:8
**States (10)**
4:13;10:25;11:2;
13:20,20;16:4;17:19,
21;21:21;23:6
**status (2)**
10:23;13:14
**statute (1)**
13:21
**stay (5)**
17:18;21:4,7,11,24
**staying (1)**
11:8
**Street (1)**
4:14
**subject (8)**
14:6;16:9;19:3;
21:10,11,14;22:3,11
**subjecting (1)**
16:2
**submission (1)**
14:5
**submissions (1)**
17:3

**submit (3)**
　13:22;17:22;22:22
**submitted (5)**
　7:17;14:1;18:25;
　19:9;20:6
**subpoena (2)**
　12:13,14
**substantial (1)**
　9:8
**substantive (1)**
　22:8
**suggests (1)**
　20:20
**Suite (2)**
　4:5,15
**suits (1)**
　22:11
**summer (1)**
　23:15
**supervision (1)**
　19:3
**supplemental (1)**
　9:18
**support (1)**
　7:17
**sure (3)**
　8:23;17:3;24:1
**SUSSBERG (1)**
　5:9

**6**
　13:22;17:22;22:22
**TIANTIAN (1)**
　4:19
**tiny (1)**
　8:24
**today (4)**
　7:17;15:16;17:15;
　22:2
**together (1)**
　14:21
**told (1)**
　13:24
**Tortola (1)**
　6:7
**totaling (1)**
　12:4
**towards (1)**
　11:8
**Town (1)**
　6:7
**trading (1)**
　9:5
**Trustee (1)**
　4:13
**turn (1)**
　17:4
**two (6)**
　8:8;9:4,21;11:23;
　16:25;20:22

**21:7**
**validity (1)**
　21:15
**value (1)**
　13:4
**Varick (1)**
　4:14
**various (2)**
　21:24;23:5
**VELEZ-RIVERA (1)**
　4:18
**VG1110 (1)**
　6:8
**Vi (1)**
　14:17
**via (1)**
　15:22
**Vinodh (2)**
　14:16,19
**Virgin (2)**
　6:8;19:8
**virtual (1)**
　15:22
**virtue (1)**
　21:4
**voluntary (3)**
　10:11;13:5,10
**voted (1)**
　15:3
**Voyager (1)**
　5:3

**within (1)**
　13:20
**witness (1)**
　7:13
**Word (1)**
　22:23
**work (3)**
　13:1;20:1;24:7
**worked (1)**
　19:24
**working (1)**
　14:8
**written (1)**
　24:1

**Y**

**year (1)**
　9:12
**York (8)**
　4:16;5:5,16;6:16;
　16:5,6,7,8

**Z**

**Zoom (2)**
　7:14;15:23

**1**

**10:29 (1)**
　24:19
**100 (1)**
　4:5
**10014 (1)**
　4:16
**10022 (2)**
　5:5;6:16
**1006 (1)**
　4:15
**10153 (1)**
　5:16
**15 (8)**
　9:19;10:16,22;
　11:3;17:9;18:19;
　19:7;23:21
**1517 (1)**
　17:17
**1519 (1)**
　20:19
**1519a (2)**
　20:9,10
**1520 (3)**
　17:17;19:19;21:4
**1520a6 (1)**
　20:20
**1521 (3)**
　17:17;19:21;22:20
**1521a6 (1)**
　20:7
**15th (1)**
　11:5
**18th (1)**

**15:2**
**1st (1)**
　10:21

**2**

**2.8 (1)**
　12:4
**201 (1)**
　4:14
**2021 (2)**
　9:6;10:3
**20th (1)**
　10:3
**22-10920 (1)**
　7:4
**22nd (1)**
　11:12
**23 (3)**
　15:19,24;16:13
**24th (1)**
　10:8
**25 (2)**
　15:21;16:19
**27th (1)**
　10:10

**3**

**3 (3)**
　15:19,24;16:13
**3170 (1)**
　6:6
**355 (1)**
　4:4
**362 (3)**
　21:5,20,23
**37 (3)**
　15:19,25;16:13
**3AC (1)**
　10:3

**4**

**4 (4)**
　15:21;16:19;21:1;
　22:12
**40 (1)**
　21:2
**42 (1)**
　17:12
**43 (1)**
　17:12
**44 (1)**
　17:12
**45 (1)**
　17:13
**46 (1)**
　8:12

**5**

**5th (1)**

**T**

**talk (1)**
　19:15
**Tan (1)**
　16:5
**TARA (1)**
　4:19
**taught (1)**
　14:21
**Technology (1)**
　6:24
**TeneoBVILtd (2)**
　6:22,23
**term (1)**
　23:3
**terminated (1)**
　10:2
**terms (1)**
　19:1
**test (1)**
　18:17
**testifies (1)**
　15:25
**thereafter (1)**
　10:10
**thereof (1)**
　13:14
**Third (1)**
　6:15
**Three (11)**
　7:3,19;9:4,14,20,
　22,24;16:14,16;24:2,

**U**

**under (14)**
　9:7,17;10:16;13:8;
　15:2;16:8;17:17;
　18:21;19:19,21;20:9,
　9,19;22:20
**United (9)**
　4:13;10:25;11:1;
　13:20;16:4;17:19,
　21;21:21;23:6
**Unless (1)**
　15:11
**unsecured (1)**
　15:6
**up (4)**
　8:20,21;17:14;
　20:12
**upcoming (2)**
　23:1,17
**update (4)**
　7:22;12:1;14:25;
　15:10
**updates (2)**
　8:9,10
**upon (1)**
　19:18
**urgency (1)**
　11:22

**V**

**valid (1)**

**W**

**wake (1)**
　9:12
**walk (2)**
　18:3;20:1
**WATKINS (3)**
　4:2;6:24;7:8
**week (1)**
　12:24
**weeks (4)**
　8:8;9:4;11:23;
　13:16
**WEIL (1)**
　5:13
**WELLS (1)**
　4:20
**what's (2)**
　20:7;24:2
**whereabouts (1)**
　12:25
**Whereupon (1)**
　24:19
**Wickhams (1)**
　6:5
**wish (3)**
　13:10;22:16;24:5
**wishes (1)**
　18:7
**withdrawn (1)**
　7:22

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net

**Three Arrows Capital, LTD, and Russell Crumpler**
**Main Case No. 22-10920-mg**                                                July 28, 2022

<table>
<tr><td>5:15</td></tr>
</table>

**6**

**6 (1)**
  22:8
**601 (1)**
  5:4

**7**

**7 (1)**
  22:9
**767 (1)**
  5:15
**7th (1)**
  17:11

**9**

**90071 (1)**
  4:6
**909 (1)**
  6:15
**9th (1)**
  11:3