Adam J. Goldberg
Brett M. Neve
Nacif Taousse
Brian S. Rosen
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  adam.goldberg@lw.com
        brett.neve@lw.com
        nacif.taousse@lw.com
        brian.rosen@lw.com

Daniel Scott Schecter (admitted *pro hac vice*)
Nima H. Mohebbi (admitted *pro hac vice*)
Caitlin J. Campbell (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Telephone: (424) 653-5500
Facsimile: (424) 653-5501
Email:  daniel.schecter@lw.com
        nima.mohebbi@lw.com
        caitlin.campbell@lw.com

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Three Arrows Capital, Ltd,[1]<br><br>     Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-10920 (MG) |

**DECLARATION OF RUSSELL CRUMPLER IN SUPPORT OF (I) FOREIGN
REPRESENTATIVES' MOTION FOR ENTRY OF AN ORDER
(A) AUTHORIZING ISSUANCE OF SUBPOENAS AND (B) GRANTING RELATED
RELIEF AND (II) FOREIGN REPRESENTATIVES' MOTION FOR
<u>ENTRY OF AN ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS</u>**

     I, Russell Crumpler, pursuant to 28 U.S.C. Section 1746, hereby declare under penalty of

perjury under the laws of the United States of America, as follows:

     1.     I am a Senior Managing Director of Teneo (BVI) Limited ("<u>Teneo</u>") in the British

Virgin Islands ("<u>BVI</u>").  I, along with my colleague Christopher Farmer (also of Teneo)

(collectively, the "<u>Foreign Representatives</u>"), have been appointed as joint liquidators of Three

Arrows Capital, Ltd. (the "<u>Debtor</u>") by the Eastern Caribbean Supreme Court in the High Court

---

[1]    The last four digits of the Debtor's British Virgin Islands company registration number are 0531.  The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

of Justice (Commercial Division) (the "BVI Court"). Further information concerning my professional background and experience is set forth in the *Declaration of Russell Crumpler in Support of Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* [Docket No. 3], which is incorporated herein by reference.

2.      I submit this declaration in support of (a) the *Foreign Representatives' Motion for Entry of an Order (A) Authorizing Issuance of Subpoenas and (B) Granting Related Relief*, and (b) the *Foreign Representatives' Motion for Entry of an Order Authorizing Alternate Service of Process*, filed contemporaneously herewith (the "Motions").[2] I have reviewed the Motions, and it is my belief that the relief sought therein is necessary to allow Mr. Farmer and I to complete our investigation and perform our duties in accordance with BVI statute and the order of the BVI Court.

3.      I am over the age of 18, and I am duly authorized to make this declaration acting in my capacity as joint liquidator of the Debtor. Except as otherwise indicated, the facts set forth in this declaration are based upon my personal knowledge, my review of relevant documents, or my opinion based upon experience, knowledge, and information concerning the Debtor. I am authorized to submit this declaration on behalf of the Debtor, and if called upon to testify, I could and would testify competently to the facts set forth herein.

## I.      BVI LIQUIDATION PROCEEDING AND RELATED FOREIGN PROCEEDINGS

4.      Mr. Farmer and I will be seeking an order of the BVI Court directing the Founders to attend an examination and authorizing us to serve the Founders outside the BVI.

5.      On July 9, 2022, Mr. Farmer and I commenced a proceeding (the "Singapore Proceeding") in the High Court of Singapore (the "Singapore Court") for recognition of the BVI

---

[2]      Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motions.

2

Proceeding as a foreign main proceeding in Singapore.  Thereafter, on July 15, 2022, the Singapore Court entered an order granting certain provisional relief, including, among other things, the power to compel the cooperation of individuals within the jurisdiction of the Singapore Court as if the Debtor were a Singapore-incorporated entity under liquidation in Singapore.  On August 22, 2022, the Singapore Court issued an order granting recognition of the BVI Proceeding as a foreign main proceeding in Singapore.  On September 19, 2022, the Singapore Court entered an order requiring all persons and entities located in Singapore to cooperate with Mr. Farmer and I in respect of the liquidation.  We will also be seeking an order from the Singapore Court directing Three Arrows Capital Pte. Ltd. (the "Former Investment Manager"), a Singapore entity and the Debtor's immediate parent that acted as the investment manager of the Debtor, to (a) submit an affidavit to the Singapore Court containing an account of its dealings with the Debtor and (b) produce any books, papers or other records in its possession or under its control relating to the promotion, formation, business, dealings, affairs or property of the Debtor.

6.      On October 6, 2022, Mr. Farmer and I, through counsel, filed an application for recognition of the BVI Proceeding as a foreign main proceeding in the Superior Court of Justice (Ontario) (the "Canadian Court").  The Canadian Court has scheduled a hearing to consider the application for October 19, 2022.  We also intend to file an application for recognition of the BVI Proceeding as a foreign main proceeding in the Supreme Court of Seychelles very shortly.

7.      Mr. Farmer and I have also engaged, through counsel and other professionals, in investigatory and asset recovery activities in a number of other jurisdictions.

## II.    INVESTIGATIVE EFFORTS

8.      From the outset of the BVI proceeding, Mr. Farmer and I have engaged directly with banks, cryptocurrency exchanges (both public and over the counter), brokers, the Debtor's

administrator, auditor and legal representatives, the principals and management of certain underlying investment assets and other custodians and counterparties with which the Foreign Representatives believe the Debtor or its affiliates have accounts.

9.      Following entry of the Provisional Relief Order on July 12, 2022, Mr. Farmer and I redoubled our efforts to identify and preserve the Debtor's assets utilizing the formal discovery tools authorized by this Court, as necessary.[3]  Specifically in the United States, we have, through counsel, served eighteen subpoenas in the form attached to the Provisional Relief Order.  The recipients of such subpoenas include banks, cryptocurrency exchanges, and brokers that we have identified as having information regarding the Debtor's assets and/or maintaining accounts and digital wallets in the name of the Debtor.

10.      Mr. Farmer and I have also attempted to serve subpoenas on the Debtor's founders, Su Zhu and Kyle Livingstone Davies (the "Founders").  As discussed in further detail below, the Founders, through Singapore counsel, have declined to accept service and have not otherwise offered meaningful cooperation.

11.      In addition to the Founders, Mr. Farmer and I believe that the Debtor's investment manager and former investment manager—Three AC Ltd, a BVI entity (the "Current Investment Manager"), and the Former Investment Manager, respectively (together with the Current Investment Manager, the "Investment Managers")—possess critical information regarding the Debtor's assets and affairs.[4]  Upon information and belief, each of the Investment Managers are controlled by the Founders and to the best of our belief there was no change in the day-to-day operations of the Debtor or those of the individuals responsible for its management upon the

---

[3]    For a discussion of our efforts prior to July 20, 2022, see the *Supplemental Declaration of Russell Crumpler in Support of Verified Petition under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* [Docket No. 37], which is incorporated by reference herein..

[4]    Three AC Ltd served as investment manager until August 20, 2021, at which time Three Arrows Capital Pte. Ltd. assumed the role.

4

change in the corporate identity of the investment manager.[5]  I understand that the Investment

Manager made investment decisions, managed the Debtor's feeder funds, and generally engaged

in day-to-day management activities on behalf of the Debtor.  By virtue of their respective roles

as investment managers, I believe that both the Current and Former Investment Manager have

access to, and the means to control, the Debtor's accounts with cryptocurrency exchanges and

brokerages and possess valuable discoverable information regarding the Debtor's assets and

affairs, including accounting books and records, financial statements, and documents related to

bank, cryptocurrency, and any other accounts held by the Debtor.  The fundamental documents

and information that Mr. Farmer and I believe are in the possession of the Investment Manager

and the Founders bear directly on the location and viability of the Debtor's assets and the causes

of the Debtor's insolvency.  Accordingly, obtaining access to such documents and information is

critical to marshalling and preserving the Debtor's assets and furthering our investigation.

12.     As described in further detail below, Mr. Farmer and I have engaged with

Solitaire LLP ("Solitaire"), Singapore counsel purporting to represent the Former Investment

Manager, which has in the past represented itself as counsel to the Founders.  We have

requested, through Solitaire, that the Investment Managers provide the Foreign Representatives

with access to information and documents pertaining to the Debtor in the Investment Managers'

possession and control.  While the Investment Managers have made certain limited, selective

disclosures, Mr. Farmer and I do not believe that the Investment Managers have provided all

information relating to the Debtor.

13.     In the absence of meaningful cooperation from the Founders or the Investment

Manager, Mr. Farmer and I have been forced to piece together the Debtor's financial situation

---

[5]     Solitaire LLP, counsel to the Debtor's former investment manager Three AC Ltd, has formerly held itself out as
counsel to the Founders as well.

from publicly available information, information gleaned from blockchain analytics tools, and documents made available by creditors or other interested third parties.

14.     Mr. Farmer and I believe that the Founders, the Investment Managers, and certain third parties possess valuable discoverable information regarding the Debtor's affairs, including the causes of the Debtor's insolvency, claims against its estate, and its assets, including potential causes of action.

15.     Unfortunately, numerous attempts to serve third parties with subpoenas has proved difficult and unavailing. For example, on July 11, 2022, Mr. Farmer and I requested certain financial and account information from Troy Trade, a prime broker of the Debtor that advertises itself as specializing in crypto trading and asset management. Troy Trade did not respond; accordingly, we asked our counsel to intervene. Despite a thorough investigation, our counsel only discovered two email addresses associated with the company and made three service attempts thereupon. Nevertheless, Troy Trade has yet to provide any response, save for responses through Advocatus on October 7, 2022 to emails sent by Mr. Farmer on September 28, 2022 and October 1, 2022 regarding the recovery passcodes and private keys to access certain digital wallets. Our counsel further noted that they were unable to ascertain whether Troy Trade has any office space or physical presence at all.

### III.    EFFORTS TO OBTAIN COOPERATION FROM THE FOUNDERS

16.     Mr. Farmer and I have not yet received sufficient cooperation from the Founders in our role as joint liquidators of the Debtor.  Since being appointed as joint liquidators on June 27, 2022, as part of our investigation into the Debtor and efforts to obtain control over the Debtor's assets in accordance with our duties under BVI law, Mr. Farmer and I have attempted to contact the Founders directly and through counsel in the BVI and Singapore.  Mr. Farmer and I have also requested specific information regarding the Debtor's assets and accounts and

6

requested the Founders' cooperation in obtaining access to, and control over, these assets. As of the date hereof, the Founders, through counsel, have made only selective and piecemeal disclosures.

17.    On July 6, 2022, over a week after our appointment and initial outreach, I received email correspondence from Advocatus Law LLP ("Advocatus"), Singapore counsel purporting to represent the Founders.[6]  In response, I reiterated to Advocatus that we have an urgent need to meet with the Founders in order to take basic steps to preserve the Debtor's assets. Our request for an urgent meeting was denied; instead, approximately two days after we requested a meeting, Advocatus offered an introductory Zoom call.

18.    On the introductory Zoom call, counsel from Advocatus and Solitaire were present, and persons identifying themselves as "Su Zhu" and "Kyle" were also present, but their video was turned off and they remained on mute throughout the call. The two Founders failed to respond to questions directed at them during the meeting; rather, all dialogue was conducted through Advocatus and Solitaire. Mr. Farmer and I requested immediate access to the Debtor's offices and certain basic information regarding the Debtor's bank accounts and digital wallets, including "seed phrases" and other information necessary to control digital assets.[7]  We were told that Advocatus would discuss with the Founders and hoped to provide information in response at a subsequent meeting scheduled for July 11, 2022. That meeting was subsequently canceled by the Founders.

19.    On July 14, 2022, Mr. Farmer and I sent a letter to the Founders, copying Advocatus, which requested that the Founders confirm certain bank account and asset

---

[6]    Throughout our communications with Advocatus, Mr. Farmer and I, and our counsel, have used the following address: christopher@advocatus.sg.

[7]    "Seed phrase" refers to a group of random words generated by a digital wallet, typically in connection with the setup of the wallet, that allows the holder of the phrase to access the wallet and the assets held therein.

information.  On July 15, 2022, Advocatus responded, providing a list of assets, which Mr.

Farmer and I believe to be incomplete, and represented that its "clients" were facilitating "the

retrieval of the Seedphrases" in order to give us access to certain of the Debtor's digital assets.

20.    Thereafter, Latham & Watkins LLP ("Latham") sent an email to Advocatus and

Solitaire requesting that they accept service of subpoenas issued pursuant to the provisional relief

order on behalf of the Founders and indicating that if counsel refused to accept service, we

intended to seek further leave from the Court to effectuate service.  *See* Docket No. 32.

Advocatus has declined to accept service, and Solitaire has taken the position that it no longer

represents the Founders.

21.    On July 16, 2022 WongPartnership LLP ("Wong"), the Foreign Representatives'

Singapore counsel, sent a letter to Christopher Anand Daniel, the managing partner at

Advocatus, asking the Founders to provide more specific details about the Debtor's assets and

confirm that they were preserving them, and again requesting a video conference with the

Founders  (the "July 16 Letter").  The same day, Mr. Daniel responded, stating that "our clients,

[the Founders], confirm that they will not transfer (including through active trading), encumber,

or otherwise dispose of any assets belonging to the [Debtor]. Our clients have not done anything

of that nature since [the Foreign Representatives] were appointed."

22.    On July 18, 2022, Mr. Daniel sent a second email responding to the July 16

Letter, confirming the location of a safety deposit box previously identified by Mr. Farmer and

me, which Mr. Daniel represented contained the requested "seed phrases."  He also explained

that the safety deposit box belongs to Mr. Davies, personally, and he is willing to assist the

Foreign Representatives with access, provided that the parties agree to a process that would

enable Mr. Davies to obtain possession of certain personal assets held in the safety deposit box.

Mr. Daniel further declined the Foreign Representatives' request for a video conference with the

Founders on the following day; nevertheless, he stated that the Founders were willing to assist and would respond with a suitable day and time.

23.    By August 1, 2022, despite numerous requests for a meeting with the Founders and for cooperation in identifying and gaining control of the Debtor's assets, the Founders had still not made themselves available for a discussion, whether formal or informal, and they had offered only an incomplete list of assets and accounts.  Likewise, the Founders had not provided Mr. Farmer and me with the information necessary to take control of the assets and accounts that had been disclosed.  In particular, many of the Debtor's accounts—including bank accounts, virtual asset service provider accounts, email accounts, and social media accounts—are secured by two-factor authentication, preventing control over those accounts without the near-real-time cooperation of the Founders.  The Founders have declined repeated requests to either remove those security features so that Mr. Farmer and I may take complete custody of the secured accounts, transfer the two-factor authentication methods to methods under our control, or even to unlock the secured accounts by authenticating our attempts to access the secured accounts.

24.    Notwithstanding their refusal to cooperate with the Foreign Representatives consistent with their duties owed to the Debtor, in late July 2022, the Founders saw fit to speak "extensively" with Bloomberg regarding the Debtor's collapse and the ongoing liquidation proceeding.  *See* Exhibit 1.

25.    On August 3, 2022, Advocatus agreed, on behalf of the Founders, to conduct a Zoom meeting the following week subject to certain conditions, including that counsel to the Founders be present.  Mr. Farmer and I agreed to the conditions, and a meeting with Mr. Zhu was held on August 11, 2022, which lasted less than 90 minutes.  Following the initial discussion, Mr. Farmer and I provided the Founders with an itemized list of high-priority information requests.  Mr. Zhu indicated that he would respond to the requests.

26.     On August 26, 2022, a second meeting was held with Mr. Davies, which lasted for approximately one hour.  Mr. Farmer and I requested to discuss the outstanding information requests, but Advocatus, who were in attendance at each meeting, stated that the discussion would be confined to providing the means for electronic access to certain cryptocurrency exchanges at which the Debtor has accounts, and that their client was not open to discussing the outstanding information requests at that time.

27.     Mr. Farmer and I were provided with email addresses that we were told could be used to send specific inquiries directly to the Founders.  We have sent several information requests to these email addresses and have yet to receive any response.

28.     The Founders have also offered minimal cooperation with our efforts to gain access to the Debtor's books and records in their possession.  The Founders, through counsel, have maintained that the limited information provided to us to date, which amounts to an incomplete list of assets and selective disclosures regarding the means to access digital assets electronically, represents all of the documents in their possession relating to the Debtor. Notwithstanding the Founders' representations to the contrary, Mr. Farmer and I believe that the Founders likely have access to additional documents pertaining to the Debtor that have not been made available to us.

29.     In sum, as of the date hereof, the Founders have (a) not provided a complete list of the Debtor's assets and accounts, (b) continued to withhold access to the safety deposit box, (c) otherwise refused to make the "seed phrases" and other information necessary to control certain of the Debtor's assets available to us, and (d) not made themselves available for a fulsome discussion of the Debtor, its assets, and its affairs.  The Founders refusal to offer forthright cooperation has hindered our ability to perform our duties.

10

## IV.   EFFORTS TO OBTAIN COOPERATION FROM THE INVESTMENT MANAGERS

30.     On July 20, 2022, following entry of the provisional relief order by the Singapore Court, Mr. Farmer and I wrote to the Former Investment Manager to, among other things, (a) seek confirmation that the Former Investment Manager will not transfer or otherwise dispose of any assets belonging to the Debtor, (b) request all documents and information on the Debtor's property, affairs, rights, obligations or liabilities, and (c) request access to the Debtor's offices in Singapore, which Solitaire has represented are held in the name of the Former Investment Manager.   The Former Investment Manager, through Solitaire, confirmed that it would not transfer or otherwise dispose of the Debtor's assets and that it would endeavor to provide the requested documents on a rolling basis.

31.     On July 29, 2022, the Former Investment Manager, through Solitaire, provided certain login details for some of the Debtor's brokerage and trading accounts and certain historical asset information for the Debtor's feeder funds.

32.     Since our initial correspondence in late July, Mr. Farmer and I have contacted the Former Investment Manager several times to reiterate our requests for documents and information and to arrange dates for a site visit to the Singapore office.

33.     On October 6, 2022, Solitaire responded that it had been instructed to funnel all communication with Mr. Farmer and I through the Founders and their counsel, Advocatus.   In response to our subsequent inquiries regarding the information requests and site visit, Solitaire indicated that the Former Investment Manager has provided all information and documents that are in its possession, custody, or power in relation to our requests.   Notwithstanding the Former Investment Manager's representations to the contrary, Mr. Farmer and I believe that there are

documents and information in the Former Investment Manager's possession that bear on the Debtor's assets, liabilities, and affairs.

34.    In sum, as of the date hereof, the Former Investment Manager has (a) provided minimal, selective disclosures in response to our information requests, (b) unduly delayed in arranging a site visit, which has still yet to occur, and (c) not otherwise offered us forthright cooperation in respect of the liquidation.[8]

35.    The Current Investment Manager is controlled by the Founders and, to the best of my knowledge, has not engaged separate counsel.  Accordingly, our efforts to obtain cooperation from the Founders has been both in their capacity as the founders and directors of the Debtor and in their capacities as directors of the Current Investment Manager.

## V.    FOUNDER'S EMAIL ADDRESSES

36.    In reviewing Debtor documents, I identified two email addresses associated with the Founders.    They are ███████████████    and    ███████████████, respectively.  These emails were copied in many communications between myself, Mr. Farmer, and Mr. Daniel.

37.    During the course of my investigation, I also discovered two personal email addresses for the Founders.  Specifically, Mr. Zhu used ███████████ as recently as July 18, 2018, and Mr. Davies used ███████████ when he registered for an account on a cryptocurrency exchange.

38.    In Advocatus' September 23, 2022 letter, counsel for the Debtor recommended the Foreign Representatives contact the Founders via the email addresses ███████████████ and ███████████████

---

[8]    Representatives of the Former Investment Manager met with our representatives on October 11, 2022 in the lobby of the Singapore office.  However, they informed our representatives that they were no longer able to access the office because it had been repossessed by the landlord.

## VI.   FOUNDERS' TWITTER ACTIVITY

39.    During my investigation, I discovered Twitter handles associated with each of the Founders.  They are as follows:  (a) Su Zhu: @zhusu, and (b) Kyle Davies: @KyleLDavies.

40.    Mr. Zhu has 569.6k followers and his profile states "Co-Founder 3ac | #Bitcoin @DeribitExchange, @DeFianceCapital, @StarryNight_Cap" (Twitter page and posts attached hereto as Exhibit 2).  On July 12, 2022, Mr. Zhu posted photos of an email exchange between myself and Mr. Daniel from Advocatus discussing the Foreign Representatives court actions and one of the Debtor's token investments called StarkWare.  Mr. Zhu tweeted and/or retweeted almost daily throughout the first half of June and once in July.  *Id.*  Mr. Zhu's Twitter handle has "verified" status according to Twitter.  *Id.*

*41.*    Mr. Davies has 49.1k followers and his profile states "Co-Founder of 3AC | Investing in BTC, L1's, and dApps" (Twitter page and posts attached hereto as Exhibit 3).  Mr. Davies retweeted Mr. Zhu's July 12, 2022 post on his personal page.  Mr. Davies also tweeted and/or retweeted almost daily throughout the first part of June and once in July.  *Id.*


Dated: October 14, 2022

                                             /s/ *Russell Crumpler*
                                             Russell Crumpler of Teneo (BVI) Limited as joint
                                             liquidator of Three Arrows Capital, Ltd.

# <u>EXHIBIT 1</u>

**Bloomberg Article**

Bloomberg Law News 2022-10-14T17:33:48095597255-04:00

# Three Arrows Founders, En Route to Dubai, Describe 'LTCM Moment'

By Joanna Ossinger, Muyao Shen and Yueqi Yang2022-07-22T02:26:26474-04:00

- Zhu, Davies say losses sparked by fund collapse 'regrettable'
- Creditors claim $2.8 billion owed to them by Three Arrows

After five weeks in hiding, the disgraced founders of Three Arrows Capital spoke extensively about the spectacular implosion of their once high-flying hedge fund, saying their bungled crypto speculation unleashed cascading margin calls on loans that should never have been made.

**Su Zhu** and **Kyle Davies**, both 35, first became friends in high school. They built 3AC into a crypto-trading behemoth before its collapse bankrupted creditors and exacerbated a selloff that foisted steep losses on mom-and-pop owners of Bitcoin and other tokens. At times contrite and at times defensive, Davies and Zhu, speaking from an undisclosed location, described a systemic failure of risk management in which easy-flowing credit worsened the impact of wrong-way bets.

They acknowledged the collapse triggered widespread pain, but mostly talked around questions about the effect on others in the industry. Instead, they stressed they suffered deep losses while denying allegations they pulled money out of 3AC before it all blew up. "People may call us stupid. They may call us stupid or delusional. And, I'll accept that. Maybe," Zhu said. "But they're gonna, you know, say that I absconded funds during the last period, where I actually put more of my personal money back in. That's not true."

Advisers in charge of liquidating the fund said in July 8 filings that Zhu and Davies hadn't cooperated with them and that the founders' whereabouts were unknown. Zhu said death threats had forced them into hiding. "That does not mean that we haven't been communicating with all relevant authorities," said Zhu in the telephone interview with Davies and two lawyers from Solitaire LLP. "We have been communicating with them from day one."

The two declined to say where they were but one of the lawyers on the call said their ultimate destination is the United Arab Emirates, which has emerged as a hot spot for crypto.

**Bloomberg Law**®

© 2022 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

Three Arrows Founders, En Route to Dubai, Describe 'Comfortable'

Read more: Three Arrows Capital Moving Headquarters to Dubai From Singapore



Kyle Davies, left, and Su Zhu, right, in May 2021
Source: Three Arrows Capital

In a wide-ranging interview, the former Credit Suisse traders detailed the events leading to their fund's implosion, which itself set off a chain reaction that has cost institutions and small-time speculators billions of dollars.

"The whole situation is regrettable," Davies said. "Many people lost a lot of money."

## Leveraged Bets Meet Crypto Winter

Creditors of the fund, recently registered in the British Virgin Islands, filed paperwork saying they're owed more than $2.8 billion in unsecured claims. That figure is expected to rise significantly, court papers show. To date, liquidators overseeing the insolvency have gained control of assets worth at least $40 million.

Read more: Three Arrows Creditors Include Crypto Giants, Co-Founder's Wife

Bloomberg Law®

© 2022 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

// PAGE 2

Zhu and Davies, long among the most vociferous crypto bulls in an industry known for extremes, put on trades – turbocharged by leverage – that put 3AC at the center of a series of implosions that convulsed the crypto market as prices retreated this year from their highs last fall. "We positioned ourselves for a kind of market that didn't end up happening," Zhu said.

"We believed in everything to the fullest," added Davies. "We had all of our, almost all of our assets in there. And then in the good times we did the best. And then in the bad times we lost the most."

At the same time, they claim, they weren't outliers. They describe a confluence of interrelated one-way bets and accommodative borrowing arrangements that all blew up at once, leading not just to their fund's demise but to bankruptcy, distress and bailouts at firms like Celsius Network, Voyager Digital and BlockFi.

Read more: The Collapse of Three Arrows Capital Became a Crypto Contagion

"It's not a surprise that Celsius, ourselves, these kind of firms, all have problems at the same time," Zhu said. "We have our own capital, we have our own balance sheet, but then we also take in deposits from these lenders and then we generate yield on them. So if we're in the business of taking in deposits and then generating yield, then that, you know, means we end up doing similar trades."

Bloomberg Law®
© 2022 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

Three Arrows Founders, En Route to Dubai, Describe 'Liquidation Joint'



Mail piles up at Three Arrows' office in Singapore.
Source: Bloomberg

Efforts by Zhu and Davies to deflect blame are a sharp contrast to the pair's previously relentless campaign of cheer-leading cryptoassets and belittling critics. Nerves were raked anew this week by creditor claims that the founders put a down payment on a $50 million yacht before the fund went under, a claim Zhu said is part of a smear campaign.

The boat "was bought over a year ago and commissioned to be built and to be used in Europe," Zhu said, adding the yacht "has a full money trail." He rejected the perception that he enjoyed an extravagant lifestyle, noting that he biked to work and back every day and that his family "only has two homes in Singapore."

© 2022 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

"We were never seen in any clubs spending lots of money. We were never seen, you know, kind of driving Ferraris and Lamborghinis around," Zhu said. "This kind of smearing of us, I feel, is just from a classic playbook of, you know, when this stuff happens, when funds blow up, then you know, these are kind of the headlines that people like to play."

## The Long Arm of Luna

Davies and Zhu acknowledged heavy losses related to trades in Luna and the now-defunct algorithmic stablecoin TerraUSD, saying they were caught by surprise at the speed of the collapse of these tokens.

"What we failed to realize was that Luna was capable of falling to effective zero in a matter of days and that this would catalyze a credit squeeze across the industry that would put significant pressure on all of our illiquid positions," Zhu said.

In retrospect, Zhu said, the firm may have been too close to Terra's founder, **Do Kwon**.

"We began to know Do Kwon on a personal basis as he moved to Singapore. And we just felt like the project was going to do very big things, and had already done very big things," he said in describing the firm's miscalculations. "If we could have seen that, you know, that this was now like, potentially like attackable in some ways, and that it had grown too, you know, too big, too fast."

"It was very much like a LTCM moment for us, like a Long Term Capital moment," Zhu said. "We had different types of trades that we all thought were good, and other people also had these trades," Zhu said. "And then they kind of all got super marked down, super fast."

Read more: 'Everything Broke': Terra Goes From DeFi Darling to Death Spiral

One of those trades involved an Ethereum-linked token called staked ETH, or stETH -- designed to be a tradable proxy for Ether and widely used in decentralized finance. While every stETH is meant to be redeemable for one Ether once long-awaited upgrades of the Ethereum blockchain take effect, the turmoil sparked by Terra's collapse caused its market value to fall below that level. This, in turn -- in Zhu's telling -- caused other investors to put on trades that could benefit from the widening gap.


Bloomberg Law®

© 2022 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

Three Arrows Founders, En Route to Dubai, Describe 'Comfortable'

"Because Luna just happened, it, it was very much a contagion where people were like, OK, are there people who are also leveraged long staked Ether versus Ether who will get liquidated as the market goes down?" Zhu said. "So the whole industry kind of effectively hunted these positions, thinking that, you know, that because it could be hunted essentially."

Read more: Flows of Ether Offshoot Reveal Terra's Ripple Effect on Crypto

Still, the fund was able to continue borrowing from large digital-asset lenders and wealthy investors -- until, that is, they blew themselves up.

After Luna's implosion, Zhu said lenders were "comfortable" with 3AC's financial situation, and that they allowed them to keep trading as "as if nothing was wrong." As courts filings have now revealed, many of these loans had required only a very small amount of collateral.

"So I just think that, you know, throughout that period, we continued to do business as usual. But then yeah, after that day, when, you know, Bitcoin went from $30,000 to $20,000, you know, that, that was extremely painful for us. And that was in, that ended up being kind of the nail in the coffin."

Zhu said that "if we were more on our game, we would've seen that the credit market itself can be a cycle and that, you know, we may not be able to access additional credit at the time that we need it. If, if it kind of, you know, it hits the fan."

# Locked in to GBTC

Another bullish trade that came back to bite 3AC was through the Grayscale Bitcoin Trust, or GBTC. The closed-end fund allows people who can't or don't want to hold Bitcoin directly to instead buy shares in a fund that invests in them. For a while, GBTC was one of the few US-regulated crypto products, so it had the market to itself. It was so popular that its shares traded at a persistent premium to the value of the Bitcoin it held on the secondary market.

Grayscale allowed big investors like 3AC to purchase shares directly by giving Bitcoin to the trust. These GBTC holders could then sell the shares to the secondary market. That premium meant any sales could net an attractive profit for the big investors. At the time of its last filing at the end of 2020, 3AC's was the largest holder of GBTC, with a position then worth $1 billion.



© 2022 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

Three Arrows Founders, En Route to Dubai, Describe 'Comfortable' Life'

The strategy had a snag, though: The shares bought directly from Grayscale were locked up for six months at a time. And starting in early 2021, that restriction became a problem. GBTC's price slipped from a premium into a discount—a share was worth less than the Bitcoin backing it—as it faced stiffer competition from similar products. As the months went on, the discount got wider and wider and the so-called GBTC arbitrage trade no longer worked – especially hurting investors that used leverage to try to enhance returns.



In Zhu and Davies' telling, it was partly their own success that helped propel both GBTC and the herd mentality around the trade.

"We managed to do it at the right window when it was a very big profit," Zhu said. "And then like others copied us into that trade later on and then lost not just the money, but also went into negative. Because everyone did it, then the trust went to discount and then it went to a far bigger discount than anyone thought possible."

## No Risk-Free Returns

In response to questions about what went wrong at the firm, Zhu cited overconfidence born of a

© 2022 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

multiyear bull market that infused not just him and Davies but nearly all of the industry's credit infrastructure, where lenders saw their values swell by virtue of financing firms like his.

"There was always an understanding of what they were getting themselves into -- this was a risky firm," Zhu said. "For us, if you go to our website, we've always had massive disclaimers about crypto risk. We've never once pitched ourselves as risk-free, like a simple yield."

When crypto markets first started buckling in May, "we met all margin calls," he said. "And, and so people understood that there was a risk involved."

Moreover, lenders to the firm "benefited immensely when we were doing well, because as we were doing well, they could say, look, I make $200 million a year from Three Arrows' financing business, give me a 10x multiple on that," he said. "And now my own company's worth $2 billion more. All these kinds of things. And so, like the risk departments were very relaxed about like the kind of risks that we were taking."

So where from here? For now, the two co-founders are now transiting into Dubai. Zhu's main hope is to get a calm, and orderly liquidation for their complex book of private assets.

"For Kyle and I, there's so many crazy people in crypto that kind of made death threats or all this kind of noise," Zhu said. "We feel that it's just the interest for everyone if we can be physically secured and keep a low profile."

"Given that we had planned to move the business to Dubai, we have to go there soon to assess whether we move there as originally planned or if the future holds something different for us," Zhu added. "For now, things are very fluid and the main emphasis is on aiding the recovery process for creditors."

As for Davies, "I have a feeling my next year is planned for me," he said.

--With assistance from **Vildana Hajric**, **Suvashree Ghosh** and **Justina Lee**.

To contact the reporters on this story:
**Joanna Ossinger** in Singapore at jossinger@bloomberg.net;
**Muyao Shen** in New York at mshen118@bloomberg.net;



© 2022 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

Three Arrows Founders, En Route to Dubai, Describe 'Very Bad Month'

**Yueqi Yang** in New York at yyang492@bloomberg.net

To contact the editors responsible for this story:
**stacy-marie ishmael** at sishmael@bloomberg.net

Beth Williams, Chris Nagi

© 2022 Bloomberg L.P. All rights reserved. Used with permission.

© 2022 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

Three Arrows Founders, En Route to Dubai, Describe 'Very Eccentric'

## Related Articles

Three Arrows Capital Moving Headquarters to Dubai From Singapore

Three Arrows Creditors Include Crypto Giants, Co-Founder's Wife

The Collapse of Three Arrows Capital Became a Crypto Contagion

'Everything Broke': Terra Goes From DeFi Darling to Death Spiral

Flows of Ether Offshoot Reveal Terra's Ripple Effect on Crypto

© 2022 The Bureau of National Affairs, Inc. All Rights Reserved.    Terms of Service

## **EXHIBIT 2**

**Su Zhu Twitter Account**





Document title: (5) Zhu Su   (@zhusu) / Twitter
Capture URL: https://twitter.com/zhusu
Capture timestamp (UTC): Thu, 21 Jul 2022 19:24:33 GMT
Page 2 of 169



Document title: (5) Zhu Su      (@zhusu) / Twitter
Capture URL: https://twitter.com/zhusu
Capture timestamp (UTC): Thu, 21 Jul 2022 19:24:33 GMT
Page 3 of 169





Zhu Su 🔺 ✓ @zhusu

🐦 Follow

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

🔵 Doug Colkitt (🔴,🔴) @0xdoug · Jun 8
1/ Recently the SEC proposed replacing wholesale PFOF with an open auction on a per order basis.

This is very non-intuitive, but paradoxically could lead to substantially worse price improvement for retail users. Or even eliminate it entirely.
Show this thread

♡ 18        ↻ 10        ♡ 88        ⬆

Zhu Su 🔺 ✓ @zhusu · Jun 9
The old communists are globalists and the old globalists are communists

♡ 92        ↻ 89        ♡ 591        ⬆

Zhu Su 🔺 ✓ @zhusu · Jun 9
$GBTC on the 200w SMA ••

♡ 93        ↻ 45        ♡ 332        ⬆

Zhu Su 🔺 ✓ @zhusu · Jun 9
Powerful

🔵 Jake Chervinsky ✓ @jchervinsky · Jun 7
Strong move. @Grayscale means business.

The SEC's deadline to approve or deny the application to convert GBTC to an ETF is July 6. No doubt, it should be approved. I don't see how the SEC survives a legal challenge if not, especially one led by Don Verrilli.

Mark your calendar. twitter.com/Grayscale/stat...

♡ 19        ↻ 13        ♡ 243        ⬆

↻ Zhu Su 🔺 Retweeted
Dane Lund 🎭 @lund_dane · Jun 8
As the frenzy of coverage of the Lummis-Gillibrand bill settles, I want to highlight some of the very positive developments in the bill.

🔵 Dane Lund 🎭 @lund_dane · Jun 7
Today you will see a lot of commentary on what is in the latest draft of the Lummis-Gillibrand bill.

This thread focuses on the securities implications and discusses how the bill has changed since March.

tldr; the March bill would have been better for Web3 creators. 🟥
Show this thread

♡ 9        ↻ 20        ♡ 89        ⬆

Show this thread

Zhu Su 🔺 ✓ @zhusu · Jun 8
Butterfly effect of pfof crackdown is that tradfi MMs/HFT firms will pivot hard into crypto and redeploy their lobbying weight accordingly

🔵 Hsaka @HsakaTrades · Jun 8

You might like

OKX ✓ @okx
Promoted
Follow

Will Clemente @WClementeIII
Follow

Jason Choi @mrjasonchoi
Follow

Show more

What's happening

US national news · 4 hours ago
US President Joe Biden tests positive for COVID-19
Trending with #BidenHasCovid, Mr. President

#TheRingsOfPower
Prepare Yourself for #SDCC
Promoted by Prime Video

Los Angeles Times ✓ · 1 hour ago
Ricky Martin's nephew withdraws his incest, harassment claims against singer

Trending in United States
#GoonzClassof2022

Politics · Trending
Karine Jean-Pierre
5,984 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2022 Twitter, Inc.

Steve King @sking1889



Document title: (5) Zhu Su      (@zhusu) / Twitter
Capture URL: https://twitter.com/zhusu
Capture timestamp (UTC): Thu, 21 Jul 2022 19:24:33 GMT                                                    Page 6 of 169



Document title: (5) Zhu Su       (@zhusu) / Twitter
Capture URL: https://twitter.com/zhusu
Capture timestamp (UTC): Thu, 21 Jul 2022 19:24:33 GMT                                    Page 7 of 169



**Zhu Su** 🔺✅
@zhusu

db @therjok · Jun 1
coindesk.com/policy/2022/06...

---

**DB News (All News)**

Lummis, Gillibrand Release Long-Awaited Crypto Bill: Coindesk

Purchase of goods and services under $200 using crypto tax-free

Favours the CFTC as cryptos watchdog, given authority over spot markets

Most coins would be defined as commodities overseen by the CFTC

Gives legal clarity on how to handle customer holdings

Clarifies "Crypto broker" meaning to protect wallet providers, developers

100% reserve, asset type and detailed disclosure requirements for all payment stablecoin issuers

Link                                    👁 13 edited 10:00

---

○ 22        �threeway 47        ♡ 214        ⬆

Show this thread

---

⇄ Zhu Su 🔺 Retweeted

**CZ** 🔶 **Binance** ✅ @cz_binance · Jun 6        ···
BUILD debunks FUD.

This is 50+ pages of email records between our cyber security team (ex-law enforcement background) and the cherry picking, misleading, and time wasting journalists.

If you have time to waste, see the details and truth for yourself.

**◈ BINANCE**
exchange the world

binance.com
The Crypto Money Laundering Myth and the Machine Working Overti...
Crypto is better than the traditional banking system at casting sunlight on illicit activity

○ 41        ↔ 1,406        ♡ 5,240        ⬆

---

⇄ Zhu Su 🔺 Retweeted

**Oman Investment Authority ...الاستثمار العماني** ✅ @Oman_... · Jun 2        ···
Through its partnership with @CrusoeEnergy, #OIA will achieve environmental and economic value to Oman and the region, through a technology that transforms flaring gasses in oil and gas fields into usable energy.

---

**Steve King**
@sking1889        ···

---

**You might like**

**OKX** ✅
@okx
🄰 Promoted        [ Follow ]

**Will Clemente**
@WClementeIII        [ Follow ]

**Jason Choi**
@mrjasonchoi        [ Follow ]

Show more

**What's happening**

US national news · 4 hours ago
**US President Joe Biden tests positive for COVID-19**
Trending with #BidenHasCovid, Mr. President

**#TheRingsOfPower**
Prepare Yourself for #SDCC
🄰 Promoted by Prime Video

⬠ Los Angeles Times ✅ · 1 hour ago
**Ricky Martin's nephew withdraws his incest, harassment claims against singer**

Trending in United States
**#GoonzClassof2022**        ···

Politics · Trending
**Karine Jean-Pierre**
5,984 Tweets        ···

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads Info  More ···
© 2022 Twitter, Inc.







Document title: (5) Zhu Su    (@zhusu) / Twitter
Capture URL: https://twitter.com/zhusu
Capture timestamp (UTC): Thu, 21 Jul 2022 19:24:33 GMT

Page 11 of 169





# Twitter

- 🏠 Home
- #️⃣ Explore
- 🔔 Notifications
- ✉️ Messages
- 🔖 Bookmarks
- 🗒 Lists
- 👤 Profile
- ⋯ More

**Tweet**

The day in the markets

♡ 63    ↻ 27    ♡ 348    ⬆️

**Zhu Su** 🔺 ✓ @zhusu · Jun 3
Caught up w w @ChaseLochmiller in Dubai today and discussed oil+gas industry adoption of #bitcoin 🔨 , esp sovereign energy producers

I do think crypto industry can do more to explain how Bitcoin unlocks stranded and wasted energy and also grid balancing, instead of esg fud

♡ 39    ↻ 20    ♡ 291    ⬆️

**Zhu Su** 🔺 ✓ @zhusu · Jun 3
Massive $BTC inflows into #Bitcoin 🔨 ETFs in June already

**Vetle Lunde** @VetleLunde · Jun 3
While the May recovery was strong in ETPs, June has seen even happier days!

The first two days of June have seen gargantuan net inflows to Purpose, 3iQ Coinshares, and BITO, pushing the global BUM to a new all-time high of 205,008 BTC.

**Global: BTC under management by ETPs (End of month)**

arcane

฿ 210,000
฿ 205,000 ----------------------- ฿ 205,008
฿ 200,000            ฿ 197,856    Massive start to June!
฿ 195,000
฿ 190,000
฿ 188,091
฿ 185,000
฿ 180,000
฿ 175,000
฿ 170,000
        April        May        June*

*June data from June 3rd. The first two days of June have seen net inflows of 7,152 BTC. New ATH for BTC ETPs BUM.
Source: Bytetree, Vontrik, Proshares, Hashdex, Statusinvest, ETF Securities, Coinres Asset Management.

♡ 76    ↻ 42    ♡ 276    ⬆️

**Zhu Su** 🔺 ✓ @zhusu · Jun 3
Bitcoin mining is Digital Flare Mitigation technology for oil+gas fields

$BTC

**Oman Investment Authority** استثمار العماني ✓ @Oman_... · Jun 1
In continuation of its efforts to diversify its international portfolio, increase its revenues, attract FDIs, and bring advanced modern technologies to Oman and the region; #OIA is pleased to announce its investment in @CrusoeEnergy.
Show this thread

## You might like

**OKX** ✓
@okx
📣 Promoted                    Follow

**Will Clemente**
@WClementeIII                  Follow

**Jason Choi**
@mrjasonchoi                   Follow

Show more

## What's happening

US national news · 4 hours ago
**US President Joe Biden tests positive for COVID-19**
Trending with #BidenHasCovid, Mr. President

**#TheRingsOfPower**
Prepare Yourself for #SDCC
📣 Promoted by Prime Video

Los Angeles Times ✓ · 1 hour ago
**Ricky Martin's nephew withdraws his incest, harassment claims against singer**

Trending in United States
**#GoonzClassof2022**                    ⋯

Politics · Trending
**Karine Jean-Pierre**
5,984 Tweets                             ⋯

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ⋯
© 2022 Twitter, Inc.

**Steve King**
@sking1889    ⋯

Document title: (5) Zhu Su    (@zhusu) / Twitter
Capture URL: https://twitter.com/zhusu
Capture timestamp (UTC): Thu, 21 Jul 2022 19:24:33 GMT
Page 13 of 169









Document title: (5) Zhu Su    (@zhusu) / Twitter
Capture URL: https://twitter.com/zhusu
Capture timestamp (UTC): Thu, 21 Jul 2022 19:24:33 GMT    Page 17 of 169









Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

Zhu Su 🔺 Retweeted

**FTX Access** ✔ @FTX_Access · May 30

Could be where the Fed pivot narrative is coming form after Bidens comment last week that the PCE was encouraging

🌐 *Walter Bloomberg* @Deltaone · May 30

May 29 (Reuters) - U.S President Joe Biden will meet Chair of the Federal Reserve of the United States Jerome Powell on Tuesday to discuss the state of American and global economy, the White House said in a statement late on Sunday.

💬 25          ⟲ 16          ♡ 115          ⬆️

Show this thread

**Zhu Su** 🔺 ✔ @zhusu · May 30

Further evidence of American boomer capitulation on crypto mid-May

MSTR and COIN nearly doubling off the lows already, with colossal volumes at the lows

💬 88          ⟲ 50          ♡ 426          ⬆️

Zhu Su 🔺 Retweeted

**Paolo Ardoino** 🔴 @paoloardoino · May 30

GM #bitcoin ₿ 👀

💬 68          ⟲ 30          ♡ 469          ⬆️

**Zhu Su** 🔺 ✔ @zhusu · May 30

Fastest way to learn Arabic? Which dialects should I cover

💬 297          ⟲ 49          ♡ 558          ⬆️

**Zhu Su** 🔺 ✔ @zhusu · May 30

Can we extend Memorial Day weekend, just let them eat steaks

💬 41          ⟲ 7          ♡ 251          ⬆️

Zhu Su 🔺 Retweeted

**Emin Gün Sirer** 🔺 ✔ @el33th4xor · May 26

1. People use Avalanche C Chain because it's cheap, reliable, decentralized & secure
2. Usage drives up C Chain fees
3. Dapps move to subnets to lower fees and isolate activity
4. More validators launch, lock up AVAX in staking + liquidity pools
5. C Chain is cheap again. Repeat

💬 35          ⟲ 156          ♡ 822          ⬆️

Show this thread

Zhu Su 🔺 Retweeted

**ChimpZoo** 📛 @ThinkingBitmex · May 29

Lower highs market structure broken

**Steve King**
@sking1889

**You might like**

**OKX** ✔
@okx
📣 Promoted                    Follow

**Will Clemente**
@WClementeIII              Follow

**Jason Choi**
@mrjasonchoi               Follow

Show more

**What's happening**

US national news · 4 hours ago
**US President Joe Biden tests positive for COVID-19**
Trending with #BidenHasCovid, Mr. President

**#TheRingsOfPower**
Prepare Yourself for #SDCC
📣 Promoted by Prime Video

Los Angeles Times ✔ · 1 hour ago
**Ricky Martin's nephew withdraws his incest, harassment claims against singer**

Trending in United States
**#GoonzClassof2022**
                                   ···

Politics · Trending
**Karine Jean-Pierre**
5,984 Tweets
                                   ···

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads Info   More ···
© 2022 Twitter, Inc.

Document title: (5) Zhu Su        (@zhusu) / Twitter
Capture URL: https://twitter.com/zhusu
Capture timestamp (UTC): Thu, 21 Jul 2022 19:24:33 GMT                    Page 21 of 169



Zhu Su ▲ ✓ @zhusu

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

**Tweet**

♡ 175    ↻ 68    ♡ 1,042    ↑

↻ Zhu Su ▲ Retweeted
**Thomas Thornton** @TommyThornton · May 29    ···
More GS: Worth noting that the US market rallied 12% in March when CTAs bought $100bn in a couple of week, suggesting there is legitimate risk for a sharp squeeze given light fund positioning and extreme sentiment

♡ 25    ↻ 32    ♡ 217    ↑

↻ Zhu Su ▲ Retweeted
**High Stakes Capital** @HighStakesCap · May 28    ···
There're 2 types of directional traders, those who wait confirmations and those who take risks

I bought a bunch of Avax yesterday and Im buying a ton of ETH today

Im betting the decorrelation won't stand and could be due to the exit of hedge funds

Stay safe everyone. GL

♡ 104    ↻ 116    ♡ 1,452    ↑

**Zhu Su** ▲ ✓ @zhusu · May 28
Wow

> 🦹 G 跻 Ĺ Goblin *Senpai* of the H... @DegenSpar... · Nov 16, 2021
> dont worry I just checked the charts
> as long as BTC holds 29,000 and ETH at 1,700
> super cycle still intact

♡ 77    ↻ 45    ♡ 666    ↑

↻ Zhu Su ▲ Retweeted
**Do Kwon** 🌙 ✓ @stablekwon · May 28    ···
Pheonix-1 mainnet is now live and producing blocks - public node services, wallets and explorers should be going live shortly.

2023519 , value : TNCUFK79XpzX49SSMuDSERU
rra/data/priv_validator_state.json

P+6eolxerSD6CbcSSjrGzu23uQN76CnO9lXRbQAG5
022480A203047FC96835301A0FA822887AB6E714A

♡ 1,654    ↻ 1,300    ♡ 5,123    ↑

Show this thread

↻ Zhu Su ▲ Retweeted
**Blockworks** ✓ @Blockworks_ · May 27    ···
JUST IN: Binance becomes the first major crypto exchange to gain regulatory approval in Italy 🇮🇹

Steve King
@sking1889    ···

You might like

**OKX** ✓ @okx
▶ Promoted
**Follow**

**Will Clemente** @WClementelll
**Follow**

**Jason Choi** @mrjasonchoi
**Follow**

Show more

**What's happening**

US national news · 4 hours ago
**US President Joe Biden tests positive for COVID-19**
Trending with #BidenHasCovid, Mr. President

**#TheRingsOfPower**
Prepare Yourself for #SDCC
▶ Promoted by Prime Video

⊜ Los Angeles Times ✓ · 1 hour ago
**Ricky Martin's nephew withdraws his incest, harassment claims against singer**

Trending in United States
**#GoonzClassof2022**    ···

Politics · Trending
**Karine Jean-Pierre**
5,984 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads Info  More ···
© 2022 Twitter, Inc.

Document title: (5) Zhu Su     (@zhusu) / Twitter
Capture URL: https://twitter.com/zhusu
Capture timestamp (UTC): Thu, 21 Jul 2022 19:24:33 GMT
Page 22 of 169





Document title: (5) Zhu Su (@zhusu) / Twitter
Capture URL: https://twitter.com/zhusu
Capture timestamp (UTC): Thu, 21 Jul 2022 19:24:33 GMT
Page 24 of 169

## **EXHIBIT 3**

**Kyle Davies Twitter Account**





Document title: (5) Kyle Davies   (@KyleLDavies) / Twitter
Capture URL: https://twitter.com/KyleLDavies
Capture timestamp (UTC): Thu, 21 Jul 2022 18:43:02 GMT



a kind of computation (sha-2...) they're directly controlling what constitutes a valid use of power

cnbc.com/2022/06/03/her...

Show this thread

53        196        1,129

Kyle Davies Retweeted
nic carter @nic_carter · Jun 3
So NY is now regulating the contents of the data center and has banned a kind of computation (sha-256 hash functions). They're directly controlling what constitutes a valid use of power

cnbc.com
New York just passed a bill cracking down on bitcoin mining — here's ...
Lawmakers in New York just passed a bill to ban certain bitcoin mining operations that run on carbon-based power sources.

515        757        2,807

Show this thread

Kyle Davies @KyleLDavies · Jun 3
No one in our industry is closer to god than bitcoin miners. Guardian angels of truth.

47        31        242

Kyle Davies Retweeted
Neoliberal @ne0liberal · Jun 2
The US can only do this if we increase our levels of immigration, and embrace our history as a nation where immigrants bring creativity, entrepreneurship and vitality.

"CHINA COULD DRAW ON A TALENT POOL OF 1.3 BILLION PEOPLE, BUT THE UNITED STATES COULD DRAW ON THE WORLD'S SEVEN BILLION PEOPLE AND RECOMBINE THEM IN A DIVERSE CULTURE THAT EXUDES CREATIVITY IN A WAY THAT ETHNIC HAN NATIONALISM CANNOT."

LEE KUAN YEW (SIN...E'S FOUNDING FATHER)

75        236        1,650

Steve King
@sking1889

## Home
## Explore
## Notifications
## Messages
## Bookmarks
## Lists
## Profile
## More

Tweet

You might like

Arthur Hayes
@CryptoHayes        Follow

Zhu Su
@zhusu        Follow

Sam Trabucco
@AlamedaTrabucco        Follow

Show more

What's happening

In Memoriam · LIVE
Remembering Robin Williams on his birthday
Trending with Robin Williams

#TheRingsOfPower
Prepare Yourself for #SDCC
Promoted by Prime Video

Mic · July 19, 2022
Kylie Jenner apparently uses her private plane for three-minute long flights

Celebrities · Trending
Tornado Warnings
1,768 Tweets

Trending in United States
Happy 13th
2,305 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

Document title: (5) Kyle Davies   (@KyleLDavies) / Twitter
Capture URL: https://twitter.com/KyleLDavies
Capture timestamp (UTC): Thu, 21 Jul 2022 18:43:02 GMT
Page 3 of 69



# Twitter

**Kyle Davies** ▲ 🔁 Retweeted

**Laevitas** @laevitas1 · Jun 2

We're excited to announce our seed raise co-led by Three Arrows Capital and @DeFianceCapital.

We would like to express our sincere gratitude to our investors, partners and community who have supported us since day 1!

medium.com
Announcing Our $2.5m Seed Round
Announcing the Laevitas seed round co-led by Three Arrows Capital and DeFiance Capital.

💬 42     🔁 73     ♡ 341     ⬆

**Kyle Davies** ▲ @KyleLDavies · Jun 1
We are hiring a meme lord. Is that you? 😉

💬 304     🔁 40     ♡ 591     ⬆

**Kyle Davies** ▲ @KyleLDavies · Jun 1
*PR lord

💬 18     🔁 2     ♡ 73     ⬆

**Kyle Davies** ▲ 🔁 Retweeted

**Mo Shaikh** @moshaikhs · May 31
@aptoslabs 🤝 @PayPal

> **CoinDesk** @CoinDesk · May 31
> EXCLUSIVE: @PayPal's venture arm was an investor in the $200 million funding round for @aptoslabs, the team of @Meta alums bringing the Diem blockchain to life.
>
> @BrandyBetz reports
>
> trib.al/Oj6myFv

💬 14     🔁 25     ♡ 121     ⬆

**Kyle Davies** ▲ 🔁 Retweeted

**ARC** @arcthecommunity · May 31
🎶🎵🎶🎵

Watch this space •• .

14 Jun

🔥 PROBABLY SOMETHING 🏛️👾 arccommunity.com/join-us/

Let's do this ✨ together ✨

THE MAKING OF THE ARC MANIFESTO FILM

**Steve King**
@sking1889   ...

## You might like

**Arthur Hayes** ✓
@CryptoHayes          [ Follow ]

**Zhu Su** ▲ ✓
@zhusu               [ Follow ]

**Sam Trabucco** ✓
@AlamedaTrabucco     [ Follow ]

Show more

## What's happening

In Memoriam · LIVE
**Remembering Robin Williams on his birthday**
Trending with Robin Williams

**#TheRingsOfPower**
Prepare Yourself for #SDCC
Promoted by Prime Video

Mic ✓ · July 19, 2022
**Kylie Jenner apparently uses her private plane for three-minute long flights**

Celebrities · Trending
**Tornado Warnings**
1,768 Tweets

Trending in United States
**Happy 13th**
2,305 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads Info  More ···
© 2022 Twitter, Inc.









Document title: (5) Kyle Davies    (@KyleLDavies) / Twitter
Capture URL: https://twitter.com/KyleLDavies
Capture timestamp (UTC): Thu, 21 Jul 2022 18:43:02 GMT                                    Page 8 of 69





A thread on our reasoning:

agora.terra.money
**Commonwealth**
Discuss, organize, and grow decentralized communities

💬 1,437      ↻ 1,346      ♡ 4,294      📤

Show this thread

↻ Kyle Davies ▲ Retweeted
**CZ ◆ Binance** @cz_binance · May 16          ···
4/ Now the important part.

To lead by example on PROTECTING USERS, Binance will let this go and ask the Terra project team to compensate the retails users first, Binance last, if ever.

Binance (after a 5 min discussion) fully support this proposal. 👇

> 🟠 PersianCapital 🇮🇷 @PersianCapital · May 13
> The second way is to prioritize smaller wallets. People who had a couple thousand or more of UST deposited in Anchor.
>
> If Terra just focussed on the "poorest" 99.6% of wallets, then they could make this gigantic group 100% whole.
>
> Yes, you read that right!
>
> 4/
> Show this thread

💬 959      ↻ 1,507      ♡ 8,288      📤

Show this thread

**Kyle Davies** ▲ @KyleLDavies · May 16          ···
In this industry, you stack profits into sats or you fade into irrelevance. Stacking profits to fiat? GFY.

💬 59      ↻ 38      ♡ 387      📤

**Kyle Davies** ▲ @KyleLDavies · May 15          ···
I see a lot of dunking on crypto peoples from nocoiners. Forgive them, for they know not what they do. #HFSP #BottomThings

💬 24      ↻ 21      ♡ 306      📤

↻ Kyle Davies ▲ Retweeted
**Zhu Su** ▲ ✔ @zhusu · May 14          ···
Will record later this weekend w @0xHamz and @hasufi to discuss luna and ust

Was occurring to me theres 3 schools of thought

1) algostable complete trash
2) luna/ust grew inorganically, a more conservative could work
3) luna/ust grew right speed, needed better safety parameters

💬 198      ↻ 134      ♡ 1,290      📤

Show this thread

↻ Kyle Davies ▲ Retweeted
**The Spectator Index** @spectatorindex · May 13          ···
BREAKING: Emirates airline to accept Bitcoin as payment

💬 302      ↻ 3,399      ♡ 14.9K      📤

**Kyle Davies** ▲ @KyleLDavies · May 13          ···

---

**You might like**

**Arthur Hayes** ✔          [ Follow ]
@CryptoHayes

**Zhu Su** ▲ ✔          [ Follow ]
@zhusu

**Sam Trabucco** ✔          [ Follow ]
@AlamedaTrabucco

Show more

**What's happening**

In Memoriam · LIVE
**Remembering Robin Williams on his birthday**
Trending with Robin Williams

**#TheRingsOfPower**
Prepare Yourself for #SDCC
📺 Promoted by Prime Video

🎙 Mic ✔ · July 19, 2022
**Kylie Jenner apparently uses her private plane for three-minute long flights**

Celebrities · Trending          ···
**Tornado Warnings**
1,768 Tweets

Trending in United States          ···
**Happy 13th**
2,305 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.



Document title: (5) Kyle Davies   (@KyleLDavies) / Twitter
Capture URL: https://twitter.com/KyleLDavies
Capture timestamp (UTC): Thu, 21 Jul 2022 18:43:02 GMT



Document title: (5) Kyle Davies    (@KyleLDavies) / Twitter
Capture URL: https://twitter.com/KyleLDavies
Capture timestamp (UTC): Thu, 21 Jul 2022 18:43:02 GMT                                    Page 12 of 69



Document title: (5) Kyle Davies    (@KyleLDavies) / Twitter
Capture URL: https://twitter.com/KyleLDavies
Capture timestamp (UTC): Thu, 21 Jul 2022 18:43:02 GMT                                    Page 13 of 69



Document title: (5) Kyle Davies    (@KyleLDavies) / Twitter
Capture URL: https://twitter.com/KyleLDavies
Capture timestamp (UTC): Thu, 21 Jul 2022 18:43:02 GMT    Page 14 of 69



Document title: (5) Kyle Davies      (@KyleLDavies) / Twitter
Capture URL: https://twitter.com/KyleLDavies
Capture timestamp (UTC): Thu, 21 Jul 2022 18:43:02 GMT
Page 15 of 69



**Kyle Davies** ▲ @KyleLDavies · May 5
Modern feudalism is the Austerity Trap? Not like there aren't wealthy people in modern Europe - just not a lot of social mobility.

○ 5      �tↄ 1      ♡ 40      ⬆

↿↾ Kyle Davies ▲ Retweeted
**jordan fish** ✔ @jordanfish · May 4
With $20billion staking with Lido, it is now the #1 DeFi protocol by TVL :)

**jordan fish** ✔ @jordanfish · Dec 19, 2020
We launched @lidofinance about 12 hours ago and we just passed $1,000,000 in staking deposits :) twitter.com/LidoFinance/st...
Show this thread

○ 26      �tↄ 39      ♡ 541      ⬆

**Kyle Davies** ▲ @KyleLDavies · May 3
#Bitcoin 🧡 is big in emerging markets b/c of inflation.. but also b/c it's the first globally competitive investment product. TradAssets don't function well in EM - corporate governance, banks, laws are skewed against the avg investor. Bitcoin is democratic investment for all.

○ 8      �tↄ 11      ♡ 123      ⬆

↿↾ Kyle Davies ▲ Retweeted
**Zhu Su** ▲ ✔ @zhusu · May 3
Dubai crypto regulator VARA becomes first regulator to enter the metaverse, establishing a foothold in Sandbox

Ⓒ **CZ** ◆ **Binance** ✔ @cz_binance · May 3
The right place for a crypto regulator.
wam.ae/en/details/139...

○ 62      ↿↾ 35      ♡ 261      ⬆

**Kyle Davies** ▲ @KyleLDavies · May 3
Second day here and impressed with the adoption. My Lady Barber in Dubai invests in BTC, ETH, SOL, APE. Sold some of her APE too early. Looking at trading ETH into merge. Wyd anon?

○ 72      ↿↾ 20      ♡ 398      ⬆

**Kyle Davies** ▲ @KyleLDavies · May 3
I understand retail and VC's owning only tail coins, but I will never understand a HNW long crypto without $BTC. Poverty and fee incentives aside, there is no second best in a reasonably sized crypto portfolio.

○ 18      ↿↾ 13      ♡ 299      ⬆

**Kyle Davies** ▲ @KyleLDavies · May 2
Eid Mubarak to everyone celebrating!

**Steve King**
@sking1889

---

## You might like

**Arthur Hayes** ✔
@CryptoHayes                    [ Follow ]

**Zhu Su** ▲ ✔
@zhusu                          [ Follow ]

**Sam Trabucco** ✔
@AlamedaTrabucco                [ Follow ]

Show more

## What's happening

In Memoriam · LIVE
Remembering Robin Williams on his birthday
Trending with Robin Williams

#TheRingsOfPower
Prepare Yourself for #SDCC
📹 Promoted by Prime Video

🎙 **Mic** ✔ · July 19, 2022
Kylie Jenner apparently uses her private plane for three-minute long flights

Celebrities · Trending
**Tornado Warnings**
1,768 Tweets

Trending in United States
**Happy 13th**
2,305 Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

---

**Twitter** 🐦
🏠 Home
# Explore
🔔 Notifications
✉ Messages
🔖 Bookmarks
☰ Lists
👤 Profile
··· More

[ Tweet ]

Document title: (5) Kyle Davies     (@KyleLDavies) / Twitter
Capture URL: https://twitter.com/KyleLDavies
Capture timestamp (UTC): Thu, 21 Jul 2022 18:43:02 GMT
Page 16 of 69

