| | |
|---|---|
| Adam J. Goldberg | Daniel Scott Schecter (admitted *pro hac vice*) |
| Brett M. Neve | Nima H. Mohebbi (admitted *pro hac vice*) |
| Nacif Taousse | Caitlin J. Campbell (admitted *pro hac vice*) |
| Brian S. Rosen | **LATHAM & WATKINS LLP** |
| **LATHAM & WATKINS LLP** | 355 South Grand Avenue, Suite 100 |
| 1271 Avenue of the Americas | Los Angeles, CA 90071 |
| New York, NY 10020 | Telephone: (213) 485-1234 |
| Telephone: (212) 906-1200 | Facsimile: (213) 891-8763 |
| Facsimile: (212) 751-4864 | Email:  daniel.schecter@lw.com |
| Email:  adam.goldberg@lw.com |         nima.mohebbi@lw.com |
|         brett.neve@lw.com |         caitlin.campbell@lw.com |
|         nacif.taousse@lw.com | |
|         brian.rosen@lw.com | |

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital Ltd,[1] | Case No. 22-10920 (MG) |
| Debtor in a Foreign Proceeding. | |

**CERTIFICATE OF SERVICE**

I, Christopher M. Tarrant, certify that:

1. I am employed by the law firm Latham & Watkins LLP at 1271 Avenue of the Americas, New York, New York 10020, attorneys for Russell Crumpler and Christopher Farmer as Foreign Representatives.

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531.  The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

2. On October 19, 2022, my colleagues and I caused true and correct copies of the following documents to be served in the manner indicated in the service list attached hereto as **Exhibit A**:

- *Motion For Entry Of An Order Approving Cross-Border Court-To-Court Communications Protocol* (ECF No. 51), filed on October 10, 2022;
- *Motion For Entry Of An Order Granting Certain Discretionary Relief Pursuant To 11 U.S.C. §§ 1521(A), (B) And 1522* (ECF No. 52), filed on October 10, 2022;
- *Declaration Of Russell Crumpler In Support Of Motion For Entry Of An Order Granting Certain Discretionary Relief Pursuant To 11 U.S.C. §§ 1521(A), (B) And 1522* (ECF No. 53), filed on October 10, 2022;
- *Foreign Representatives' Motion for Entry of an Order (A) Authorizing Issuance of Subpoenas and (B) Granting Related Relief* (ECF No. 54), filed on October 14, 2022;
- *Foreign Representatives' Motion for Entry of an Order Authorizing Alternative Service of Process* (ECF No. 55), filed on October 14, 2022;
- *Declaration of Russell Crumpler in Support of (I) Foreign Representatives Motion for Entry of an Order (A) Authorizing Issuance of Subpoenas and (B) Granting Related Relief and (II) Foreign Representatives Motion for Entry of an Order Authorizing Alternate Service of Process* (ECF No. 56), filed on October 14, 2022;
- *Motion for Authorization to File Under Seal (I) Foreign Representatives Motion for Entry of an Order (A) Authorizing Issuance of Subpoenas and (B) Granting Related Relief, (II) Foreign Representatives Motion for Entry of an Order Authorizing Alternative Service of Process, and (III) Declaration of Russell Crumpler* (ECF No. 57), filed on October 14, 2022; and
- *Omnibus Notice of Hearing* (ECF No. 58), filed on October 18, 2022.

3. On October 19, 2022, my colleagues and I caused true and correct copies of the following documents to be served in the manner indicated in the service list attached hereto as **Exhibit B:**

- *Motion For Entry Of An Order Approving Cross-Border Court-To-Court Communications Protocol* (ECF No. 51), filed on October 10, 2022;
- *Motion For Entry Of An Order Granting Certain Discretionary Relief Pursuant To 11 U.S.C. §§ 1521(A), (B) And 1522* (ECF No. 52), filed on October 10, 2022;
- *Declaration Of Russell Crumpler In Support Of Motion For Entry Of An Order Granting Certain Discretionary Relief Pursuant To 11 U.S.C. §§ 1521(A), (B) And 1522* (ECF No. 53), filed on October 10, 2022;
- *Foreign Representatives' Motion for Entry of an Order (A) Authorizing Issuance of Subpoenas and (B) Granting Related Relief* (ECF No. 54), filed on October 14, 2022;
- *Foreign Representatives' Motion for Entry of an Order Authorizing Alternative Service of Process* (ECF No. 55), filed on October 14, 2022;

- *Declaration of Russell Crumpler in Support of (I) Foreign Representatives Motion for Entry of an Order (A) Authorizing Issuance of Subpoenas and (B) Granting Related Relief and (II) Foreign Representatives Motion for Entry of an Order Authorizing Alternate Service of Process* (ECF No. 56), filed on October 14, 2022;
- *Motion for Authorization to File Under Seal (I) Foreign Representatives Motion for Entry of an Order (A) Authorizing Issuance of Subpoenas and (B) Granting Related Relief, (II) Foreign Representatives Motion for Entry of an Order Authorizing Alternative Service of Process, and (III) Declaration of Russell Crumpler* (ECF No. 57), filed on October 14, 2022; and
- *Omnibus Notice of Hearing* (ECF No. 58), filed on October 18, 2022.

Dated: October 20, 2022    /s/ Christopher M. Tarrant
New York, NY              Christopher M. Tarrant

**Exhibit A**

**Served via E-Mail:**

allyson.smith@kirkland.com
Andy.Velez-Rivera@usdoj.gov
christopher@advocatus.sg
cmarcus@kirkland.com
GootE@SEC.gov
harjean@advocatus.sg
Jeffrey.Saferstein@weil.com
jsussberg@kirkland.com
landsmanr@SEC.gov
nicholyeo@solitairellp.com
Ronit.Berkovich@weil.com
ross.kwasteniet@kirkland.com
su.zhu@threearrowscap.com
Tara.Tiantian@usdoj.gov
mark.forte@conyersdill.com
marie.stewart@conyers.com
andrew.emery@emerycooke.com
mgoodman@campbellslegal.com
cmcneil@sterlington.net

warren.gluck@hklaw.com
furqaan.siddiqui@weil.com
curran@braunhagey.com
suzzanne.uhland@lw.com



Stuart.Cullen@dentons.com
Scott.Mullings@dentons.com
mo.zhou@matrixport.com

2

## Exhibit B

**Served via First-Class Mail:**

Voyager Digital LLC
c/o KIRKLAND & ELLIS, LLP
601 Lexington Avenue
New York, NY 10022
Attn: Joshua A. Sussberg, P.C.



Office of the United States Trustee
Attn: Andy Velez-Rivera, Tara Tiantian
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY   10014

Roger Landsman
Attorney
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549

Advocatus Law LLP
Attn: Christopher Anand Daniel
08-01, 25 North Bridge
25 North Bridge Road
Singapore 179104

Solitaire LLP
Attn: Nichol Yeo
11 Beach Road #05-02
 Singapore 189675









Matrix Port Technologies (Hong Kong) Ltd
Suite A888, Rm 1403, 14/F Capital Centre
151 Gloucester Road,
Wanchai, Hong Kong