Adam J. Goldberg
Brett M. Neve
Nacif Taousse
Brian S. Rosen
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  adam.goldberg@lw.com
        brett.neve@lw.com
        nacif.taousse@lw.com
        brian.rosen@lw.com

Daniel Scott Schecter (admitted *pro hac vice*)
Nima H. Mohebbi (admitted *pro hac vice*)
Caitlin J. Campbell (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:  daniel.schecter@lw.com
        nima.mohebbi@lw.com
        caitlin.campbell@lw.com

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital Ltd,[1] | Case No. 22-10920 (MG) |
| Debtor in a Foreign Proceeding. | |

**CERTIFICATE OF SERVICE**

I, Christopher M. Tarrant, certify that:

1.      I am employed by the law firm Latham & Watkins LLP at 1271 Avenue of the Americas, New York, New York 10020, attorneys for Russell Crumpler and Christopher Farmer as Foreign Representatives.

---

[1]  The last four digits of the Debtor's British Virgin Islands company registration number are 0531.  The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

2.        On November 8, 2022, my colleagues and I caused true and correct copies of the following document to be served in the manner indicated in the service list attached hereto as **Exhibit A**:

- *Second Amended Omnibus Notice of Hearing* (ECF No. 63), filed on November 8, 2022.

3.        On November 10, 2022, my colleagues and I caused true and correct copies of the following documents to be served in the manner indicated in the service list attached hereto as **Exhibit A**:

- *Third Amended Omnibus Notice of Hearing* (ECF No. 64), filed on November 10, 2022.

4.        On November 8, 2022, my colleagues and I caused true and correct copies of the following document to be served in the manner indicated in the service list attached hereto as **Exhibit B:**

- *Second Amended Omnibus Notice of Hearing* (ECF No. 63), filed on November 8, 2022.

5.        On November 10, 2022, my colleagues and I caused true and correct copies of the following document to be served in the manner indicated in the service list attached hereto as **Exhibit B:**

- *Third Amended Omnibus Notice of Hearing* (ECF No. 64), filed on November 10, 2022.

Dated: November 11, 2022                          */s/ Christopher M. Tarrant*
       New York, NY                                Christopher M. Tarrant

2

**Exhibit A**

**Served via E-Mail:**

allyson.smith@kirkland.com
Andy.Velez-Rivera@usdoj.gov
christopher@advocatus.sg
cmarcus@kirkland.com
GootE@SEC.gov
harjean@advocatus.sg
Jeffrey.Saferstein@weil.com
jsussberg@kirkland.com
landsmanr@SEC.gov
nicholyeo@solitairellp.com
Ronit.Berkovich@weil.com
ross.kwasteniet@kirkland.com
su.zhu@threearrowscap.com
Tara.Tiantian@usdoj.gov
mark.forte@conyersdill.com
marie.stewart@conyers.com
andrew.emery@emerycooke.com
mgoodman@campbellslegal.com
cmcneil@sterlington.net

warren.gluck@hklaw.com
furqaan.siddiqui@weil.com
curran@braunhagey.com
suzzanne.uhland@lw.com



mo.zhou@matrixport.com

2

**Exhibit B**

**Served via First-Class Mail:**

Voyager Digital LLC
c/o KIRKLAND & ELLIS, LLP
601 Lexington Avenue
New York, NY 10022
Attn: Joshua A. Sussberg, P.C.



Office of the United States Trustee
Attn: Andy Velez-Rivera, Tara Tiantian
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY   10014

Roger Landsman
Attorney
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549

Advocatus Law LLP
Attn: Christopher Anand Daniel
08-01, 25 North Bridge
25 North Bridge Road
Singapore 179104

Solitaire LLP
Attn: Nichol Yeo
11 Beach Road #05-02
 Singapore 189675

Su Zhu
238 Orchard Blvd, #36-08
The Orchard Residences
Singapore 237973







Matrix Port Technologies (Hong Kong) Ltd
Suite A888, Rm 1403, 14/F Capital Centre
151 Gloucester Road,
Wanchai, Hong Kong

2