Warren E. Gluck, Esq.
Shardul S. Desai, Esq.
Holland & Knight LLP
31 West 52nd Street, 12th Floor
New York, NY 10019
Tel: 212.513.3200
Email: warren.gluck@hklaw.com

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital, Ltd.[1] | Case No. 22-10920-(mg) |
| Debtor in a Foreign Proceeding. | |

**MOTION FOR ADMISSION *PRO HAC VICE***

I, Shardul S. Desai, request admission, *pro hac vice*, before the Honorable United States Bankruptcy Judge, to represent Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives (the "Foreign Representatives"), in the above-referenced case.

I certify that I am a member in good standing of the bar of the District of Columbia, State of North Carolina, and State of Pennsylvania and have been admitted to practice in the U.S. District Court for the District of Columbia, the U.S. District Court for the Western District of Pennsylvania, and the U.S. District Court for the Middle District of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

*[Remainder of the page intentionally left blank]*

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

1

| | |
|---|---|
| Dated: November 28, 2022<br>Washington, DC | Respectfully submitted,<br><br>*/s/ Shardul S. Desai*<br>Shardul S. Desai, Esq.<br>Holland & Knight LLP<br>800 17th Street N.W.<br>Suite 1100<br>Washington, DC 20006<br>Tel: 202.469.5210<br>Email: Shardul.Desai@hklaw.com<br><br>*Counsel to the Foreign Representatives of Three Arrows Capital, Ltd.* |