**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Three Arrows Capital, Ltd.[2]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-10920-(mg) |

### ORDER AUTHORIZING ADMISSION
### *PRO HAC VICE* OF SHARDUL S. DESAI

UPON the motion of Shardul S. Desai, to be admitted, *pro hac vice*, to represent Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives (the "Foreign Representatives"), in the above-referenced case and upon the movant's certification that the movant is a member in good standing of the bar of the District of Columbia, the State of North Carolina, and the State of Pennsylvania and has been admitted to practice in the U.S. District Court for the District of Columbia, the U.S. District Court for the Western District of Pennsylvania, and the U.S. District Court for the Middle District of Pennsylvania, it is hereby

ORDERED, that Shardul S. Desai, is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Foreign Representatives, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2022
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

---

[2] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.