| | |
|---|---|
| Adam J. Goldberg | Daniel Scott Schecter (admitted *pro hac vice*) |
| Brett M. Neve | Nima H. Mohebbi (admitted *pro hac vice*) |
| Nacif Taousse | **LATHAM & WATKINS LLP** |
| Brian S. Rosen | 355 South Grand Avenue, Suite 100 |
| **LATHAM & WATKINS LLP** | Los Angeles, CA 90071 |
| 1271 Avenue of the Americas | Telephone: (213) 485-1234 |
| New York, NY 10020 | Facsimile: (213) 891-8763 |
| Telephone: (212) 906-1200 | Email:  daniel.schecter@lw.com |
| Facsimile: (212) 751-4864 |            nima.mohebbi@lw.com |
| Email:  adam.goldberg@lw.com | |
|            brett.neve@lw.com | |
|            nacif.taousse@lw.com | |
|            brian.rosen@lw.com | |

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital, Ltd, [1] | Case No. 22-10920 (MG) |
| Debtor in a Foreign Proceeding. | |

**FOREIGN REPRESENTATIVES' NOTICE OF ADDITIONAL INFORMATION**
**FOLLOWING DECEMBER 2, 2022 HEARING**

Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives (the "Foreign Representatives") of Three Arrows Capital, Ltd (the "Debtor"), pursuant to the request of this Court during the December 2, 2022 hearing, hereby

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

give notice that the Honorable Chief Justice Margaret Ramsay-Hale is the presiding judge over the liquidation proceedings currently pending in the Cayman Islands for Much Wow Limited.

[*Remainder of Page Intentionally Left Blank.*]

| | |
|---|---|
| Dated: December 15, 2022<br>New York, New York | Respectfully submitted,<br><br>/s/ *Adam J. Goldberg*<br>Adam J. Goldberg<br>Brett M. Neve<br>Nacif Taousse<br>Brian S. Rosen<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email:  adam.goldberg@lw.com<br>         brett.neve@lw.com<br>         nacif.taousse@lw.com<br>         brian.rosen@lw.com<br><br>– and –<br><br>Daniel Scott Schecter (admitted *pro hac vice*)<br>Nima H. Mohebbi (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email:  daniel.schecter@lw.com<br>         nima.mohebbi@lw.com<br><br>*Counsel to the Foreign Representatives* |