| | |
|---|---|
| Christopher Harris | Daniel Scott Schecter (admitted *pro hac vice*) |
| Adam J. Goldberg | Nima H. Mohebbi (admitted *pro hac vice*) |
| Brett M. Neve | Tiffany M. Ikeda (*pro hac vice* app. pending) |
| Nacif Taousse | **LATHAM & WATKINS LLP** |
| Brian S. Rosen | 355 South Grand Avenue, Suite 100 |
| **LATHAM & WATKINS LLP** | Los Angeles, CA 90071 |
| 1271 Avenue of the Americas | Telephone: (213) 485-1234 |
| New York, NY 10020 | Facsimile: (213) 891-8763 |
| Telephone: (212) 906-1200 | Email:  daniel.schecter@lw.com |
| Facsimile: (212) 751-4864 |             nima.mohebbi@lw.com |
| Email:  christopher.harris@lw.com |             tiffany.ikeda@lw.com |
|             adam.goldberg@lw.com | |
|             brett.neve@lw.com | |
|             nacif.taousse@lw.com | |
|             brian.rosen@lw.com | |

*Counsel to the Foreign Representatives*
*of Three Arrows Capital, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital, Ltd., | |
|      Debtor in a Foreign Proceeding | Case No. 22-10920 (MG) |

### DECLARATION OF NIMA H. MOHEBBI IN SUPPORT OF FOREIGN REPRESENTATIVES OF THREE ARROWS CAPITAL, LTD.'S MOTION FOR AN ORDER COMPELLING COMPLIANCE WITH SUBPOENA

I, Nima H. Mohebbi, pursuant to 28 U.S.C. Section 1746, hereby declare under penalty of perjury under the laws of the United States of America, as follows:

1.    I am an attorney duly licensed to practice law in the State of California and admitted *pro hac vice* in the State of New York. I am Counsel at Latham & Watkins LLP ("Latham") and counsel for the Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives (the "Foreign Representatives") of Three Arrows Capital, Ltd. ("Three Arrows" or the "Debtor") in the above-captioned matter.

2. I submit this supplemental declaration in support of the *Foreign Representatives of Three Arrows Capital, Ltd.'s Motion for an Order Compelling Compliance with Subpoena* filed contemporaneously herewith (the "Motion").[1]

3. Except as otherwise indicated, the facts set forth in this declaration are based upon my personal knowledge, my review of relevant documents, or my opinion based upon experience, knowledge, and information concerning the Debtor. I am authorized to submit this declaration on behalf of the Debtor, and if called upon to testify, I could and would testify competently to the facts set forth herein.

4. Under the terms of the Court's December 6, 2022 order authorizing the issuance of subpoenas on the founders of Three Arrows (the "Subpoena Order") and the terms of the subpoena served on Kyle Livingstone Davies ("Mr. Davies") on January 5, 2023, Mr. Davies was required to respond by electronic production to me by email by January 26, 2023.

5. To my knowledge, I received no email or electronic production from Mr. Davies or his counsel by January 26, 2023, and I have not received any response as of the date hereof.

6. To date, to my knowledge, Mr. Davies has not produced any documents in response to the Subpoena, or responded to the Subpoena in any manner.

7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 7, 2023

/s/ *Nima H. Mohebbi*
Nima H. Mohebbi of Latham & Watkins LLP

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.