Hearing Date: March 2, 2023 at 2:00 p.m. (ET)
Objection Deadline: February 23, 2023 at 4:00 p.m. (ET)

Christopher Harris
Adam J. Goldberg
Brett M. Neve
Nacif Taousse
Brian S. Rosen
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  christopher.harris@lw.com
        adam.goldberg@lw.com
        brett.neve@lw.com
        nacif.taousse@lw.com
        brian.rosen@lw.com

Daniel Scott Schecter (admitted *pro hac vice*)
Nima H. Mohebbi (admitted *pro hac vice*)
Tiffany M. Ikeda (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:  daniel.schecter@lw.com
        nima.mohebbi@lw.com
        tiffany.ikeda@lw.com

*Counsel to the Foreign Representatives
of Three Arrows Capital, Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>Three Arrows Capital, Ltd.,<br>   Debtor in a Foreign Proceeding | Chapter 15<br><br>Case No. 22-10920 (MG) |

### NOTICE OF HEARING ON FOREIGN REPRESENTATIVES OF THREE ARROWS CAPITAL, LTD.'S MOTION FOR AN ORDER COMPELLING COMPLIANCE WITH SUBPOENA

**PLEASE TAKE NOTICE** that a hearing on the *Foreign Representatives of Three Arrows Capital, Ltd.'s Motion for an Order Compelling Compliance with Subpoena, Response to Subpoena, and Production of Documents* (the "Motion") will be held on **March 2, 2023 at 2:00 p.m., (prevailing Eastern Time)** (the "Hearing") before the Honorable Martin Glenn, Chief

United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE, in accordance with General Order M-543, dated March 20, 2020 (Morris, C.J.), a copy of which may be viewed on the Court's website at http://www.nysb.uscourts.gov/sites/default/files/m543.pdf, the Hearing will be conducted by telephonic means through Zoom for Government® videoconference. Parties wishing to participate in the Hearing are required to register their eCourtAppearance by 4:00 p.m. (prevailing Eastern Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

PLEASE TAKE FURTHER NOTICE that copies of the Motion and all documents filed in the chapter 15 case are available to parties in interest on the Court's Electronic Case Filing System, which can be accessed from (a) the Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document), or (b) upon written request to the Foreign Representatives' counsel (including by facsimile or e-mail) addressed to:

>Adam J. Goldberg
>Christopher Harris
>Brett M. Neve
>Nacif Taousse
>Brian S. Rosen
>LATHAM & WATKINS LLP
>1271 Avenue of the Americas
>New York, NY 10020
>Telephone: (212) 906-1200
>Facsimile: (212) 751-4864
>Email: adam.goldberg@lw.com
>      christopher.harris@lw.com
>      brett.neve@lw.com
>      nacif.taousse@lw.com
>      brian.rosen@lw.com

>   Daniel Scott Schecter (admitted *pro hac vice*)
>   Nima H. Mohebbi (admitted *pro hac vice*)
>   Tiffany M. Ikeda (*pro hac vice* pending)
>   LATHAM & WATKINS LLP
>   355 South Grand Avenue, Suite 100
>   Los Angeles, CA 90071
>   Telephone: (213) 485-1234
>   Facsimile: (213) 891-8763
>   Email: daniel.schecter@lw.com
>              nima.mohebbi@lw.com
>              tiffany.ikeda@lw.com

A copy of select pleadings filed in the chapter 15 case are available for review, free-of-charge, on the website maintained by the Foreign Representatives: https://3acliquidation.com/.

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response or objection to the relief requested by the Motion is permitted to do so prior to February 23, 2023 at 4:00 p.m. (prevailing Eastern Time). Any written responses or objections to the relief requested by the Motion shall be in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, and shall set forth the basis for such response or objection with specificity and the nature and extent of the respondent's claims against the Debtor. Any such written responses or objections shall be filed electronically with the Court by registered users of the Court's electronic case filing system in accordance with General Order M-399 and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means (copies of each of which may be viewed on the Court's website at http://www.nysb.uscourts.gov) and by all other parties in interest, on a compact disc in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format, which disc shall be sent to the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004-1408. A hard copy of any

written response or objection shall be sent to the Chambers of the Honorable Martin Glenn, Chief United States Bankruptcy Judge, One Bowling Green, New York, New York 10004-1408 and served upon counsel for the Foreign Representatives, Latham & Watkins LLP, 1271 Avenue of the Americas, New York, New York 10020 (Attn.: Adam J. Goldberg, Christopher Harris, Brett M. Neve, Nacif Taousse, and Brian S. Rosen), and Latham & Watkins LLP, 355 South Grand Avenue, Suite 100, Los Angeles, CA 90071 (Attn.: Daniel Scott Schecter, Nima H. Mohebbi, and Tiffany M. Ikeda).

**PLEASE TAKE FURTHER NOTICE** that all parties in interest opposed to the relief requested by the Motion must appear at the Hearing at the time and place set forth above.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of adjournment filed with the Court, of the adjourned date or dates at the hearing or any other further adjourned hearing.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: February 7, 2023<br>New York, New York | Respectfully submitted,<br><br>/s/ *Adam J. Goldberg*<br>Adam J. Goldberg<br>Christopher Harris<br>Brett M. Neve<br>Nacif Taousse<br>Brian S. Rosen<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email:  adam.goldberg@lw.com<br>          christopher.harris@lw.com<br>          brett.neve@lw.com<br>          nacif.taousse@lw.com<br>          brian.rosen@lw.com<br><br>– and –<br><br>Daniel Scott Schecter (admitted *pro hac vice*)<br>Nima H. Mohebbi (admitted *pro hac vice*)<br>Tiffany M. Ikeda (*pro hac vice* pending)<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email:  daniel.schecter@lw.com<br>          nima.mohebbi@lw.com<br>          tiffany.ikeda@lw.com<br><br>*Counsel to the Foreign Representatives* |