Christopher Harris
Adam J. Goldberg
Brett M. Neve
Nacif Taousse
Brian S. Rosen
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  christopher.harris@lw.com
       adam.goldberg@lw.com
       brett.neve@lw.com
       nacif.taousse@lw.com
       brian.rosen@lw.com

Daniel Scott Schecter (admitted *pro hac vice*)
Nima H. Mohebbi (admitted *pro hac vice*)
Tiffany M. Ikeda (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:  daniel.schecter@lw.com
       nima.mohebbi@lw.com
       tiffany.ikeda@lw.com

*Counsel to the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Three Arrows Capital, Ltd, [1]<br>        Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-10920 (MG) |

**MOTION FOR ADMISSION *PRO HAC VICE***

I, Tiffany M. Ikeda, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives (the "Foreign Representatives") of Three Arrows Capital, Ltd (the "Debtor"), in the above-referenced case. I certify that I am a member in good standing of the bar of the State of California and the State of Texas, and I have been admitted to practice in the U.S. District Court for the Central District of California, the U.S. District Court for the Southern District of California, the U.S. District Court for the Eastern District of California, and the U.S.

---

[1]    The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

District Court for the Northern District of California.  I further certify that I am a member in

good standing to practice before all courts to which I am admitted, and there are no disciplinary

actions pending against me in any jurisdiction.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  February 7, 2023
Los Angeles, CA

Respectfully submitted,

**LATHAM & WATKINS LLP**
By: /s/ *Tiffany M. Ikeda*
LATHAM & WATKINS LLP
Tiffany M. Ikeda
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: tiffany.ikeda@lw.com

*Counsel to the Foreign Representatives*

## Exhibit A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>Three Arrows Capital, Ltd, [1]<br>     Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-10920 (MG) |

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF TIFFANY M. IKEDA

UPON the motion of Tiffany M. Ikeda, to be admitted, *pro hac vice*, to Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives (the "Foreign Representatives") of Three Arrows Capital, Ltd (the "Debtor"), in the above-referenced case and upon the movant's certification that the movant is a member in good standing of the bar of the State of California and the State of Texas and is admitted to practice in the U.S. District Court for the Central District of California, the U.S. District Court for the Southern District of California, the U.S. District Court for the Eastern District of California, and the U.S. District Court for the Northern District of California, it is hereby

ORDERED, that Tiffany M. Ikeda, is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Foreign Representatives, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2023
New York, New York

_____
HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

---

[1]    The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.