Christopher Harris
Adam J. Goldberg
Brett M. Neve
Nacif Taousse
Brian S. Rosen
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  christopher.harris@lw.com
   adam.goldberg@lw.com
   brett.neve@lw.com
   nacif.taousse@lw.com
   brian.rosen@lw.com

Daniel Scott Schecter (admitted *pro hac vice*)
Nima H. Mohebbi (admitted *pro hac vice*)
Tiffany M. Ikeda (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:  daniel.schecter@lw.com
   nima.mohebbi@lw.com
   tiffany.ikeda@lw.com

*Counsel to the Foreign Representatives*
*of Three Arrows Capital, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Three Arrows Capital Ltd,[1]<br><br>    Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-10920 (MG) |

## CERTIFICATE OF SERVICE

I, Christopher M. Tarrant, certify that:

1. I am employed by the law firm Latham & Watkins LLP at 1271 Avenue of the Americas, New York, New York 10020, attorneys for Russell Crumpler and Christopher Farmer as Foreign Representatives.

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

2. On February 8, 2023, my colleagues and I caused true and correct copies of the following documents to be served in the manner indicated in the service list attached hereto as **Exhibit A**:

- *Foreign Representatives of Three Arrows Capital, Ltd.'s Motion for an Order Compelling Compliance with Subpoena* (ECF No. 81);
- *Declaration Of Russell Crumpler In Support Of Foreign Representatives Of Three Arrows Capital, Ltd.'s Motion For An Order Compelling Compliance With Subpoena* (ECF No. 82);
- *Declaration Of Alex M. Englander In Support Of Foreign Representatives Of Three Arrows Capital, Ltd.'s Motion For An Order Compelling Compliance With Subpoena* (ECF No. 83);
- *Declaration Of Nima H. Mohebbi In Support Of Foreign Representatives Of Three Arrows Capital, Ltd.'s Motion For An Order Compelling Compliance With Subpoena* (ECF No. 84);
- *Motion For Authorization To File Under Seal (I) The Declaration Of Alex M. Englander In Support Of The Foreign Representatives' Motion For An Order Compelling Compliance With Subpoena; And (II) The Declaration Of Russell Crumpler In Support Of The Foreign Representatives' Motion For An Order Compelling Compliance With Subpoena* (ECF No. 85); and
- *Notice of Hearing On Foreign Representatives Of Three Arrows Capital, Ltd.'s Motion For An Order Compelling Compliance With Subpoena* (ECF No. 86).

3. On February 8, 2023, my colleagues and I caused true and correct copies of the following documents to be served in the manner indicated in the service list attached hereto as **Exhibit B:**

- *Foreign Representatives of Three Arrows Capital, Ltd.'s Motion for an Order Compelling Compliance with Subpoena* (ECF No. 81);
- *Declaration Of Russell Crumpler In Support Of Foreign Representatives Of Three Arrows Capital, Ltd.'s Motion For An Order Compelling Compliance With Subpoena* (ECF No. 82);
- *Declaration Of Alex M. Englander In Support Of Foreign Representatives Of Three Arrows Capital, Ltd.'s Motion For An Order Compelling Compliance With Subpoena* (ECF No. 83);
- *Declaration Of Nima H. Mohebbi In Support Of Foreign Representatives Of Three Arrows Capital, Ltd.'s Motion For An Order Compelling Compliance With Subpoena* (ECF No. 84);
- *Motion For Authorization To File Under Seal (I) The Declaration Of Alex M. Englander In Support Of The Foreign Representatives' Motion For An Order Compelling Compliance With Subpoena; And (II) The Declaration Of Russell Crumpler In Support Of The Foreign Representatives' Motion For An Order Compelling Compliance With Subpoena* (ECF No.

    85); and

- *Notice of Hearing On Foreign Representatives Of Three Arrows Capital, Ltd.'s Motion For An Order Compelling Compliance With Subpoena* (ECF No. 86).

| | |
|---|---|
| Dated: February 9, 2023<br>New York, NY | */s/ Christopher M. Tarrant*<br>Christopher M. Tarrant |

**Exhibit A**

**Served via E-Mail:**

allyson.smith@kirkland.com
Andy.Velez-Rivera@usdoj.gov
christopher@advocatus.sg
cmarcus@kirkland.com
GootE@SEC.gov
harjean@advocatus.sg
Jeffrey.Saferstein@weil.com
jsussberg@kirkland.com
landsmanr@SEC.gov
nicholyeo@solitairellp.com
Ronit.Berkovich@weil.com
ross.kwasteniet@kirkland.com
su.zhu@threearrowscap.com
Tara.Tiantian@usdoj.gov
mark.forte@conyersdill.com
marie.stewart@conyers.com
andrew.emery@emerycooke.com
mgoodman@campbellslegal.com
cmcneil@sterlington.net

warren.gluck@hklaw.com
furqaan.siddiqui@weil.com
curran@braunhagey.com
suzzanne.uhland@lw.com



Scott.Mullings@dentons.com
mo.zhou@matrixport.com

2

Pg 5 of 5

**Exhibit B**

**Served via First-Class Mail:**

Voyager Digital LLC
c/o KIRKLAND & ELLIS, LLP
601 Lexington Avenue
New York, NY 10022
Attn: Joshua A. Sussberg, P.C.



Office of the United States Trustee
Attn: Andy Velez-Rivera, Tara Tiantian
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY  10014

Roger Landsman
Attorney
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549

Advocatus Law LLP
Attn: Christopher Anand Daniel
08-01, 25 North Bridge
25 North Bridge Road
Singapore 179104

Solitaire LLP
Attn: Nichol Yeo
11 Beach Road #05-02
 Singapore 189675







Matrix Port Technologies (Hong Kong) Ltd
Suite A888, Rm 1403, 14/F Capital Centre
151 Gloucester Road,
Wanchai, Hong Kong