| | |
|---|---|
| Christopher Harris | Daniel Scott Schecter (admitted *pro hac vice*) |
| Adam J. Goldberg | Nima H. Mohebbi (admitted *pro hac vice*) |
| Brett M. Neve | Tiffany M. Ikeda (admitted *pro hac vice*) |
| Nacif Taousse | **LATHAM & WATKINS LLP** |
| Brian S. Rosen | 355 South Grand Avenue, Suite 100 |
| **LATHAM & WATKINS LLP** | Los Angeles, CA 90071 |
| 1271 Avenue of the Americas | Telephone: (213) 485-1234 |
| New York, NY 10020 | Facsimile: (213) 891-8763 |
| Telephone: (212) 906-1200 | Email:  daniel.schecter@lw.com |
| Facsimile: (212) 751-4864 | nima.mohebbi@lw.com |
| Email:  christopher.harris@lw.com | tiffany.ikeda@lw.com |
| adam.goldberg@lw.com | |
| brett.neve@lw.com | |
| nacif.taousse@lw.com | |
| brian.rosen@lw.com | |

*Counsel to the Foreign Representatives
of Three Arrows Capital, Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>Three Arrows Capital, Ltd.,<br>      Debtor in a Foreign Proceeding | Chapter 15<br><br>Case No. 22-10920 (MG) |

**FOREIGN REPRESENTATIVES OF THREE ARROWS CAPITAL, LTD.'S
SUPPLEMENTAL SUBMISSION IN SUPPORT OF THE MOTION FOR AN ORDER
COMPELLING COMPLIANCE WITH SUBPOENA**

# Overview of Global Insolvency Proceedings

**I.  COURT-TO-COURT COMMUNICATIONS PROTOCOL (THE "PROTOCOL") [ECF 72]**

- Entered by this Court December 6, 2022.

- Implemented to coordinate the efficient administration of the insolvency proceedings and promote certain mutually desirable goals and objectives in the insolvency proceedings.

**II.  JURISDICTIONS SUBJECT TO COURT-TO-COURT COMMUNICATIONS PROTOCOL**

- United States (Bankr. S.D.N.Y.) – Chief Judge Martin Glenn.

- Eastern Caribbean Supreme Court in the High Court of Justice, Commercial Division, Virgin Islands – Justice Tana'ania Small Davis KC.

    o Order approving the Protocol entered in *In the Matter of Three Arrows Capital Ltd.*, Case No. BVIHCCOM2022/0119 (June 27, 2022) on December 5, 2022.

- High Court of the Republic of Singapore – Justice Vinodh Coomaraswamy.

    o Order approving the Protocol entered in Case No. HC/OA 317/2022 on November 8, 2022.

**III.  JURISDICTIONS NOT SUBJECT TO COURT-TO-COURT COMMUNICATIONS PROTOCOL**

- Ontario Superior Court of Justice, Commercial List, Canada – Justice Barbara Conway.

    o Recognition granted in *Three Arrows Capital Ltd. – In Liquidation*, Case No. CV-22-688377-00CL on October 19, 2022.

- The Grand Court of the Cayman Islands, Financial Services Division – Justice David Doyle.

    o Recognition granted in *In the Matter of Part XVII of the Companies Act* (2022 Revision) and *In the Matter of Three Arrows Capital Ltd.*, Case No. FSD 263 of 2023 (DDJ) on January 25, 2023.

- Supreme Court of Seychelles – Justice Gustave Dodin.

    o Recognition granted in *In the Matter of Three Arrows Capital Ltd.*, Case No. [2023] SCSC 77 | XP 244/2022 on February 3, 2023.

| | |
|---|---|
| Dated: March 6, 2023<br>       New York, New York | Respectfully submitted,<br><br>/s/ *Adam J. Goldberg*<br>Adam J. Goldberg<br>Christopher Harris<br>Brett M. Neve<br>Nacif Taousse<br>Brian S. Rosen<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email:  adam.goldberg@lw.com<br>             christopher.harris@lw.com<br>             brett.neve@lw.com<br>             nacif.taousse@lw.com<br>             brian.rosen@lw.com<br><br>Daniel Scott Schecter (admitted *pro hac vice*)<br>Nima H. Mohebbi (admitted *pro hac vice*)<br>Tiffany M. Ikeda (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email:  daniel.schecter@lw.com<br>             nima.mohebbi@lw.com<br>             tiffany.ikeda@lw.com |