1

1

2  UNITED STATES BANKRUPTCY COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  - - - - - - - - - - - - - - - - - - - -x

5

6  In the Matter of:

7  THREE ARROWS CAPITAL, LTD AND          Main Case No.

8  CHRISTOPHER FARMER,                    22-10920-mg

9          Debtor.

10

11  - - - - - - - - - - - - - - - - - - - -x

12

13                United States Bankruptcy Court

14                One Bowling Green

15                New York, New York

16

17                March 2, 2023

18                2:00 PM

19

20

21  B E F O R E:

22  HON. MARTIN GLENN

23  U.S. BANKRUPTCY JUDGE

24

25  ECRO:  F. FERGUSON

2

1

2   Hearing Using Zoom for Government RE: Foreign Representatives

3   of Three Arrows Capital, Ltd.s Motion for an Order Compelling

4   Compliance with Subpoena (Doc # 69, 72, 75)

5

6   Hearing Using Zoom for Government RE: Motion For Authorization

7   To File Under Seal (I) The Declaration Of Alex M. Englander In

8   Support Of The Foreign Representatives' Motion For An Order

9   Compelling Compliance With Subpoena; And (II) The Declaration

10  Of Russell Crumpler In Support Of The Foreign Representatives'

11  Motion For An Order Compelling Compliance With Subpoena (Doc

12  #85)

13

14

15

16

17

18

19

20  Transcribed by:  Jennifer Bulger

21  eScribers, LLC

22  7227 North 16th Street, Suite #207

23  Phoenix, AZ 85020

24  (800) 257-0885

25  operations@escribers.net

3

1

2  A P P E A R A N C E S (All present by video or telephone):

3  LATHAM & WATKINS, LLP

4         Attorney for Foreign Representatives

5         1271 Avenue of the America

6         New York, NY 10020

7

8  BY:   EMILY ORMAN, ESQ.

9

10  LATHAM & WATKINS, LLP

11         Attorney for Foreign Representatives

12         355 South Grand Avenue

13         Suite 100

14         Los Angeles, CA 90071

15

16  BY:   NIMA H. MOHEBBI, ESQ.

17

18  HOLLAND & KNIGHT, LLP

19         Attorneys for Foreign Representatives

20         800 17th Street Northwest

21         Suite 1100

22         New York, NY 20006

23

24  BY:   ALEX ENGLANDER, ESQ.

25  VENABLE LLP

4

```
 1
 2          Attorneys for Interested Party
 3          Rockefeller Center
 4          1270 6th Ave 24th Floor
 5          New York, NY 10020
 6
 7   BY:   XOCHITL STROHBEHN, ESQ.
 8
 9   DEPARTMENT OF JUSTICE - US TRUSTEE
10          Attorneys for United States Trustee
11          Alexander Hamilton Custom House
12          One Bowling Green Suite 739
13          New York, NY 10004
14
15   BY:   MARK BRUH, ESQ.
16
17
18
19   ALSO PRESENT:
20          RUSSELL CRUMPLER, Foreign Representative, Teneo (BVI) Ltd
21
22
23
24
25
```

5

1              P R O C E E D I N G S

2          THE CLERK:  All right.  Calling Three Arrows Capital

3    Limited, case number 22-10920.  All right.  Some of the parties

4    are joining.  All right.

5          If we could start with counsel from Latham and

6    Watkins, if you could unmute one at a time and give your

7    appearance for the record?  Again, counsel from Latham and

8    Watkins, if you could unmute one at a time and give your

9    appearance for the record?

10         MR. MOHEBBI:  Sure.  You have Nima Mohebbi and Emily

11   Orman from Latham.

12         THE CLERK:  All right.  Thank you.  And then counsel

13   from Holland and Knight?

14         MR. ENGLANDER:  Good afternoon.  You have Alex

15   Englander from Holland and Knight.

16         THE CLERK:  All right.

17         Mr. Crumpler?

18         MR. CRUMPLER:  Good afternoon.  Mr. Crumpler here.

19   I'm just having some trouble starting my video, Your Honor.

20         THE COURT:  Okay.

21         THE CLERK:  All right.  And then counsel for Venable.

22         MS. STROHBEHN:  Good afternoon.  Xochitl Strohbehn,

23   Venable, LLP.

24         THE CLERK:  And Mr. Bruh?

25         MR. BRUH:  Good afternoon.  Mark Bruh for the United

6

1   States Trustee.

2           THE COURT:  Okay.  Who is Venable representing?

3           MS. STROHBEHN:  We're just here on behalf of an

4   interested party.

5           THE COURT:  Okay.

6           MS. STROHBEHN:  We haven't entered an appearance, Your

7   Honor.

8           THE COURT:  Okay.  That's why -- I wasn't sure why.

9   Okay.

10          MS. STROHBEHN:  Thank you.

11          THE CLERK:  Yeah.  There's a party with a JN121008

12  number.  Is that a conference room?  Judge, should I just leave

13  them?

14          UNIDENTIFIED SPEAKER:  Just observing, Your Honor.

15          THE CLERK:  Pardon?

16          UNIDENTIFIED SPEAKER:  Just observing.

17          THE CLERK:  Okay.  And you're here for the Three

18  Arrows Capital hearing?

19          UNIDENTIFIED SPEAKER:  Yes, Yes.  I'm just here to

20  observe.  I'm not making an appearance.

21          THE CLERK:  Okay.  Thank you.

22          Judge?

23          THE COURT:  Okay.  Mute that line.  It'll just be a

24  listen only line.

25          THE CLERK:  Okay.

7

1         THE COURT: All right. Who's going to argue for the

2 foreign representative?

3         MR. MOHEBBI: Your Honor, that would be me, Mr.

4 Mohebbi.

5         THE COURT: Okay. Go ahead.

6         MR. MOHEBBI: Thank you, Your Honor. Obviously, we're

7 here on the foreign representative's motion to compel. I think

8 Your Honor is uniquely familiar with the facts in this case and

9 the efforts of the foreign representatives have made to secure

10 compliance from the two founders, Mr. Su Zhu and Mr. Kyle

11 Davies.

12         Sorry. Just to refresh the record, on December 6th,

13 2022, the Court granted the motion to serve subpoena on the

14 founders. And on December 29th, Your Honor granted in part our

15 motion to serve those subpoenas by alternative service. And it

16 was granted in part as to Mr. Davies.

17         As Your Honor noted in the order, perhaps it's

18 unsurprising that "wishful thinking" that there would be

19 compliance. There has not been compliance. Yet, we are keenly

20 aware that Mr. Davies was served the subpoena; it was issued on

21 January 5th. It was served via the methods that Your Honor

22 allowed, and he did not respond. He did not file an objection

23 despite our efforts to meet and confer.

24         The one response we did get was from counsel

25 purporting to represent him in Singapore, declining to have a

8

1    call or any sort of a discussion with us, but just saying they

2    disagree essentially with the Court's order that there's

3    jurisdiction over Mr. Davies, and that was pretty much it.

4    That was pretty much the extent of the discussion.  We served

5    the motion to compel on them.  We served the Court's orders on

6    them and also the subpoena itself.  Meanwhile, Mr. Davies is on

7    CNBC.  He's on Bloomberg.  He's interviewing with magazines.

8    He's tweeting nearly daily.

9            THE COURT:  Did anybody ask him whether he was served

10   with the subpoena?

11           MR. MOHEBBI:  We served it directly on him and also

12   his counsel.

13           THE COURT:  No, that wasn't my question.  My question

14   is you say, on CNBC and -- has anybody --

15           MR. MOHEBBI:  Oh.

16           THE COURT:  -- in interviewing him, asked him the

17   question whether he was served with a subpoena?

18           MR. MOHEBBI:  Not that I've seen.  I've not seen

19   somebody directly ask him that in a media interview.  But from

20   our perspective, Your Honor, if I could speak candidly for a

21   moment.  I think what's happening here is incredibly

22   disrespectful to the Court.  It's incredibly disrespectful to

23   this process.  And frankly, from Mr. Davies' standpoint, it's

24   incredibly disrespectful to the creditors of this company.

25           And he's in Indonesia or wherever, lodging these

9

```
 1   verbal grenades on Twitter, yet refusing to have any meaningful
 2   discussions with the foreign representatives.  And I think at a
 3   minimum, this Court has the power under Rule 7037 to issue an
 4   order compelling his compliance here.  Obviously, we're not
 5   quite at the contempt phase of this yet.  But we've taken steps
 6   at every moment here to ensure that we're giving him plenty of
 7   opportunity to comply, plenty of opportunity to have
 8   discussions.  And he's just not doing it.  And now --
 9             THE COURT:  May I ask you this, Mr. Mohebbi, I saw a
10   headline in a blog a couple of days ago, reads, "Three AC
11   Liquidators obtained extraterritorial summoning order for funds
12   directors.  Crypto hedge fund Three Arrows Capital's
13   liquidators have secured what is thought to be the first
14   extraterritorial summoning order from a British Virgin Islands
15   court for the private examination of the fund's truant
16   directors".
17             MR. MOHEBBI:  Yeah.
18             MS. ORMAN:  Can you tell me what, if any, orders have
19   been obtained from the BVI Court?
20             MR. MOHEBBI:  Absolutely, Your Honor.  What that is
21   referring to is what it says.  It's an examination order that
22   requires both directors to essentially show up and testify on
23   March 14th.  You'll have to forgive me if I'm butchering BVI
24   law.  It's not my specialty, but my understanding is that that
25   order has been issued and as we put in our motion to compel.
```

1   Obviously, we're looking for compliance with the foreign
2   representative's efforts to seek information.  If the founders
3   were to show up and comply and follow the order in the BVI,
4   that would be satisfactory as long as they're meaningfully
5   complying and we would accordingly stop pressing, in the
6   various courts that we've been trying to press in, some basic
7   cooperation.
8          So the answer is yes, there is an order there.  That's
9   just further sort of evidence of the foreign representative's
10  diligent efforts to try to secure compliance of Mr. Davies.  It
11  just has not happened.
12         THE COURT:  May I ask this?
13         MR. MOHEBBI:  Sure.
14         THE COURT:  When was the order issued?  Is there a
15  written opinion with it?  At one of the initial hearings in
16  this case, I think I asked some questions.  And I'm aware that
17  various countries laws, maybe the Cayman BVI, have a provision
18  essentially where the directors of a company registered in that
19  venue agree that they will submit to the jurisdiction of the
20  Court.  And I don't know whether it was you I asked.  I asked
21  about it and nobody knew the answer to it, whether that was
22  true of BVI.
23         So I'm particularly interested in the basis on which
24  the BVI court issued an order summoning Davies, and I assume
25  Zhu as well, to testify.  Is it under BVI law, and is there a

1   written -- let me say it this way.  I want to see whatever the

2   judge did.

3            MR. MOHEBBI:  Sure.

4            THE COURT:  I also would like to see the applications

5   that were filed.  I want to see all of the pleadings that were

6   filed in support of whatever relief was granted by the BVI

7   court.  Let me just back up for a second.  So obviously, I

8   wrote an opinion.  I authorized the alternative service and

9   you've gone ahead and as best appears, served him by those

10  alternative means.

11           MR. MOHEBBI:  That's right.

12           THE COURT:  In my view, I've not definitively resolved

13  the issue of personal jurisdiction.  And so I'm going to want

14  to see whatever was filed in the BVI court, whatever the BVI

15  court does before I rule in this.  I'm going to take this under

16  submission today.

17           MR. MOHEBBI:  Sure, but --

18           THE COURT:  But let me just finish.

19           MR. MOHEBBI:  I'm sorry.  I apologize.

20           THE COURT:  In light of my prior opinion, it wouldn't

21  be a giant step for me to order that he comply.  You haven't

22  sought sanctions at this stage.  You asked for an order that he

23  compel in compliance, okay.  So let's assume I do that.  And

24  then when we get to the next stage and he doesn't comply, what

25  happens then?  Okay.  Then you ask for contempt and whatever

12

1  form of relief that you're going to ask for that.  And that

2  will most definitely tee up the issue of personal jurisdiction,

3  which I haven't definitively resolved.  I resolved the issue of

4  whether I believed I could authorize the issuance of a subpoena

5  to him, and I did.

6         But there would be, I'll say, difficult issues.  We'll

7  see how difficult it would be to get through that next step.

8  All right.  And in your papers directly, you say, well, if you

9  get this relief in BVI, well, then you're not going to be

10  pressing it here.  Well, that makes perfectly good sense.  BVI

11  would be the most logical place if that relief is available,

12  and the Court awarded that relief because that's where the

13  company is registered.

14         In my opinion, I certainly addressed their contacts

15  with the United States.  But that's kind of where I am.  I

16  mean, I was waiting to see whether somebody would ask whether

17  you or your colleagues actually filed something telling me

18  other than what I saw in a headline a few days ago, and I

19  didn't see anything.

20         MR. MOHEBBI:  Okay.  So just to start from the outset,

21  and Your Honor's comments were very well taken.  I think we

22  will submit to you the pleadings and the order.  The order was

23  issued on January 18th, so we'll submit that to you so you'll

24  have that shortly after this hearing.  I would also note that I

25  totally agree with your framing of the analysis.  This is just

13

1    a discovery order ordering compliance, which is the interim

2    step before we get to the last step --

3          THE COURT:  Right.

4          MR. MOHEBBI:  -- which at that point, you're

5    absolutely right, Your Honor, you would have to decide the

6    question of personal jurisdiction.  For what it's worth, and I

7    know we're not here litigating that today, we believe we have

8    very strong arguments that there is personal jurisdiction in

9    the United States for Mr. Davies, and frankly, Mr. Zhu as well.

10         I know that the Rule 45 doesn't allow for it in the

11   subpoena context, but certainly in terms of whether or not

12   there's the analysis, there's a tremendous amount of contact

13   with the United States that both defendants engaged in in

14   conducting essentially their activities as directors of the

15   company.  So we do believe that if it becomes necessary to

16   litigate that question, that we would be able to satisfy it.

17   But to be very clear, the foreign representatives have never

18   taken the position that we're taking steps just to take steps.

19   We're taking steps because we legitimately need the information

20   and we've tried everything to get it from --

21         THE COURT:  I have no doubt about that at all.

22         MR. MOHEBBI:  Yeah.  So in any event.  So we agree

23   with you, Your Honor, and we will submit those materials to you

24   unless there's anything else.  I think I'd submit on that.

25         THE COURT:  I have a vague recollection that I raised

14

1   a question at the first hearing about possible court-to-court

2   protocols.

3          MR. MOHEBBI:  Yeah.

4          THE COURT:  And so I raised that again.  And I think

5   that the foreign representative counsel and BVI and here and

6   Singapore I guess --

7          MR. MOHEBBI:  Singapore, that's right.

8          THE COURT:  -- should explore the issue -- should have

9   a discussion about whether they want to propose a protocol for

10  court-to-court communications.  And I think I had asked before

11  about who the judge in BVI was.  And I think I was told, well,

12  they just switched; I don't know who the judge is now.  I think

13  I was told that Justice Coomaraswamy was the judge in

14  Singapore.  Are there any other jurisdictions in which cross-

15  border proceedings have been brought relating to Three Arrows?

16         MR. MOHEBBI:  Yes, Your Honor.  I believe now the

17  Cayman Islands and Canada as well.

18         THE COURT:  Okay.

19         MR. MOHEBBI:  But I'll defer to Mr. Crumpler if I'm

20  missing one there.

21         THE COURT:  Mr. Crumpler, can you help me out on that?

22         MR. CRUMPLER:  Of course, Your Honor.  It's correct.

23  It's Cayman, Canada, and the Seychelles that I'd recognize.

24  Those three jurisdictions are somewhat less involved, shall we

25  say, in the courts.  That's more about seeking specific

1  discovery against crypto exchanges and things like that.

2         THE COURT:  All right.

3         MR. CRUMPLER:  (Indiscernible).

4         THE COURT:  Who is the judge in Canada?

5         MR. CRUMPLER:  I'm afraid I'd have to look that up,

6  Your Honor.

7         THE COURT:  Okay.  And who's the judge in the Cayman?

8         MR. CRUMPLER:  Same as well, Your Honor.

9         THE COURT:  Okay.

10        MR. CRUMPLER:  So Seychelles should really be testing

11 me, so apologies.

12        THE COURT:  I would just say that in other cases, I've

13 previously had protocols with judges in Canada, judges in the

14 Cayman.  I'm not suggesting at all that anybody's trying to do

15 this, but in multi-jurisdiction matters such as this, it's

16 important to me, at least, to know that you're not picking and

17 choosing where you think your best shot is, and then go to the

18 other place and say well, Judge Glenn entered this order; you

19 ought to do the same.

20        So I have found it helpful, in multi-jurisdictional

21 matters such as this, where the courts -- I mean, Cayman I know

22 I've had protocols with them and I've had protocols with

23 Canada.  I'm assuming BVI does as well.  In common law

24 jurisdictions it's much less of an issue.  Seychelles, I really

25 don't know about at all.  But to me, it's unfortunate that I

16

1   had a read in a headline that a judge in BVI had entered a

2   extraterritorial summoning order.  Okay.  Because I didn't hear

3   it from any of you.

4           MR. MOHEBBI:  (Indiscernible).

5           THE COURT:  No, no.  Stop.

6           MR. MOHEBBI:  Sorry.

7           THE COURT:  It's important that I know what's going on

8   elsewhere in the world relating to Three Arrows.  Okay.

9           MR. MOHEBBI:  Understood.  My learned colleague did

10  just tell me that the BVI order is Exhibit E to the Crumpler

11  Declaration that was filed --

12          THE COURT:  Okay.

13          MR. MOHEBBI:  -- with the motion.  So that's in there.

14  But if Your Honor would like, what I can do -- I do believe

15  that there's been a cross-border protocol motion filed, I

16  believe.  But I have to double check that.  But what I will do

17  is after this, would it be fine just to do a general submission

18  with a list of every single judge, every single jurisdiction

19  just for your reference, or just some sort of a single page --

20          THE COURT:  No, that would be fine.  That would be

21  fine.

22          MR. MOHEBBI:  Okay.  Perfect.

23          THE COURT:  Okay.

24          MR. MOHEBBI:  So we'll submit that.

25          THE COURT:  All right.  So submit that.  And due

17

1   course, after I see that stuff, I will rule on -- because I

2   think frankly, in light of my prior decision, this next step at

3   least, is not that difficult for me.  I think the more

4   difficult issues come about if Davies doesn't comply.  And then

5   just to be clear, I expect your best showing of personal

6   jurisdiction at that point.

7           MR. MOHEBBI:  Understood.

8           THE COURT:  Okay.  All right.  Anything else for

9   today?

10          MR. MOHEBBI:  Not from us, Your Honor.

11          THE COURT:  Okay.  Thank you very much.

12          US Trustee, Mr. Bruh, I realize you usually have a

13  more laid back role in Chapter 15 cases.

14          MR. BRUH:  Yeah.  Your Honor, we have nothing to add

15  to this.  We were just monitoring the situation.

16          THE COURT:  Okay.  All right.  Last chance.  Anybody

17  else want to be heard?  All right.  We're adjourned for today.

18  Thank you very much.

19          MR. MOHEBBI:  Thank you, Your Honor.

20          MR. BRUH:  Thank you.

21      (Whereupon these proceedings were concluded at 2:20 PM)

22

23

24

25

18

C E R T I F I C A T I O N

I, Jennifer Bulger, certify that the foregoing transcript is a
true and accurate record of the proceedings.

_____

Jennifer Bulger

eScribers

7227 North 16th Street, Suite #207

Phoenix, AZ 85020

Date:  March 3, 2023

IMO: THREE ARROWS CAPITAL, LTD AND CHRISTOPHER FARMER

March 2, 2023

## A

**able (1)**
13:16
**Absolutely (2)**
9:20;13:5
**AC (1)**
9:10
**accordingly (1)**
10:5
**activities (1)**
13:14
**actually (1)**
12:17
**add (1)**
17:14
**addressed (1)**
12:14
**adjourned (1)**
17:17
**afraid (1)**
15:5
**afternoon (4)**
5:14,18,22,25
**Again (2)**
5:7;14:4
**against (1)**
15:1
**ago (2)**
9:10;12:18
**agree (3)**
10:19;12:25;13:22
**ahead (2)**
7:5;11:9
**Alex (1)**
5:14
**Alexander (1)**
4:11
**allow (1)**
13:10
**allowed (1)**
7:22
**alternative (3)**
7:15;11:8,10
**amount (1)**
13:12
**analysis (2)**
12:25;13:12
**apologies (1)**
15:11
**apologize (1)**
11:19
**appearance (4)**
5:7,9;6:6,20
**appears (1)**
11:9
**applications (1)**
11:4
**argue (1)**
7:1
**arguments (1)**
13:8
**Arrows (5)**
5:2;6:18;9:12;
14:15;16:8
**assume (2)**
10:24;11:23
**assuming (1)**
15:23
**Attorneys (2)**
4:2,10
**authorize (1)**
12:4
**authorized (1)**
11:8
**available (1)**
12:11
**Ave (1)**
4:4
**awarded (1)**
12:12
**aware (2)**
7:20;10:16

## B

**back (2)**
11:7;17:13
**basic (1)**
10:6
**basis (1)**
10:23
**becomes (1)**
13:15
**behalf (1)**
6:3
**best (3)**
11:9;15:17;17:5
**blog (1)**
9:10
**Bloomberg (1)**
8:7
**border (1)**
14:15
**both (2)**
9:22;13:13
**Bowling (1)**
4:12
**British (1)**
9:14
**brought (1)**
14:15
**BRUH (7)**
4:15;5:24,25,25;
17:12,14,20
**butchering (1)**
9:23
**BVI (18)**
4:20;9:19,23;10:3,
17,22,24,25;11:6,14,
14;12:9,10;14:5,11;
15:23;16:1,10

## C

**call (1)**
8:1
**Calling (1)**
5:2
**Can (3)**
9:18;14:21;16:14
**Canada (5)**
14:17,23;15:4,13,
23
**candidly (1)**
8:20
**Capital (2)**
5:2;6:18
**Capital's (1)**
9:12
**case (3)**
5:3;7:8;10:16
**cases (2)**
15:12;17:13
**Cayman (6)**
10:17;14:17,23;
15:7,14,21
**Center (1)**
4:3
**certainly (2)**
12:14;13:11
**chance (1)**
17:16
**Chapter (1)**
17:13
**check (1)**
16:16
**choosing (1)**
15:17
**clear (2)**
13:17;17:5
**CLERK (10)**
5:2,12,16,21,24;
6:11,15,17,21,25
**CNBC (2)**
8:7,14
**colleague (1)**
16:9
**colleagues (1)**
12:17
**comments (1)**
12:21
**common (1)**
15:23
**communications (1)**
14:10
**company (4)**
8:24;10:18;12:13;
13:15
**compel (2)**
7:7;8:5;9:25;11:23
**compelling (1)**
9:4
**compliance (8)**
7:10,19,19;9:4;
10:1,10;11:23;13:1
**comply (5)**
9:7;10:3;11:21,24;
17:4
**complying (1)**
10:5
**concluded (1)**
17:21
**conducting (1)**
13:14
**confer (1)**
7:23
**conference (1)**
6:12
**contact (1)**
13:12
**contacts (1)**
12:14
**contempt (2)**
9:5;11:25
**context (1)**
13:11
**Coomaraswamy (1)**
14:13
**cooperation (1)**
10:7
**counsel (7)**
5:5,7,12,21;7:24;
8:12;14:5
**countries (1)**
10:17
**couple (1)**
9:10
**course (2)**
14:22;17:1
**COURT (49)**
5:20;6:2,5,8,23;7:1,
5,13:8:9,13,16,22;9:3,
9,15,19;10:12,14,20,
24;11:4,7,12,14,15,
18,20;12:12;13:3,21,
25;14:4,8,18,21;15:2,
4,7,9,12;16:5,7,12,20,
23,25;17:8,11,16
**courts (3)**
10:6;14:25;15:21
**Court's (2)**
8:2,5
**court-to-court (2)**
14:1,10
**creditors (1)**
8:24
**cross- (1)**
14:14
**cross-border (1)**
16:15
**CRUMPLER (12)**
4:20;5:17,18,18;
14:19,21,22;15:3,5,8,
10;16:10
**Crypto (2)**
9:12;15:1
**Custom (1)**
4:11

## D

**daily (1)**
8:8
**Davies (9)**
7:11,16,20;8:3,6;
10:10,24;13:9;17:4
**Davies' (1)**
8:23
**days (2)**
9:10;12:18
**December (2)**
7:12,14
**decide (1)**
13:5
**decision (1)**
17:2
**Declaration (1)**
16:11
**declining (1)**
7:25
**defendants (1)**
13:13
**defer (1)**
14:19
**definitely (1)**
12:2
**definitively (2)**
11:12;12:3
**DEPARTMENT (1)**
4:9
**despite (1)**
7:23
**difficult (4)**
12:6,7;17:3,4
**diligent (1)**
10:10
**directly (3)**
8:11,19;12:8
**directors (5)**
9:12,16,22;10:18;
13:14
**disagree (1)**
8:2
**discovery (2)**
13:1;15:1
**discussion (3)**
8:1,4;14:9
**discussions (2)**
9:2,8
**disrespectful (3)**
8:22,22,24
**double (1)**
16:16
**doubt (1)**
13:21
**due (1)**
16:25

## E

**efforts (4)**

7:9,23;10:2,10
**else (3)**
  13:24;17:8,17
**elsewhere (1)**
  16:8
**Emily (1)**
  5:10
**engaged (1)**
  13:13
**ENGLANDER (2)**
  5:14,15
**ensure (1)**
  9:6
**entered (3)**
  6:6;15:18;16:1
**ESQ (2)**
  4:7,15
**essentially (4)**
  8:2;9:22;10:18;
  13:14
**event (1)**
  13:22
**evidence (1)**
  10:9
**examination (2)**
  9:15,21
**exchanges (1)**
  15:1
**Exhibit (1)**
  16:10
**expect (1)**
  17:5
**explore (1)**
  14:8
**extent (1)**
  8:4
**extraterritorial (3)**
  9:11,14;16:2

### F

**facts (1)**
  7:8
**familiar (1)**
  7:8
**few (1)**
  12:18
**file (1)**
  7:22
**filed (6)**
  11:5,6,14;12:17;
  16:11,15
**fine (3)**
  16:17,20,21
**finish (1)**
  11:18
**first (2)**
  9:13;14:1
**Floor (1)**
  4:4
**follow (1)**
  10:3
**Foreign (9)**

4:20;7:2,7,9;9:2;
  10:1,9;13:17;14:5
**forgive (1)**
  9:23
**form (1)**
  12:1
**found (1)**
  15:20
**founders (3)**
  7:10,14;10:2
**framing (1)**
  12:25
**frankly (3)**
  8:23;13:9;17:2
**fund (1)**
  9:12
**funds (1)**
  9:11
**fund's (1)**
  9:15
**further (1)**
  10:9

### G

**general (1)**
  16:17
**giant (1)**
  11:21
**giving (1)**
  9:6
**Glenn (1)**
  15:18
**Good (5)**
  5:14,18,22,25;
  12:10
**granted (4)**
  7:13,14,16;11:6
**Green (1)**
  4:12
**grenades (1)**
  9:1
**guess (1)**
  14:6

### H

**Hamilton (1)**
  4:11
**happened (1)**
  10:11
**happening (1)**
  8:21
**happens (1)**
  11:25
**headline (3)**
  9:10;12:18;16:1
**hear (1)**
  16:2
**heard (1)**
  17:17
**hearing (3)**
  6:18;12:24;14:1

**hearings (1)**
  10:15
**hedge (1)**
  9:12
**help (1)**
  14:21
**helpful (1)**
  15:20
**Holland (2)**
  5:13,15
**Honor (21)**
  5:19;6:7,14;7:3,6,8,
  14,17,21;8:20;9:20;
  13:5,23;14:16,22;
  15:6,8;16:14;17:10,
  14,19
**Honor's (1)**
  12:21
**House (1)**
  4:11

### I

**important (2)**
  15:16;16:7
**incredibly (3)**
  8:21,22,24
**Indiscernible (2)**
  15:3;16:4
**Indonesia (1)**
  8:25
**information (2)**
  10:2;13:19
**initial (1)**
  10:15
**Interested (3)**
  4:2;6:4;10:23
**interim (1)**
  13:1
**interview (1)**
  8:19
**interviewing (2)**
  8:7,16
**involved (1)**
  14:24
**Islands (2)**
  9:14;14:17
**issuance (1)**
  12:4
**issue (6)**
  9:3;11:13;12:2,3;
  14:8;15:24
**issued (5)**
  7:20;9:25;10:14,24;
  12:23
**issues (2)**
  12:6;17:4

### J

**January (2)**
  7:21;12:23
**JN121008 (1)**

6:11
**joining (1)**
  5:4
**Judge (11)**
  6:12,22;11:2;14:11,
  12,13;15:4,7,18;16:1,
  18
**judges (2)**
  15:13,13
**jurisdiction (8)**
  8:3;10:19;11:13;
  12:2;13:6,8;16:18;
  17:6
**jurisdictions (3)**
  14:14,24;15:24
**JUSTICE (2)**
  4:9;14:13

### K

**keenly (1)**
  7:19
**kind (1)**
  12:15
**knew (1)**
  10:21
**Knight (2)**
  5:13,15
**Kyle (1)**
  7:10

### L

**laid (1)**
  17:13
**last (2)**
  13:2;17:16
**Latham (3)**
  5:5,7,11
**law (3)**
  9:24;10:25;15:23
**laws (1)**
  10:17
**learned (1)**
  16:9
**least (2)**
  15:16;17:3
**leave (1)**
  6:12
**legitimately (1)**
  13:19
**less (2)**
  14:24;15:24
**light (2)**
  11:20;17:2
**Limited (1)**
  5:3
**line (2)**
  6:23,24
**Liquidators (2)**
  9:11,13
**list (1)**
  16:18

**listen (1)**
  6:24
**litigate (1)**
  13:16
**litigating (1)**
  13:7
**LLP (1)**
  5:23
**lodging (1)**
  8:25
**logical (1)**
  12:11
**long (1)**
  10:4
**look (1)**
  15:5
**looking (1)**
  10:1
**Ltd (1)**
  4:20

### M

**magazines (1)**
  8:7
**makes (1)**
  12:10
**making (1)**
  6:20
**March (1)**
  9:23
**MARK (2)**
  4:15;5:25
**materials (1)**
  13:23
**matters (2)**
  15:15,21
**May (2)**
  9:9;10:12
**maybe (1)**
  10:17
**mean (2)**
  12:16;15:21
**meaningful (1)**
  9:1
**meaningfully (1)**
  10:4
**means (1)**
  11:10
**Meanwhile (1)**
  8:6
**media (1)**
  8:19
**meet (1)**
  7:23
**methods (1)**
  7:21
**minimum (1)**
  9:3
**missing (1)**
  14:20
**Mohebbi (32)**
  5:10,10;7:3,4,6;

IMO: THREE ARROWS CAPITAL, LTD AND CHRISTOPHER FARMER

March 2, 2023

8:11,15,18;9:9,17,20;
10:13;11:3,11,17,19;
12:20;13:4,22;14:3,7,
16,19;16:4,6,9,13,22,
24;17:7,10,19
**moment (2)**
8:21;9:6
**monitoring (1)**
17:15
**more (3)**
14:25;17:3,13
**most (2)**
12:2,11
**motion (7)**
7:7,13,15;8:5;9:25;
16:13,15
**much (5)**
8:3,4;15:24;17:11,
24
**multi-jurisdiction (1)**
15:15
**multi-jurisdictional (1)**
15:20
**Mute (1)**
6:23

## N

**nearly (1)**
8:8
**necessary (1)**
13:15
**need (1)**
13:19
**New (2)**
4:5,13
**next (3)**
11:24;12:7;17:2
**Nima (1)**
5:10
**nobody (1)**
10:21
**note (1)**
12:24
**noted (1)**
7:17
**number (2)**
5:3;6:12
**NY (2)**
4:5,13

## O

**objection (1)**
7:22
**observe (1)**
6:20
**observing (2)**
6:14,16
**obtained (2)**
9:11,19
**Obviously (4)**
7:6;9:4;10:1;11:7

**One (6)**
4:12;5:6,8;7:24;
10:15;14:20
**only (1)**
6:24
**opinion (4)**
10:15;11:8,20;
12:14
**opportunity (2)**
9:7,7
**order (19)**
7:17;8:2;9:4,11,14,
21,25;10:3,8,14,24;
11:21,22;12:22,22;
13:1;15:18;16:2,10
**ordering (1)**
13:1
**orders (2)**
8:5;9:18
**Orman (2)**
5:11;9:18
**ought (1)**
15:19
**out (1)**
14:21
**outset (1)**
12:20
**over (1)**
8:3

## P

**page (1)**
16:19
**papers (1)**
12:8
**Pardon (1)**
6:15
**part (2)**
7:14,16
**particularly (1)**
10:23
**parties (1)**
5:3
**Party (3)**
4:2;6:4,11
**Perfect (1)**
16:22
**perfectly (1)**
12:10
**perhaps (1)**
7:17
**personal (5)**
11:13;12:2;13:6,8;
17:5
**perspective (1)**
8:20
**phase (1)**
9:5
**picking (1)**
15:16
**place (2)**
12:11;15:18

**pleadings (2)**
11:5;12:22
**plenty (2)**
9:6,7
**PM (1)**
17:21
**point (2)**
13:4;17:6
**position (1)**
13:18
**possible (1)**
14:1
**power (1)**
9:3
**PRESENT (1)**
4:19
**press (1)**
10:6
**pressing (2)**
10:5;12:10
**pretty (2)**
8:3,4
**previously (1)**
15:13
**prior (2)**
11:20;17:2
**private (1)**
9:15
**proceedings (2)**
14:15;17:21
**process (1)**
8:23
**propose (1)**
14:9
**protocol (2)**
14:9;16:15
**protocols (4)**
14:2;15:13,22,22
**provision (1)**
10:17
**purporting (1)**
7:25
**put (1)**
9:25

## Q

**quite (1)**
9:5

## R

**raised (2)**
13:25;14:4
**read (1)**
16:1
**reads (1)**
9:10
**realize (1)**
17:12
**really (2)**
15:10,24
**recognize (1)**

14:23
**recollection (1)**
13:25
**record (3)**
5:7,9;7:12
**reference (1)**
16:19
**referring (1)**
9:21
**refresh (1)**
7:12
**refusing (1)**
9:1
**registered (2)**
10:18;12:13
**relating (2)**
14:15;16:8
**relief (5)**
11:6;12:1,9,11,12
**represent (1)**
7:25
**Representative (3)**
4:20;7:2;14:5
**representatives (2)**
7:9;9:2;13:17
**representative's (3)**
7:7;10:2,9
**representing (1)**
6:2
**requires (1)**
9:22
**resolved (3)**
11:12;12:3,3
**respond (1)**
7:22
**response (1)**
7:24
**right (17)**
5:2,3,4,12,16,21;
7:1;11:11;12:8;13:3,
5;14:7;15:2;16:25;
17:8,16,17
**Rockefeller (1)**
4:3
**role (1)**
17:13
**room (1)**
6:12
**Rule (4)**
9:3;11:15;13:10;
17:1
**RUSSELL (1)**
4:20

## S

**Same (2)**
15:8,19
**sanctions (1)**
11:22
**satisfactory (1)**
10:4
**satisfy (1)**

13:16
**saw (2)**
9:9;12:18
**saying (1)**
8:1
**second (1)**
11:7
**secure (2)**
7:9;10:10
**secured (1)**
9:13
**seek (1)**
10:2
**seeking (1)**
14:25
**sense (1)**
12:10
**serve (2)**
7:13,15
**served (8)**
7:20,21;8:4,5,9,11,
17;11:9
**service (2)**
7:15;11:8
**Seychelles (3)**
14:23;15:10,24
**shall (1)**
14:24
**shortly (1)**
12:24
**shot (1)**
15:17
**show (2)**
9:22;10:3
**showing (1)**
17:5
**Singapore (4)**
7:25;14:6,7,14
**single (3)**
16:18,18,19
**situation (1)**
17:15
**somebody (2)**
8:19;12:16
**somewhat (1)**
14:24
**Sorry (3)**
7:12;11:19;16:6
**sort (3)**
8:1;10:9;16:19
**sought (1)**
11:22
**speak (1)**
8:20
**SPEAKER (3)**
6:14,16,19
**specialty (1)**
9:24
**specific (1)**
14:25
**stage (2)**
11:22,24
**standpoint (1)**

IMO: THREE ARROWS CAPITAL, LTD AND CHRISTOPHER FARMER

March 2, 2023

8:23
**start (2)**
5:5;12:20
**starting (1)**
5:19
**States (5)**
4:10;6:1;12:15;
13:9,13
**step (5)**
11:21;12:7;13:2,2;
17:2
**steps (4)**
9:5;13:18,18,19
**stop (2)**
10:5;16:5
**STROHBEHN (6)**
4:7;5:22,22;6:3,6,
10
**strong (1)**
13:8
**stuff (1)**
17:1
**Su (1)**
7:10
**submission (2)**
11:16;16:17
**submit (7)**
10:19;12:22,23;
13:23,24;16:24,25
**subpoena (7)**
7:13,20;8:6,10,17;
12:4;13:11
**subpoenas (1)**
7:15
**suggesting (1)**
15:14
**Suite (1)**
4:12
**summoning (4)**
9:11,14;10:24;16:2
**support (1)**
11:6
**Sure (5)**
5:10;6:8;10:13;
11:3,17
**switched (1)**
14:12

**T**

**tee (1)**
12:2
**telling (1)**
12:17
**Teneo (1)**
4:20
**terms (1)**
13:11
**testify (2)**
9:22;10:25
**testing (1)**
15:10
**thinking (1)**

7:18
**thought (1)**
9:13
**Three (7)**
5:2;6:17;9:10,12;
14:15,24;16:8
**today (4)**
11:16;13:7;17:9,17
**told (2)**
14:11,13
**totally (1)**
12:25
**tremendous (1)**
13:12
**tried (1)**
13:20
**trouble (1)**
5:19
**truant (1)**
9:15
**true (1)**
10:22
**TRUSTEE (4)**
4:9,10;6:1;17:12
**try (1)**
10:10
**trying (2)**
10:6;15:14
**tweeting (1)**
8:8
**Twitter (1)**
9:1
**two (1)**
7:10

**U**

**under (3)**
9:3;10:25;11:15
**Understood (2)**
16:9;17:7
**unfortunate (1)**
15:25
**UNIDENTIFIED (3)**
6:14,16,19
**uniquely (1)**
7:8
**United (5)**
4:10;5:25;12:15;
13:9,13
**unless (1)**
13:24
**unmute (2)**
5:6,8
**unsurprising (1)**
7:18
**up (5)**
9:22;10:3;11:7;
12:2;15:5
**usually (1)**
17:12

**V**

**vague (1)**
13:25
**various (2)**
10:6,17
**Venable (3)**
5:21,23;6:2
**venue (1)**
10:19
**verbal (1)**
9:1
**via (1)**
7:21
**video (1)**
5:19
**view (1)**
11:12
**Virgin (1)**
9:14

**W**

**waiting (1)**
12:16
**Watkins (2)**
5:6,8
**way (1)**
11:1
**what's (2)**
8:21;16:7
**Whereupon (1)**
17:21
**wherever (1)**
8:25
**Who's (2)**
7:1;15:7
**wishful (1)**
7:18
**world (1)**
16:8
**worth (1)**
13:6
**written (2)**
10:15;11:1
**wrote (1)**
11:8

**X**

**XOCHITL (2)**
4:7;5:22

**Y**

**York (2)**
4:5,13

**Z**

**Zhu (3)**
7:10;10:25;13:9

**1**

**10004 (1)**
4:13
**10020 (1)**
4:5
**1270 (1)**
4:4
**14th (1)**
9:23
**15 (1)**
17:13
**18th (1)**
12:23

**2**

**2:20 (1)**
17:21
**2022 (1)**
7:13
**22-10920 (1)**
5:3
**24th (1)**
4:4
**29th (1)**
7:14

**4**

**45 (1)**
13:10

**5**

**5th (1)**
7:21

**6**

**6th (2)**
4:4;7:12

**7**

**7037 (1)**
9:3
**739 (1)**
4:12