UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Three Arrows Capital, Ltd,[1]<br><br>    Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-10920 (MG) |

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF EMILY R. ORMAN

UPON the motion of Emily R. Orman, to be admitted, *pro hac vice*, to Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives (the "Foreign Representatives") of Three Arrows Capital, Ltd (the "Debtor"), in the above-referenced case and upon the movant's certification that the movant is a member in good standing of the bar of the State of California and is admitted to practice in the U.S. Court of Appeals for the Fifth Circuit and U.S. Court of Appeals for the Ninth Circuit, it is hereby

ORDERED, that Emily R. Orman, is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Foreign Representatives, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June 2, 2023
       New York, New York

                                                   /s/Martin Glenn
                                      THE HONORABLE MARTIN GLENN
                                    CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.