Darren Azman
Stacy A. Lutkus
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
E-mail: dazman@mwe.com
E-mail: salutkus@mwe.com

*Counsel to the Plan Administrator of Voyager Digital Holdings, Inc., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| THREE ARROWS CAPITAL, LTD,[1] | ) | Case No. 22-10920 (MG) |
| | ) | |
| Debtor in Foreign Proceeding. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

**PLEASE TAKE NOTICE** that the undersigned appears as counsel on behalf of Paul R. Hage, in his capacity as the plan administrator (the "Plan Administrator") of Voyager Digital Holdings, Inc., *et al.*, established under the *Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*,[2] and hereby files this Notice of Appearance and Request for Notices (the "Notice") requesting that all notices given or required to be given and all papers served or required to be served by U.S. Mail and by e-mail in the above-captioned cases be given to and served upon:

Darren Azman
Stacy A. Lutkus
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY 10017-3852

---

[1] The last four digits of the Debtor's British Virgin Islands company registration are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

[2] Chapter 11 Case No. 22-10943 (MEW), ECF No. 1166-1.

Telephone: (212) 547-5400  
Facsimile: (212) 547-5444  
E-mail: dazman@mwe.com  
E-mail: salutkus@mwe.com

**PLEASE TAKE FURTHER NOTICE** that this Notice encompasses all notices, copies, and pleadings referred to in section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and in Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect the above cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any prior or later appearance shall be deemed or construed to be a waiver of any substantive or procedural rights of the Plan Administrator including, without limitation: (i) the right to have final orders in noncore matters only after de novo review by the United States District Court for the Southern District of New York (the "District Court"), (ii) the right to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs or recoupments to which the Plan Administrator is or may be entitled, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until the Plan Administrator expressly states otherwise, the Plan Administrator does not consent to the entry of final

2

orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

| | |
|---|---|
| Dated: New York, New York<br>June 6, 2023 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Darren Azman*<br>Darren Azman<br>Stacy A. Lutkus<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>E-mail: dazman@mwe.com<br>E-mail: salutkus@mwe.com<br><br>*Counsel to the Plan Administrator of Voyager Digital Holdings, Inc., et al.* |