# Exhibit C

**June 7, 2023 Email From Alex M. Englander To Kyle Livingstone Davies**

| | |
|---|---|
| **From:** | Englander, Alex M (WPB - X28339) <Alex.Englander@hklaw.com> |
| **Sent:** | Wednesday, June 7, 2023 3:43 PM |
| **To:** | christopher@advocatus.sg |
| **Cc:** | Gluck, Warren E (NYC - X73396); Mohebbi, Nima (LA) |
| **Subject:** | RE: Subpoena Against Mr. Kyle Davies - Three Arrows Capital Ltd. (In Liquidation) - Meet and Confer |

Dear Mr. Davies,

I represent the Joint Liquidators of Three Arrows Capital, Ltd. (in liquidation). On January 5, 2023, I served you with a subpoena for the production of documents. You have not responded to this subpoena. On March 30, 2023, the court issued an order granting the Joint Liquidators' Motion to Compel Compliance with Subpoena, which was duly served upon you. The deadline for you to respond pursuant to the court order (April 13, 2023) has since passed. As such, you are in violation of this court-ordered production of records.

Pursuant to the Court's Chamber Rules and Local Bankruptcy Rule 7007-1, I am writing to inquire whether you, or at your direction through your counsel, would be willing to meet or have a telephone conference to discuss this subpoena. If we do not hear from you by June 12, 2023, we will assume that you are declining the opportunity to meet and confer on this matter, and we will then file a motion for contempt and further sanctions.

Nothing in this email shall be construed as waiving any rights, powers, privileges, or remedies of the Joint Liquidators; all such rights, powers, privileges, and remedies are expressly reserved.

**Alex Englander | Holland & Knight**
Associate
Holland & Knight LLP
777 South Flagler Drive, Suite 1900, West Tower | West Palm Beach, Florida 33401
Phone 561.650.8339 | Fax 561.650.8399
alex.englander@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

From: Englander, Alex M (WPB - X28339)
Sent: Thursday, February 2, 2023 9:52 AM
To: christopher@advocatus.sg
Cc: Gluck, Warren E (NYC - X73396) <Warren.Gluck@hklaw.com>; nima.mohebbi@lw.com
Subject: RE: Subpoena Against Mr. Kyle Davies - Three Arrows Capital Ltd. (In Liquidation) - Meet and Confer

Dear Mr. Davies,

I represent the Joint Liquidators of Three Arrows Capital, Ltd. (in liquidation). On January 5, 2023, I served you with a subpoena for the production of documents. You have not responded to this subpoena, and the deadline to respond (January 26, 2023) has since passed. As such, you are in violation of this court-ordered production of records.

Pursuant to the Court's Chamber Rules and Local Bankruptcy Rule 7007-1, I am writing to inquire whether you, or at your direction through your counsel, would be willing to meet or have a telephone conference to discuss this subpoena. If we do not hear from you by February 6, 2023, we will assume that you are declining the opportunity to meet and confer on this matter, and we may pursue all remedies and rights available at law or in equity, including filing a Motion for an Order Compelling Compliance.

Nothing in this email shall be construed as waiving any rights, powers, privileges, or remedies of the Joint Liquidators; all such rights, powers, privileges, and remedies are expressly reserved.

**Alex Englander** | **Holland & Knight**
Associate
Holland & Knight LLP
777 South Flagler Drive, Suite 1900, West Tower | West Palm Beach, Florida 33401
Phone 561.650.8339 | Fax 561.650.8399
alex.englander@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Englander, Alex M (WPB - X28339)
**Sent:** Thursday, January 5, 2023 9:34 AM
**To:**
**Cc:** Gluck, Warren E (NYC - X73396) <Warren.Gluck@hklaw.com>; 'nima.mohebbi@lw.com' <nima.mohebbi@lw.com>
**Subject:** Subpoena Against Mr. Kyle Davies - Three Arrows Capital Ltd. (In Liquidation)

Dear Mr. Davies,

**RE: SUBPOENA AGAINST MR. KYLE DAVIES - THREE ARROWS CAPITAL, LTD. (IN LIQUIDATION)**

Please find attached by means of service a subpoena relating to Three Arrows Capital, Ltd. (In Liquidation).

Please confirm receipt of the same, and let us know when you will be complying with the production request noting the deadline of 26 January 2023.

You may contact the Joint Liquidators at 3acliquidation@teneo.com if you wish to communicate with them directly.

All of the Joint Liquidators' rights are reserved.

**Alex Englander** | **Holland & Knight**
Associate
Holland & Knight LLP
777 South Flagler Drive, Suite 1900, West Tower | West Palm Beach, Florida 33401
Phone 561.650.8339 | Fax 561.650.8399
alex.englander@hklaw.com | www.hklaw.com

Add to address book | View professional biography