## Exhibit A

**February 8, 2023 Email To Mr. Davies, Attaching The Motion To Compel**

| | |
|---|---|
| **From:** | Tarrant, Christopher (NY) |
| **Sent:** | Wednesday, February 8, 2023 9:19 AM |
| **To:** | Tarrant, Christopher (NY) |
| **Cc:** | Tarrant, Christopher (NY) |
| **Subject:** | In re: Three Arrows Capital, Ltd - Chapter 15 Case No. 22-10920 (MG) |
| **Attachments:** | ECF 81 - Motion to Compel.pdf; ECF 82 - Declaration Of Russell Crumpler .pdf; ECF 83 - Declaration Of Alex M. Englander .pdf; ECF 84 - Declaration Of Nima H. Mohebbi .pdf; ECF 85 - Motion to Seal.pdf; ECF 86 - Notice of Hearing.pdf; ECF 81 - Motion to Compel.pdf |

Good Morning:

In connection with the Chapter 15 case of *In re: Three Arrows Capital, Ltd*, Case No. 22-10920 (MG) (Bankr. S.D.N.Y.), attached please find a copy of the following pleadings filed last night, February 7, 2023:

1. *Foreign Representatives of Three Arrows Capital, Ltd.'s Motion for an Order Compelling Compliance with Subpoena* (ECF No. 81);

2. *Declaration Of Russell Crumpler In Support Of Foreign Representatives Of Three Arrows Capital, Ltd.'s Motion For An Order Compelling Compliance With Subpoena* (ECF No. 82);

3. *Declaration Of Alex M. Englander In Support Of Foreign Representatives Of Three Arrows Capital, Ltd.'s Motion For An Order Compelling Compliance With Subpoena* (ECF No. 83);

4. *Declaration Of Nima H. Mohebbi In Support Of Foreign Representatives Of Three Arrows Capital, Ltd.'s Motion For An Order Compelling Compliance With Subpoena* (ECF No. 84);

5. *Motion For Authorization To File Under Seal (I) The Declaration Of Alex M. Englander In Support Of The Foreign Representatives' Motion For An Order Compelling Compliance With Subpoena; And (II) The Declaration Of Russell Crumpler In Support Of The Foreign Representatives' Motion For An Order Compelling Compliance With Subpoena* (ECF No. 85); and

6. *Notice of Hearing On Foreign Representatives Of Three Arrows Capital, Ltd.'s Motion For An Order Compelling Compliance With Subpoena* (ECF No. 86).

Please note the hearing on the *Foreign Representatives of Three Arrows Capital, Ltd.'s Motion for an Order Compelling Compliance with Subpoena* has been scheduled for **March 2, 2023 at 2:00 p.m. (ET)**. The Objection Deadline is **February 23, 2023 at 4:00 p.m. (ET).**


**Christopher M. Tarrant**
Senior Bankruptcy Paralegal
*Pronouns: He/Him/His*

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Direct Dial: +1.332.240.1506
Email: christopher.tarrant@lw.com
https://www.lw.com