## Exhibit B

**February 14, 2023 Email Thread From Eileen Yeo**

| | |
|---|---|
| **From:** | Eileen Yeo <eileen@advocatus.sg> |
| **Sent:** | Tuesday, February 21, 2023 5:46 AM |
| **To:** | Ikeda, Tiffany (CC); Tarrant, Christopher (NY) |
| **Cc:** | Christopher Daniel; Harjean Kaur; Saadhvika Jayanth |
| **Subject:** | In re: Three Arrows Capital, Ltd - Chapter 15 Case No. 22-10920 (MG) |

Dear Sirs,

We refer to your e-mail dated 16 February 2023.

Our clients' position remains as stated in our e-mail to you of 14 February 2023. Please ensure that our clients' position is communicated to the US Courts.

All our clients' rights are reserved.

Warm Regards,

**Eileen Yeo**
**Partner**

**Advocatus Law LLP**
08-01 25 North Bridge
25 North Bridge Road
Singapore 179104

T  +65 6603 9200  |  D  +65 6603 9216  |  E  eileen@advocatus.sg
M  +65 9845 9908  |  F  +65 6603 9211   |  W  www.advocatus.sg

**Advocatus Law LLP** is registered in Singapore with limited liability under the Limited Liability Partnerships Act (Chapter 163A), with UEN T09LL1548H.



---

**From:** Tiffany.Ikeda@lw.com <Tiffany.Ikeda@lw.com>
**Sent:** Thursday, 16 February 2023 5:35 am
**To:** eileen@advocatus.sg
**Cc:** christopher@advocatus.sg; harjean@advocatus.sg; saadhvika@advocatus.sg; Christopher.Tarrant@lw.com
**Subject:** RE: In re: Three Arrows Capital, Ltd - Chapter 15 Case No. 22-10920 (MG)

Dear Ms. Yeo,

1

We write in response to your email dated February 14, 2023, 3:46 a.m. (U.S. Eastern Time) regarding the Foreign Representatives' Motion for an Order Compelling Compliance with Subpoena (the "Motion"), filed on February 7, 2023.  Your email states that "the US Courts have no jurisdiction" over Mr. Davies.  However, we remind you that the Court explicitly found that it retains jurisdiction over Mr. Davies on December 29, 2022.  The court also found that the "Foreign Representatives . . . show[ed] that Rule 45 supports issuance of a subpoena against Davies, and . . . that their proposed manner of alternative service [wa]s warranted here" due to Mr. Davies' refusal to cooperate with the Foreign Representatives.  See Memorandum Opinion and Order Granting in Part and Denying in Part the Foreign Representatives' Service Motion [Dkt. 79] at 12.

Accordingly, the subpoena at issue was served on Mr. Davies on January 5, 2023 via the methods explicitly authorized by court order.  Mr. Davies was obligated to respond by January 26, 2023.  He failed to do so.

As set forth in the Foreign Representatives' Notice of Hearing, which was also served on Mr. Davies and your law firm, a hearing on the Motion will be held on March 2, 2023 at 2:00 p.m. (U.S. Eastern Time) at One Bowling Green, New York, New York 10004 before the Honorable Martin Glenn, Chief United States Bankruptcy Judge for the Southern District of New York.  Any response or objection must be submitted by February 23, 2023 at 4:00 p.m. (U.S. Eastern Time).

Should Mr. Davies continue to fail to comply with or respond to the subpoena, the Foreign Representatives intend to pursue sanctions and other relief, including but not limited to, seeking fees and a contempt finding.

Regards,
Tiffany

**Tiffany M. Ikeda**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5416 | M: +1.213.507.4609

---

**From:** Eileen Yeo <eileen@advocatus.sg>
**Sent:** Tuesday, February 14, 2023 12:46 AM
**To:** Tarrant, Christopher (NY) <Christopher.Tarrant@lw.com>
**Cc:** Christopher Daniel <christopher@advocatus.sg>; Harjean Kaur <harjean@advocatus.sg>; Saadhvika Jayanth <saadhvika@advocatus.sg>
**Subject:** In re: Three Arrows Capital, Ltd - Chapter 15 Case No. 22-10920 (MG)

Dear Sirs,

1.   We refer to your e-mails (with attachments) dated 7 December 2022, and 8 February 2023.

2.   The Orders that you have obtained, and have applied for, against our clients, Mr Kyle Livingstone Davies, and Mr Zhu Su, in the US Courts are baseless.  Without prejudice to whether the substantive requirements for such Orders have been met, the US Courts have no jurisdiction over our clients.  They have no presence in the US, and are not US citizens, and to the extent that your clients, their other counsel, and you, have represented otherwise to the US Courts to attempt to found jurisdiction, each of you have misled the US Courts.  You should immediately inform the US Courts, and have the Orders already obtained discharged, and withdraw the present application.

3.   All our clients' rights are reserved.

Warm Regards,

**Eileen Yeo
Partner**

**Advocatus Law LLP**

08-01 25 North Bridge
25 North Bridge Road
Singapore 179104

T  +65 6603 9200  |  D  +65 6603 9216  |  E  eileen@advocatus.sg
M  +65 9845 9908  |  F  +65 6603 9211  |  W  www.advocatus.sg

**Advocatus Law LLP** is registered in Singapore with limited liability under the Limited Liability Partnerships Act (Chapter 163A), with UEN T09LL1548H.



**From:** Christopher.Tarrant@lw.com <Christopher.Tarrant@lw.com>
**Sent:** Wednesday, 8 February 2023 10:19 pm
**To:** Christopher.Tarrant@lw.com
**Cc:** Christopher.Tarrant@lw.com
**Subject:** In re: Three Arrows Capital, Ltd - Chapter 15 Case No. 22-10920 (MG)

Good Morning:

In connection with the Chapter 15 case of *In re: Three Arrows Capital, Ltd*, Case No. 22-10920 (MG) (Bankr. S.D.N.Y.), attached please find a copy of the following pleadings filed last night, February 7, 2023:

1. *Foreign Representatives of Three Arrows Capital, Ltd.'s Motion for an Order Compelling Compliance with Subpoena* (ECF No. 81);
2. *Declaration Of Russell Crumpler In Support Of Foreign Representatives Of Three Arrows Capital, Ltd.'s Motion For An Order Compelling Compliance With Subpoena* (ECF No. 82);
3. *Declaration Of Alex M. Englander In Support Of Foreign Representatives Of Three Arrows Capital, Ltd.'s Motion For An Order Compelling Compliance With Subpoena* (ECF No. 83);
4. *Declaration Of Nima H. Mohebbi In Support Of Foreign Representatives Of Three Arrows Capital, Ltd.'s Motion For An Order Compelling Compliance With Subpoena* (ECF No. 84);
5. *Motion For Authorization To File Under Seal (I) The Declaration Of Alex M. Englander In Support Of The Foreign Representatives' Motion For An Order Compelling Compliance With Subpoena; And (II) The Declaration Of Russell Crumpler In Support Of The Foreign Representatives' Motion For An Order Compelling Compliance With Subpoena* (ECF No. 85); and
6. *Notice of Hearing On Foreign Representatives Of Three Arrows Capital, Ltd.'s Motion For An Order Compelling Compliance With Subpoena* (ECF No. 86).

Please note the hearing on the *Foreign Representatives of Three Arrows Capital, Ltd.'s Motion for an Order Compelling Compliance with Subpoena* has been scheduled for **March 2, 2023 at 2:00 p.m. (ET)**. The Objection Deadline is **February 23, 2023 at 4:00 p.m. (ET).**


**Christopher M. Tarrant**
Senior Bankruptcy Paralegal
*Pronouns: He/Him/His*

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Direct Dial: +1.332.240.1506
Email: christopher.tarrant@lw.com
https://www.lw.com


_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.