# Exhibit C

## March 29, 2023 Email To Mr. Davies, Attaching The Motion To Compel Opinion

| | |
|---|---|
| **From:** | Tarrant, Christopher (NY) |
| **To:** | Tarrant, Christopher (NY) |
| **Cc:** | Tarrant, Christopher (NY) |
| **Bcc:** | "allyson.smith@kirkland.com"; "Andy.Velez-Rivera@usdoj.gov"; "christopher@advocatus.sg"; "cmarcus@kirkland.com"; "GootE@SEC.gov"; "harjean@advocatus.sg"; "Jeffrey.Saferstein@weil.com"; "jsussberg@kirkland.com"; "landsmanr@SEC.gov"; "nicholyeo@solitairellp.com"; "Ronit.Berkovich@weil.com"; "ross.kwasteniet@kirkland.com"; ; "Tara.Tiantian@usdoj.gov"; "mark.forte@conyersdill.com"; "marie.stewart@conyers.com"; "andrew.emery@emerycooke.com"; "mgoodman@campbellslegal.com"; "cmcneil@sterlington.net"; "warren.gluck@hklaw.com"; "furqaan.siddiqui@weil.com"; "curran@braunhagey.com"; "Stuart.Cullen@dentons.com"; "Scott.Mullings@dentons.com"; "mo.zhou@matrixport.com"; Orman, Emily (LA); Tarrant, Christopher (NY) |
| **Subject:** | In re: Three Arrows Capital, Ltd - Chapter 15 Case No. 22-10920 (MG) |
| **Date:** | Wednesday, March 29, 2023 3:29:59 PM |
| **Attachments:** | ECF 93 Memorandum.pdf |

Good Afternoon:

In connection with the Chapter 15 case of *In re: Three Arrows Capital, Ltd*, Case No. 22-10920 (MG) (Bankr. S.D.N.Y.), attached please find a copy of the following order;

1.  *Memorandum Opinion, Signed on 3/22/2023, Granting the Foreign Representatives' Motion to Compel* (ECF No. 93).

Sincerely,

**Christopher M. Tarrant**
Senior Bankruptcy Paralegal
*Pronouns: He/Him/His*

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Direct Dial: +1.332.240.1506
Email: christopher.tarrant@lw.com
https://www.lw.com