## Exhibit D

**January 5, 2023 Tweet From @3ACLiq To @KyleLDavies,
Attaching A Copy Of The Subpoena**

