## Exhibit E

**February 8, 2023 Tweet From @3ACLiq To @KyleLDavies,
Attaching A Copy Of The Motion To Compel**



### Tweet

**3ACLiquidation** ✓
@3ACLiq

@KyleLDavies  JPG copies of the Foreign Representatives' Motion For An Order Compelling Compliance With Subpoena and supporting materials are attached to this tweet by way of service.  Unredacted copies of the materials were served via email and can be provide upon request.



3:00 PM · Feb 8, 2023 · **457** Views

**2** Retweets  **2** Likes