## <u>Exhibit F</u>

**March 29, 2023 Tweet From @3ACLiq To @KyleLDavies,
Attaching A Copy Of The Motion To Compel Opinion**

← **Thread**

**3ACLiquidation** ✔
@3ACLiq

.@KyleLDavies JPG copies of Chief Judge Martin Glenn's March 22, 2023 Opinion granting the Foreign Representatives' Motion For An Order Compelling Compliance With Subpoena are attached to this tweet by way of service.  A copy of the Opinion has also been served on you by email.

 

12:43 PM · Mar 29, 2023 · **258.8K** Views

**4** Retweets   **6** Quotes   **78** Likes   **11** Bookmarks