**<u>Exhibit G</u>**

**March 30, 2023 2023 Tweet From @3ACLiq To @KyleLDavies,
Attaching A Copy Of The Motion To Compel Order**

Tweet

**3ACLiquidation** ✓
@3ACLiq

.@KyleLDavies JPG copies of Chief Judge Martin Glenn's signed Order, issued March 30, 2023, compelling full compliance with the Foreign Representatives' Subpoena by April 13, 2023 are attached to this tweet by way of service.  A copy of the Order has been served on you by email.



3:59 PM · Mar 30, 2023 · **3,023** Views

**2** Retweets    **2** Quotes    **12** Likes    **2** Bookmarks

Home
Explore
Notifications
Messages
Lists
Bookmarks
Verified
Profile
More

Tweet