# **Exhibit H**

**April 6, 2023 Tweet From @KyleLDavies**

