## Exhibit I

**April 6, 2023 Reply Tweet to @3ACLiq**



**3ACLiquidation** ✓  @3ACLiq · Mar 29

.@KyleLDavies JPG copies of Chief Judge Martin Glenn's March 22, 2023 Opinion granting the Foreign Representatives' Motion For An Order Compelling Compliance With Subpoena are attached to this tweet by way of service.  A copy of the Opinion has also been served on you by email.



💬 4    🔁 10    ♡ 78    📊 258.8K    ⬆

This Tweet is from a suspended account. Learn more



**MechaKong** ✓
@Mecha_Kong

Court held that Davies is required and ordered to respond to a subpoena from 3AC liquidators, notwithstanding Davies is outside the US

Court held service on Davies via Twitter is sufficient bc Davies clearly is active on Twitter and aware of subject subpoena

Davies has one last chance to respond otherwise he will likely be sanctioned by the court, aka big trouble

11:54 PM · Apr 6, 2023 · **1,835** Views