## Exhibit J

**April 7, 2023 Retweet From @KyleLDavies**

