# **Exhibit K**

**April 14, 2023 Retweet From @KyleLDavies**

