## **Exhibit M**

**April 21, 2023 Tweet From @3ACLiq To @KyleLDavies,
Attaching The March 22, 2023 BVI Court Order**

| | |
|---|---|
| Home | ← **Thread** |
| Explore | **3ACLiquidation** @3ACLiq |
| Notifications | .@KyleLDavies TAKE NOTICE, having failed to comply with paragraph 1 of the Order below, you are required to attend the adjourned examination before the BVI Court (via Zoom) at 10:00 am on 27 April 2023. For the Zoom hearing login details, please contact us or the BVI Court office directly. |



4:38 PM · Apr 21, 2023 · **1,073** Views

4 Retweets   2 Quotes   12 Likes