**Hearing Date: August 8, 2023 at 11:00 a.m. (ET)**
**Objection Deadline: August 1, 2023 by 4:00 p.m. (ET)**

Christopher Harris
Adam J. Goldberg
Brett M. Neve
Nacif Taousse
Brian S. Rosen
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  christopher.harris@lw.com
        adam.goldberg@lw.com
        brett.neve@lw.com
        nacif.taousse@lw.com
        brian.rosen@lw.com

Nima H. Mohebbi (admitted *pro hac vice*)
Tiffany M. Ikeda (admitted *pro hac vice*)
Emily R. Orman (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:  nima.mohebbi@lw.com
        tiffany.ikeda@lw.com
        emily.orman@lw.com

*Counsel to the Foreign Representatives*
*of Three Arrows Capital, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>Three Arrows Capital, Ltd.,<br>　　　　Debtor in a Foreign Proceeding | Chapter 15<br><br>Case No. 22-10920 (MG) |

**NOTICE OF HEARING ON FOREIGN REPRESENTATIVES OF THREE ARROWS**
**CAPITAL, LTD.'S MOTION FOR AN ORDER (I) HOLDING KYLE LIVINGSTONE**
**DAVIES TO BE IN CIVIL CONTEMPT FOR FAILURE TO COMPLY WITH MARCH**
**30, 2023 COURT ORDER; AND (II) GRANTING SANCTIONS AGAINST KYLE**
**LIVINGSTONE DAVIES**

**PLEASE TAKE NOTICE** that a hearing on the *Foreign Representatives of Three Arrows*

*Capital, Ltd.'s Motion for an Order (I) Holding Kyle Livingstone Davies to Be in Civil Contempt*

*for Failure to Comply with March 30, 2023 Court Order; and (II) Granting Sanctions Against*

*Kyle Livingstone Davies* (the "Motion") will be held on **August 8, 2023 at 11:00 a.m., (prevailing**

**Eastern Time)** (the "Hearing") before the Honorable Martin Glenn, Chief United States

Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New

York 10004.

PLEASE TAKE FURTHER NOTICE, in accordance with General Order M-543, dated

March 20, 2020 (Morris, C.J.), a copy of which may be viewed on the Court's website at

http://www.nysb.uscourts.gov/sites/default/files/m543.pdf, the Hearing will be conducted by

telephonic means through Zoom for Government® videoconference.  Parties wishing to participate

in the Hearing are required to register their eCourtAppearance by 4:00 p.m. (prevailing Eastern

Time) the day before the Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

PLEASE TAKE FURTHER NOTICE that copies of the Motion and all documents filed

in the chapter 15 case are available to parties in interest on the Court's Electronic Case Filing

System, which can be accessed from (a) the Court's website at http://www.nysb.uscourts.gov (a

PACER login and password are required to retrieve a document), or (b) upon written request to

the Foreign Representatives' counsel (including by facsimile or e-mail) addressed to:

Adam J. Goldberg
Christopher Harris
Brett M. Neve
Nacif Taousse
Brian S. Rosen
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: adam.goldberg@lw.com
    christopher.harris@lw.com
    brett.neve@lw.com
    nacif.taousse@lw.com
    brian.rosen@lw.com

2

Nima H. Mohebbi (admitted *pro hac vice*)
Tiffany M. Ikeda (admitted *pro hac vice*)
Emily R. Orman (admitted *pro hac vice*)
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: nima.mohebbi@lw.com
         tiffany.ikeda@lw.com
         emily.orman@lw.com

A copy of select pleadings filed in the chapter 15 case are available for review, free-of-charge, on the website maintained by the Foreign Representatives: https://3acliquidation.com/.

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response or objection to the relief requested by the Motion is permitted to do so prior to **August 1, 2023 by 4:00 p.m.** (prevailing Eastern Time).  Any written responses or objections to the relief requested by the Motion shall be in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, and shall set forth the basis for such response or objection with specificity and the nature and extent of the respondent's claims against the Debtor.  Any such written responses or objections shall be filed electronically with the Court by registered users of the Court's electronic case filing system in accordance with General Order M-399 and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means (copies of each of which may be viewed on the Court's website at http://www.nysb.uscourts.gov) and by all other parties in interest, on a compact disc in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format, which disc shall be sent to the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004-1408.  A hard copy of any written

response or objection shall be sent to the Chambers of the Honorable Martin Glenn, Chief United

States Bankruptcy Judge, One Bowling Green, New York, New York 10004-1408 and served upon

counsel for the Foreign Representatives, Latham & Watkins LLP, 1271 Avenue of the Americas,

New York, New York 10020 (Attn.: Adam J. Goldberg, Christopher Harris, Brett M. Neve, Nacif

Taousse, and Brian S. Rosen), and Latham & Watkins LLP, 355 South Grand Avenue, Suite 100,

Los Angeles, CA 90071 (Attn.: Nima H. Mohebbi, Tiffany M. Ikeda, and Emily R. Orman).

**PLEASE TAKE FURTHER NOTICE** that all parties in interest opposed to the relief

requested by the Motion must appear at the Hearing at the time and place set forth above.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to

time without further notice other than an announcement in open court, or a notice of adjournment

filed with the Court, of the adjourned date or dates at the hearing or any other further adjourned

hearing.

[*Remainder of Page Intentionally Left Blank*]

Dated: June 14, 2023
      Los Angeles, California

Respectfully submitted,

*/s/ Nima H. Mohebbi*
Nima H. Mohebbi (admitted *pro hac vice*)
Tiffany M. Ikeda (admitted *pro hac vice*)
Emily R. Orman (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:  nima.mohebbi@lw.com
      tiffany.ikeda@lw.com
      emily.orman@lw.com

– and –

Adam J. Goldberg
Christopher Harris
Brett M. Neve
Nacif Taousse
Brian S. Rosen
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  adam.goldberg@lw.com
      christopher.harris@lw.com
      brett.neve@lw.com
      nacif.taousse@lw.com
      brian.rosen@lw.com