

NC0N5W004F

# NOTARIAL CERTIFICATE

TO ALL TO WHOM these presents shall come

I, CHEW KIAT JINN, NOTARY PUBLIC duly admitted, authorised to practise in the Republic of Singapore, DO HEREBY CERTIFY

AND ATTEST THAT **KYLE LIVINGSTON DAVIES**, whose identity I have verified, personally appeared before me on Saturday, the 29th day of July, 2023; and duly signed in my presence, the document attached hereto entitled "**STATUTORY DECLARATION**", and that the signature subscribed thereto is in the own, true and proper handwriting of the said **KYLE LIVINGSTON DAVIES**.

IN FAITH AND TESTIMONY whereof I the said notary have subscribed my name and set and affixed my seal of office at Singapore, this 29th day of July 2023.



**NOTARY PUBLIC**
**SINGAPORE**




**By virtue of Rule 8(3)(c) of the Notaries Public Rules, a Notarial Certificate must be authenticated by the Singapore Academy of Law in order to be valid.**

**With effect from 16 September 2021, a Notarial Certificate shall be deemed to be validly authenticated by the affixing of an Apostille to the back of the Notarial Certificate.**

# APOSTILLE

(Convention de La Haye du 5 Octobre 1961)

This **Apostille** only certifies the authenticity of the signature, seal or stamp and the capacity of the person who has signed the attached Singapore public document, and, where appropriate, the identity of the seal or stamp. It does not certify the authenticity of the underlying document.

If this document is to be used in a country not party to the Hague Convention of the 5th of October 1961, it should be presented to the consular section of the mission representing that country.

To verify this **Apostille**, go to https://legalisation.sal.sg or scan QR code:



**Verification code: 75721124**

| 1. **Country:** | Singapore |
|---|---|
| **This public document** | |
| 2. **Has been signed by:** | CHEW KIAT JINN |
| 3. **Acting in the capacity of:** | Notary Public |
| 4. **Bears the seal/stamp of:** | Notary Public |
| **Certified** | |
| 5. **At:** | Singapore Academy of Law |
| 6. **The:** | 31st July 2023 |
| 7. **By:** | Melissa Goh, Director, Trust Services, SAL |
| 8. **No.:** | AC0N5W07GE |
| 9. **Seal/Stamp:** | 10. **Signature:** Melissa |



# STATUTORY DECLARATION

I, **KYLE LIVINGSTON DAVIES**, entrepreneur, do solemnly and sincerely declare as follows:

1. I stopped residing in the United States, and have been residing in Singapore since sometime in April or May 2013.

2. In 2015, I applied to be a permanent resident of Singapore. My application was rejected.

3. I married a Singaporean on or around 7 July 2017, and we have been married since. Soon after my marriage, in 2017, I successfully applied to be a permanent resident of Singapore. My two children, who are also Singaporeans, were born in 2018 and 2020, respectively. As I had been residing in Singapore for a substantial period, and I had settled down with my family in Singapore, in 2020, after my 2nd child was born, I decided to apply to become a Singapore citizen.

4. As Singapore does not permit dual citizenship, in order to become a Singapore citizen, I had to renounce my United States nationality. On 15 December 2020, I renounced my United States nationality. Annexed and collectively marked "**KD-1**" are true and correct copies of (1) my Oath/Affirmation of Renunciation of Nationality of United States dated 15 December 2020( "**Oath**"), (2) a photograph of the Oath, with the official seal clearly visible, (3) my Statement of Understanding Concerning

the Consequences and Ramifications of Renunciation or Relinquishment of U.S. Nationality dated 15 December 2020 (“**Statement**”), which encloses my separate written explanation of my reasons for renouncing my United States nationality (“**Written Explanation**”), (4) a photograph of the Statement, with the official seal clearly visible, (5) the Certificate of Loss of Nationality of the United States issued to me, dated 15 December 2020 (“**Certificate**”), and (6) a photograph of page 1 of the Certificate, with the official seal clearly visible. In my Written Explanation, there is a reference to a “*letter from the Immigrations & Checkpoints Authority of Singapore requesting the renunciation of my US citizenship in order to complete my registration for Singapore citizenship*”. I have searched, and have not been able to locate the letter. I believe I have misplaced the letter, given that some time has passed since I submitted those documents.

5. On 6 January 2021, I was issued a passport by Singapore, and became a Singaporean citizen. To be clear, I have not had United States citizenship, and have not had United States residency, at any point since that time. Annexed and marked “**KD-2**” is a true and correct copy of my passport, with my identification numbers redacted.

6. For the avoidance of doubt, I am not subjecting myself to, or accepting the jurisdiction of, the Courts in the United States.

7. And I make this solemn declaration by virtue of the provisions of the ***Oaths and Declarations Act 2000***, and subject to the penalties provided by that Act for the making of false statements in statutory declarations, conscientiously believing the statements contained in this declaration to be true in every particular.

Declared in Singapore on this 29th day of July 2023.

Mr Kyle Livingston Davies

Before me,

***A Notary Public***

NOTARY PUBLIC
Chew Kiat Jinn
NP2023/0030
1 Apr 2023 – 31 Mar 2024
SINGAPORE

THIS IS THE EXHIBIT MARKED "**KD-1**"

REFERRED TO IN THE STATUTORY DECLARATION OF

**KYLE LIVINGSTON DAVIES**

AND AFFIRMED ON

THE 29TH DAY OF JULY 2023

BEFORE ME,

***A NOTARY PUBLIC***

NOTARY PUBLIC
Chew Kiat Jinn
NP2023/0030
1 Apr 2023 - 31 Mar 2024
SINGAPORE



U. S. Department of State

BUREAU OF CONSULAR AFFAIRS

# OATH/AFFIRMATION OF RENUNCIATION OF NATIONALITY OF UNITED STATES

U.S. Embassy at
(Embassy/Consulate)
Singapore ss:
(Country)

I, Kyle Livingston Davies, a national of the United States,
Name *(Print Full Name)*

solemnly swear/affirm that I was born at Hartford,
*(City or Town)*

Hartford, Connecticut, on 05-14-1987
*(Province or County)* *(State or Country)* Date *(mm-dd-yyyy)*

That I formerly resided in the United States at:

845 California St. Apt 406
*(Street Address)*

San Francisco, CA 94108
*(City, State and ZIP Code)*

That I am a national of the United States by virtue of:

[X] Birth in United States or Abroad to U.S. Parent(s)

[ ] Naturalization Date of Naturalization ______
Date *(mm-dd-yyyy)*

*(If naturalized, give the name and place of the court in the United States before which naturalization was granted.)*

______
*(Name of Court)*

______
*(Street Address)*

______
*(City, State and ZIP Code)*

*I desire and hereby make a formal renunciation of my U.S. nationality, as provided by section 349(a)(5) of the Immigration and Nationality Act of 1952, as amended, and pursuant thereto, I hereby absolutely and entirely renounce my United States nationality together with all rights and privileges and all duties and allegiance and fidelity thereunto pertaining. I make this renunciation intentionally, voluntarily, and of my own free will, free of any duress or undue influence.*

______,
*(Signature)*

Subscribed and sworn/affirmed to before me this 15th day of December, 2020

at the U.S. Embassy Singapore
*(Embassy/Consulate)* *(Place)*

______
*(Signature of Officer)*

**SEAL**

Michelle F. Segal
*(Typed Name of Officer)*

Vice Consul
U.S. Embassy Singapore
*(Title of Officer)*

*Note:* A renunciation of United States nationality/citizenship is effective only upon approval by the U.S. Department of State but, when approved, the loss of nationality/citizenship occurs as of the date the above Oath/Affirmation was taken.

DS-4080
05-2017

U. S. Department of State

BUREAU OF CONSULAR AFFAIRS



# OATH/AFFIRMATION OF RENUNCIATION OF NATIONALITY OF UNITED STATES

U.S. Embassy at
(Embassy/Consulate)

Singapore ss:
(Country)

I, Kyle Livingston Davies, a national of the United States,
Name (Print Full Name)

solemnly swear/affirm that I was born at Hartford,
(City or Town)

Hartford, Connecticut, on 05-14-1987
(Province or County) (State or Country) Date (mm-dd-yyyy)

That I formerly resided in the United States at:

845 California St. Apt 406
(Street Address)

San Francisco, CA 94108
(City, State and ZIP Code)

That I am a national of the United States by virtue of:

- [X] Birth in United States or Abroad to U.S. Parent(s)
- [ ] Naturalization Date of Naturalization ______
  Date (mm-dd-yyyy)

*(If naturalized, give the name and place of the court in the United States before which naturalization was granted.)*

______
*(Name of Court)*

______
*(Street Address)*

______
*(City, State and ZIP Code)*

*I desire and hereby make a formal renunciation of my U.S. nationality, as provided by section 349(a)(5) of the Immigration and Nationality Act of 1952, as amended, and pursuant thereto, I hereby absolutely and entirely renounce my United States nationality together with all rights and privileges and all duties and allegiance and fidelity thereunto pertaining. I make this renunciation intentionally, voluntarily, and of my own free will, free of any duress or undue influence.*

______,
*(Signature)*

Subscribed and sworn/affirmed to before me this 15th day of December, 2020

at the U.S. Embassy Singapore
*(Embassy/Consulate)* *(Place)*

______
*(Signature of Officer)*

SEAL

Michelle F. Segal
*(Typed Name of Officer)*

Vice Consul
U.S. Embassy Singapore
*(Title of Officer)*

*Note:* A renunciation of United States nationality/citizenship is effective only upon approval by the U.S. Department of State but, when approved, the loss of nationality/citizenship occurs as of the date the above Oath/Affirmation was taken.

DS-4080
05-2017



U. S. Department of State

Bureau of Consular Affairs

# STATEMENT OF UNDERSTANDING CONCERNING THE CONSEQUENCES AND RAMIFICATIONS OF RENUNCIATION OR RELINQUISHMENT OF U.S. NATIONALITY

I, Kyle Livingston Davies, understand that:

1. I have the right to renounce/~~relinquish~~ my United States nationality.
2. I have the intention of relinquishing my United States nationality.
3. I am exercising my right of renunciation/~~relinquishment~~ freely and voluntarily without force, compulsion or undue influence placed upon me by any person.
4. Upon renouncing/~~relinquishing~~ my U.S. nationality, I will become an alien with respect to the United States, subject to all laws and procedures of the United States regarding entry and control of aliens.
5. If I do not possess the ~~nationality~~/citizenship of any country other than the United States, upon my renunciation/~~relinquishment~~ I will become a stateless person and may face extreme difficulties traveling internationally and entering most countries and maintaining a place to reside.
6. If I am found to be deportable by a foreign country, my renunciation/~~relinquishment~~ may not prevent my involuntary return to the United States.
7. My renunciation/~~relinquishment~~ may not affect my military or selective service status, if any. I understand that any problems in this area must be resolved with the appropriate agencies.
8. My renunciation/~~relinquishment~~ may not affect my liability, if any, to prosecution for any crimes which I may have committed or may commit in the future which violate United States law.
9. My renunciation/~~relinquishment~~ may not affect my liability for extradition to the United States.
10. My renunciation/~~relinquishment~~ may not exempt me from United States income taxation. With regard to United States taxation consequences, I understand that I must contact the United States Internal Revenue Service. Further, I understand that if my renunciation of United States nationality is determined by the United States Attorney General to be motivated by tax avoidance purposes, I will be found excludable from the United States under Immigration and Nationality Act, as amended.
11. Upon renouncing/~~relinquishing~~ my U.S. nationality, I will no longer be able to transmit U.S. nationality to my children born subsequent to this act.
12. The extremely serious and irrevocable nature of the act of renunciation/~~relinquishment~~ has been explained to me by the *(Vice)* consul Michelle F. Segal at the American Embassy/~~Consulate General~~ at Singapore. I fully understand its consequences.

I: [X] do [ ] do not choose to make a separate written explanation of my reasons for renouncing/~~relinquishing~~ my United States nationality. I: [X] swear [ ] affirm that I have: [X] read [ ] had read to me this statement in the English language and fully understand its contents.

Name *(Typed)* Kyle Livingston Davies

Signature [signature]

## CONSULAR OFFICER'S ATTESTATION

Kyle Livingston Davies appeared personally and: [X] read [ ] had read to him/her this statement after my explanation of its meaning and the consequences of renunciation/~~relinquishment~~ of United States nationality and signed this statement: [X] under oath [ ] by affirmation before me this 15th *(Day)* day of December *(Month)*, 2020 *(Year)*

**SEAL**

~~Consul of the United States of America~~

Michelle F. Segal
Vice Consul
U.S. Embassy Singapore

Renunciation of US Citizenship

Dear Sir/Mdm,

I have lived in Singapore for the past eight years, and have settled comfortably into life in Singapore. As I have decided to continue living in Singapore for the long term, I have applied and gotten approval for Singapore citizenship. It is unfortunate that Singapore does not allow dual citizenships, thus requiring me to renounce my US citizenship. I will continue visiting my friends and family in the US, while being based in Singapore.

I have attached the letter from the Immigrations & Checkpoints Authority of Singapore requesting the renunciation of my US citizenship in order to complete my registration for Singapore citizenship.

Thank you.

Best regards,
Kyle Davies

U. S. Department of State

Bureau of Consular Affairs

# STATEMENT OF UNDERSTANDING CONCERNING THE CONSEQUENCES AND RAMIFICATIONS OF RENUNCIATION OR RELINQUISHMENT OF U.S. NATIONALITY

I, Kyle Livingston Davies, understand that:

1. I have the right to renounce/~~relinquish~~ my United States nationality.
2. I have the intention of relinquishing my United States nationality.
3. I am exercising my right of renunciation/~~relinquishment~~ freely and voluntarily without force, compulsion or undue influence placed upon me by any person.
4. Upon renouncing/~~relinquishing~~ my U.S. nationality, I will become an alien with respect to the United States, subject to all laws and procedures of the United States regarding entry and control of aliens.
5. If I do not possess the ~~nationality~~/citizenship of any country other than the United States, upon my renunciation/~~relinquishment~~ I will become a stateless person and may face extreme difficulties traveling internationally and entering most countries and maintaining a place to reside.
6. If I am found to be deportable by a foreign country, my renunciation/~~relinquishment~~ may not prevent my involuntary return to the United States.
7. My renunciation/~~relinquishment~~ may not affect my military or selective service status, if any. I understand that any problems in this area must be resolved with the appropriate agencies.
8. My renunciation/~~relinquishment~~ may not affect my liability, if any, to prosecution for any crimes which I may have committed or may commit in the future which violate United States law.
9. My renunciation/~~relinquishment~~ may not affect my liability for extradition to the United States.
10. My renunciation/~~relinquishment~~ may not exempt me from United States income taxation. With regard to United States taxation consequences, I understand that I must contact the United States Internal Revenue Service. Further, I understand that if my renunciation of United States nationality is determined by the United States Attorney General to be motivated by tax avoidance purposes, I will be found excludable from the United States under Immigration and Nationality Act, as amended.
11. Upon renouncing/~~relinquishing~~ my U.S. nationality, I will no longer be able to transmit U.S. nationality to my children born subsequent to this act.
12. The extremely serious and irrevocable nature of the act of renunciation/~~relinquishment~~ has been explained to me by the *(Vice)* consul Michelle F. Segal at the American Embassy/~~Consulate General~~ at Singapore. I fully understand its consequences.

I: [X] do [ ] do not choose to make a separate written explanation of my reasons for renouncing/~~relinquishing~~ my United States nationality. I: [X] swear [ ] affirm that I have: [X] read [ ] had read to me this statement in the English language and fully understand its contents.

Name *(Typed)* Kyle Livingston Davies

Signature [signature]

## CONSULAR OFFICER'S ATTESTATION

Kyle Livingston Davies appeared personally and: [X] read [ ] had read to him/her this statement after my explanation of its meaning and the consequences of renunciation/~~relinquishment~~ of United States nationality and signed this statement: [X] under oath [ ] by affirmation before me this 15th (Day) day of December (Month), 2020 (Year)

SEAL

CONSULAR SERVICE OF THE UNITED STATES OF AMERICA SINGAPORE

~~Consul of the United States of America~~

Michelle F. Segal
Vice Consul
U.S. Embassy Singapore

12



U.S. Department of State

BUREAU OF CONSULAR AFFAIRS

# CERTIFICATE OF LOSS OF NATIONALITY OF THE UNITED STATES

This form is prescribed by the Secretary of State pursuant to Section 501 of the Act of October 14, 1940 (54 Stat. 1171) and Section 358 of the Act of June 27, 1952 (66 Stat. 272).

DEPARTMENT USE ONLY

CERTIFICATE OF LOSS APPROVED 13 JAN 2021 (Date)

Overseas Citizens Services
DEPARTMENT OF STATE
By CA/OCS/ACS/EAP

Embassy of the United States of America

at Singapore, Republic of Singapore ss:

I, Michelle F. Segal, (Name)

hereby certify that, to the best of my knowledge and belief, Kyle Livingston Davies (Name)

was born at Hartford (Town or City), Hartford (Province or County), Connecticut (State or Country), on 05-14-1987 (Date (mm-dd-yyyy)).

That: he resided in the United States (*Dates**): Birth - November 2009 and June 2012 - May 2013;

That: he resides at 104 Emerald Hill Road Singapore 229380;

That: he acquired the nationality of the United States by virtue of his birth in the United States;

That: he will acquire the nationality of Singapore by virtue of him having applied and received approval for Singapore citizenship pending his renunciation

That: he (The action causing expatriation should be set forth succinctly.) made a formal renunciation before a Consular officer

That: said expatriating act was performed voluntarily with the intent to relinquish United States citizenship;

That: he thereby expatriated him self on (Date) 12-15-2020 (mm-dd-yyyy) under the provisions of Section INA 349 (a) (5) of *(The Immigration and Nationality Act of 1952 as amended)*

That the evidence of such action consists of the following:

See below

That attached to and made part of this certificate are the following documents or copies thereof:

DS-4081 and DS-4080

In testimony whereof, I have hereunto subscribed by name and affixed my office seal this 15th day of December *(Month)*, 2020 *(Year)*

[SEAL]

Signature

Vice Consul
Title

*Strikeout inapplicable item.

*DS-4083* *(Formerly FS-348)*
05-2018

SEE PAGE 2 FOR APPEAL PROCEDURES

## ADMINISTRATIVE REVIEW OF A FINDING OF LOSS OF NATIONALITY

The premise established by the administrative standard of evidence is applicable to cases adjudicated previously. Persons who previously lost U.S. citizenship may wish to have their cases reconsidered in light of this policy.

A person may initiate such a reconsideration by submitting a request to the nearest U.S. consular office or by writing directly to:

Director
Office of Legal Affairs
Overseas Citizens Services
(CA/OCS/L)

U.S. Department of State
CA/OCS/L
SA-17, 10th Floor
Washington, D.C. 20522-1707

or via express mail/courier service to

U.S. Department of State
CA/OCS/L
600 19th Street, NW
10th Floor
Washington, D.C. 20431

Each case will be reviewed on its own merits taking into consideration, for example, statements made by the person at the time of the potentially expatriating act.

**For Additional Information, visit www.Travel.State.Gov and see the 'Legal Considerations' section on U.S. Citizenship Laws and Policy.**



U.S. Department of State
BUREAU OF CONSULAR AFFAIRS

# CERTIFICATE OF LOSS OF NATIONALITY OF THE UNITED STATES

This form is prescribed by the Secretary of State pursuant to Section 501 of the Act of October 14, 1940 (54 Stat. 1171) and Section 358 of the Act of June 27, 1952 (66 Stat. 272).

DEPARTMENT USE ONLY

CERTIFICATE OF LOSS OF NATIONALITY
APPROVED 13 JAN 2021
(Date)
Overseas Citizens Services
DEPARTMENT OF STATE
By CA/OCS/ACS/EAP

Embassy of the United States of America

at Singapore, Republic of Singapore ss:

I, Michelle F. Segal,
Name

hereby certify that, to the best of my knowledge and belief,
Kyle Livingston Davies
Name

was born at Hartford, Hartford,
Town or City / Province or County

Connecticut, on 05-14-1987.
State or Country / Date (mm-dd-yyyy)

That: he resided in the United States (*Dates**): Birth - November 2009 and June 2012 - May 2013;

That: he resides at 104 Emerald Hill Road Singapore 229380;

That: he acquired the nationality of the United States by virtue of his birth in the United States;

That: he will acquire the nationality of Singapore by virtue of him having applied and received approval for Singapore citizenship pending his renunciation

That: he (The action causing expatriation should be set forth succinctly.) made a formal renunciation before a Consular officer

That: said expatriating act was performed voluntarily with the intent to relinquish United States citizenship;

That: he thereby expatriated him self on (Date) 12-15-2020 (mm-dd-yyyy) under the provisions of Section INA 349 (a) (5) of *(The Immigration and Nationality Act of 1952 as amended)*

That the evidence of such action consists of the following:

See below

That attached to and made part of this certificate are the following documents or copies thereof:

DS-4081 and DS-4080

In testimony whereof, I have hereunto subscribed by name and affixed my office seal this 15th day of December, 2020
*(Month)* *(Year)*

[SEAL]

CONSULAR ... OF AMERICA SINGAPORE

Signature

Vice Consul
Title

*Strikeout inapplicable item.

THIS IS THE EXHIBIT MARKED "**KD-2**"

REFERRED TO IN THE STATUTORY DECLARATION OF

**KYLE LIVINGSTON DAVIES**

AND AFFIRMED ON

THE 29TH DAY OF JULY 2023

BEFORE ME,

***A NOTARY PUBLIC***

NOTARY PUBLIC
Chew Kiat Jinn
NP2023/0030
1 Apr 2023 – 31 Mar 2024
SINGAPORE












PASSPORT REPUBLIC OF SINGAPORE

Type PA
Country Code SGP
Passport No

Name



KYLE LIVINGSTON DAVIES





Sex M
Nationality SINGAPORE CITIZEN
Date of birth 14 MAY 1987
Place of birth UNITED STATES
Date of issue 06 JAN 2021
Authority MINISTRY OF HOME AFFAIRS
Date of expiry 06 JAN 2026
Modifications SEE PAGE 2
National ID No

PASGPDAVIES<<KYLE<LIVINGSTON<<<<<<<<<<<<<<<<<

