Martin S. Hyman
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
711 Third Avenue, 17th Floor
New York, New York 10017
Telephone: (212) 907-7300
Facsimile: (212) 754-0777
*Counsel Making A Limited Appearance for*
*Non-Party Kyle Davies*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital, Ltd., | Case No.: 22-10920 (MG) |
| Debtor in a Foreign Proceeding. | |

## NOTICE OF LIMITED APPEARANCE

PLEASE TAKE NOTICE that Martin S. Hyman of the law firm of Golenbock Eiseman Assor Bell & Peskoe LLP hereby enters a limited appearance on behalf of non-party Kyle Davies solely for the purpose of contesting service/personal jurisdiction. This limited appearance does not constitute consent to the jurisdiction of this Court or to the validity of any purported service of court papers upon Davies.

Dated: August 1, 2023

Respectfully submitted,

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

By: ___/s/Martin S. Hyman___
   Martin S. Hyman

711 Third Avenue
New York, New York 10017
(212) 907-7300
mhyman@golenbock.com
*Counsel Making A Limited Appearance For*
*Non-Party Kyle Davies*