Hearing Date: August 8, 2023 at 11:00 a.m. (ET)

Christopher Harris
Adam J. Goldberg
Brett M. Neve
Nacif Taousse
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  christopher.harris@lw.com
        adam.goldberg@lw.com
        brett.neve@lw.com
        nacif.taousse@lw.com

Nima H. Mohebbi (admitted *pro hac vice*)
Tiffany M. Ikeda (admitted *pro hac vice*)
Emily R. Orman (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:  nima.mohebbi@lw.com
        tiffany.ikeda@lw.com
        emily.orman@lw.com

*Counsel to the Foreign Representatives*
*of Three Arrows Capital, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>Three Arrows Capital, Ltd.,<br>         Debtor in a Foreign Proceeding | Chapter 15<br><br>Case No. 22-10920 (MG) |

**DECLARATION OF TIFFANY M. IKEDA IN SUPPORT OF FOREIGN REPRESENTATIVES OF THREE ARROWS CAPITAL, LTD.'S REPLY AND OPPOSITION TO NON-PARTY KYLE DAVIES': (I) OPPOSITION TO MOTION FOR CONTEMPT; AND (II) CROSS-MOTION TO VACATE ORDERS**

I, Tiffany M. Ikeda, pursuant to 28 U.S.C. Section 1746, hereby declare under penalty of perjury under the laws of the United States of America, as follows:

1.      I am an attorney duly licensed to practice law in the State of California and admitted *pro hac vice* in the State of New York.  I am an Associate at Latham & Watkins LLP ("Latham") and counsel for the Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives (the "Foreign Representatives") of Three Arrows Capital, Ltd. ("Three Arrows" or the "Debtor") in the above-captioned matter.

1

2. I submit this declaration in support of the *Foreign Representatives of Three Arrows Capital, Ltd.'s Reply and Opposition to Non-Party Kyle Davies': (I) Opposition to Motion for Contempt; and (II) Cross-Motion to Vacate Orders* filed contemporaneously herewith (the "Reply").[1]

3. Except as otherwise indicated, the facts set forth in this declaration are based upon my personal knowledge, my review of relevant documents, or my opinion based upon experience, knowledge, and information concerning the Debtor. I am authorized to submit this declaration on behalf of the Debtor, and if called upon to testify, I could and would testify competently to the facts set forth herein. As the counsel for the Foreign Representatives, I am familiar with the files in this case.

4. On June 14, 2023, the Foreign Representatives filed their *Motion for an Order (I) Holding Kyle Livingstone Davies to be in Civil Contempt for Failure to Comply with March 30, 2023 Court Order; and (II) Granting Sanctions Against Kyle Livingstone Davies* (the "Motion for Contempt"). [Dkt. 98.] On the same date, the Foreign Representatives filed supporting declarations from Russell Crumpler, Nima H. Mohebbi, Alex M. Englander, and me, and a notice of hearing (together with the Motion for Contempt, the "Motion for Contempt Papers"). [Dkt. Nos. 99-103.]

5. On June 15, 2023, my colleague Christopher Tarrant ("Mr. Tarrant") served a copies of the Motion for Contempt Papers on Mr. Davies via email, in accordance with the Court's December 29, 2022 Order authorizing alternative service on Mr. Davies by email and Twitter (the "Service Order"). Mr. Tarrant subsequently provided a copy of this email to me.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

6. Attached hereto as <u>Exhibit A</u> is a true and correct redacted copy of the June 15, 2023 email to Mr. Davies, attaching the Motion for Contempt Papers.

7. I understand the Foreign Representatives also served the Motion for Contempt Papers by Twitter in accordance with the Service Order. I personally viewed the June 15, 2023 tweets that were posted through the Foreign Representatives' Twitter account.

8. Attached hereto as <u>Exhibit B</u> is a true and correct copy of excerpts from the Foreign Representatives' June 15, 2023 tweets to Mr. Davies, attaching the redacted copies of Motion for Contempt Papers.

9. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 4, 2023

/s/ *Tiffany M. Ikeda*
Tiffany M. Ikeda