# Exhibit A

**June 15, 2023 Email to Mr. Davies, Attaching the Motion for Contempt Papers**

| | |
|---|---|
| From: | Tarrant, Christopher (NY) |
| To: | Tarrant, Christopher (NY) |
| Cc: | Tarrant, Christopher (NY) |
| Bcc: | "allyson.smith@kirkland.com"; "Andy.Velez-Rivera@usdoj.gov"; "christopher@advocatus.sg"; "cmarcus@kirkland.com"; "GootE@SEC.gov"; "harjean@advocatus.sg"; "Jeffrey.Saferstein@weil.com"; "jsussberg@kirkland.com"; "landsmanr@SEC.gov"; "nicholyeo@solitairellp.com"; "Ronit.Berkovich@weil.com"; "ross.kwasteniet@kirkland.com"; ███████████████; "Tara.Tiantian@usdoj.gov"; "mark.forte@conyersdill.com"; "marie.stewart@conyers.com"; "andrew.emery@emerycooke.com"; "mgoodman@campbellslegal.com"; "cmcneil@sterlington.net"; "warren.gluck@hklaw.com"; "furqaan.siddiqui@weil.com"; "curran@braunhagey.com"; ███████████████████████████████████████████████████████████████████████████████ "Stuart.Cullen@dentons.com"; "Scott.Mullings@dentons.com"; "mo.zhou@matrixport.com"; Orman, Emily (LA); Tarrant, Christopher (NY); "eileen@advocatus.sg" |
| Subject: | In re: Three Arrows Capital, Ltd - Chapter 15 Case No. 22-10920 (MG) |
| Date: | Thursday, June 15, 2023 11:14:40 AM |
| Attachments: | ECF 98 - Motion for Contempt.pdf<br>ECF 99 - Declaration of Nima H. Mohebbi.pdf<br>ECF 100 - Declaration of Alex M. Englander.pdf<br>ECF 101 - Declaration of Tiffany M. Ikeda.pdf<br>ECF 102 - Declaration of Russell Crumpler.pdf<br>ECF 103 - Notice of Hearing.pdf<br>ECF 102 - Declaration of Russell Crumpler.pdf |

Good Morning:

In connection with the Chapter 15 case of *In re: Three Arrows Capital, Ltd*, Case No. 22-10920 (MG) (Bankr. S.D.N.Y.), attached please find a copy of the following pleadings filed last night, June 14, 2023:

1. *Foreign Representatives of Three Arrows Capital, Ltd.'s Motion for an Order (I) Holding Kyle Livingstone Davies to be in Civil Contempt for Failure to Comply with March 30, 2023 Court Order; and (II) Granting Sanctions Against Kyle Livingstone Davies* (ECF No. 98);

2. *Declaration of Nima H. Mohebbi in Support of Foreign Representatives of Three Arrows Capital, Ltd.'s Motion for an Order (I) Holding Kyle Livingstone Davies to be in Civil Contempt for Failure to Comply with March 30, 2023 Court Order; and (II) Granting Sanctions Against Kyle Livingstone Davies* (ECF No. 99);

3. *Declaration of Alex M. Englander in Support of Foreign Representatives of Three Arrows Capital, Ltd.'s Motion for an Order (I) Holding Kyle Livingstone Davies to be in Civil Contempt for Failure to Comply with March 30, 2023 Court Order; and (II) Granting Sanctions Against Kyle Livingstone Davies* (ECF No. 100);

4. *Declaration of Tiffany M. Ikeda in Support of Foreign Representatives of Three Arrows Capital, Ltd.'s Motion for an Order (I) Holding Kyle Livingstone Davies to be in Civil Contempt for Failure to Comply with March 30, 2023 Court Order; and (II) Granting Sanctions Against Kyle Livingstone Davies* (ECF No. 101);

5. *Declaration of Russell Crumpler in Support of Foreign Representatives of Three Arrows Capital, Ltd.'s Motion for an Order (I) Holding Kyle Livingstone Davies to be in Civil Contempt for Failure to Comply with March 30, 2023 Court Order; and (II) Granting Sanctions Against Kyle Livingstone Davies* (ECF No. 102); and

6. *Notice of Hearing on Foreign Representatives of Three Arrows Capital, Ltd.'s Motion for an Order (I) Holding Kyle Livingstone Davies to be in Civil Contempt for Failure to Comply with March 30, 2023 Court Order; and (II) Granting Sanctions Against Kyle Livingstone Davies* (ECF No. 103).

Please note the hearing on the *Foreign Representatives of Three Arrows Capital, Ltd.'s Motion for an Order (I) Holding Kyle Livingstone Davies to be in Civil Contempt for Failure to Comply with March 30, 2023 Court Order; and (II) Granting Sanctions Against Kyle Livingstone Davies* has been scheduled for **August 8, 2023 at 11:00 a.m. (ET)**.  The Objection Deadline is **August 1, 2023 at 4:00 p.m. (ET).**


**Christopher M. Tarrant**
Senior Bankruptcy Paralegal
*Pronouns: He/Him/His*

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Direct Dial: +1.332.240.1506
Email: christopher.tarrant@lw.com
https://www.lw.com