## Exhibit B

**June 15, 2023 Excerpted Tweets from @3ACLiq to
@KyleLDavies, Attaching the Motion for Contempt Papers**

← **Tweet**

**3ACLiquidation** ✓
@3ACLiq

.@KyleLDavies JPG copies of the Foreign Representatives' Motion For An Order (I) Holding Kyle Livingstone Davies To Be In Civil Contempt For Failure To Comply With March 30, 2023 Court Order; And (II) Granting Sanctions Against Kyle Livingstone Davies and supporting materials are attached to this tweet by way of service. Unredacted copies of the materials were served via email and can be provided upon request.



4:24 PM · Jun 15, 2023 · **2,327** Views

**6** Retweets   **3** Quotes   **17** Likes   **2** Bookmarks

