| | |
|---|---|
| Adam J. Goldberg | Nima H. Mohebbi (admitted *pro hac vice*) |
| Christopher Harris | Tiffany M. Ikeda (admitted *pro hac vice*) |
| Brett M. Neve | Emily R. Orman (admitted *pro hac vice*) |
| Nacif Taousse | **LATHAM & WATKINS LLP** |
| **LATHAM & WATKINS LLP** | 355 South Grand Avenue, Suite 100 |
| 1271 Avenue of the Americas | Los Angeles, CA 90071 |
| New York, NY 10020 | Telephone: (213) 485-1234 |
| Telephone: (212) 906-1200 | Facsimile: (213) 891-8763 |
| Facsimile: (212) 751-4864 | Email:  nima.mohebbi@lw.com |
| Email:  adam.goldberg@lw.com |             tiffany.ikeda@lw.com |
|             christopher.harris@lw.com |             emily.orman@lw.com |
|             brett.neve@lw.com | |
|             nacif.taousse@lw.com | |

*Counsel to the Foreign Representatives of*
*Three Arrows Capital, Ltd. (in liquidation)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital, Ltd,[1] | Case No. 22-10920 (MG) |
| Debtor in a Foreign Proceeding. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Sarah F. Mitchell, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives (the "Foreign Representatives") of Three Arrows Capital, Ltd (the "Debtor"), in the above-referenced case. I certify that I am a member in good standing of the bar of the State of California, and I have been admitted to practice in the United States Court of Appeals for the Ninth Circuit and the United States District Court for the Central, Eastern and

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

Southern Districts of California. I further certify that I am a member in good standing to practice before all courts to which I am admitted, and there are no disciplinary actions pending against me in any jurisdiction.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: September 29, 2023  
Los Angeles, CA

Respectfully submitted,

**LATHAM & WATKINS LLP**  
By: /s/ Sarah F. Mitchell  
LATHAM & WATKINS LLP  
Sarah F. Mitchell  
355 South Grand Avenue, Suite 100  
Los Angeles, CA 90071  
Telephone: (213) 485-1234  
Facsimile: (213) 891-8763  
Email: sarah.mitchell@lw.com

*Counsel to the Foreign Representatives*

**<u>Exhibit A</u>**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital, Ltd,[1] | Case No. 22-10920 (MG) |
| Debtor in a Foreign Proceeding. | |

**ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF SARAH F. MITCHELL**

UPON the motion of Sarah F. Mitchell, to be admitted, *pro hac vice*, to Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives (the "Foreign Representatives") of Three Arrows Capital, Ltd (the "Debtor"), in the above-referenced case and upon the movant's certification that the movant is a member in good standing of the bar of the State of California and is admitted to practice in the United States Court of Appeals for the Ninth Circuit and the United States District Court for the Central, Eastern and Southern Districts of California, it is hereby

ORDERED, that Sarah F. Mitchell, is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Foreign Representatives, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2023
New York, New York

                                                        HONORABLE MARTIN GLENN
                                                        UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.