UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital, Ltd,[1] | Case No. 22-10920 (MG) |
| Debtor in a Foreign Proceeding. | |

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF SARAH F. MITCHELL

UPON the motion of Sarah F. Mitchell, to be admitted, *pro hac vice*, to Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives (the "Foreign Representatives") of Three Arrows Capital, Ltd (the "Debtor"), in the above-referenced case and upon the movant's certification that the movant is a member in good standing of the bar of the State of California and is admitted to practice in the United States Court of Appeals for the Ninth Circuit and the United States District Court for the Central, Eastern and Southern Districts of California, it is hereby

ORDERED, that Sarah F. Mitchell, is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Foreign Representatives, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September 29, 2023
       New York, New York

                                            /s/Martin Glenn
                                   THE HONORABLE MARTIN GLENN
                                   UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.