| | |
|---|---|
| Christopher Harris | Nima H. Mohebbi (admitted *pro hac vice*) |
| Adam J. Goldberg | Tiffany M. Ikeda (admitted *pro hac vice*) |
| Brett M. Neve | Emily R. Orman (admitted *pro hac vice*) |
| Nacif Taousse | |
| **LATHAM & WATKINS LLP** | **LATHAM & WATKINS LLP** |
| 1271 Avenue of the Americas | 355 South Grand Avenue, Suite 100 |
| New York, NY 10020 | Los Angeles, CA 90071 |
| Telephone: (212) 906-1200 | Telephone: (213) 485-1234 |
| Facsimile: (212) 751-4864 | Facsimile: (213) 891-8763 |
| Email:  chris.harris@lw.com | Email:  nima.mohebbi@lw.com |
|            adam.goldberg@lw.com |            tiffany.ikeda @lw.com |
|            brett.neve@lw.com |            emily.orman@lw.com |
|            nacif.taousse@lw.com | |

*Counsel to the Joint Liquidators of Three Arrows Capital, Ltd. (in liquidation)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital, Ltd,[1] | Case No. 22-10920 (MG) |
| Debtor in a Foreign Proceeding. | Related ECF No. 116 |

**NOTICE WITHDRAWING MOTION OF THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL, LTD. FOR COORDINATION AMONG COURTS**

**PLEASE TAKE NOTICE** that on September 28, 2023, Russell Crumpler and Christopher Farmer, in their capacities as the joint liquidators (collectively, the "**Joint Liquidators**") appointed in the British Virgin Islands ("**BVI**") liquidation of Three Arrows Capital, Ltd. (in liquidation) (the "**3AC Debtor**") and foreign representatives of the 3AC Debtor, as recognized pursuant to chapter 15 of the Bankruptcy Code, by and through the undersigned counsel filed the *Motion of the Joint Liquidators of Three Arrows Capital, Ltd. For Coordination Among Courts* [ECF No. 116] (the "**Motion**").

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

**PLEASE TAKE FURTHER NOTICE** that the 3AC Debtor hereby withdraws the Motion.

Dated: October 17, 2023  
      New York, New York

Respectfully submitted,

*/s/ Christopher Harris*  
Christopher Harris  
Adam J. Goldberg  
Brett M. Neve  
Nacif Taousse  
**LATHAM & WATKINS LLP**  
1271 Avenue of the Americas  
New York, NY 10020  
Telephone: (212) 906-1200  
Facsimile: (212) 751-4864  
Email:  chris.harris@lw.com  
       adam.goldberg@lw.com  
       brett.neve@lw.com  
       nacif.taousse@lw.com

– and –

Nima H. Mohebbi (admitted *pro hac vice*)  
Tiffany M. Ikeda (admitted *pro hac vice*)  
Emily R. Orman (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
355 South Grand Avenue, Suite 100  
Los Angeles, CA 90071  
Telephone: (213) 485-1234  
Facsimile: (213) 891-8763  
Email:   nima.mohebbi@lw.com  
       tiffany.ikeda@lw.com  
       emily.orman@lw.com

*Counsel to the Joint Liquidators*  
*of Three Arrows Capital, Ltd. (in liquidation)*