# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

| AMERICAS | ASIA | EUROPE & MIDDLE EAST | |
|---|---|---|---|
| NEW YORK | BEIJING | ABU DHABI | LONDON |
| SAN FRANCISCO | HONG KONG | BRUSSELS | MILAN |
| SÃO PAULO | SEOUL | COLOGNE | PARIS |
| SILICON VALLEY | | FRANKFURT | ROME |
| WASHINGTON, D.C. | | | |

CRAIG B. BROD
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
DAVID H. BOTTER
JORGE U. JUANTORENA
DAVID LEINWAND
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
ALAN M. LEVINE
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
DEBORAH NORTH
MATTHEW P. SALERNO
MICHAEL J. ALBANO

VICTOR I. HOU
ROGER A. COOPER
LILLIAN TSU
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
RISHI ZUTSHI
JANE VANLARE
AUDRY X. CASUSOL
ELIZABETH DYER
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOHN A. KUPIEC
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA

KYLE A. HARRIS
LINA BENSMAN
AROM M. ZUCKERMAN
KENNETH S. BLAZEJEWSKI
MARK E. MCDONALD
F. JAMAL FULTON
PAUL V. IMPERATORE
CLAYTON SIMMONS
CHARLES W. ALLEN
JULIA L. PETTY
HELENA K. GRANNIS
SUSANNA E. PARKER
THOMAS S. KESSLER
RESIDENT PARTNERS

JUDITH KASSEL
BOAZ S. MORAG
HEIDE H. ILGENFRITZ
ANDREW WEAVER
CATHERINE S. GRIMM
JOHN V. HARRISON
MATTHEW BRIGHAM
EMILIO MINVIELLE
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
DAVID W.S. YUDIN
KARA A. HAILEY
ANNA KOGAN
BRANDON M. HAMMER
BRIAN J. MORRIS
CARINA S. WALLANCE
ALEXANDER JANGHORBANI
RESIDENT COUNSEL

D: + 1 212 225 2829
lbarefoot@cgsh.com

November 10, 2023

The Honorable Martin Glenn
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004-1408500

Re:     *In re: Three Arrows Capital, Ltd.*, Case No. 22-10920; Jennifer Pollan

Dear Chief Judge Glenn:

      This Firm represents Genesis Global Holdco, LLC its affiliated debtors in possession in the jointly-administered proceedings captioned *Genesis Global Holdco, LLC et. al* (Case No. 23-10063) (SHL) pending before the Honorable Sean H. Lane (the "Genesis Chapter 11 Cases").  As the Court may be aware, the joint liquidators of the above-captioned debtors ("3AC") have filed proofs of claim in the Genesis Chapter 11 Cases, which have been the subject of significant motion practice and discovery over the past several months.

      I write to provide notice to the Court and to the applicable parties that one of your former law clerks, Jennifer Pollan, has just re-joined Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") as an associate in our New York office.  From October 3, 2022 to September 29, 2023, Ms. Pollan clerked in your Chambers.  We understand that during her clerkship, Ms. Pollan assisted in drafting opinions and participated in discussions about decision making and Ms. Pollan was involved in 3AC-related matters during the court's resolution of certain contested legal issues from October 3, 2022 to September 29, 2023 (Ms. Pollan's "Prior Work").

The Honorable Martin Glenn, p. 2


In accordance with Rule 1.12 of the New York Rules of Professional Conduct ("Rule 1.12"), we are screening Ms. Pollan from any participation in the Genesis Chapter 11 Cases or any other matters concerning 3AC.. We have concluded that Ms. Pollan's Prior Work rises to the level of personal and substantial involvement within the meaning of Rule 1.12, and as such, we have established screening procedures to ensure that there is no flow of information about 3AC between Ms. Pollan and the Cleary Gottlieb team working on the Genesis Chapter 11 Cases and any other 3AC-related matter. All Firm attorneys working on the Genesis Chapter 11 Cases and any other 3AC-related matter have been instructed that they should not communicate with Ms. Pollan about their work on such matters or share any confidential information related thereto with Ms. Pollan. Similarly, Ms. Pollan has been instructed that she is not to work on the Genesis Chapter 11 Cases or any other 3AC-related matter or communicate with that team concerning such matters.


Finally, as an associate, none of Ms. Pollan's compensation will be apportioned from or related to fees from the Genesis Chapter 11 Cases or any other 3AC-related matter..



Respectfully submitted,


_____
Luke A. Barefoot