John A. Pintarelli
PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, NY 10019
Telephone: 212.858.1213
Facsimile: 212.858.1500

*Attorneys for Paul Pretlove, David Standish*
*and James Drury, in their capacities as Joint Liquidators*
*of Three Arrows Fund, Ltd (in Liquidation)*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

In re:                                                  :
                                                        :
THREE ARROWS CAPITAL, LTD,[1]                           :    Chapter 15
                                                        :
                    Debtor in Foreign                   :    Case No. 22-10920 (mg)
                    Proceeding.                          :
                                                        :
---------------------------------------------------------- x

<u>**NOTICE OF APPEARANCE OF JOHN A. PINTARELLI**</u>

        **PLEASE TAKE NOTICE** that the attorney listed below hereby enters his appearance as

counsel for Paul Pretlove, David Standish and James Drury, in their capacities as Joint Liquidators

of Three Arrows Fund, Ltd (in Liquidation), and respectfully requests that all pleadings, notices,

orders, correspondence, and other papers in connection with this action be served upon him at the

following address:

            Pillsbury Winthrop Shaw Pittman LLP
            31 West 52nd Street
            New York, New York 10019
            Telephone: (212) 858-1213
            Facsimile: (212) 858-1500
            John Pintarelli
            E-mail: john.pintarelli@pillsburylaw.com

---

[1]    The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of
       the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin
       Islands.

Dated: February 16, 2024
    New York, NY

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ John A. Pintarelli
31 West 52nd Street
New York, New York 10019
Telephone: (212) 858-1213
Facsimile: (212) 858-1500
John Pintarelli
E-mail: john.pintarelli@pillsburylaw.com

*Attorneys for Paul Pretlove, David Standish and James Drury, in their capacities as Joint Liquidators of Three Arrows Fund, Ltd (in Liquidation)*