Patrick E. Fitzmaurice
PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, NY 10019
Telephone: 212.858.1000
Facsimile: 212.858.1500

*Attorneys for Paul Pretlove, David Standish
and James Drury, in their capacities as Joint Liquidators
of Three Arrows Fund, Ltd (in Liquidation)*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| THREE ARROWS CAPITAL, LTD,[1] | Chapter 15 |
| Debtor in Foreign Proceeding. | Case No. 22-10920 (mg) |

## NOTICE OF APPEARANCE OF PATRICK E. FITZMAURICE

**PLEASE TAKE NOTICE** that the attorney listed below hereby enters his appearance as counsel for Paul Pretlove, David Standish and James Drury, in their capacities as Joint Liquidators of Three Arrows Fund, Ltd (in Liquidation), and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the following address:

> Pillsbury Winthrop Shaw Pittman LLP
> 31 West 52nd Street
> New York, New York 10019
> Telephone: (212) 858-1000
> Facsimile: (212) 858-1500
> Patrick Fitzmaurice
> E-mail: patrick.fitzmaurice@pillsburylaw.com

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

Dated: February 16, 2024
      New York, NY                             PILLSBURY WINTHROP SHAW PITTMAN LLP

                                                    /s/ Patrick E. Fitzmaurice
                                                    31 West 52nd Street
                                                    New York, New York 10019
                                                    Telephone: (212) 858-1000
                                                    Facsimile: (212) 858-1500
                                                    E-mail: patrick.fitzmaurice@pillsburylaw.com

                                                    *Attorneys for Paul Pretlove, David Standish and James Drury, in their capacities as Joint Liquidators of Three Arrows Fund, Ltd (in Liquidation)*