Alana A. Lyman
PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, NY 10019
Telephone: 212.858.1128
Facsimile: 212.858.1500

*Attorneys for Paul Pretlove, David Standish*
*and James Drury, in their capacities as Joint Liquidators*
*of Three Arrows Fund, Ltd (in Liquidation)*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
:
In re:                                                     :
:
THREE ARROWS CAPITAL, LTD,[1]                              :      Chapter 15
:
       Debtor in Foreign              :      Case No. 22-10920 (mg)
       Proceeding.                    :
:
---------------------------------------------------------- x

## NOTICE OF APPEARANCE OF ALANA A. LYMAN

**PLEASE TAKE NOTICE** that the attorney listed below hereby enters his appearance as counsel for Paul Pretlove, David Standish and James Drury, in their capacities as Joint Liquidators of Three Arrows Fund, Ltd (in Liquidation), and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the following address:

        Pillsbury Winthrop Shaw Pittman LLP
        31 West 52nd Street
        New York, New York 10019
        Telephone: (212) 858-1128
        Facsimile: (212) 858-1500
        Alana Lyman
        E-mail: alana.lyman@pillsburylaw.com

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

Dated: February 16, 2024
      New York, NY

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ Alana A. Lyman
31 West 52nd Street
New York, New York 10019
Telephone: (212) 858-1128
Facsimile: (212) 858-1500
Alana Lyman
E-mail: alana.lyman@pillsburylaw.com

*Attorneys for Paul Pretlove, David Standish and James Drury, in their capacities as Joint Liquidators of Three Arrows Fund, Ltd (in Liquidation)*

2