Rahman Connelly
PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, NY 10019
Telephone: 212.858.1237
Facsimile: 212.858.1500

*Attorneys for Paul Pretlove, David Standish*
*and James Drury, in their capacities as Joint Liquidators*
*of Three Arrows Fund, Ltd (in Liquidation)*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                                                           :
In re:                                                     :
                                                           :
THREE ARROWS CAPITAL, LTD,[1]                              :    Chapter 15
                                                           :
                    Debtor in Foreign                      :    Case No. 22-10920 (mg)
                    Proceeding.                            :
                                                           :
---------------------------------------------------------- x

## NOTICE OF APPEARANCE OF RAHMAN CONNELLY

**PLEASE TAKE NOTICE** that the attorney listed below hereby enters his appearance as

counsel for Paul Pretlove, David Standish and James Drury, in their capacities as Joint Liquidators

of Three Arrows Fund, Ltd (in Liquidation), and respectfully requests that all pleadings, notices,

orders, correspondence, and other papers in connection with this action be served upon him at the

following address:

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 858-1237
Facsimile: (212) 858-1500
Rahman Connelly
E-mail: rahman.connelly@pillsburylaw.com

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

Dated: March 14, 2024
     New York, NY

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ Rahman Connelly
31 West 52nd Street
New York, New York 10019
Telephone: (212) 858-1237
Facsimile: (212) 858-1500
E-mail: rahman.connelly@pillsburylaw.com

*Attorneys for Paul Pretlove, David Standish and James Drury, in their capacities as Joint Liquidators of Three Arrows Fund, Ltd (in Liquidation)*