<div style="display: flex;">

Adam J. Goldberg  
Christopher Harris  
Brett M. Neve  
Nacif Taousse  
**LATHAM & WATKINS LLP**  
1271 Avenue of the Americas  
New York, NY 10020  
Telephone: (212) 906-1200  
Facsimile: (212) 751-4864  
Email:  adam.goldberg@lw.com  
           christopher.harris@lw.com  
           brett.neve@lw.com  
           nacif.taousse@lw.com  

Tiffany M. Ikeda (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
355 South Grand Avenue, Suite 100  
Los Angeles, CA 90071  
Telephone: (213) 485-1234  
Facsimile: (213) 891-8763  
Email:  tiffany.ikeda@lw.com  

</div>

*Counsel to the Foreign Representatives of*
*Three Arrows Capital, Ltd. (in liquidation)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital, Ltd,[1] | Case No. 22-10920 (MG) |
|     Debtor in a Foreign Proceeding. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF NIMA H. MOHEBBI**

**PLEASE TAKE NOTICE** that Latham & Watkins LLP, counsel to Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized joint liquidators (collectively, the "**3AC JLs**") appointed in the British Virgin Islands' ("**BVI**") liquidation of Three Arrows Capital, Ltd. (in liquidation) (the "**3AC Debtor**") and foreign representatives of the 3AC Debtor, as recognized pursuant to chapter 15 of the Bankruptcy Code in the case captioned *In re Three Arrows Capital, Ltd.*, Case No. 22-10920 (MG) (Bankr. S.D.N.Y. 2022),

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

hereby gives notice of the withdrawal of the appearance of Nima H. Mohebbi of Latham & Watkins LLP effective immediately.

**PLEASE TAKE FURTHER NOTICE** that the 3AC JLs also request that Nima H. Mohebbi be removed from all service lists, including the Court's CM/ECF electronic notification list effective immediately.

**PLEASE TAKE FURTHER NOTICE** that the representation of the 3AC JLs by all of the other attorneys of record of Latham & Watkins LLP in these cases is unaffected by this notice.

Dated: October 18, 2024
       Los Angeles, California

Respectfully submitted,

*/s/ Nima H. Mohebbi*
Christopher Harris
Adam J. Goldberg
Nacif Taousse
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  chris.harris@lw.com
         adam.goldberg@lw.com
         nacif.taousse@lw.com

– and –

Nima H. Mohebbi (admitted *pro hac vice*)
Tiffany M. Ikeda (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:  nima.mohebbi@lw.com
         tiffany.ikeda@lw.com

*Counsel to the Joint Liquidators*
*of Three Arrows Capital, Ltd. (in liquidation)*