UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Three Arrows Capital, Ltd.,[1]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-10920 (MG) |

**ORDER GRANTING FOREIGN REPRESENTATIVES' MOTION FOR
AUTHORIZATION TO TEMPORARILY FILE UNDER SEAL (1) MOTION FOR
ENTRY OF AN ORDER AUTHORIZING ISSUANCE OF SUBPOENA WITHOUT
NOTICE, AND (2) DECLARATION OF RUSSELL CRUMPLER IN SUPPORT OF THE
FOREIGN REPRESENTATIVES' MOTION FOR ENTRY OF AN ORDER
AUTHORIZING ISSUANCE OF A SUBPOENA WITHOUT NOTICE**

Upon the Motion (the "Motion")[2] of the Foreign Representatives for entry of an order (the "Order"), pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Bankruptcy Rules 9013-1(a) and 9018-1, (a) authorizing the Foreign Representatives to file under seal the Discovery Motion and the Crumpler Discovery Declaration, and (b) directing that such information remain confidential and under seal and not be made available to anyone without the prior written consent of the Foreign Representatives, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and upon any hearing held on the Motion; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and it appearing that the relief requested in the Motion is in the best interests of the Debtor and its estate and creditors; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. Pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Bankruptcy Rule 9018-1, the Foreign Representatives are authorized to file an unredacted copy of the Discovery Motion and the Crumpler Discovery Declaration under seal, subject to the Foreign Representatives making further redactions and subject to unsealing after 90 days of entry of this Order absent a showing of good cause made by the Foreign Representatives justifying extension of the Order.

3. Unredacted copies of the Discovery Motion and the Crumpler Discovery Declaration shall not be made available to anyone except for this Court and the U.S. Trustee for a period of 90 days after the entry of this Order, absent a showing of good cause made by the Foreign Representatives justifying extension of the Order.

4. The Foreign Representatives are authorized to file on the Court's docket and serve on the necessary parties redacted copies of the Discovery Motion and the Crumpler Discovery Declaration.

5. The Motion and accompanying documents, including exhibits, as well as any

papers that may be filed in response to or in further support of the Motion, shall be treated as confidential and kept under seal for a period of 90 days from the date of this Court's order, subject to extensions upon motion to the Court.

6. This Order is without prejudice to the rights of any party in interest or the Office of the United States Trustee to seek to unseal the Discovery Motion and the Crumpler Discovery Declaration.

7. Upon closure of this chapter 15 case, the Clerk's office is directed to release any hard copies or electronic storage devices containing unredacted copies of the Discovery Motion and the Crumpler Discovery Declaration to the Foreign Representative for disposal.

8. The Foreign Representatives are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

9. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**IT IS SO ORDERED.**

Dated:   October 24, 2024
         New York, New York

___/s/ Martin Glenn___
MARTIN GLENN
Chief United States Bankruptcy Judge
