| | |
|---|---|
| Andrew K. Glenn, Esq. | Warren E. Gluck, Esq. |
| Nathan J. Ades, Esq. | M. Zachary Bluestone, Esq. |
| **GLENN AGRE BERGMAN & FUENTES LLP** | **GLUCK BLUESTONE, P.C.** |
| 1185 Avenue of the Americas, 22nd Floor | 52 Duane Street, 7th Floor |
| New York, New York 10036 | New York, New York 10007 |
| Tel.: (212) 970-1600 | Tel.: (646) 970-7712 |
| aglenn@glennagre.com | wgluckb@gluckbluestone.com |
| nades@glennagre.com | zbluestone@gluckbluestone.com |

*Counsel to the Joint Liquidators of Three Arrows Capital, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Three Arrows Capital, Ltd, [1] | Case No. 22-10920 (MG) |
| Debtor in a Foreign Proceeding. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned attorney hereby enters his appearance on behalf of Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized foreign representatives (the "Foreign Representatives") of Three Arrows Capital, Ltd, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in these cases be delivered to and be served at the following address and further requests to be added to the master service list:

> Nathan Joseph Ades, Esq.
> **GLENN AGRE BERGMAN & FUENTES LLP**
> 1185 Avenue of the Americas, 22nd Floor
> New York, New York 10036
> Telephone: (212) 970-1600
> Email: nades@glennagre.com

---

[1] The last four digits of the Debtor's British Virgin Islands company registration number are 0531. The location of the Debtor's registered office is ABM Chambers, P.O. Box 2283, Road Town, Tortola, VG1110, British Virgin Islands.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the abovementioned Bankrupty Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

Dated: February 27, 2026
       New York, New York

By: _/s/ Nathan Ades_
Nathan Joseph Ades
Andrew K. Glenn
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
aglenn@glennagre.com
nades@glennagre.com

*Counsel to the Joint Liquidators of Three Arrows Capital, Ltd.*