Adam J. Goldberg
Nacif Taousse
Rebekah Presley
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  adam.goldberg@lw.com
        nacif.taousse@lw.com
        rebekah.presley@lw.com

*Counsel to the Joint Liquidators of Three Arrows Capital, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>Three Arrows Capital, Ltd.,<br>        Debtor in a Foreign Proceeding | Chapter 15<br><br>Case No. 22-10920 (MG) |

### STATUS REPORT IN RESPONSE TO ORDER TO SHOW CAUSE

Russell Crumpler and Christopher Farmer, in their capacities as joint liquidators appointed

by the Eastern Caribbean Supreme Court in the High Court of Justice Virgin Islands (Commercial

Division) (the "**BVI Court**") in the liquidation proceeding of Three Arrows Capital, Ltd. ("**3AC**")

in the British Virgin Islands (the "**BVI Proceeding**") and duly authorized foreign representatives

(the "**Joint Liquidators**"), by and through the undersigned counsel, hereby  submit  this  status

report  (the  "**Status Report**") in response to this Court's *Order to Show Cause* [Docket No. 139]

(the "**Order**").

### PRELIMINARY STATEMENT

1.      The  liquidation  of 3AC  is  a  large  and  complex  proceeding  involving  multiple

jurisdictions around the world that will take years to resolve with finality due to complex litigation

claims that the Joint Liquidators continue to litigate, both in the United States and elsewhere, and based on the nature of the assets of the 3AC estate. This chapter 15 case continues to create value for the creditors of 3AC even in the absence of activity on the docket for this case. The Joint Liquidators submit this Status Report to update the Court on developments in the liquidation of 3AC and the reasons why this chapter 15 case should remain available for the Joint Liquidators.

2.      Since the commencement of the BVI Proceeding in June 2022 and this chapter 15 case in July 2022, the Joint Liquidators have made substantial progress in liquidating assets and pursuing recoveries for the benefit of creditors. As of March 16, 2026, total anticipated recoveries (including realized, distributed, and expected future proceeds) are approximately $1.18 billion. Six interim distributions totaling $450 million have been declared, of which $422.5 million has been paid following claim adjustments. The Joint Liquidators have issued notice of their intention to make a seventh interim distribution, which is expected to be made in the next few months. Based on current estimates, creditors are ultimately expected to recover approximately 35.16% of admitted unsecured claims, subject to potentially material market volatility and the outcome of ongoing liquidation efforts and initiated litigation.[1]

3.      The Joint Liquidators respectfully request that the Court permit 3AC's chapter 15 case to remain open to support the Joint Liquidators' efforts. In particular, the Joint Liquidators submit that this chapter 15 case is valuable to the 3AC estate based on the following:

- application of the automatic stay within the territorial boundaries of the United States to centralize administration of the 3AC estate;

- ability to seek discovery against third parties in the United States to investigate potential claims of the 3AC estate; and

---

[1]    No value is placed on ongoing litigation for the purposes of this estimate.

- ability to bring claims and seek enforcement of foreign judgments in the United States.

## I. STATUS REPORT ON ESTATE ASSET POSITION AND LIQUIDATION

### A. Case Background

4. 3AC was an investment firm founded in 2012 and incorporated in the British Virgin Islands. 3AC engaged in the trading of cryptocurrency and other digital assets. In part due to the global cryptocurrency market decline, 3AC lost approximately $2.5 billion in net asset value and failed in early 2022. On June 27, 2022, following petitions presented by 3AC's directors and certain of its creditors, 3AC was placed into liquidation proceedings before the BVI Court. On July 1, 2022, the Joint Liquidators filed a petition for relief under chapter 15 of the Bankruptcy Code before this Court. On July 28, 2022, this Court entered an order recognizing 3AC's liquidation proceeding in the BVI as a "foreign main proceeding".[2]

### B. State of the Estate

5. The estimated value of assets currently held in the estate as of March 16, 2026 is approximately $382 million, excluding amounts already distributed or reserved for potential distribution, and not including any value for litigation claims. Asset values are based on current observable market prices where available, cost to 3AC, or, in limited instances where required, internal valuation methodologies, and such values remain subject to material fluctuation due to market conditions. Certain of these assets are "locked" or otherwise subject to transfer and assignment restrictions that prevent monetization of such assets for a period of time, in some cases years.

---

[2] *In re Three Arrows Capital, Ltd.*, No. 22-10920 (MG) (Bankr. S.D.N.Y. July 28, 2022) (Order Granting Recognition of Foreign Main Proceeding and Related Relief) [Docket No. 45].

6.      The Joint Liquidators are continuing to convert liquid and unlocked tokens into fiat currency or stablecoins, taking into account market impacts, to maximize recoveries for creditors.

### 1.      DeFiance Assets

7.      Following settlement of a dispute involving litigation in Singapore over ownership of certain assets known as the DeFiance portfolio, the BVI Court declared on November 18, 2025 that the DeFiance portfolio assets are assets of 3AC.  Assets transferred to 3AC's estate and currently in the process of liquidation are valued at approximately $117.6 million.

### 2.      Non-Fungible Tokens

8.      The Joint Liquidators are continuing to liquidate 3AC-owned non-fungible tokens ("**NFTs**") for the estate, achieving approximately $23.6 million (net of royalties and commissions) to date, inclusive of sale proceeds yet to be received.  NFTs with an estimated value of approximately $400,000 remain to be liquidated.

### 3.      Deribit and CoinBase Shares

9.      3AC indirectly owned approximately 15 percent of Deribit ("**Deribit**") via a special purpose vehicle ("**SPV**") structure.  Coinbase acquired Deribit on August 14, 2025 in a cash and stock transaction.  The Joint Liquidators currently estimate a net recovery of approximately $350 million.  Distributions to 3AC are subject to completion of administrative steps within the SPV structure and will be received net of transaction costs and tax holdbacks.  The Joint Liquidators continue to work with tax advisors to resolve outstanding tax matters.

10.      3AC also retains an indirect interest in a successor entity holding residual assets excluded from the Deribit sale, which may provide additional future distributions, the value of which cannot yet be determined and is accounted for at $0 for the purposes of estimated recoveries.

    4.    <u>Cash</u>

11.    Current cash and cash equivalents under the Joint Liquidators' control on March 16, 2026 total $72.7 million and 522,000 USD Coin, of which approximately $7.4 million is being ring-fenced for distribution reserves and disputed cash amounts.

    5.    <u>Other Assets</u>

12.    The Joint Liquidators consider (and are advised by their Cayman and BVI counsel) that any funds payable to former founders of 3AC and/or their family members as ultimate beneficial owners with respect to surplus funds in the Much Wow Limited liquidation[3] will be subject to the worldwide freezing order issued by the BVI Court against the Founders.  The Joint Liquidators are working with Cayman counsel to implement mechanisms to ensure that any such distributions are preserved and available to satisfy 3AC's claims, including discussions regarding the appointment of a receiver over potential distributions.

## II.    STATUS REPORT ON CASE DEVELOPMENTS

13.    This chapter 15 case has provided the Joint Liquidators with standing to be heard by U.S. courts pursuant to section 1509(b) of the Bankruptcy Code, facilitating the pursuit of various claims and settlements.  The automatic stay made applicable within the United States by this case has enabled the Joint Liquidators' efforts to marshal and liquidate the assets of 3AC's estate.

---

[3]    Much Wow Limited is a Cayman Islands entity subject to a liquidation proceeding in the Cayman Islands and holds the proceeds of sale of the "Much Wow" superyacht.

#### A.      Claims and Settlements

14.     This chapter 15 case has provided the Joint Liquidators with standing to be heard by U.S. courts under section 1509(b) of the Bankruptcy Code, facilitating the ongoing claims and settlements described below.

15.     3AC has asserted claims, and eventually entered into settlements of such claims that have received sanction from the BVI Court, in multiple cases before U.S. Bankruptcy Courts, including in the chapter 11 cases of *In re BlockFi, Inc.*, No. 22-19361 (MBK) (Bankr. D.N.J. Feb. 8, 2024) [Docket No. 2121], *In re Genesis Global Holdco, LLC*, No. 23-10063 (SHL) (Bankr. S.D.N.Y. Nov. 30, 2023) [Docket No. 1012], *In re Celsius Network LLC*, No. 22-10964 (MG) (Bankr. S.D.N.Y. Oct. 24, 2023) [Docket No. 3890], and *In re FTX Trading Ltd*, No. 22-11068 (KBO).

16.     The Joint Liquidators may be required to litigate claims against the 3AC estate in respect of an AVAX token contract in courts sitting in New York.

17.     The Joint Liquidators filed proofs of claim in the Terraform Labs chapter 11 proceedings on August 9, 2024, including claims for invested capital and damages arising from alleged misrepresentations.  3AC's claims remain pending.[4]

#### B.      Discovery Efforts

18.     The Joint Liquidators have propagated discovery on multiple parties in pursuit of 3AC's claims pursuant to discovery powers available through this chapter 15 case under section 1521(a)(4) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2004.[5]  The Joint

---

[4]   For the avoidance of doubt, Latham & Watkins LLP does not represent the Joint Liquidators in connection with matters related to Terraform Labs.

[5]   *See Order (A) Authorizing Issuance of Subpoenas and (B) Granting Related Relief* [Docket No. 71].

6

Liquidators reserve the right to seek additional discovery through powers made available in this chapter 15 case.

## III.   STATUS REPORT ON ONGOING MATTERS

19.   The Joint Liquidators submit that cause exists to continue this chapter 15 case because it provides meaningful value to the 3AC estate in furtherance of the Joint Liquidators' ongoing liquidation efforts described below.

### A.   Realization on Claims of the 3AC Estate

20.   The Joint Liquidators continue to identify and investigate certain transactions arising in the course of 3AC's liquidation, including potential claims related thereto.  While these claims are not subject to active litigation, the Joint Liquidators intend to evaluate next steps for potential prosecution of these transactions following decisions of the BVI Court in ongoing proceedings and may require access to U.S. courts in pursuit of such claims.

21.   The Joint Liquidators have ongoing investigations and are considering certain confidential claims with an estimated value well into the hundreds of millions of dollars.  Litigation appears likely with respect to certain of these claims, and continued standing to appear in U.S. courts may be required to obtain recoveries for the 3AC estate.

#### 1.   Claims Against the Founders

22.   The Joint Liquidators have filed an insolvent trading claim of approximately $1.1 billion against Su Zhu and Kyle Davies (the "**Founders**").  The Joint Liquidators have also commenced proceedings in the BVI Court to seek payment of debts amounting to approximately $66 million from Mr. Zhu and $4.6 million from Ms. Kelly Chen (former spouse of Mr. Davies).

23.   The BVI Court has issued worldwide and domestic freezing orders against the Founders, which remain in effect.  The Joint Liquidators consider the Founders' asset disclosures to the BVI Court to be inadequate and have identified repeated breaches of the freezing orders,

7

resulting in contempt proceedings.  Mr. Davies remains subject to committal orders in Singapore for failure to serve a custodial (prison) sentence.  Mr. Zhu has already served a related custodial sentence in Singapore.

24.     Trial on 3AC's claims against the Founders has been scheduled in two parts, with the first part listed to be heard before the BVI Court in April 2026 and the second part scheduled for trial in November 2026.  The Joint Liquidators have determined that associated relief may be required from this Court in connection with these hearings, particularly with respect to discovery. In addition, it is anticipated that the trials will result in substantial judgments which may require recognition in the United States and may be subject to judgment enforcement and asset investigation/recovery in the United States and other jurisdictions.

2.     Claims by Three Arrows Fund Limited

25.     Three Arrows Fund Limited ("**TAFL**"), which also has a chapter 15 case proceeding before this Court,[6] has asserted claims against 3AC in the BVI Proceeding.  While those claims have been amended on several occasions, the TAFL claim is asserted in the liquidation of 3AC for a maximum value of approximately $121 million.  TAFL's claim is predicated on the alleged unauthorized over-issuance of shares in 3AC and has been rejected by the Joint Liquidators.  The joint liquidators of TAFL are challenging that rejection before the BVI Court.  The application of the automatic stay is critical to allowing the determination of TAFL's claims to continue in the BVI Court without disruption.

26.     Indeed, counsel to the joint liquidators of TAFL recently served counsel to the Joint Liquidators with a subpoena seeking discovery related to TAFL's claims, purportedly issued pursuant to authority granted in TAFL's chapter 15 case before this Court.  The Joint Liquidators

---

[6]     *In re Three Arrows Fund, Ltd*, No. 24-10210 (MG).

are preparing their response and reserve the right to seek relief from this Court, including enforcement of the automatic stay made applicable in this chapter 15 case.

### B.      Discovery

27.      The Joint Liquidators are continuing to utilize the discovery powers and standing available to them through the chapter 15 case to advance the liquidation of 3AC's estate.  The Joint Liquidators are investigating dealings between 3AC and Tai Ping Shan Ltd., which is subject to a liquidation proceeding in the Cayman Islands, and have obtained assistance from courts of the Cayman Islands in relation to document disclosure.

28.      The Joint Liquidators are also in discussions with legal counsel of counterparties based in the United States who have made requests for document production.  The parties are in the process of discussions on terms for document production, including confidentiality agreements to govern the production and use of information.

29.      The Joint Liquidators have obtained significant document discovery from Jump Crypto and entities associated with it ("**Jump Entities**") as part of their investigation of claims arising from Terraform Labs.  The Joint Liquidators and Jump Entities have engaged in negotiations concerning examinations pursuant to Federal Rule of Bankruptcy Procedure 2004. The Joint Liquidators reserve the right to seek relief from this Court or other courts.[7]

### NOTICE

30.      Notice of this Status Report has been provided to: (a) the Chambers of Chief Judge Martin Glenn, (b) the Office of the U.S. Trustee for the Southern District of New York, and (c) all other parties entitled to notice pursuant to Bankruptcy Rule 2002.  The Joint Liquidators submit that such notice is sufficient, and no other or further notice need be provided.

---

[7]    For the avoidance of doubt, Latham & Watkins LLP does not represent the Joint Liquidators in connection with matters related to Terraform Labs or the Jump Entities.

Dated: March 24, 2026
     New York, New York

Respectfully submitted,

*/s/ Adam J. Goldberg*
Adam J. Goldberg
Nacif Taousse
Rebekah Presley
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  adam.goldberg@lw.com
       nacif.taousse@lw.com
       rebekah.presley@lw.com

*Counsel to the Joint Liquidators of Three Arrows Capital, Ltd.*

10